FILED
DEC - 7 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ABEN E. JOHNSON and
JOAN G. JOHNSON,

Plaintiffs,

Case No. 05-1265T

v.

Judge ____________________

UNITED STATES OF AMERICA,

Defendant.

## COMPLAINT

Plaintiffs Aben E. Johnson and Joan G. Johnson state for their complaint:

1. This is an action arising under the internal revenue laws of the United States for the recovery of income taxes and related interest paid by Plaintiffs for their calendar years 1996, 1999, 2000 and 2001.

2. Jurisdiction is conferred on this Court by 28 U.S.C. §1491 and 26 U.S.C. §7422.

3. Plaintiffs Aben E. Johnson and Joan G. Johnson are husband and wife and were married at all relevant times. Both are and were at all relevant times citizens and residents of the United States and the State of Florida. The Plaintiffs currently reside at 12000 Banyan Road, North Palm Beach, Florida 33408-2511 and resided at that address at all relevant times.

4. The taxpayer identification of Plaintiff Aben E. Johnson is 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 and the taxpayer identification number of Plaintiff Joan G. Johnson is 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.

5. The Defendant is the United States of America.

6. Plaintiffs have made no transfer or assignment of the claims herein presented or any part thereof and are the sole and absolute owners of such claims. No action on their claims has been taken by the Congress of the United States or by any of the departments of the government, other than the actions by the Treasury Department described herein.

7. No other suit or process is pending on such claims in any other court. However, two directly-related cases, as defined in Rule 40.2(a)(1), R.Ct.Fed.Cl., are pending in the United States Court of Federal Claims entitled *Aben E. Johnson and Joan G. Johnson v. U.S.,* Case No. 01-428 T, and *Aben E. Johnson and Joan G. Johnson v. U.S.,* Case No. 03-2803 T before Judge Nancy B. Firestone. They are actions between the same parties as this action based on similar claims. In the first directly-related action, Plaintiffs are seeking a refund of income taxes paid on capital gains reported in 1994, which capital gains transactions Plaintiffs subsequently learned had not taken place. In the second directly-related action, Plaintiffs are seeking, in part, a refund for a theft loss in the 1998 tax year or, in the alternative, in the 1997 tax year. The fraudulent conduct by Jack Hasson which gave rise to those claims is the same conduct which gives rise to the theft loss claims for refund asserted here. The Plaintiffs do not claim they are entitled to an adjustment for the same amounts twice. The claims asserted in Counts 3 through 8 in this action are being asserted in the alternative.

## COUNT ONE
## Claim for Refund for 1999 for Additional Theft Loss Expenses

8. On or before April 15, 2000, Plaintiffs filed a joint tax return for their 1999 taxable year with the Internal Revenue Service Center, Atlanta, Georgia. The name, address

and identification numbers of the taxpayers appearing on this return were as follows:

Aben E. Johnson (TIN 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)
Joan G. Johnson (TIN 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)
12000 Banyan Road
North Palm Beach, Florida 33408-2511

9. Plaintiffs timely paid to the Internal Revenue Service Center in Atlanta, Georgia, the tax shown due on their 1999 tax return in the amounts and on or about the following dates:

| Date | Amount | Type |
|---|---|---|
| 4/19/1999 | $ 403,954.00 | Application of Credit from Prior Year |
| 6/17/1999 | $ 375,000.00 | Estimated Tax Payment |
| 9/07/1999 | $ 375,000.00 | Estimated Tax Payment |
| 1/13/2000 | $ 375,000.00 | Estimated Tax Payment |

10. On September 5, 2003, the Plaintiffs timely filed a claim for refund on Form 1040X for 1999 with the Detroit, Michigan, office of the Internal Revenue Service. A copy of this claim for refund (the original being in the hands of the Defendant) is attached as exhibit 1. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

11. In a Letter 906 dated July 5, 2005, the Internal Revenue Service notified the Plaintiffs that it had disallowed Plaintiffs' claim for refund for the 1999 taxable year referred to in paragraph 10, and more than six months have elapsed since the filing of the claim, so Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

12. As grounds for recovery, Plaintiffs incorporate by reference the facts and grounds contained in the claim for refund referred to in paragraph 10. Plaintiffs incurred additional expenses related to a theft loss of income producing property. That theft loss

forms the basis of the claims for refund asserted in Counts Three through Eight of this action and in the action pending in the United States Court of Federal Claims entitled *Aben E. Johnson and Joan G. Johnson v. U.S.,* Case No. 03-2803 T. It is the Plaintiffs' position that the proper year to claim that theft loss was 1998.

13. As a result of the denial of an adjustment to the Plaintiffs' 1999 return as asserted in the claim for refund identified in Paragraph 10, Plaintiffs have overstated their taxable income for 1999 in the amount of $2,439,991 and have thus overpaid their income tax for 1999 in the amount of $937,714.

**COUNT TWO**
**Claim for Refund for 2000**
**for Additional Theft Loss Expenses**

14. On or before October 15, 2001, Plaintiffs filed a joint tax return for their 2000 taxable year with the Internal Revenue Service Center, Atlanta, Georgia. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

15. Plaintiffs timely paid to the Internal Revenue Service Center in Atlanta, Georgia, the tax shown due on their 2000 tax return in the amounts and on or about the following dates:

| Date | | Amount | Type |
|---|---|---|---|
| 4/15/2000 | $ | 540,321.00 | Application of Credit from Prior Year |
| 6/09/2000 | $ | 20,000.00 | Estimated Tax Payment |
| 9/20/2000 | $ | 275,000.00 | Estimated Tax Payment |
| 1/06/2001 | $ | 244,679.00 | Estimated Tax Payment |
| 4/14/2001 | $ | 270,000.00 | Payment with Application for Extension |

16. On January 30, 2004, the Plaintiffs timely filed an additional claim for refund

on Form 1040X for 2000 with the West Palm Beach, Florida, office of the Southern District of Florida office of the Internal Revenue Service. A copy of this claim for refund (the original being in the hands of the Defendant) is attached as Exhibit 2. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

17. In a Letter 906 dated July 5, 2005, the Internal Revenue Service notified the Plaintiffs that it had disallowed Plaintiffs' claim for refund for the 2000 taxable year referred to in paragraph 16, and more than six months have elapsed since the filing of the claim, so Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

18. As grounds for recovery, Plaintiffs incorporate by reference the facts and grounds contained in the claim for refund referred to in Paragraph 16.

19. As a result of the denial of an adjustment to the Plaintiffs' 2000 return as asserted in the claim for refund identified in Paragraph 16, Plaintiffs have overstated their taxable income for 2000 in the amount of $1,513,071 and have thus overpaid their income tax for 2000 in the amount of $599,176.

**COUNT THREE**
**Claim for Refund for 1999**

20. Plaintiffs incorporate paragraphs 8 and 9 above by reference.

21. On September 30, 2003, the Plaintiffs timely filed a claim for refund in addition to the one described in Count One on Form 1040X for 1999 with the West Palm Beach, Florida, office of the Southern District of Florida office of the Internal Revenue Service. A copy of this claim for refund (the original being in the hands of the Defendant)

is attached as Exhibit 3, with the exception of the appraisal report attached to the original claim for refund which, due to its length, is impractical to attach to the complaint and which is already in the possession of the Defendant. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

22. As grounds for recovery, Plaintiffs hereby incorporate by reference the facts and grounds contained in the claim for refund referred to in paragraph 21 above. It is the position of the Plaintiffs that 1998 is the proper year in which to take the theft loss deduction at issue here because the amount of the loss was not determined until 1998, when the likelihood of recovery became reasonably known. To place all possible years in which that theft loss could possibly be claimed before the Court, the Plaintiffs filed an additional claim for refund in the alternative for that theft loss for the 1999 calendar tax year.

23. In a Letter 906 dated July 5, 2005, the Internal Revenue Service notified the Plaintiffs that it had disallowed Plaintiffs' claim for refund for the 1999 taxable year referred to in paragraph 21, and more than six months have elapsed since the filing of the claim, so Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

24. This claim for refund is being asserted in the alternative. In the event it is determined that 1998 and 1997 are not the proper years for the theft loss deduction, it is the position of Plaintiffs that 1999 was the proper year in which to take the theft loss deduction.

25. If it is determined that 1999 is the proper year in which to take the theft loss deduction, Plaintiffs have overstated their taxable income for 1999 in the amount of $276,121 and have thus overpaid their income tax for 1999 in the amount of $50,919.

26. In addition, Plaintiffs are entitled for 1999 to a net operating loss carryback

to previous years of $60,395,017.

**COUNT FOUR**
**Claim for Refund for 2000**

27. Plaintiffs incorporate paragraphs 14 and 15 above by reference.

28. On January 30, 2004, the Plaintiffs timely filed a refund in addition to the one described in Count Two on Form 1040X for 2000 with the West Palm Beach, Florida, office of the Southern District of Florida office of the Internal Revenue Service. A copy of this claim for refund (the original being in the hands of the Defendant) is attached hereto as Exhibit 4, with the exception of the appraisal report attached to the original claim for refund which, due to its length, is impractical to attach to the complaint and which is already in the possession of the Defendant. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

29. As grounds for recovery, Plaintiffs hereby incorporate by reference the facts and grounds contained in the claim for refund referred to in paragraph 28 above. It is the position of the Plaintiffs that 1998 is the proper year in which to take the theft loss deduction at issue here because the amount of the loss was not determined until 1998, when the likelihood of recovery became reasonably known. To place all possible years in which that theft loss could possibly be claimed before the Court, the Plaintiffs filed an additional claim for refund in the alternative for that theft loss for the 2000 calendar tax year.

30. In a Letter 906 dated July 5, 2005, the Internal Revenue Service notified the Plaintiffs that it had disallowed Plaintiffs' claim for refund for the 2000 taxable year referred to in paragraph 28, and more than six months have elapsed since the filing of the claim, so

Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

31. This claim for refund is being asserted in the alternative. In the event it is determined that 1998, 1997 and 1999 are not the proper years for the theft loss deduction, it is the position of Plaintiffs that 2000 was the proper year in which to take the theft loss deduction.

32. If it is determined that 2000 is the proper year in which to take the theft loss deduction, Plaintiffs have overstated their taxable income for 2000 in the amount of $1,193,319 and have thus overpaid their income tax for 2000 in the amount of $444,478.

33. In addition, Plaintiffs are entitled for 2000 to a capital loss carryback to previous years of $62,662,452.

## COUNT FIVE
## Claim for Refund for 2001

34. On or before October 15, 2002, Plaintiffs filed a joint tax return for their 2001 taxable year with the Internal Revenue Service Center, Atlanta, Georgia. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

35. Plaintiffs timely paid to the Internal Revenue Service Center in Atlanta, Georgia, the tax shown due on their 2001 tax return in the amounts and on or about the following dates:

| Date | Amount | Type |
|---|---|---|
| 6/14/2001 | $ 290,000.00 | Estimated Tax Payment |
| 9/11/2001 | $ 290,000.00 | Estimated Tax Payment |
| 1/14/2002 | $ 80,000.00 | Estimated Tax Payment |
| 4/15/2002 | $ 380,000.00 | Payment with Application for Extension |

36. On October 8, 2004, the Plaintiffs timely filed a refund on Form 1040X for 2001 with the West Palm Beach, Florida, office of the Southern District of Florida office of the Internal Revenue Service. A copy of this claim for refund (the original being in the hands of the Defendant) is attached hereto as Exhibit 5, with the exception of the appraisal report attached to the original claim for refund which, due to its length, is impractical to attach to the complaint and which is already in the possession of the Defendant. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

37. As grounds for recovery, Plaintiffs hereby incorporate by reference the facts and grounds contained in the claim for refund referred to in paragraph 36 above. It is the position of the Plaintiffs that 1998 is the proper year in which to take the theft loss deduction at issue here because the amount of the loss was not determined until 1998, when the likelihood of recovery became reasonably known. To place all possible years in which that theft loss could possibly be claimed before the Court, the Plaintiffs filed an additional claim for refund in the alternative for that theft loss for the 2001 calendar tax year.

38. In a Letter 531 dated August 8, 2005, the Internal Revenue Service notified the Plaintiffs of a deficiency with respect to the taxes paid for the 2001 tax year. The Internal Revenue Service disallowed deductions for expenses associated with the theft loss at issue in this matter. In its letter, the Internal Revenue Service stated that it had considered Plaintiffs' claim for refund for the 2001 taxable year referred to in paragraph 36 and had determined that it has not been established that any deductible loss was sustained. during the tax year.

39. In a Letter 906 dated November 15, 2005, the Internal Revenue Service notified the Plaintiffs that it had disallowed Plaintiffs' claim for refund for the 2001 taxable year referred to in paragraph 36, and more than six months have elapsed since the filing of the claim, so Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

40. This claim for refund is being asserted in the alternative. In the event it is determined that 1998, 1997, 1999 and 2000 are not the proper years for the theft loss deduction, it is the position of Plaintiffs that 2001 was the proper year in which to take the theft loss deduction.

41. If it is determined that 2001 is the proper year in which to take the theft loss deduction, Plaintiffs have overstated their taxable income for 2001 in the amount of $1,965,982 and have thus overpaid their income tax for 2001 in the amount of $740,742.

42. In addition, Plaintiffs are entitled for 2001 to a net operating loss carryback to previous years of $67,402,860.

**<u>COUNT SIX</u>**
**Claim for Refund for 1996**
**(Carryback from 1998)**

43. On or before April 15, 1997, Plaintiffs filed a joint tax return for their 1996 taxable year with the Internal Revenue Service Center, Atlanta, Georgia. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

44. Plaintiffs timely paid to the Internal Revenue Service Center in Atlanta, Georgia, the tax shown due on their 1996 tax return in the amounts and on or about the following dates:

| Date | | Amount | Type |
|---|---|---|---|
| 4/20/1996 | $ | 1,000,000.00 | Estimated Tax Payment |
| 6/21/1996 | $ | 1,100,000.00 | Estimated Tax Payment |
| 9/19/1996 | $ | 1,000,000.00 | Estimated Tax Payment |
| 1/22/1997 | $ | 1,000,000.00 | Estimated Tax Payment |

45. On December 19, 2001, the Plaintiffs timely filed a claim for refund on Form 1040X for 1995 with the West Palm Beach, Florida, office of the Southern District of Florida office of the Internal Revenue Service. A copy of this claim for refund (the original being in the hands of the defendant) is attached hereto as Exhibit 6. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

46. In a Letter 906 dated July 5, 2005, the Internal Revenue Service notified the Plaintiffs that it had disallowed Plaintiffs' claim for refund for the 1996 taxable year referred to in paragraph 46, and more than six months have elapsed since the filing of the claim, so Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

47. As grounds for recovery, Plaintiffs hereby incorporate by reference the facts and grounds contained in the claim for refund referred to in paragraph 46. Such grounds are based on there being a net operating loss carryback from 1998 in the amount of $57,342,140, of which $9,985,609 has been applied to the 1995 tax year, leaving a carryback in the amount of $47,356,531 applicable to the 1996 tax year..

48. As a result of the denial of an adjustment to the Plaintiffs' 1996 return, Plaintiffs have overstated their taxable income for 1996 in the amount of $8,251,437 and have thus overpaid their income tax for 1996 in the amount of $3,004,402.

49. In addition, Plaintiffs are entitled for 1996 to a net operating loss carryforward

to subsequent years of $39,104,651.

**COUNT SEVEN**
**Claim for Refund for 1996**
**(Carryback from 1999)**

50. Plaintiffs incorporate paragraphs 43 and 44 above by reference.

51. On September 30, 2003, the Plaintiffs timely filed a claim for refund on Form 1040X for 1996 with the West Palm Beach, Florida, office of the Southern District of Florida office of the Internal Revenue Service. A copy of this claim for refund (the original being in the hands of the Defendant) is attached as Exhibit 7. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

52. The claim for refund referred to in Paragraph 51 reflects deductions for a net operating loss carryback resulting from Plaintiffs' claim for refund for a theft loss in 1999. It is the position of the Plaintiffs that 1998 is the proper year in which to take that theft loss deduction because the amount of the loss was not determined until 1998 when the likelihood of recovery became reasonably known. To place all possible years in which that theft loss could possibly be claimed before the Court, the Plaintiffs filed an additional claim for refund in the alternative for that theft loss for the 1999 calendar tax year.

53. In a Letter 906 dated July 5, 2005, the Internal Revenue Service notified the Plaintiffs that it had disallowed Plaintiffs' claim for refund for the 1996 taxable year referred to in paragraph 51, and more than six months have elapsed since the filing of the claim, so Plaintiffs are authorized to bring this claim under 26 U.S.C. §6532.

54. As grounds for recovery, Plaintiffs hereby incorporate by reference the facts

and grounds contained in the claim for refund referred to in paragraph 51. Such grounds are based on there being a net operating loss carryback from 1999 in the amount of $60,395,017.

55. If it is determined that 1999 is the proper year in which to take the theft loss deduction, Plaintiffs have overstated their taxable income for 1996 in the amount of $8,499,437 and have thus overpaid their income tax for 1996 in the amount of $3,004,405.

56. In addition, Plaintiffs are entitled for 1996 to a net operating loss carryforward to subsequent years of $52,140,137.

**<u>COUNT EIGHT</u>**
**Claim for Refund for 1996**
**(Carryback from 2001)**

57. Plaintiffs incorporate paragraphs 43 and 44 above by reference.

58. On October 8, 2004, the Plaintiffs timely filed a refund on Form 1040X for 1996 with the West Palm Beach, Florida, office of the Southern District of Florida office of the Internal Revenue Service. A copy of this claim for refund (the original being in the hands of the Defendant) is attached as Exhibit 8. The names, address and taxpayer identification numbers appearing on this claim for refund are the same as set forth in Paragraph 8.

59. The claim for refund referred to in Paragraph 58 reflects deductions for a net operating loss carryback resulting from Plaintiffs' claim for refund for a theft loss in 2001. It is the position of the Plaintiffs that 1998 is the proper year in which to take that theft loss deduction because the amount of the loss was not determined until 1998 when the likelihood of recovery became reasonably known. To place all possible years in which that theft loss could possibly be claimed before the Court, the Plaintiffs filed an additional claim for refund in the alternative for that theft loss for the 2001 calendar tax year.

60. In a Letter 906 dated July 5, 2005, the Internal Revenue Service notified the Plaintiffs that it had disallowed Plaintiffs' claim for refund for the 1996 taxable year referred to in paragraph 58, and more than six months have elapsed since the filing of the claim, so Plaintiffs are authorized to bring this action under 26 U.S.C. §6532.

61. As grounds for recovery, Plaintiffs hereby incorporate by reference the facts and grounds contained in the claim for refund referred to in paragraph 58. Such grounds are based on there being a net operating loss carryback from 2001 in the amount of $67,402,860.

62. If it is determined that 2001 is the proper year in which to take the theft loss deduction, Plaintiffs have overstated their taxable income for 1996 in the amount of $8,499,437 and have thus overpaid their income tax for 1996 in the amount of $3,004,405.

63. In addition, Plaintiffs are entitled for 1996 to a net operating loss carryforward to subsequent years of $59,144,980.

**THEREFORE,** Plaintiffs Aben E. Johnson and Joan G. Johnson demand judgment in their favor and against the Defendant United States of America:

(1) in the amount of $937,714 for the taxable year 1999, or such other amount as may be legally refundable, plus interest as provided by law, and

(2) in the amount of $599,176 for the taxable year 2000, or such other amount as may be legally refundable, plus interest as provided by law, and

(3) in the amount of $3,004,402 for the taxable year 1996, or such other amount as may be legally refundable, plus interest as provided by law; and

(4) in the alternative, in the amount of $740,742 for the taxable year 2001, or such other amount as may be legally refundable, plus interest as provided by law, and for

a determination that Plaintiffs are entitled to a net operating loss carryback as of the end of 2001 in the amount of $67,399,860; and

(5) for Plaintiffs' costs, attorneys' fees and such other and further relief as the Court deems appropriate.

ATTORNEY OF RECORD:

Date: November 28, 2005

Patrick K. Rode (Michigan Bar No. P35591)
Meyer, Kirk, Snyder & Lynch, PLLC
100 W. Long Lake Road, Suite 100
Bloomfield Hills, Michigan 48304
Telephone: (248) 647-5111
Fax: (248) 647-6079

Of Counsel in this Matter
Mark R. Solomon (Michigan Bar No. P26691)
Of Counsel in Tax Matters
Meyer, Kirk, Snyder & Lynch, PLLC
100 W. Long Lake Road, Suite 100
Bloomfield Hills, Michigan 48304
Telephone: (248) 647-5111
Fax: (248) 647-6079

Form **1040X** (Rev. November 1999)

Department of the Treasury-Internal Revenue Service

# Amended U.S. Individual Income Tax Return

COPY

OMB No. 1545-0091

▶ See separate instructions.

This return is for calendar year ▶ 1999, OR fiscal year ended ▶

| Please print or type | | | |
|---|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON | | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | | Apt. no. | Telephone number (optional) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.: NORTH PALM BEACH FL 33408-2511 | | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| USE PART II ON THE BACK TO EXPLAIN ANY CHANGES | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-5)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 2,758,667 | | 2,758,667 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 42,555 | 2,439,991 | 2,482,546 |
| 3 Subtract line 2 from line 1 | 3 | 2,716,112 | -2,439,991 | 276,121 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 2,716,112 | -2,439,991 | 276,121 |
| **Tax Liability** 6 Tax (see pg. 4). Method used in col. C SCH. D | 6 | 988,633 | -937,714 | 50,919 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 988,633 | -937,714 | 50,919 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 988,633 | -937,714 | 50,919 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 1,528,954 | | 1,528,954 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,528,954 |

Internal Revenue Service REC'D WITH REMITTANCE SEP 05 2003 DETROIT, MI

### Refund or Amount You Owe

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 540,321 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 988,633 |
| 21 **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 937,714 |
| 23 Amount of line 22 you want **REFUNDED TO YOU** | 23 | 937,714 |
| 24 Amount of line 22 you want **APPLIED TO YOUR** ESTIMATED TAX | 24 | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature] X 9/3/03 Your signature Date ▶ X [signature] X 9/3/03 Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ Richard A Edwards Date 9/2/03 Check if self-employed ☐ Preparer's SSN or PTIN P00009633

Firm's name (or yours if self-employed) and address ▶ EDWARDS, MELTON, ELLIS, KOSHIW, & CO., 2155 BUTTERFIELD DR., SUITE 305A TROY MI EIN 38-2337970 ZIP code 48084-3202

DAA [167]

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25-31.
If claiming **fewer exemptions,** complete lines 25-30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note.** For tax years after 1997, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- **did not** live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here ▶ ☐

TAXPAYERS ARE AMENDING THEIR 1999 TAX RETURN TO INCLUDE ADDITIONAL EXPENSES INCURRED REGARDING A THEFT LOSS OF INCOME PRODUCING PROPERTY THEY INCLUDED ON A 1998 FORM 1040X. THE ADDITIONAL EXPENSES OF $2,439,991 INCURRED IN 1999 WERE NOT INCLUDED IN THE ORIGINAL CALCULATION AND ARE THEREFORE DEDUCTED ON FORM 4684 AS A THEFT LOSS IN 1999.

ADDITIONALLY, $36,000 WAS RECOVERED IN 1999 AGAINST THE ORIGINAL ESTIMATE OF $20,000,000 OF REIMBURSEMENTS. THIS AMOUNT HAS NOT BEEN INCLUDED AS INCOME IN 1999 SINCE TAXPAYERS HAVE NOT YET EXCEEDED THE EXPECTED AMOUNT OF RECOVERY OF $20,000,000.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

SCHEDULES A&B (Form 1040) Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074 | 1999 | Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON — Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 1,092 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 [2] 2,758,667 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 206,900 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 8,600 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 62,090 | | |
| | 7 | Personal property taxes | 7 | 113 | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 15,080 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 85,883 |
| Interest You Paid (See page A-3.) Note: Personal interest is not deductible. | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 5 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 5 |
| Gifts to Charity. If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 30,446 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You MUST attach Form 8283 if over $500 | 16 | 5,183 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 35,629 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses- job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 14,873 | | |
| | 22 | Other expenses- investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 2 | 22 | 4,520 | | |
| | 23 | Add lines 20 through 22 | 23 | 19,393 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 [24] 2,758,667 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 55,173 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other- from list on page A-6. List type and amount ▶ | | | 27 | |
| Total Itemized Deductions | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 42,555 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 1999

**SCHEDULES A&B (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**1999**
Attachment Sequence No. **07**

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 1,092 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 [2] 2,758,667 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 206,900 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | 8,600 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 62,090 | | |
| | 7 | Personal property taxes | 7 | 113 | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 15,080 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 85,883 |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 5 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 5 |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 30,446 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You MUST attach Form 8283 if over $500 | 16 | 5,183 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 35,629 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses- job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 14,873 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses- investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 1 | 22 | 4,520 | | |
| | 23 | Add lines 20 through 22 | 23 | 19,393 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 [24] 2,758,667 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 55,173 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other- from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 2,439,991 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 2,482,546 |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.** * LIMITED BY AGI **Schedule A (Form 1040) 1999**

A

Schedule D (Form 1040) 1999 AS ORIGINALLY REPORTED Page 2

## Part III Summary of Parts I and II

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | | | 17 | 306,698 |
| | **Next:** Complete Form 1040 through line 39. Then, go to Part IV to figure your tax if:<br>• Both lines 16 and 17 are gains, and<br>• Form 1040, line 39, is more than zero. | | | | |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the smaller of these losses:<br>• The loss on line 17; or<br>• ($3,000) or, if married filing separately, ($1,500) | | | 18 | ( ) |
| | **Next:** Skip Part IV below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if:<br>• The loss on line 17 exceeds the loss on line 18, or<br>• Form 1040, line 37, is a loss. | | | | |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | | 19 | 2,716,112 |
| 20 | Enter the smaller of line 16 or line 17 of Schedule D | 20 | 306,678 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 306,678 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | 20 | | |
| 24 | Enter the smaller of line 15 or line 23, but not less than zero | 24 | 0 | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet on page D-7 | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | 306,678 |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | 2,409,434 |
| 29 | Enter the smaller of:<br>• The amount on line 19, or<br>• $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household | | | 29 | 43,050 |
| 30 | Enter the smaller of line 28 or line 29 | 30 | 43,050 | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 | 2,409,434 | | |
| 32 | Enter the larger of line 30 or line 31 ▶ | 32 | 2,409,434 | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 33 | 927,297 |
| | **Note.** If line 29 is less than line 28, go to line 38. | | | | |
| 34 | Enter the amount from line 29 | 34 | | | |
| 35 | Enter the amount from line 28 | 35 | | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- ▶ | 36 | | | |
| 37 | Multiply line 36 by 10% (.10) | | | 37 | |
| | **Note.** If line 27 is more than zero and equal to line 36, go to line 52. | | | | |
| 38 | Enter the smaller of line 19 or line 27 | 38 | 306,678 | | |
| 39 | Enter the amount from line 36 | 39 | | | |
| 40 | Subtract line 39 from line 38 ▶ | 40 | 306,678 | | |
| 41 | Multiply line 40 by 20% (.20) | | | 41 | 61,336 |
| | **Note.** If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48. | | | | |
| 42 | Enter the smaller of line 22 or line 25 | 42 | | | |
| 43 | Add lines 22 and 32 (43: ) | | | | |
| 44 | Enter the amount from line 19 (44: ) | | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- ▶ | 46 | | | |
| 47 | Multiply line 46 by 25% (.25) | | | 47 | |
| | **Note.** If line 24 is zero or blank, go to line 52. | | | | |
| 48 | Enter the amount from line 19 | 48 | | | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | | | |
| 50 | Subtract line 49 from line 48 | 50 | | | |
| 51 | Multiply line 50 by 28% (.28) | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | 988,633 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | 1,048,741 |
| 54 | **Tax on all taxable income (including capital gains).** Enter the smaller of line 52 or line 53 here and on Form 1040, line 40 | | | 54 | 988,633 |

DAA Schedule D (Form 1040) 1999 (5)

Schedule D (Form 1040) 1999 AS AMENDED Page 2

## Part III Summary of Parts I and II

| | | |
|---|---|---|
| 17 Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | 17 | 306,698 |
| Next: Complete Form 1040 through line 39. Then, go to Part IV to figure your tax if: ●Both lines 16 and 17 are gains, and ●Form 1040, line 39, is more than zero. | | |
| 18 If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the smaller of these losses: ●The loss on line 17; or ●($3,000) or, if married filing separately, ($1,500) | 18 | ( ) |
| Next: Skip Part IV below. Instead, complete Form 1040 through line 37. Then, complete the Capital Loss Carryover Worksheet on page D-6 if: ●The loss on line 17 exceeds the loss on line 18, or ●Form 1040, line 37, is a loss. | | |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| | | | | | |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | | 19 | 276,121 |
| 20 | Enter the smaller of line 16 or line 17 of Schedule D | 20 | 306,678 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 306,678 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | 20 | | |
| 24 | Enter the smaller of line 15 or line 23, but not less than zero | 24 | 0 | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet on page D-7 | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | 306,678 |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | 0 |
| 29 | Enter the smaller of: ●The amount on line 19, or ●$25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household | | | 29 | 43,050 |
| 30 | Enter the smaller of line 28 or line 29 | 30 | | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 | 0 | | |
| 32 | Enter the larger of line 30 or line 31 ▶ | 32 | | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 33 | |
| | Note. If line 29 is less than line 28, go to line 38. | | | | |
| 34 | Enter the amount from line 29 | 34 | 43,050 | | |
| 35 | Enter the amount from line 28 | 35 | | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- ▶ | 36 | 43,050 | | |
| 37 | Multiply line 36 by 10% (.10) | | | 37 | 4,305 |
| | Note. If line 27 is more than zero and equal to line 36, go to line 52. | | | | |
| 38 | Enter the smaller of line 19 or line 27 | 38 | 276,121 | | |
| 39 | Enter the amount from line 36 | 39 | 43,050 | | |
| 40 | Subtract line 39 from line 38 ▶ | 40 | 233,071 | | |
| 41 | Multiply line 40 by 20% (.20) | | | 41 | 46,614 |
| | Note. If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48. | | | | |
| 42 | Enter the smaller of line 22 or line 25 | 42 | | | |
| 43 | Add lines 22 and 32 — 43: | | | | |
| 44 | Enter the amount from line 19 — 44: | | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- ▶ | 46 | | | |
| 47 | Multiply line 46 by 25% (.25) | | | 47 | |
| | Note. If line 24 is zero or blank, go to line 52. | | | | |
| 48 | Enter the amount from line 19 | 48 | | | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | | | |
| 50 | Subtract line 49 from line 48 | 50 | | | |
| 51 | Multiply line 50 by 28% (.28) | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | 50,919 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | 82,758 |
| 54 | **Tax on all taxable income (including capital gains).** Enter the smaller of line 52 or line 53 here and on Form 1040, line 40 | | | 54 | 50,919 |

A Schedule D (Form 1040) 1999 (6)

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side.

ABEN E. & JOAN G. JOHNSON

Identifying number 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

**SECTION B - Business and Income-Producing Property** THEFT LOSS

**Part I Casualty or Theft Gain or Loss** (Use a separate Part I for each casualty or theft.)

Description of properties (show type, location, and date acquired for each):

Property A ADDITIONAL COSTS INCURRED ON THEFT LOSS OF
Property B INVESTMENT PROPERTY AS ORIGINALLY REPORTED ON
Property C 1998 FORM 1040X (SEE ATTACHED EXHIBIT 1).
Property D

Properties (Use a separate column for each property lost or damaged from one casualty or theft.)

| Line | Description | No. | A | B | C | D |
|---|---|---|---|---|---|---|
| 20 | Cost or adjusted basis of each property | 20 | 2,439,991 | | | |
| 21 | Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | | | | |
| | **Note:** If line 20 is **more than** line 21, skip line 22. | | | | | |
| 22 | Gain from casualty or theft. If line 21 is **more than** line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 | Fair market value **before** casualty or theft | 23 | 2,439,991 | | | |
| 24 | Fair market value **after** casualty or theft | 24 | 0 | | | |
| 25 | Subtract line 24 from line 23 | 25 | 2,439,991 | | | |
| 26 | Enter the **smaller** of line 20 or line 25 | 26 | 2,439,991 | | | |
| | **Note:** If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | | |
| 27 | Subtract line 21 from line 26. If zero or less, enter -0- | 27 | 2,439,991 | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions). **28** 2,439,991

**Part II Summary of Gains and Losses** (from separate Parts I)

| | (a) Identify casualty or theft | | (b)(i) Trade, business, rental or royalty property | (b)(ii) Income-producing and employee property | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|---|
| | **Casualty or Theft of Property Held One Year or Less** | | | | |
| 29 | | | ( ) | ( ) | |
| | | | ( ) | ( ) | |
| 30 | Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | |
| 31 | Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | 31 | | | 0 |
| 32 | Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions | 32 | | | |
| | **Casualty or Theft of Property Held More Than One Year** | | | | |
| 33 | Casualty or theft gains from Form 4797, line 32 | 33 | | | |
| 34 | THEFT LOSS | | ( ) | (2,439,991) | |
| | | | ( ) | ( ) | |
| 35 | Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | (2,439,991) | |
| 36 | Total gains. Add lines 33 and 34, column (c) | 36 | | | |
| 37 | Add amounts on line 35, columns (b)(i) and (b)(ii) | 37 | | | -2,439,991 |
| 38 | If the loss on line 37 is **more than** the gain on line 36: | | | | |
| a | Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | 38a | | | 0 |
| b | Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | 38b | | | -2,439,991 |
| 39 | If the loss on line 37 is **less than or equal to** the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3, column (g) | 39 | | | |

**Note:** Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

DAA

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X

1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/6/99 | 1316 | Alan Mishael | 37,711.66 | 37,711.66 | | | |
| 1/6/99 | 1317 | Alan Mishael | 633.35 | 633.35 | | | |
| 1/6/99 | 1318 | Gallwey, Gillman, Curtis | 10,555.32 | 10,555.32 | | | |
| 1/7/99 | 1321 | Shutts & Bowen | 4,440.50 | 4,440.50 | | | |
| 1/22/99 | 1323 | Shutts & Bowen | 13,265.58 | | 13,265.58 | | |
| 1/22/99 | 1324 | Shutts & Bowen | 1,309.00 | 1,309.00 | | | |
| 1/25/99 | 1325 | Shutts & Bowen | 22,503.14 | | | 22,503.14 | |
| 1/26/99 | 1326 | Shutts & Bowen | 10,170.20 | | 10,170.20 | | |
| 2/3/99 | 1329 | Alan Mishael | 40,390.66 | 40,390.66 | | | |
| 2/5/99 | 1331 | Shutts & Bowen | 712.63 | 712.63 | | | |
| 2/5/99 | 1332 | Shutts & Bowen | 119,595.61 | 119,595.61 | | | |
| 2/5/99 | 1333 | Shutts & Bowen | 7,059.87 | 7,059.87 | | | |
| 2/10/99 | 1334 | Gallwey, Gillman, Curtis | 9,438.65 | 9,438.65 | | | |
| 2/19/99 | 1336 | Shutts & Bowen | 10,318.00 | 10,318.00 | | | |
| 2/23/99 | 1337 | Shutts & Bowen | 21,691.17 | 21,691.17 | | | |
| 2/23/99 | 1338 | Shutts & Bowen | 8,708.73 | 8,708.73 | | | |
| 2/23/99 | 1339 | Shutts & Bowen | 1,977.19 | 1,977.19 | | | |
| 2/23/99 | 1340 | Shutts & Bowen | 2,466.71 | 2,466.71 | | | |
| 3/3/99 | 1342 | Alan Mishael | 22,260.17 | 22,260.17 | | | |
| 3/5/99 | 1343 | Shutts & Bowen | 7,175.03 | 7,175.03 | | | |
| 3/9/99 | 1344 | Shutts & Bowen | 6,232.02 | | 6,232.02 | | |
| 3/9/99 | 1345 | Shutts & Bowen | 2,060.00 | 2,060.00 | | | |
| 3/13/99 | 1346 | Shutts & Bowen | 379.67 | | 379.67 | | |
| 3/16/99 | 1347 | Shutts & Bowen | 97,600.46 | 97,600.46 | | | |
| /16/99 | 1348 | Gallwey, Gillman, Curtis | 1,106.90 | 1,106.90 | | | |
| /16/99 | 1349 | Shutts & Bowen | 5,306.73 | 5,306.73 | | | |
| 3/22/99 | 1350 | Shutts & Bowen | 747.50 | 747.50 | | | |
| /23/99 | 1551 | Shutts & Bowen | 6,249.98 | 6,249.98 | | | |
| /23/99 | 1552 | Kevorkian & Partners | 3,600.00 | 3,600.00 | | | |
| 3/26/99 | 1553 | Mark R. Solomon | 3,398.61 | 3,398.61 | | | |
| 4/1/99 | 1555 | Shutts & Bowen | 28,002.35 | | | 28,002.35 | |
| 4/5/99 | 1556 | Alan Mishael | 24,032.66 | 24,032.66 | | | |
| 4/10/99 | 1557 | Shutts & Bowen | 5,221.73 | 5,221.73 | | | |
| 4/10/99 | 1558 | Shutts & Bowen | 2,778.00 | | 2,778.00 | | |
| /10/99 | 1559 | Shutts & Bowen | 2,497.45 | | 2,497.45 | | |
| 4/10/99 | 1560 | Gallwey, Gillman, Curtis | 5,063.11 | 5,063.11 | | | |
| 4/17/99 | 1563 | Shutts & Bowen | 57,406.91 | 57,406.91 | | | |
| /22/99 | 1564 | Shutts & Bowen | 8,086.90 | 8,086.90 | | | |
| /28/99 | 1565 | Shutts & Bowen | 280.50 | 280.50 | | | |
| 4/29/99 | 1566 | Shutts & Bowen | 1,508.65 | 1,508.65 | | | |
| /29/99 | 1567 | Shutts & Bowen | 11,579.53 | 11,579.53 | | | |
| /10/99 | 1570 | Alan Mishael | 42,179.41 | 42,179.41 | | | |
| 5/12/99 | 1571 | Shutts & Bowen | 71,964.82 | 71,964.82 | | | |
| /12/99 | 1572 | Shutts & Bowen | 5,604.59 | 5,604.59 | | | |
| /12/99 | 1573 | Shutts & Bowen | 6,936.06 | 6,936.06 | | | |
| 5/12/99 | 1574 | Shutts & Bowen | 12,419.32 | 12,419.32 | | | |
| /12/99 | 1575 | Shutts & Bowen | 25,987.29 | 25,987.29 | | | |
| /12/99 | 1576 | Gallwey, Gillman, Curtis | 18,447.87 | 18,447.87 | | | |
| 5/20/99 | 1582 | Shutts & Bowen | 79,188.67 | 79,188.67 | | | |
| 5/24/99 | 1583 | Shutts & Bowen | 5,412.60 | 5,412.60 | | | |

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X
1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 6/9/99 | 1584 | Shutts & Bowen | 13,808.00 | 13,808.00 | | | |
| 3/10/99 | 1585 | Alan Mishael | 36,348.27 | 36,348.27 | | | |
| 6/14/99 | 1588 | Shutts & Bowen | 7,044.28 | | 7,044.28 | | |
| 6/14/99 | 1589 | Shutts & Bowen | 23.01 | 23.01 | | | |
| 3/14/99 | 1590 | Shutts & Bowen | 4,277.58 | 4,277.58 | | | |
| 3/14/99 | 1591 | Shutts & Bowen | 4,887.07 | | 4,887.07 | | |
| 6/14/99 | 1592 | Shutts & Bowen | 2,391.01 | 2,391.01 | | | |
| 3/16/99 | 1593 | Gallwey, Gillman, Curtis | 15,834.78 | 15,834.78 | | | |
| 5/24/99 | 1595 | Shutts & Bowen | 1,453.40 | 1,453.40 | | | |
| 6/25/99 | 1596 | Shutts & Bowen | 15,000.00 | 15,000.00 | | | |
| 3/26/99 | 1597 | Shutts & Bowen | 1,817.27 | 1,817.27 | | | |
| 7/6/99 | 1599 | Alan Mishael | 43,208.43 | 43,208.43 | | | |
| 7/17/99 | 1601 | Shutts & Bowen | 13,954.32 | 13,954.32 | | | |
| 7/17/99 | 1602 | Shutts & Bowen | 9,491.34 | | 9,491.34 | | |
| /17/99 | 1603 | Gallwey, Gillman, Curtis | 15,204.35 | 15,204.35 | | | |
| 7/19/99 | 1604 | Shutts & Bowen | 68,497.75 | 68,497.75 | | | |
| 7/19/99 | 1605 | Shutts & Bowen | 1,297.81 | 1,297.81 | | | |
| /19/99 | 1606 | Shutts & Bowen | 19,436.62 | 19,436.62 | | | |
| /23/99 | 1607 | Shutts & Bowen | 6,427.00 | 6,427.00 | | | |
| 7/28/99 | 1608 | Shutts & Bowen | 1,075.18 | 1,075.18 | | | |
| /30/99 | 1609 | Shutts & Bowen | 205.98 | 205.98 | | | |
| 8/2/99 | 1610 | Shutts & Bowen | 114,939.61 | 114,939.61 | | | |
| 8/2/99 | 1611 | Shutts & Bowen | 568.25 | 568.25 | | | |
| 8/6/99 | 1612 | Shutts & Bowen | 1,354.43 | 1,354.43 | | | |
| 8/9/99 | 1613 | Shutts & Bowen | 9,933.42 | 9,933.42 | | | |
| 8/9/99 | 1614 | Alan Mishael | 41,773.09 | 41,773.09 | | | |
| /11/99 | 1615 | Shutts & Bowen | 9,906.30 | 9,906.30 | | | |
| /12/99 | 1616 | Shutts & Bowen | 10,142.75 | 10,142.75 | | | |
| 8/12/99 | 1617 | Shutts & Bowen | 9,669.20 | 9,669.20 | | | |
| 8/16/99 | 1618 | Shutts & Bowen | 3,536.93 | 3,536.93 | | | |
| /23/99 | 1619 | Shutts & Bowen | 7,000.00 | 7,000.00 | | | |
| /28/99 | 1620 | Shutts & Bowen | 11,230.00 | 11,230.00 | | | |
| 8/28/99 | 1621 | Shutts & Bowen | 9,684.25 | 9,684.25 | | | |
| /28/99 | 1622 | Shutts & Bowen | 1,400.00 | 1,400.00 | | | |
| /28/99 | 1623 | Shutts & Bowen | 2,922.60 | 2,922.60 | | | |
| 8/28/99 | 1624 | Shutts & Bowen | 3,444.35 | 3,444.35 | | | |
| /28/99 | 1625 | Shutts & Bowen | 105,763.77 | 105,763.77 | | | |
| /14/99 | 1628 | Shutts & Bowen | 7,056.69 | 7,056.69 | | | |
| 9/14/99 | 1629 | Shutts & Bowen | 5,598.48 | | 5,598.48 | | |
| /14/99 | 1630 | Alan Mishael | 38,090.57 | 38,090.57 | | | |
| /14/99 | 1631 | Gallwey, Gillman, Curtis | 14,698.34 | 14,698.34 | | | |
| 9/14/99 | 1633 | Shutts & Bowen | 6,240.00 | 6,240.00 | | | |
| 10/8/99 | 1751 | Shutts & Bowen | 12,655.21 | 12,655.21 | | | |
| 0/8/99 | 1752 | Shutts & Bowen | 4,594.00 | 4,594.00 | | | |
| 10/8/99 | 1753 | Shutts & Bowen | 417.59 | 417.59 | | | |
| 10/8/99 | 1754 | Shutts & Bowen | 1,511.95 | 1,511.95 | | | |
| 0/8/99 | 1755 | Shutts & Bowen | 1,444.32 | 1,444.32 | | | |
| 0/8/99 | 1756 | Shutts & Bowen | 1,930.03 | 1,930.03 | | | |
| 10/8/99 | 1757 | Shutts & Bowen | 15,462.30 | 15,462.30 | | | |
| 0/9/99 | 1758 | Shutts & Bowen | 850.50 | 850.50 | | | |

EXHIBIT

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X

1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 10/9/99 | 1759 | Shutts & Bowen | 4,539.34 | 4,539.34 | | | |
| 10/9/99 | 1760 | Shutts & Bowen | 43,707.00 | 43,707.00 | | | |
| 10/9/99 | 1761 | Shutts & Bowen | 110,161.73 | 110,161.73 | | | |
| 10/9/99 | 1762 | Alan Mishael | 30,782.87 | 30,782.87 | | | |
| 10/9/99 | Wire | Shutts & Bowen | 37,600.00 | 37,600.00 | | | |
| 10/13/99 | 1763 | Shutts & Bowen | 32.90 | 32.90 | | | |
| 10/18/99 | 1764 | Shutts & Bowen | 4,717.11 | | 4,717.11 | | |
| 10/18/99 | 1765 | Shutts & Bowen | 5,524.86 | | 5,524.86 | | |
| 10/18/99 | 1766 | Shutts & Bowen | 1,388.53 | 1,388.53 | | | |
| 10/18/99 | 1767 | Shutts & Bowen | 2,542.21 | 2,542.21 | | | |
| 10/18/99 | 1768 | Shutts & Bowen | 35,690.25 | 35,690.25 | | | |
| 10/25/99 | DEPOSIT | Shutts & Bowen | (568.25) | (568.25) | | | |
| 10/26/99 | 1772 | Shutts & Bowen | 407.36 | 407.36 | | | |
| 11/1/99 | 1773 | Shutts & Bowen | 56,691.18 | 56,691.18 | | | |
| 11/16/99 | 1775 | Shutts & Bowen | 19,590.92 | 19,590.92 | | | |
| 11/16/99 | 1776 | Alan Mishael | 36,187.52 | 36,187.52 | | | |
| 11/16/99 | 1777 | Shutts & Bowen | 2,444.46 | 2,444.46 | | | |
| 11/16/99 | 1778 | Shutts & Bowen | 3,859.66 | 3,859.66 | | | |
| 11/16/99 | 1779 | Shutts & Bowen | 3,481.75 | 3,481.75 | | | |
| 11/16/99 | 1780 | Shutts & Bowen | 304.37 | 304.37 | | | |
| 11/16/99 | 1781 | Shutts & Bowen | 13,167.02 | 13,167.02 | | | |
| 11/16/99 | 1782 | Shutts & Bowen | 1,520.34 | 1,520.34 | | | |
| 11/16/99 | 1783 | Shutts & Bowen | 6,940.16 | 6,940.16 | | | |
| 11/16/99 | 1784 | Shutts & Bowen | 5,180.22 | 5,180.22 | | | |
| 11/26/99 | 1785 | Shutts & Bowen | 107,304.27 | 107,304.27 | | | |
| 12/4/99 | 1788 | Mark R. Solomon | 780.20 | 780.20 | | | |
| 12/8/99 | 1795 | Alan Mishael | 29,064.61 | 29,064.61 | | | |
| 12/8/99 | 1796 | Alan Mishael | 91,112.76 | 91,112.76 | | | |
| 12/8/99 | 1798 | Shutts & Bowen | 63,250.25 | 63,250.25 | | | |
| 12/8/99 | 1799 | Shutts & Bowen | 6,437.99 | | 6,437.99 | | |
| 12/8/99 | 1800 | Shutts & Bowen | 3,984.00 | 3,984.00 | | | |
| 12/8/99 | 1801 | Shutts & Bowen | 7,066.54 | 7,066.54 | | | |
| 12/8/99 | 1802 | Shutts & Bowen | 151.78 | 151.78 | | | |
| 12/8/99 | 1803 | Shutts & Bowen | 3,592.57 | 3,592.57 | | | |
| 12/16/99 | DEPOSIT | Gallwey, Gillman, Curtis | (4,005.23) | (4,005.23) | | | |
| 12/30/99 | 1809 | Shutts & Bowen | 63,562.50 | 63,562.50 | | | |
| 12/30/99 | 1810 | Shutts & Bowen | 1,000.00 | | 1,000.00 | | |
| 12/30/99 | 1811 | Shutts & Bowen | 500.00 | 500.00 | | | |
| 12/30/99 | 1812 | Shutts & Bowen | 3,015.57 | 3,015.57 | | | |
| 12/30/99 | 1813 | Shutts & Bowen | 411.38 | 411.38 | | | |
| 12/30/99 | 1814 | Shutts & Bowen | 2,928.68 | 2,928.68 | | | |
| 2/11/99 | S&B Trust | Michael Gertner | 500.00 | 500.00 | | | |
| 2/17/99 | S&B Trust | Joe McSorley | 3,735.40 | 3,735.40 | | | |
| 3/2/99 | S&B Trust | Schindler Cohen | 187.99 | 187.99 | | | |
| 10/13/99 | S&B Trust | Ibis Golf & C.C. | 350.00 | | | | 350.00 |
| | | Total | $ 2,439,990.61 | $ 2,309,111.07 | $ 80,024.05 | $ 50,505.49 | $ 350.00 |



19

Form **1040X** (Rev. November 2000)

Department of the Treasury-Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 2000, or fiscal year ended ▶

Please print or type

| | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. NORTH PALM BEACH FL 33408-2511 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

Use Part II on the Back to Explain any Changes

| Income and Deductions (see pages 2-6) | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 2,753,473 | | 2,753,473 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 47,083 | 1,513,071 | 1,560,154 |
| 3 Subtract line 2 from line 1 | 3 | 2,706,390 | -1,513,071 | 1,193,319 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 2,706,390 | -1,513,071 | 1,193,319 |
| **Tax Liability** 6 Tax (see pg. 4). Method used in col. C SCH. D | 6 | 1,043,654 | -599,176 | 444,478 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,043,654 | -599,176 | 444,478 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 1,043,654 | -599,176 | 444,478 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 5 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 1,080,000 | | 1,080,000 |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439 or Form 4136 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 5) | 16 | | | 270,000 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,350,000 |

W & I FIELD ASSISTANCE JAN 30 2004

**Refund or Amount You Owe**

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 306,346 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 1,043,654 |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 599,176 |
| 23 Amount of line 22 you want refunded to you | 23 | 599,176 |
| 24 Amount of line 22 you want applied to your estimated tax | 24 | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature] 1/30/04 — Your signature, Date
▶ [signature] 1/30/04 — Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] Date 1/27/04 Check if self-employed ☐ Preparer's SSN or PTIN P00009633

Firm's name (or yours if self-employed), address, and ZIP code ▶ EDWARDS, MELTON, ELLIS, KOSHIW, & CO.
2855 COOLIDGE HWY., STE. 103
TROY MI 48084-3202
EIN 38-2337970
Phone no. 248-643-4545

Form 1040X (Rev. 11-2000) ABEN E. & JOAN G. JOHNSON 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 25-31.
If claiming fewer exemptions, complete lines 25-30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 Your dependent children who lived with you | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 Other dependents | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2000 | $2,800 | $96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note.** For tax years after 1997, do not complete column (e) below. For tax year 1997, do not complete column (d) below.

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

TAXPAYERS ARE AMENDING THEIR 2000 TAX RETURN TO INCLUDE ADDITIONAL EXPENSES INCURRED REGARDING A THEFT LOSS OF INCOME PRODUCING PROPERTY THEY INCLUDED ON A 1998 FORM 1040X. THE ADDITIONAL EXPENSES OF $1,513,071 INCURRED IN 2000 WERE NOT INCLUDED IN THE ORIGINAL CALCULATION AND ARE THEREFORE DEDUCTED ON FORM 4684 AS A THEFT LOSS IN 2000.

ADDITIONALLY, $96,350 WAS RECOVERED IN 2000 AGAINST THE ORIGINAL ESTIMATE OF $20,000,000 OF REIMBURSEMENTS. THIS AMOUNT HAS NOT BEEN INCLUDED AS INCOME IN 2000 SINCE TAXPAYERS HAVE NOT YET EXCEEDED THE EXPECTED AMOUNT OF RECOVERY OF $20,000,000.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

AA

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
2000
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

| Section | Line | Description | | Amount | | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,092 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 [2] 2,753,473 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 206,510 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 18,896 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 36,910 | | |
| | 7 | Personal property taxes | 7 | 116 | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 14,346 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 70,268 |
| Interest You Paid (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 675 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 675 |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 37,035 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | 17,841 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 54,876 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 9,071 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 2 | 22 | 1,919 | | |
| | 23 | Add lines 20 through 22 | 23 | 10,990 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 [24] 2,753,473 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 55,069 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other-from list on page A-6. List type and amount ▶ | | | 27 | |
| Total Itemized Deductions | 28 | Is Form 1040, line 34, over $128,950 (over $64,475 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 47,083 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 2000

DAA



②

**SCHEDULES A&B (Form 1040)**
[D]epartment of the Treasury
[I]nternal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
2000
Attachment Sequence No. 07

Name(s) shown on Form 1040: [R]ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | | Amount | Total |
|---|---|---|---|---|---|
| [M]edical and Dental [E]xpenses | | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,092 | |
| | 2 | Enter amt. from Form 1040, ln. 34 — 2: 2,753,473 | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 206,510 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4: 0 |
| Taxes You [P]aid ([S]ee page A-2.) | 5 | State and local income taxes | 5 | 18,896 | |
| | 6 | Real estate taxes (see page A-2) | 6 | 36,910 | |
| | 7 | Personal property taxes | 7 | 116 | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 14,346 | |
| | 9 | Add lines 5 through 8 | | | 9: 70,268 |
| [I]nterest You Paid ([S]ee [pa]ge A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | |
| [No]te: [Pe]rsonal interest is not [de]ductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 675 | |
| | 14 | Add lines 10 through 13 | | | 14: 675 |
| [G]ifts to [C]harity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 37,035 | |
| If you made a [g]ift and got a [be]nefit for it, [se]e page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | 17,841 | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 | | | 18: 54,876 |
| Casualty and [T]heft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 |
| [J]ob Expenses [a]nd Most [O]ther Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.)▶ | 20 | | |
| | 21 | Tax preparation fees | 21 | 9,071 | |
| ([S]ee page A-5 for expenses to [de]duct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 1 | 22 | 1,919 | |
| | 23 | Add lines 20 through 22 | 23 | 10,990 | |
| | 24 | Enter amt. from Form 1040, ln. 34 — 24: 2,753,473 | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 55,069 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26: 0 |
| [O]ther Miscellaneous Deductions | 27 | Other-from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27: 1,513,071 |
| [T]otal [It]emized Deductions | 28 | Is Form 1040, line 34, over $128,950 ($64,475 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28: 1,560,154 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 2000

[D]AA

ABEN E. & JOAN G. JOHNSON 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

Schedule D (Form 1040) 2000 Page 2

## Part III Summary of Parts I and II

| | | | | |
|---|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | | 17 | 3,796 |
| | **Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if: ● Both lines 16 and 17 are gains **and** ● Form 1040, line 39, is more than zero. Otherwise, **stop here.** | | | |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses: ● The loss on line 17 **or** ● ($3,000) or, if married filing separately, ($1,500) | | 18 | ( ) |
| | **Next:** Skip Part IV below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if: ● The loss on line 17 exceeds the loss on line 18 **or** ● Form 1040, line 37, is a loss. | | | |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| Line | Description | Inner box | Inner amount | Line | Amount |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | | 19 | 2,706,390 |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D | 20 | 3,796 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 3,796 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | 0 | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | 0 | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet on page D-8 | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | 3,796 |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | 2,702,594 |
| 29 | Enter the **smaller** of: ● The amount on line 19 **or** ● $26,250 if single; $43,850 if married filing jointly or qualifying widow(er); $21,925 if married filing separately; or $35,150 if head of household | | | 29 | 43,850 |
| 30 | Enter the **smaller** of line 28 or line 29 | 30 | 43,850 | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 | 2,702,594 | | |
| 32 | Enter the **larger** of line 30 or line 31 ▶ | 32 | 2,702,594 | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 33 | 1,042,895 |
| | **Note.** If the amounts on lines 29 and 30 are the same, skip lines 34 through 37 and go to line 38. | | | | |
| 34 | Enter the amount from line 29 | 34 | | | |
| 35 | Enter the amount from line 30 | 35 | | | |
| 36 | Subtract line 35 from line 34 ▶ | 36 | | | |
| 37 | Multiply line 36 by 10% (.10) | | | 37 | |
| | **Note.** If the amounts on lines 19 and 29 are the same, skip lines 38 through 51 and go to line 52. | | | | |
| 38 | Enter the **smaller** of line 19 or line 27 | 38 | 3,796 | | |
| 39 | Enter the amount from line 36 | 39 | | | |
| 40 | Subtract line 39 from line 38 ▶ | 40 | 3,796 | | |
| 41 | Multiply line 40 by 20% (.20) | | | 41 | 759 |
| | **Note.** If line 26 is zero or blank, skip lines 42 through 51 and go to line 52. | | | | |
| 42 | Enter the **smaller** of line 22 or line 25 | 42 | | | |
| 43 | Add lines 22 and 32 (43) | | | | |
| 44 | Enter the amount from line 19 (44) | | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- ▶ | 46 | | | |
| 47 | Multiply line 46 by 25% (.25) | | | 47 | |
| | **Note.** If line 24 is zero or blank, skip lines 48 through 51 and go to line 52. | | | | |
| 48 | Enter the amount from line 19 | 48 | | | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | | | |
| 50 | Subtract line 49 from line 48 | 50 | | | |
| 51 | Multiply line 50 by 28% (.28) | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | 1,043,654 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | 1,044,398 |
| 54 | **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 | | | 54 | 1,043,654 |

ABEN E. & JOAN G. JOHNSON 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

Schedule D (Form 1040) 2000 Page 2

## Part III Summary of Parts I and II

| Line | Description | | | Box | Amount |
|---|---|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | | | 17 | 3,796 |
| | **Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if: ● Both lines 16 and 17 are gains and ● Form 1040, line 39, is more than zero. Otherwise, **stop here.** | | | | |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses: ● The loss on line 17 or ● ($3,000) or, if married filing separately, ($1,500) | | | 18 | ( ) |
| | **Next:** Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if: ● The loss on line 17 exceeds the loss on line 18 or ● Form 1040, line 37, is a loss. | | | | |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | | 19 | 1,193,319 |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D | 20 | 3,796 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 3,796 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | 0 | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | 0 | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet on page D-8 | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | 3,796 |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | 1,189,523 |
| 29 | Enter the **smaller** of: ● The amount on line 19 or ● $26,250 if single; $43,850 if married filing jointly or qualifying widow(er); $21,925 if married filing separately; or $35,150 if head of household | | | 29 | 43,850 |
| 30 | Enter the **smaller** of line 28 or line 29 | 30 | 43,850 | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 | 1,189,523 | | |
| 32 | Enter the **larger** of line 30 or line 31 ▶ | 32 | 1,189,523 | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 33 | 443,719 |
| | **Note.** If the amounts on lines 29 and 30 are the same, skip lines 34 through 37 and go to line 38. | | | | |
| 34 | Enter the amount from line 29 | 34 | | | |
| 35 | Enter the amount from line 30 | 35 | | | |
| 36 | Subtract line 35 from line 34 ▶ | 36 | | | |
| 37 | Multiply line 36 by 10% (.10) | | | 37 | |
| | **Note.** If the amounts on lines 19 and 29 are the same, skip lines 38 through 51 and go to line 52. | | | | |
| 38 | Enter the **smaller** of line 19 or line 27 | 38 | 3,796 | | |
| 39 | Enter the amount from line 36 | 39 | | | |
| 40 | Subtract line 39 from line 38 ▶ | 40 | 3,796 | | |
| 41 | Multiply line 40 by 20% (.20) | | | 41 | 759 |
| | **Note.** If line 26 is zero or blank, skip lines 42 through 51 and go to line 52. | | | | |
| 42 | Enter the **smaller** of line 22 or line 25 | 42 | | | |
| 43 | Add lines 22 and 32 (box 43: ) | | | | |
| 44 | Enter the amount from line 19 (box 44: ) | | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- ▶ | 46 | | | |
| 47 | Multiply line 46 by 25% (.25) | | | 47 | |
| | **Note.** If line 24 is zero or blank, skip lines 48 through 51 and go to line 52. | | | | |
| 48 | Enter the amount from line 19 | 48 | | | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | | | |
| 50 | Subtract line 49 from line 48 | 50 | | | |
| 51 | Multiply line 50 by 28% (.28) | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | 444,478 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | 445,222 |
| 54 | **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 | | | 54 | 444,478 |

6

Form 4684 (2000) Attachment Sequence No. 26 PAGE 1 OF 1 Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side. | Identifying number

ABEN E. & JOAN G. JOHNSON | 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

## SECTION B - Business and Income-Producing Property THEFT LOSS

### Part I Casualty or Theft Gain or Loss (Use a separate Part I for each casualty or theft.)

19 Description of properties (show type, location, and date acquired for each):

Property A ADDITIONAL COSTS INCURRED ON THEFT LOSS OF

Property B INVESTMENT PROPERTY AS ORIGINALLY REPORTED ON

Property C 1998 FORM 1040X (SEE ATTACHED EXHIBIT 1).

Property D

| | Line | A | B | C | D |
|---|---|---|---|---|---|
| | | Properties (Use a separate column for each property lost or damaged from one casualty or theft.) | | | |
| 20 Cost or adjusted basis of each property | 20 | 1,513,071 | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | | | | |
| **Note:** If line 20 is more than line 21, skip line 22. | | | | | |
| 22 Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 Fair market value **before** casualty or theft | 23 | 1,513,071 | | | |
| 24 Fair market value **after** casualty or theft | 24 | 0 | | | |
| 25 Subtract line 24 from line 23 | 25 | 1,513,071 | | | |
| 26 Enter the **smaller** of line 20 or line 25 | 26 | 1,513,071 | | | |
| **Note:** If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | | |
| 27 Subtract line 21 from line 26. If zero or less, enter -0- | 27 | 1,513,071 | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions). | 28 | 1,513,071

### Part II Summary of Gains and Losses (from separate Parts I)

| (a) Identify casualty or theft | | (b)(i) Losses from casualties or thefts: Trade, business, rental or royalty property | (b)(ii) Income-producing and employee property | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|
| **Casualty or Theft of Property Held One Year or Less** | | | | |
| 29 | | ( ) | ( ) | |
| | | ( ) | ( ) | |
| 30 Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | |

| | Line | Amount |
|---|---|---|
| 31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | 31 | 0 |
| 32 Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions | 32 | |

**Casualty or Theft of Property Held More Than One Year**

| (a) | | (b)(i) | (b)(ii) | (c) |
|---|---|---|---|---|
| 33 Casualty or theft gains from Form 4797, line 32 | 33 | | | |
| 34 THEFT LOSS | | ( ) | ( 1,513,071 ) | |
| | | ( ) | ( ) | |
| 35 Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | ( 1,513,071 ) | |

| | Line | Amount |
|---|---|---|
| 36 Total gains. Add lines 33 and 34, column (c) | 36 | |
| 37 Add amounts on line 35, columns (b)(i) and (b)(ii) | 37 | -1,513,071 |
| 38 If the loss on line 37 is more than the gain on line 36: | | |
| a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instr. | 38a | 0 |
| b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | 38b | -1,513,071 |
| 39 If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3 | 39 | |

**Note:** Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 01/02/00 | 1815 | Shutts & Bowen | 61,463.90 | 61,463.90 | | | |
| 0 /02/00 | S&B Trust | Jean Provet. | 200.00 | 200.00 | | | |
| ( /04/00 | 1817 | Shutts & Bowen | 4,101.95 | 4,101.95 | | | |
| 01/13/00 | DEPOSIT | Shutts & Bowen | (90.00) | (90.00) | | | |
| 01/27/00 | 1820 | McKinney, Bancroft | 25,000.00 | 25,000.00 | | | |
| ( /01/00 | 1821 | Shutts & Bowen | 60,978.19 | 60,978.19 | | | |
| ( /01/00 | 1822 | Shutts & Bowen | 9,517.50 | 9,517.50 | | | |
| 02/01/00 | 1823 | Shutts & Bowen | 3,762.74 | 3,762.74 | | | |
| 0 /01/00 | 1824 | Shutts & Bowen | 856.04 | 856.04 | | | |
| ( /01/00 | 1825 | Shutts & Bowen | 327.28 | 327.28 | | | |
| 0 /01/00 | 1826 | Alan Mishael | 33,679.09 | 33,679.09 | | | |
| 02/01/00 | 1827 | Shutts & Bowen | 406.25 | 406.25 | | | |
| ( /01/00 | 1828 | Shutts & Bowen | 5,581.14 | 5,581.14 | | | |
| ( /01/00 | 1828 | Shutts & Bowen | 6,983.93 | 6,983.93 | | | |
| 02/01/00 | 1829 | Shutts & Bowen | 4,958.73 | 4,958.73 | | | |
| 02/01/00 | 1830 | Shutts & Bowen | 3,997.58 | 3,997.58 | | | |
| ( /01/00 | 1831 | Shutts & Bowen | 1,450.00 | 1,450.00 | | | |
| ( /08/00 | S&B Trust | Action Trans | 75.88 | 75.88 | | | |
| 02/08/00 | S&B Trust | Ibis Golf & C.C. | 76.40 | | | | 76.40 |
| ( /11/00 | 1834 | Shutts & Bowen | 3,600.00 | 3,600.00 | | | |
| ( /11/00 | 1835 | Shutts & Bowen | 2,298.75 | 2,298.75 | | | |
| 02/11/00 | 1836 | Shutts & Bowen | 11,450.00 | 11,450.00 | | | |
| 02/11/00 | 1837 | Shutts & Bowen | 6,396.00 | 6,396.00 | | | |
| ( /25/00 | 1841 | Alan Mishael | 30,888.29 | 30,888.29 | | | |
| ( /29/00 | 687 | Chase VISA | 3,647.43 | 3,647.43 | | | |
| 03/04/00 | 1844 | Shutts & Bowen | 3,580.36 | 3,580.36 | | | |
| 0 /04/00 | 1845 | Shutts & Bowen | 1,345.00 | 1,345.00 | | | |
| ( /04/00 | 1846 | Shutts & Bowen | 6,305.60 | 6,305.60 | | | |
| 03/04/00 | 1847 | Shutts & Bowen | 375.00 | 375.00 | | | |
| 03/04/00 | 1848 | Shutts & Bowen | 5,624.33 | 5,624.33 | | | |
| ( /04/00 | 1848 | Shutts & Bowen | 20,000.00 | 20,000.00 | | | |
| ( /04/00 | 1849 | Shutts & Bowen | 52.85 | 52.85 | | | |
| 03/04/00 | 1850 | Shutts & Bowen | 925.00 | 925.00 | | | |
| 0 /04/00 | 1851 | Shutts & Bowen | 119.44 | 119.44 | | | |
| ( /06/00 | 1853 | Zack Konnitzki PA | 28,000.00 | 28,000.00 | | | |
| 03/22/00 | 1854 | Anderson & Carr, Inc. | 1,500.00 | 1,500.00 | | | |
| 03/24/00 | 1855 | Shutts & Bowen | 75,136.86 | 75,136.86 | | | |
| ( /24/00 | 1856 | Shutts & Bowen | 1,803.55 | 1,803.55 | | | |
| ( /24/00 | 1857 | Shutts & Bowen | 10,235.01 | 10,235.01 | | | |
| 03/28/00 | 1858 | Alan Mishael | 27,826.42 | 27,826.42 | | | |
| 04/05/00 | 1860 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| ( /10/00 | 1861 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 0 /14/00 | 1863 | Meyer, Kirk, Synder | 235.00 | 235.00 | | | |
| 04/17/00 | 1864 | Shutts & Bowen | 56,964.99 | 56,964.99 | | | |
| ( /17/00 | 1865 | Shutts & Bowen | 3,665.18 | 3,665.18 | | | |
| ( /17/00 | 1866 | Shutts & Bowen | 2,332.75 | 2,332.75 | | | |
| 04/17/00 | 1867 | Shutts & Bowen | 4,272.00 | 4,272.00 | | | |
| 04/17/00 | 1868 | Shutts & Bowen | 4,041.00 | 4,041.00 | | | |
| ( /17/00 | 1870 | Shutts & Bowen | 5,228.02 | 5,228.02 | | | |
| ( /17/00 | 1871 | Shutts & Bowen | 20,805.25 | 20,805.25 | | | |
| 04/17/00 | 1872 | Shutts & Bowen | 625.30 | 625.30 | | | |
| ( /17/00 | 1873 | Shutts & Bowen | 1,287.85 | 1,287.85 | | | |
| ( /21/00 | S&B Trust | Siegel, O'Con. | 195.00 | 195.00 | | | |
| 04/24/00 | DEPOSIT | Shutts & Bowen | (4,804.76) | (4,804.76) | | | |
| 04/24/00 | DEPOSIT | Shutts & Bowen | (5,000.00) | (5,000.00) | | | |
| ( /25/00 | 1874 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |



8

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| C '26/00 | 1875 | Shutts & Bowen | 5,500.00 | 5,500.00 | | | |
| C '26/00 | DEPOSIT | Gallwey, Gillman, Curtis | (6,341.88) | (6,341.88) | | | |
| 04/28/00 | S&B Trust | Gallwey, Gillman, Curtis | 66.47 | 66.47 | | | |
| C '29/00 | 1876 | Shutts & Bowen | 3,583.80 | 3,583.80 | | | |
| C 04/00 | 1877 | Alan Mishael | 38,447.22 | 38,447.22 | | | |
| 05/15/00 | S&B Trust | VerPloeg & Lumpkin | 400.00 | 400.00 | | | |
| 05/17/00 | 1881 | Shutts & Bowen | 5,005.20 | 5,005.20 | | | |
| 0 17/00 | 1882 | Shutts & Bowen | 3,959.17 | 3,959.17 | | | |
| 0 17/00 | 1883 | Shutts & Bowen | 9,183.00 | 9,183.00 | | | |
| 05/17/00 | 1884 | Shutts & Bowen | 1,420.45 | 1,420.45 | | | |
| 0 '20/00 | 1885 | Shutts & Bowen | 10,146.65 | 10,146.65 | | | |
| 0 02/00 | 1889 | Shutts & Bowen | 53,329.96 | 53,329.96 | | | |
| 06/02/00 | 1890 | Shutts & Bowen | 5,878.51 | 5,878.51 | | | |
| 06/02/00 | 1891 | Shutts & Bowen | 1,600.00 | 1,600.00 | | | |
| 0 02/00 | 1892 | Shutts & Bowen | 52.31 | 52.31 | | | |
| 0 02/00 | 1893 | Shutts & Bowen | 133.85 | 133.85 | | | |
| 06/03/00 | 1894 | Alan Mishael | 26,481.28 | 26,481.28 | | | |
| 06/10/00 | 1896 | Anderson & Carr, Inc. | 1,500.00 | 1,500.00 | | | |
| 0 16/00 | 1897 | Shutts & Bowen | 58,683.13 | 58,683.13 | | | |
| 0 16/00 | 1898 | Shutts & Bowen | 2,336.58 | 2,336.58 | | | |
| 06/16/00 | 1899 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 0 16/00 | 1899 | Shutts & Bowen | 3,448.71 | 3,448.71 | | | |
| 0 16/00 | 1900 | Shutts & Bowen | 9,262.00 | 9,262.00 | | | |
| 06/16/00 | S&B Trust | Robin Carbo | 780.00 | 780.00 | | | |
| 06/16/00 | S&B Trust | VerPloeg & Lumpkin | 3,481.09 | 3,481.09 | | | |
| 0 20/00 | S&B Trust | Gemological Appraisal | 4,275.00 | | | 4,275.00 | |
| 0 21/00 | S&B Trust | Edwards, Koshiw | 10,580.00 | | | | 10,580.00 |
| 06/22/00 | 1902 | Shutts & Bowen | 220.80 | 220.80 | | | |
| 0 22/00 | 1903 | Shutts & Bowen | 160.00 | 160.00 | | | |
| 0 22/00 | S&B Trust | McElroy, Deutsch | 1,695.00 | 1,695.00 | | | |
| 06/27/00 | S&B Trust | Kevorkian & Partners | 6,112.68 | 6,112.68 | | | |
| 06/29/00 | S&B Trust | Atlantic Investigations | 2,233.95 | | 2,233.95 | | |
| 0 30/00 | S&B Trust | Cook, Schulmann | 21.50 | 21.50 | | | |
| 0 30/00 | S&B Trust | Michaelson & Co. | 13,769.00 | | | | 13,769,00 |
| 07/03/00 | S&B Trust | Alan Mishael | 25,235.47 | 25,235.47 | | | |
| 07/10/00 | S&B Trust | Executive Investigative | 1,615.44 | | 1,615.44 | | |
| 0 10/00 | S&B Trust | Joe McSorley | 45,264.64 | 45,264.64 | | | |
| 07/21/00 | S&B Trust | Robert Shalhoub | 2,181.38 | 2,181.38 | | | |
| 07/23/00 | 767 | American Express | 1,435.71 | 1,435.71 | | | |
| 0 31/00 | S&B Trust | Cook, Schulmann | 152.00 | 152.00 | | | |
| 0 31/00 | S&B Trust | Jean Provet | 134.00 | 134.00 | | | |
| 08/01/00 | S&B Trust | Alan Mishael | 25,842.91 | 25,842.91 | | | |
| 08/01/00 | S&B Trust | Executive Investigative | 1,512.30 | | 1,512.30 | | |
| 0 14/00 | DEPOSIT | FBI | (64.00) | (64.00) | | | |
| 0 17/00 | S&B Trust | Sheriff, Broward County | 3,000.00 | | | | 3,000.00 |
| 08/17/00 | S&B Trust | Sheriff, Broward County | 3,000.00 | | | | 3,000.00 |
| 0 07/00 | 1921 | Shutts & Bowen | 18,537.00 | 18,537.00 | | | |
| 0 07/00 | 1922 | Shutts & Bowen | 6,500.00 | 6,500.00 | | | |
| 09/07/00 | 1923 | Shutts & Bowen | 690.00 | 690.00 | | | |
| 09/13/00 | 1924 | Alan Mishael | 25,945.20 | 25,945.20 | | | |
| 0 15/00 | 1925 | Shutts & Bowen | 5,556.90 | 5,556.90 | | | |
| 0 15/00 | 1926 | Shutts & Bowen | 4,485.28 | 4,485.28 | | | |
| 09/15/00 | 1927 | Shutts & Bowen | 31,150.50 | 31,150.50 | | | |
| 0 20/00 | 1929 | Shutts & Bowen | 1,878.62 | 1,878.62 | | | |
| 0 20/00 | 1930 | Shutts & Bowen | 540.00 | 540.00 | | | |
| 09/21/00 | DEPOSIT | Shutts & Bowen | (2,000.00) | (2,000.00) | | | |

[24] (a)

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 9/27/00 | 1931 | Shutts & Bowen | 59,589.57 | 59,589.57 | | | |
| /29/00 | 1932 | Shutts & Bowen | 454.18 | 454.18 | | | |
| 09/29/00 | 1933 | Shutts & Bowen | 1,757.58 | 1,757.58 | | | |
| 09/29/00 | 1934 | Shutts & Bowen | 912.52 | 912.52 | | | |
| /05/00 | 1935 | Shutts & Bowen | 56,749.92 | 56,749.92 | | | |
| 10/05/00 | 1936 | Alan Mishael | 25,631.50 | 25,631.50 | | | |
| 10/05/00 | 1937 | Shutts & Bowen | 1,805.30 | 1,805.30 | | | |
| /05/00 | 1938 | Shutts & Bowen | 4,225.71 | 4,225.71 | | | |
| /05/00 | 1939 | Shutts & Bowen | 31,501.99 | 31,501.99 | | | |
| 10/17/00 | 1941 | Shutts & Bowen | 490.00 | 490.00 | | | |
| 10/17/00 | 1942 | Shutts & Bowen | 7,550.66 | 7,550.66 | | | |
| /17/00 | 1943 | Alan Mishael | 10,879.00 | 10,879.00 | | | |
| 10/24/00 | 1945 | Shutts & Bowen | 61,337.06 | 61,337.06 | | | |
| 10/30/00 | 1946 | Shutts & Bowen | 3,203.19 | 3,203.19 | | | |
| /30/00 | 1947 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| /03/00 | 1949 | Shutts & Bowen | 20,181.36 | 20,181.36 | | | |
| 11/03/00 | 1950 | Mark Solomon | 4,056.00 | 4,056.00 | | | |
| 11/07/00 | 822 | UPS | 9.72 | | | | 9.72 |
| /16/00 | 1955 | Shutts & Bowen | 7,269.00 | 7,269.00 | | | |
| /16/00 | 1956 | Shutts & Bowen | 998.69 | 998.69 | | | |
| 11/21/00 | 1957 | Shutts & Bowen | 63,429.79 | 63,429.79 | | | |
| /21/00 | 1958 | Shutts & Bowen | 998.09 | 998.09 | | | |
| /21/00 | 1959 | Shutts & Bowen | 334.12 | 334.12 | | | |
| 11/21/00 | 1960 | Shutts & Bowen | 843.31 | 843.31 | | | |
| 12/13/00 | 1965 | Shutts & Bowen | 56,956.43 | 56,956.43 | | | |
| /13/00 | 1966 | Shutts & Bowen | 833.23 | 833.23 | | | |
| /13/00 | 1967 | Shutts & Bowen | 424.53 | 424.53 | | | |
| 12/20/00 | 1970 | Shutts & Bowen | 631.70 | 631.70 | | | |
| 12/22/00 | 1971 | Shutts & Bowen | 4,399.07 | 4,399.07 | | | |
| /22/00 | 1972 | Shutts & Bowen | 1,334.59 | 1,334.59 | | | |
| | | | $ 1,513,070.66 | $ 1,472,998.85 | $ 5,361.69 | $ 4,275.00 | $ 30,435.12 |

Form 1040X (Rev. November 1999)

Department of the Treasury-Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1999, OR fiscal year ended ▶

| | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | Apt. no. | Telephone number (optional) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: NORTH PALM BEACH FL 33408-2511 | | For Paperwork Reduction Act Notice, see page 6. |

Please print or type

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| USE PART II ON THE BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-5)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 2,758,667 | | 2,758,667 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 2,482,546 | 60,671,138 | 63,153,684 |
| 3 Subtract line 2 from line 1 | 3 | 276,121 | -60,671,138 | -60,395,017 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 276,121 | -276,121 | |
| **Tax Liability** | | | | |
| 6 Tax (see pg. 4). Method used in col. C TABLES | 6 | 50,919 | -50,919 | |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 50,919 | -50,919 | 0 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 50,919 | -50,919 | |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 1,528,954 | | 1,528,954 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,528,954 |

SEP 30 2003

**Refund or Amount You Owe**

| | | |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 1,478,035 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 50,919 |
| 21 AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 50,919 |
| 23 Amount of line 22 you want REFUNDED TO YOU | 23 | 50,919 |
| 24 Amount of line 22 you want APPLIED TO YOUR ESTIMATED TAX | 24 | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Aben E. Johnson 9/30/03 — Your signature / Date

▶ Joan G. Johnson 9/30/03 — Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ [signature] | Date 9/29/2003 | Check if self-employed ☐ | Preparer's SSN or PTIN P00009633 |
| Firm's name (or yours if self-employed) and address ▶ EDWARDS, MELTON, ELLIS, KOSHIW, & CO., 2855 COOLIDGE HWY., STE. 103, TROY MI | | | EIN 38-2337970 ZIP code 48084-3202 |

Form 1040X (Rev. 11-99) ABEN E. & JOAN G. JOHNSON 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25-31.
If claiming **fewer exemptions,** complete lines 25-30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | 2 | | 2 |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | 2 | | 2 |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | 0 | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

**Note.** For tax years after 1997, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- **did not** live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here ▶ ☐

TAXPAYERS ARE AMENDING THEIR 1999 TAX RETURN TO CLAIM AN ADDITIONAL THEFT LOSS OF INCOME PRODUCING PROPERTY OF $60,671,138 IN THE EVENT A DETERMINATION IS MADE BY THE INTERNAL REVENUE SERVICE THAT 1999 IS THE PROPER YEAR TO DEDUCT THE THEFT LOSS.

SEE STATEMENT 1 FOR FURTHER EXPLANATION.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

AA

AS AMENDED

Form **1040** Department of the Treasury- Internal Revenue Service
# U.S. Individual Income Tax Return 1999
(99) IRS Use Only- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1999, or other tax year beginning , 1999, ending , OMB No. 1545-0074

| Label | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (number and street). If you have a P.O. box, see page 18.: 12000 BANYAN ROAD | Apt. no. | IMPORTANT! You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.: NORTH PALM BEACH FL 33408-2511 | | |

(See instructions on page 18.) Use the IRS label. Otherwise, please print or type.

**Presidential Election Campaign** (See page 18.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

Note. Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)
1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [X] Spouse
No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax credit (see pg. 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 19.

No. of your children on 6c who: • lived with you ___ • did not live with you due to divorce or separation (see pg. 19) ___ Dependents on 6c not entered above ___

d Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 654,797 |
| b | Tax-exempt interest. DO NOT include on line 8a — 8b 331,503 | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 1,778,020 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 | 5,000 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | 306,698 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see page 22) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 724 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a 15,684 — b Taxable amount (see page 24) | 20b | 13,331 |
| 21 | Other income. List type & amt. (see page 24) SEE STATEMENT | 21 | 97 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 2,758,667 |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | IRA deduction (see page 26) | 23 | |
| 24 | Student loan interest deduction (see page 26) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 2,758,667 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.** Form **1040** (1999)

US AMENDED

Form 1040 (1999) ABEN E. & JOAN G. JOHNSON 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 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 2,758,667 |
| | 35a | Check if: ☒ You were 65 or older, ☐ Blind; ☒ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a 2 | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ 35b ☐ | | |
| **Standard Deduction for Most People** Single: $4,300; Head of household: $6,350; Married filing jointly or Qualifying widow(er): $7,200; Married filing separately: $3,600 | 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 63,153,684 |
| | 37 | Subtract line 36 from line 34 | 37 | -60,395,017 |
| | 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | 38 | 0 |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 0 |
| | 40 | **Tax** (see page 31). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 0 |
| | 41 | Credit for child & dependent care expenses. Attach Form 2441 — 41 | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R — 42 | | |
| | 43 | Child tax credit (see page 33) — 43 | | |
| | 44 | Education credits. Attach Form 8863 — 44 | | |
| | 45 | Adoption credit. Attach Form 8839 — 45 | | |
| | 46 | Foreign tax credit. Attach Form 1116 if required — 46 | | |
| | 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) — 47 | | |
| | 48 | Add lines 41 through 47. These are your **total credits** | 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 0 |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE | 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | 55 | |
| | 56 | Add lines 49 - 55. This is your **total tax** ▶ | 56 | 0 |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 — 57 | | |
| | 58 | 1999 estimated tax payments & amount applied from 1998 return — 58: 1,528,954 | | |
| | 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child | | |
| | b | Nontaxable earned income: amount ▶ & type ▶ — 59a | | |
| | 60 | Additional child tax credit. Attach Form 8812 — 60 | | |
| | 61 | Amount paid with request for ext. to file (see pg. 48) — 61 | | |
| | 62 | Excess social security and RRTA tax withheld (see page 48) — 62 | | |
| | 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 — 63 | | |
| | 64 | Add lines 57, 58, 59a, & 60 - 63. These are your **total payments** ▶ | 64 | 1,528,954 |
| **Refund** Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d. | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | 1,528,954 |
| | 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a | |
| | ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 67 | Amount of line 65 you want **APPLIED TO YOUR 2000 EST. TAX** ▶ — 67 | | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 49 ▶ | 68 | |
| | 69 | Estimated tax penalty. Also include on line 68 — 69 | | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 18. Keep a copy for your records.

| | | |
|---|---|---|
| Your signature | Date | Your occupation: RETIRED |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation: RETIRED |

Daytime telephone number (optional)

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ — Preparer's SSN or PTIN: P00009633 |
| Firm's name (or yours if self-employed) and address ▶ | EDWARDS, MELTON, ELLIS, KOSHIW, & CO., 2855 COOLIDGE HWY., STE. 103, TROY MI | EIN 38-2337970; ZIP code 48084-3202 |

DAA



[39]

4

AS AMENDED

**CHEDULES A&B** (Form 1040)
ɔpartment of the Treasury
ɛrnal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**1999**
Attachment Sequence No. **07**

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Line no. | Amount | Line no. | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 1,092 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 — 2: 2,758,667 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 206,900 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | 8,600 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 62,090 | | |
| | 7 | Personal property taxes | 7 | 113 | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 15,080 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 85,883 |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 5 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 5 |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 30,446 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **MUST** attach Form 8283 if over $500 | 16 | 5,183 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 35,629 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses- job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 14,873 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses- investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT | 22 | 4,520 | | |
| | 23 | Add lines 20 through 22 | 23 | 19,393 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 — 24: 2,758,667 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 55,173 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other- from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 63,111,129 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 63,153,684 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 1999

DAA

rm 4684 (1999) Attachment Sequence No. 26 PAGE F 1 Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side. | Identifying number

ABEN E. & JOAN G. JOHNSON | 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

ECTION B - Business and Income-Producing Property THEFT LOSS

**Part I Casualty or Theft Gain or Loss** (Use a separate Part I for each casualty or theft.)

Description of properties (show type, location, and date acquired for each):

Property A THEFT LOSS OF INVESTMENT PROPERTY

Property B (SEE ATTACHED STATEMENT 1)

Property C

Property D

| | Line | A | B | C | D |
|---|---|---|---|---|---|
| | | **Properties** (Use a separate column for each property lost or damaged from one casualty or theft.) | | | |
| Cost or adjusted basis of each property | 20 | 88,823,737 | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | 25,712,608 | | | |
| Note: If line 20 is more than line 21, skip line 22. | | | | | |
| 22 Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| Fair market value before casualty or theft | 23 | 63,111,129 | | | |
| 24 Fair market value after casualty or theft | 24 | 0 | | | |
| 25 Subtract line 24 from line 23 | 25 | 63,111,129 | | | |
| Enter the smaller of line 20 or line 25 | 26 | 88,823,737 | | | |
| Note: If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | | |
| Subtract line 21 from line 26. If zero or less, enter -0- | 27 | 63,111,129 | | | |

Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions). 28 63,111,129

**Part II Summary of Gains and Losses** (from separate Parts I)

| (a) Identify casualty or theft | | (b) Losses from casualties or thefts (i) Trade, business, rental or royalty property | (b) (ii) Income-producing and employee property | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|
| **Casualty or Theft of Property Held One Year or Less** | | | | |
| 29 | | ( ) | ( ) | |
| | | ( ) | ( ) | |
| Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | |

31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions — 31: 0

Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions — 32

**Casualty or Theft of Property Held More Than One Year**

Casualty or theft gains from Form 4797, line 32 — 33

| (a) | | (b)(i) | (b)(ii) | (c) |
|---|---|---|---|---|
| 34 THEFT LOSS | | ( ) | ( 63,111,129 ) | |
| | | ( ) | ( ) | |
| Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | ( 63,111,129 ) | |

36 Total gains. Add lines 33 and 34, column (c) — 36

Add amounts on line 35, columns (b)(i) and (b)(ii) — 37: -63111129

If the loss on line 37 is more than the gain on line 36:

a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions — 38a: 0

b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 — 38b: -63111129

If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3, column (g) — 39

**Note:** Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

AA



6

Form 1040X (Rev. November 1999) Department of the Treasury-Internal Revenue Service

# Amended U.S. Individual Income Tax Return

See separate instructions. OMB No. 1545-0091

This return is for calendar year 1999, OR fiscal year ended

| Please print or type | | | |
|---|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON | | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | | Apt. no. | Telephone number (optional) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: NORTH PALM BEACH FL 33408-2511 | | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| USE PART II ON THE BACK TO EXPLAIN ANY CHANGES | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-5)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 2,758,667 | | 2,758,667 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 42,555 | 2,439,991 | 2,482,546 |
| 3 Subtract line 2 from line 1 | 3 | 2,716,112 | -2,439,991 | 276,121 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 2,716,112 | -2,439,991 | 276,121 |
| **Tax Liability** | | | | |
| 6 Tax (see pg. 4). Method used in col. C SCH. D | 6 | 988,633 | -937,714 | 50,919 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 988,633 | -937,714 | 50,919 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 988,633 | -937,714 | 50,919 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 1,528,954 | | 1,528,954 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,528,954 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 540,321 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 988,633 |
| 21 AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 937,714 |
| 23 Amount of line 22 you want REFUNDED TO YOU | 23 | | | 937,714 |
| 24 Amount of line 22 you want APPLIED TO YOUR ESTIMATED TAX | 24 | | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature / Date — Spouse's signature. If a joint return, BOTH must sign. / Date

**Paid Preparer's Use Only**

Preparer's signature — Date — Check if self-employed ☐ — Preparer's SSN or PTIN P00009633

Firm's name (or yours if self-employed) and address: EDWARDS, MELTON, ELLIS, KOSHIW, & CO., 2855 COOLIDGE HWY., STE. 103, TROY MI — EIN 38-2337970 — ZIP code 48084-3202

Form 1040X (Rev. 11-99)



7

Form 1040X (Rev. 11-99) ABEN E. & JOAN C. JOHNSON AS PREVIOUSLY REPORTED 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 25-31.
If claiming fewer exemptions, complete lines 25-30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. Caution. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
Note. For tax years after 1997, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here ▶ ☐

TAXPAYERS ARE AMENDING THEIR 1999 TAX RETURN TO INCLUDE ADDITIONAL EXPENSES INCURRED REGARDING A THEFT LOSS OF INCOME PRODUCING PROPERTY THEY INCLUDED ON A 1998 FORM 1040X. THE ADDITIONAL EXPENSES OF $2,439,991 INCURRED IN 1999 WERE NOT INCLUDED IN THE ORIGINAL CALCULATION AND ARE THEREFORE DEDUCTED ON FORM 4684 AS A THEFT LOSS IN 1999.

ADDITIONALLY, $36,000 WAS RECOVERED IN 1999 AGAINST THE ORIGINAL ESTIMATE OF $20,000,000 OF REIMBURSEMENTS. THIS AMOUNT HAS NOT BEEN INCLUDED AS INCOME IN 1999 SINCE TAXPAYERS HAVE NOT YET EXCEEDED THE EXPECTED AMOUNT OF RECOVERY OF $20,000,000.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

DAA

Form 1040X (Rev. 11-99)

AS PREVIOUSLY REPO[illegible]D

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
1999
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 1,092 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 [2] 2,758,667 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 206,900 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 8,600 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 62,090 | | |
| | 7 | Personal property taxes | 7 | 113 | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 15,080 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 85,883 |
| Interest You Paid (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 5 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 5 |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 30,446 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You MUST attach Form 8283 if over $500 | 16 | 5,183 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 35,629 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses- job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 14,873 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses- investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 1 | 22 | 4,520 | | |
| | 23 | Add lines 20 through 22 | 23 | 19,393 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 [24] 2,758,667 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 55,173 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other- from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 2,439,991 |
| Total Itemized Deductions | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. * | | | 28 | 2,482,546 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

* LIMITED BY AGI

Schedule A (Form 1040) 1999

A



9

AS PREVIOUSLY REPORTED

Form 4684 (1999) Attachment Sequence No. 26 PAGE 1 OF 1 Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side. | Identifying number

ABEN E. & JOAN G. JOHNSON | 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

SECTION B - Business and Income-Producing Property THEFT LOSS

**Part I** Casualty or Theft Gain or Loss (Use a separate Part I for each casualty or theft.)

Description of properties (show type, location, and date acquired for each):

Property A ADDITIONAL COSTS INCURRED ON THEFT LOSS OF

Property B INVESTMENT PROPERTY AS ORIGINALLY REPORTED ON

Property C 1998 FORM 1040X (SEE ATTACHED EXHIBIT 1).

Property D

| | Line | Properties (Use a separate column for each property lost or damaged from one casualty or theft.) A | B | C | D |
|---|---|---|---|---|---|
| 20 Cost or adjusted basis of each property | 20 | 2,439,991 | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | | | | |
| Note: If line 20 is more than line 21, skip line 22. | | | | | |
| 22 Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 Fair market value before casualty or theft | 23 | 2,439,991 | | | |
| 24 Fair market value after casualty or theft | 24 | 0 | | | |
| 25 Subtract line 24 from line 23 | 25 | 2,439,991 | | | |
| 26 Enter the smaller of line 20 or line 25 | 26 | 2,439,991 | | | |
| Note: If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | | |
| 27 Subtract line 21 from line 26. If zero or less, enter -0- | 27 | 2,439,991 | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions). | 28 | 2,439,991

**Part II** Summary of Gains and Losses (from separate Parts I)

| (a) Identify casualty or theft | | (b)(i) Losses from casualties or thefts: Trade, business, rental or royalty property | (b)(ii) Income-producing and employee property | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|
| **Casualty or Theft of Property Held One Year or Less** | | | | |
| 29 | | ( ) | ( ) | |
| | | ( ) | ( ) | |
| 30 Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | |
| 31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | 31 | | | 0 |
| 32 Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions | 32 | | | |
| **Casualty or Theft of Property Held More Than One Year** | | | | |
| 33 Casualty or theft gains from Form 4797, line 32 | 33 | | | |
| 34 THEFT LOSS | | ( ) | (2,439,991) | |
| | | ( ) | ( ) | |
| 35 Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | (2,439,991) | |
| 36 Total gains. Add lines 33 and 34, column (c) | 36 | | | |
| 37 Add amounts on line 35, columns (b)(i) and (b)(ii) | 37 | | | -2,439,991 |
| 38 If the loss on line 37 is more than the gain on line 36: | | | | |
| a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | 38a | | | 0 |
| b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | 38b | | | -2,439,991 |
| 39 If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3, column (g) | 39 | | | |

Note: Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

10

ABEN E. & JOAN G. JOHNSON 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

Schedule D (Form 1040) 1999 AS PREVIOUSLY REPORTED Page 2

## Part III Summary of Parts I and II

| | | | | |
|---|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13. Next: Complete Form 1040 through line 39. Then, go to Part IV to figure your tax if: • Both lines 16 and 17 are gains, and • Form 1040, line 39, is more than zero. | | 17 | 306,698 |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the smaller of these losses: • The loss on line 17; or • ($3,000) or, if married filing separately, ($1,500). Next: Skip Part IV below. Instead, complete Form 1040 through line 37. Then, complete the Capital Loss Carryover Worksheet on page D-6 if: • The loss on line 17 exceeds the loss on line 18, or • Form 1040, line 37, is a loss. | | 18 | ( ) |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| | | | | |
|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | 19 | 276,121 |
| 20 | Enter the smaller of line 16 or line 17 of Schedule D | 20 — 306,678 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 — 306,678 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 — 20 | | |
| 24 | Enter the smaller of line 15 or line 23, but not less than zero | 24 — 0 | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet on page D-7 | 25 | | |
| 26 | Add lines 24 and 25 | 26 | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | 27 | 306,678 |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | 28 | 0 |
| 29 | Enter the smaller of: • The amount on line 19, or • $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household | | 29 | 43,050 |
| 30 | Enter the smaller of line 28 or line 29 | 30 | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 — 0 | | |
| 32 | Enter the larger of line 30 or line 31 | 32 | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | 33 | |
| | Note. If line 29 is less than line 28, go to line 38. | | | |
| 34 | Enter the amount from line 29 | 34 — 43,050 | | |
| 35 | Enter the amount from line 28 | 35 | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- | 36 — 43,050 | | |
| 37 | Multiply line 36 by 10% (.10) | | 37 | 4,305 |
| | Note. If line 27 is more than zero and equal to line 36, go to line 52. | | | |
| 38 | Enter the smaller of line 19 or line 27 | 38 — 276,121 | | |
| 39 | Enter the amount from line 36 | 39 — 43,050 | | |
| 40 | Subtract line 39 from line 38 | 40 — 233,071 | | |
| 41 | Multiply line 40 by 20% (.20) | | 41 | 46,614 |
| | Note. If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48. | | | |
| 42 | Enter the smaller of line 22 or line 25 | 42 | | |
| 43 | Add lines 22 and 32 — 43 | | | |
| 44 | Enter the amount from line 19 — 44 | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- | 46 | | |
| 47 | Multiply line 46 by 25% (.25) | | 47 | |
| | Note. If line 24 is zero or blank, go to line 52. | | | |
| 48 | Enter the amount from line 19 | 48 | | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | | |
| 50 | Subtract line 49 from line 48 | 50 | | |
| 51 | Multiply line 50 by 28% (.28) | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | 52 | 50,919 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | 53 | 82,758 |
| 54 | Tax on all taxable income (including capital gains). Enter the smaller of line 52 or line 53 here and on Form 1040, line 40 | | 54 | 50,919 |

11

Aben E. & Joan G. Johnson
Social Security Number: 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
Attachment to Form 1040X
1999

**Statement 1 - Explanation of Changes to Income, Deductions and Credits**

Taxpayers are amending their 1999 income tax return to claim an additional theft loss of income producing property in the amount of $60,671,138 in the event a determination is made by the Internal Revenue Service that 1999 is the proper year to deduct the theft loss.

The taxpayers previously filed amended income tax returns for 1997 and 1998 claiming the same theft loss (adjusted for costs incurred in and changes in the fair market value of the property) deducted in this return. The taxpayers have determined that their theft loss was deductible pursuant to Internal Revenue Code Section 165(e) in 1998 when the amount and likelihood of recovery became reasonably known. However, the Examination Branch of the Internal Revenue Service (hereinafter IRS) made a determination that the theft loss was deductible in 1997. This determination was made in connection with the IRS disallowing a claim for refund relating to a capital loss carryover originated in 1994 and carried forward to 1995 and 1997. This determination was communicated to the taxpayers in the attached letter - Exhibit A. Thus, in the event that it is ultimately determined that 1997 or 1998 is the proper year of deduction and not 1999, the 1999 claim for refund should be recomputed for the amount allowed with respect to 1998 and 1999 as the taxpayers do not claim that they are entitled to the amounts claimed in this claim twice.

The taxpayers' 1997 and 1998 amended tax returns are currently being examined by the West Palm Beach, Florida office of the Internal Revenue Service and a determination as to the theft loss amount and proper year of its deductability has not been made as of the date of the filing of the amended 1040X.

During the year 1997, the taxpayers discovered they had been the victim of a series of fraudulent transactions in the purchase of various gems, jewelry, and other purchases. However, in the view of the taxpayers it was not until 1998 that the taxpayers were able to reasonably determine their prospect of recovery.

On Friday, February 25, 2000, a federal jury sitting in Miami returned verdicts of guilty against Jack Hasson, the leading perpetrator of the fraud, on six (6) felony counts. See Exhibits B and C. The case is styled U.S. v. John Robert Hasson, Case No. 99CR08063 King. Hasson was convicted of conspiracy to commit wire and mail fraud, conspiracy to launder money, conspiracy to obstruct justice and three (3) counts of wire fraud.

The taxpayers have determined that they incurred a loss attributable to theft under Section 1.165-8(d) of the Income Tax Regulations which provides that the term theft includes embezzlement. The presence of theft has been established by the fact that the taking of the taxpayers' property was illegal under Florida law and was done with criminal intent. The theft loss is calculated as follows:

| | |
|---|---|
| Amount paid for gems per appraisal prepared by Donald A. Palmieri, GG, ASA - Exhibit D, Page C-18 | $82,555,415 |
| Adjustment to amounts paid per appraisal: | |
| Check #828 dated 2/20/95 listed on appraisal as $624,000 but should be $642,000 | 18,000 |
| Check #1016 dated 5/23/97 listed on appraisal twice | (150,000) |
| Check #511 dated 5/12/89 not on appraisal | 125,000 |
| Check #6653 dated 12/12/95 not on appraisal | 100,000 |
| Check #1023 dated 6/2/97 not on appraisal | 100,000 |
| Check #184 dated 4/18/97 not on appraisal | 940,000 |
| Actual amount paid for gems | 83,688,415 |
| Cash returned to taxpayers | (1,695,500) |
| Costs incurred through 1999 in an attempt to recover loss schedules attached | 4,231,322 |

| | | |
|---|---|---|
| Anticipated recovery of loss: | | |
| Amounts recovered through 1999 | $36,000 | |
| Anticipated recoveries after 1999 | 19,964,000 | (20,000,000) |
| Fair market value of gems per appraisal-Exhibit D, Page C-18 | | (5,712,608) |
| Theft loss before adjustment for sales reported in 1994 that were not consummated - currently in litigation | | 60,511,629 |
| Adjustment for gain from sales originally reported in 1994 that were not consummated | | 2,599,500 |
| Total theft loss | | 63,111,129 |
| Less 1999 additional expenses incurred regarding theft loss already reported on 1999 1040X | | (2,439,991) |
| Additional theft loss for 1999 if a determination is made that 1999 is the proper for deduction of the theft loss | | $60,671,138 |

The taxpayers had previously filed a claim for refund for 1994 when it was determined that Jack Hasson fraudulently informed Aben Johnson that he had "sold" six (6) gems to third parties on behalf of the taxpayers during 1994. In reliance thereon, the taxpayers reported the six (6) "sales" of gems on Schedule D, of their 1994 income tax return aggregating $3,580,500 in sales prices and aggregating $2,599,500 in gains. The taxpayers believed that Hasson, who was holding the six gems on consignment, was truthful when he said he sold the gems to third persons at a gain.

In subsequent years, it was determined by the taxpayers' advisors that these sales did not in fact occur. As part of the investigation, an examination of Hasson's bank accounts for the period of time during which the alleged sales occurred produced no deposits, individually or in the aggregate, that corresponded with any of the individual sales reported to the taxpayers and included on the taxpayers' 1994 return. Additionally, testimony given during the trial by James Speiser, an employee of Hasson's, confirmed the fraudulent nature of these transactions and that they were never consummated.

By amending the taxpayers' 1994 income tax return, and eliminating these sales, a capital loss was generated which was carried forward to 1995 and 1997. The taxpayers filed claims for refund for 1995 and 1997 simultaneously with their 1994 claim for refund in which they asked for a refund that was generated by deducting the capital loss carryforward. The IRS has issued a Statutory Notice disallowing the taxpayers' claims for refund for 1994, 1995, and 1997 - See Exhibit A. On July 26, 2001, the taxpayers filed suit in the United States Court of Federal Claims, styled Aben E. Johnson and Joan G. Johnson v. United States of America, for 1994, claiming a refund based on having reported the six sales at a gain, when the sales never occurred and for 1995, based on a carryforward to 1995. Since the government has denied these claims, they are included in the loss computation in this claim for refund; however, taxpayers do not claim that they are entitled to an adjustment for these disputed amounts twice.

The taxpayers are claiming a theft loss of $63,111,129 which will be their loss if they do not prevail in their litigation relating to their 1994 and 1995 claimed adjustment or with respect to any capital loss carryforward to 1997 originating in 1994. If the taxpayers prevail in their claim, their deductible theft loss of $63,111,129 must be reduced by $2,599,500.

Aben E. & Joan G. Johnson
Social Security Number: 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
Attachment to Form 1040X
1999

**Statement 2**

Form 4684 - Section B - Part 1 - Line 20 - Cost or adjusted basis of each property

| | |
|---|---|
| Actual amount paid for gems | $83,688,415 |
| Cash received by taxpayers | (1,695,500) |
| Costs incurred in an attempt to recover loss | 4,231,322 |
| Adjustment for gain from sales reported on 1994 return | 2,599,500 |
| Total cost or basis of all properties | $88,823,737 |

**Statement 3 – Form 4684 – Section B – Part II – Line 29**

Since all theft losses herein become part of the taxpayers' net operating loss, this return does not separate the lost properties by how long they were held. See section 4004(a) of the Tax and Trade Relief Extension act of 1998, amending IRC Section 174(d)(4)(C) and Section 165(c)(2) retroactively to 1984.

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 04/06/95 | 839 | Wexler Insurance | 23,512.21 | | | | 23,512.21 |
| 05/07/95 | 842 | Wexler Insurance | 23,512.81 | | | | 23,512.81 |
| 06/09/95 | 850 | Wexler Insurance | 23,511.62 | | | | 23,511.62 |
| | | | 70,536.64 | 0.00 | 0.00 | 0.00 | 70,536.64 |
| 1/9/97 | 7072 | J.C. Kempe Assoc. | 917.08 | | | | 917.08 |
| 5/20/97 | 7195 | Hasson & Sons | 2,929.32 | | | | 2,929.32 |
| 7/11/97 | 7253 | Doug Johnson | 1,000.00 | | 1,000.00 | | |
| 7/14/97 | 7259 | Cash | 800.00 | | 800.00 | | |
| 7/15/97 | 7260 | Reginald Clay | 2,591.66 | | 2,591.66 | | |
| 7/15/97 | 7261 | Palm Beach Police | 330.00 | | 330.00 | | |
| 7/15/97 | 7262 | Tenhagen Gemstones | 10,000.00 | | | 10,000.00 | |
| 7/16/97 | 1064 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 7/18/97 | 7273 | American Express | 892.00 | | 892.00 | | |
| 7/24/97 | 1070 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 8/1/97 | 1072 | Shutts & Bowen | 25,000.00 | 25,000.00 | | | |
| 8/1/97 | 1073 | Shutts & Bowen | 5,000.00 | 5,000.00 | | | |
| 8/11/97 | 7305 | Cash | 300.00 | | 300.00 | | |
| 8/18/97 | 1077 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 8/20/97 | 7314 | Doug Johnson | 1,000.00 | | | 1,000.00 | |
| 8/22/97 | 7318 | American Express | 1,194.99 | | 1,194.99 | | |
| 8/25/97 | 1078 | United Appraisal Group | 5,000.00 | | | 5,000.00 | |
| 8/30/97 | 1079 | Tenhagen Gemstones | 5,000.00 | | | 5,000.00 | |
| 9/8/97 | 7338 | Shutts & Bowen | 2,475.98 | | 2,475.98 | | |
| 9/12/97 | 7342 | Cash | 500.00 | | 500.00 | | |
| 9/12/97 | 1085 | Shutts & Bowen | 3,733.86 | 3,733.86 | | | |
| 9/12/97 | 1087 | Moritz & Associates | 5,000.00 | | 5,000.00 | | |
| 9/16/97 | 1088 | Moritz & Associates | 15,000.00 | | 15,000.00 | | |
| 9/16/97 | 1089 | Shutts & Bowen | 2,475.98 | 2,475.98 | | | |
| 9/18/97 | 7351 | American Express | 639.20 | | 639.20 | | |
| 9/21/97 | 1090 | The British Transport Co. | 1,200.00 | | | | 1,200.00 |
| 9/26/97 | 1094 | Shutts & Bowen | 3,900.00 | 3,900.00 | | | |
| 9/30/97 | 1096 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 9/30/97 | 1097 | Tenhagen Gemstones | 7,000.00 | | | 7,000.00 | |
| 9/30/97 | 1098 | Shutts & Bowen | 376.97 | 376.97 | | | |
| 10/2/97 | 1100 | Shutts & Bowen | 17,819.00 | 17,819.00 | | | |
| 10/6/97 | Adj | First Union | 11.00 | | 11.00 | | |
| 10/8/97 | 7379 | Comerica | 10.00 | | 10.00 | | |
| 10/8/97 | 7380 | NBD | 12.50 | | 12.50 | | |
| 10/10/97 | 7381 | UPS | 11.00 | | 11.00 | | |
| 10/17/97 | 1104 | Shutts & Bowen | 1,779.74 | 1,779.74 | | | |
| 10/17/97 | 1105 | Tiffany & Co. | 280.00 | | | | 280.00 |
| 10/21/97 | 1106 | Gem Advise Co. | 3,000.00 | | | 3,000.00 | |
| 10/22/97 | 1108 | Moritz & Associates | 16,106.59 | | 16,106.59 | | |
| 11/4/97 | 1111 | Shutts & Bowen | 2,000.00 | | 2,000.00 | | |
| 11/6/97 | 1119 | Shutts & Bowen | 34,715.27 | 34,715.27 | | | |
| 11/10/97 | 1121 | Moritz & Associates | 4,197.79 | | 4,197.79 | | |
| 1/12/97 | 1122 | United Appraisal Group | 2,437.50 | | | 2,437.50 | |
| 1/14/97 | 1123 | Brink's Inc. | 2,994.07 | | | | 2,994.07 |
| 11/17/97 | 1124 | Shutts & Bowen | 30,809.02 | 30,809.02 | | | |

ABEN E. AND JOAN G. JOHNSON

S.S.N. 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

FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 11/17/97 | 1125 | Moritz & Associates | 5,374.27 | | 5,374.27 | | |
| 11/17/97 | 1126 | Tenhagen Gemstones | 5,073.00 | | | 5,073.00 | |
| 11/17/97 | 1127 | United Appraisal Group | 3,000.00 | | | 3,000.00 | |
| 11/19/97 | 1130 | Moritz & Associates | 588.15 | | 588.15 | | |
| 11/19/97 | 1131 | Shutts & Bowen | 5,076.17 | 5,076.17 | | | |
| 12/6/97 | 1155 | Gem Advise Co. | 3,000.00 | | | 3,000.00 | |
| 12/10/97 | 1156 | Tenhagen Gemstones | 14,717.15 | | | 14,717.15 | |
| 12/10/97 | 1157 | United Appraisal Group | 3,422.44 | | | 3,422.44 | |
| 12/18/97 | 1160 | Shutts & Bowen | 1,782.17 | 1,782.17 | | | |
| 12/18/97 | 1161 | Moritz & Associates | 5,528.49 | | 5,528.49 | | |
| | | | 308,002.36 | 132,468.18 | 104,563.62 | 62,650.09 | 8,320.47 |
| | | Totals (A) | $ 378,539.00 | $ 132,468.18 | $ 104,563.62 | $ 62,650.09 | $ 78,857.11 |

(A) 378,539.00

FOR 1998 1,412,791.61

1,791,330.61

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/1/98 | 1165 | United Appraisal | 489.13 | | | 489.13 | |
| 1/1/98 | 1166 | Tenhagen Gemstones | 14,112.00 | | | 14,112.00 | |
| 1/1/98 | 1169 | Shutts & Bowen | 30,814.03 | 30,814.03 | | | |
| /13/98 | 1170 | Shutts & Bowen | 2,173.99 | 2,173.99 | | | |
| /15/98 | 1171 | Shutts & Bowen | 3,500.00 | 3,500.00 | | | |
| 1/19/98 | 1172 | Shutts & Bowen | 3,823.20 | 3,823.20 | | | |
| /21/98 | 7524 | Rob Sandt | 300.00 | | 300.00 | | |
| /28/98 | 1173 | Moritz & Associates | 7,545.16 | | 7,545.16 | | |
| 1/28/98 | 1174 | Tenhagen Gemstones | 16,234.46 | | | 16,234.46 | |
| 2/9/98 | 1176 | Shutts & Bowen | 30,517.50 | 30,517.50 | | | |
| 2/9/98 | 1177 | Moritz & Associates | 1,273.52 | | 1,273.52 | | |
| 2/10/98 | 7547 | VISA | 4,440.00 | | 4,440.00 | | |
| 2/12/98 | 1178 | United Appraisal | 1,000.00 | | | 1,000.00 | |
| 2/13/98 | 1180 | GIA Gem Trade Lab | 39,406.00 | | | 39,406.00 | |
| 2/20/98 | 1183 | Shutts & Bowen | 5,552.43 | 5,552.43 | | | |
| 3/3/98 | 1187 | Tenhagen Gemstones | 9,737.50 | | | 9,737.50 | |
| 3/7/98 | 1188 | Gem Trade Laboratory | 2,725.49 | | | | 2,725.49 |
| 3/12/98 | 1191 | Lamar Miller | 3,056.65 | | | | 3,056.65 |
| 3/12/98 | 1192 | Florida Forensic Photo | 639.00 | | | | 639.00 |
| 3/12/98 | 1193 | Shutts & Bowen | 43,959.15 | 43,959.15 | | | |
| 3/16/98 | 1195 | Moritz & Associates | 2,180.39 | | 2,180.39 | | |
| 3/18/98 | 1196 | Shutts & Bowen | 2,754.03 | | 2,754.03 | | |
| 3/27/98 | 1197 | United Appraisal | 2,125.00 | | | 2,125.00 | |
| 4/2/98 | 1199 | Tenhagen Gemstones | 15,475.00 | | | 15,475.00 | |
| 4/7/98 | 1201 | Shutts & Bowen | 38,125.54 | 38,125.54 | | | |
| 4/13/98 | 1202 | Moritz & Associates | 3,833.68 | | 3,833.68 | | |
| 4/21/98 | 1205 | Shutts & Bowen | 3,892.63 | | 3,892.63 | | |
| 4/28/98 | 7618 | VISA | 39.23 | | 39.23 | | |
| 4/29/98 | 1207 | Moritz & Associates | 3,858.14 | | 3,858.14 | | |
| 4/29/98 | 1208 | Shutts & Bowen | 49,248.57 | 49,248.57 | | | |
| 4/29/98 | 1209 | Shutts & Bowen | 1,800.00 | | | 1,800.00 | |
| 5/13/98 | 1212 | Tenhagen Gemstones | 9,125.00 | | | 9,125.00 | |
| 5/30/98 | 1218 | Shutts & Bowen | 6,083.95 | | 6,083.95 | | |
| 5/30/98 | 1219 | Moritz & Associates | 3,888.81 | | 3,888.81 | | |
| 5/30/98 | 1220 | Moritz & Associates | 7,713.15 | | 7,713.15 | | |
| 6/5/98 | 1221 | Tenhagen Gemstones | 4,187.50 | | | 4,187.50 | |
| 6/5/98 | 1222 | Shutts & Bowen | 66,575.98 | 66,575.98 | | | |
| 6/17/98 | 1227 | Gallwey, Gillman, Curtis | 5,000.00 | 5,000.00 | | | |
| 6/22/98 | 1228 | Shutts & Bowen | 8,208.47 | | 8,208.47 | | |
| 7/11/98 | 1230 | Shutts & Bowen | 46,207.56 | 46,207.56 | | | |
| 7/11/98 | 1231 | Shutts & Bowen | 9,477.73 | | 9,477.73 | | |
| 7/11/98 | 1232 | Gallwey, Gillman, Curtis | 2,575.00 | 2,575.00 | | | |
| 7/11/98 | 1234 | Tenhagen Gemstones | 3,537.50 | | | 3,537.50 | |
| 7/16/98 | 1235 | Shutts & Bowen | 3,978.00 | | | 3,978.00 | |
| 7/16/98 | 1237 | Moritz & Associates | 91.75 | | 91.75 | | |
| 7/17/98 | 7714 | American Express | 298.00 | | 298.00 | | |
| 7/31/98 | 1239 | Shutts & Bowen | 1,000.00 | 1,000.00 | | | |
| 8/3/98 | 1240 | Shutts & Bowen | 925.00 | 925.00 | | | |
| 8/10/98 | 1242 | Shutts & Bowen | 4,847.38 | | 4,847.38 | | |
| 8/10/98 | 1243 | Tenhagen Gemstones | 11,787.50 | | | 11,787.50 | |

ABEN E. AND JOAN G. JOHNSON

S.S.N. 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

FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 8/10/98 | 1244 | Shutts & Bowen | 63,461.67 | 63,461.67 | | | |
| 8/10/98 | 1245 | Atlantic Investigation | 6,783.55 | | 6,783.55 | | |
| 8/12/98 | 1247 | Gallwey, Gillman, Curtis | 36,210.22 | 36,210.22 | | | |
| 8/22/98 | 1250 | Shutts & Bowen | 10,829.68 | 10,829.68 | | | |
| 8/31/98 | 1252 | CTC International | 1,847.59 | | 1,847.59 | | |
| 8/31/98 | 1253 | Shutts & Bowen | 1,456.25 | 1,456.25 | | | |
| 9/1/98 | 1254 | Moritz & Associates | 4,015.86 | | 4,015.86 | | |
| 9/1/98 | 1258 | Shutts & Bowen | 9,100.93 | | 9,100.93 | | |
| 9/9/98 | 1257 | Shutts & Bowen | 66,569.16 | 66,569.16 | | | |
| 9/9/98 | 1259 | Shutts & Bowen | 6,781.99 | | 6,781.99 | | |
| 10/9/98 | 1265 | Shutts & Bowen | 4,525.81 | | 4,525.81 | | |
| 9/10/98 | 1260 | Tenhagen Gemstones | 8,287.50 | | | 8,287.50 | |
| 9/10/98 | 1261 | Gallwey, Gillman, Curtis | 38,297.67 | 38,297.67 | | | |
| 9/24/98 | 1264 | Meyer, Kirk | 559.33 | 559.33 | | | |
| 10/10/98 | 1267 | Shutts & Bowen | 15,000.00 | | | 15,000.00 | |
| 10/10/98 | 1268 | Shutts & Bowen | 5,197.49 | | 5,197.49 | | |
| 10/26/98 | 1272 | Shutts & Bowen | 67,714.45 | 67,714.45 | | | |
| 10/26/98 | 1273 | Gallway, Gillman, Curtis | 34,092.35 | 34,092.35 | | | |
| 11/2/98 | 1274 | Shutts & Bowen | 31,534.36 | | | 31,534.36 | |
| 11/2/98 | 1275 | Shutts & Bowen | 10,397.49 | | 10,397.49 | | |
| 11/9/98 | 1276 | Shutts & Bowen | 1,475.00 | 1,475.00 | | | |
| 11/11/98 | 1278 | Shutts & Bowen | 1,296.84 | | 1,296.84 | | |
| 11/11/98 | 1279 | Shutts & Bowen | 11,858.59 | | 11,858.59 | | |
| 11/13/98 | 1281 | Gallwey, Gillman, Curtis | 74,009.33 | 74,009.33 | | | |
| 11/13/98 | 1282 | Shutts & Bowen | 912.50 | 912.50 | | | |
| 11/16/98 | 1283 | Tenhagen Gemstones | 7,912.50 | | | 7,912.50 | |
| 11/17/98 | 1285 | Shutts & Bowen | 272.95 | | 272.95 | | |
| 11/19/98 | 1286 | Shutts & Bowen | 2,055.00 | 2,055.00 | | | |
| 12/2/98 | 1287 | Shutts & Bowen | 12,914.54 | | 12,914.54 | | |
| 12/2/98 | 1288 | Shutts & Bowen | 170,183.95 | 170,183.95 | | | |
| 12/7/98 | 1290 | Shutts & Bowen | 9,046.52 | | 9,046.52 | | |
| 12/7/98 | 1291 | Shutts & Bowen | 2,313.19 | | | 2,313.19 | |
| 12/7/98 | 1292 | Shutts & Bowen | 7,575.50 | | 7,575.50 | | |
| 12/7/98 | 1293 | Gallwey, Gillman, Curtis | 30,105.24 | 30,105.24 | | | |
| 12/16/98 | 1310 | Shutts & Bowen | 409.82 | 409.82 | | | |
| 12/16/98 | 1311 | Shutts & Bowen | 21,514.00 | 21,514.00 | | | |
| 12/21/98 | 1313 | Shutts & Bowen | 77,702.49 | 77,702.49 | | | |
| 12/29/98 | 1314 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 12/29/98 | 1315 | Shutts & Bowen | 55.00 | 55.00 | | | |
| 9/12/98 | S&B Trust | CTC International | 5,000.00 | 5,000.00 | | | |
| 9/14/98 | S&B Trust | David Donaldson | 750.00 | 750.00 | | | |
| 9/16/98 | S&B Trust | David Donaldson | 125.60 | 125.60 | | | |
| 10/27/98 | S&B Trust | Schindler Cohen | 2,000.00 | 2,000.00 | | | |
| 11/9/98 | S&B Trust | Bell South | 500.00 | | | | 500.00 |
| | | Total | $ 1,412,791.61 | $ 1,045,486.66 | $ 162,341.67 | $ 198,042.14 | $ 6,921.14 |

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X
1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/6/99 | 1316 | Alan Mishael | 37,711.66 | 37,711.66 | | | |
| 1/6/99 | 1317 | Alan Mishael | 633.35 | 633.35 | | | |
| 1/6/99 | 1318 | Gallwey, Gillman, Curtis | 10,555.32 | 10,555.32 | | | |
| 1/7/99 | 1321 | Shutts & Bowen | 4,440.50 | 4,440.50 | | | |
| 1/22/99 | 1323 | Shutts & Bowen | 13,265.58 | | 13,265.58 | | |
| 1/22/99 | 1324 | Shutts & Bowen | 1,309.00 | 1,309.00 | | | |
| 1/25/99 | 1325 | Shutts & Bowen | 22,503.14 | | | 22,503.14 | |
| 1/26/99 | 1326 | Shutts & Bowen | 10,170.20 | | 10,170.20 | | |
| 2/3/99 | 1329 | Alan Mishael | 40,390.66 | 40,390.66 | | | |
| 2/5/99 | 1331 | Shutts & Bowen | 712.63 | 712.63 | | | |
| 2/5/99 | 1332 | Shutts & Bowen | 119,595.61 | 119,595.61 | | | |
| 2/5/99 | 1333 | Shutts & Bowen | 7,059.87 | 7,059.87 | | | |
| /10/99 | 1334 | Gallwey, Gillman, Curtis | 9,438.65 | 9,438.65 | | | |
| 2/19/99 | 1336 | Shutts & Bowen | 10,318.00 | 10,318.00 | | | |
| /23/99 | 1337 | Shutts & Bowen | 21,691.17 | 21,691.17 | | | |
| /23/99 | 1338 | Shutts & Bowen | 8,708.73 | 8,708.73 | | | |
| 2/23/99 | 1339 | Shutts & Bowen | 1,977.19 | 1,977.19 | | | |
| 2/23/99 | 1340 | Shutts & Bowen | 2,466.71 | 2,466.71 | | | |
| 3/3/99 | 1342 | Alan Mishael | 22,260.17 | 22,260.17 | | | |
| 3/5/99 | 1343 | Shutts & Bowen | 7,175.03 | 7,175.03 | | | |
| 3/9/99 | 1344 | Shutts & Bowen | 6,232.02 | | 6,232.02 | | |
| 3/9/99 | 1345 | Shutts & Bowen | 2,060.00 | 2,060.00 | | | |
| /13/99 | 1346 | Shutts & Bowen | 379.67 | | 379.67 | | |
| 3/16/99 | 1347 | Shutts & Bowen | 97,600.46 | 97,600.46 | | | |
| /16/99 | 1348 | Gallwey, Gillman, Curtis | 1,106.90 | 1,106.90 | | | |
| /16/99 | 1349 | Shutts & Bowen | 5,306.73 | 5,306.73 | | | |
| 3/22/99 | 1350 | Shutts & Bowen | 747.50 | 747.50 | | | |
| /23/99 | 1551 | Shutts & Bowen | 6,249.98 | 6,249.98 | | | |
| /23/99 | 1552 | Kevorkian & Partners | 3,600.00 | 3,600.00 | | | |
| 3/26/99 | 1553 | Mark R. Solomon | 3,398.61 | 3,398.61 | | | |
| 4/1/99 | 1555 | Shutts & Bowen | 28,002.35 | | | 28,002.35 | |
| 4/5/99 | 1556 | Alan Mishael | 24,032.66 | 24,032.66 | | | |
| 4/10/99 | 1557 | Shutts & Bowen | 5,221.73 | 5,221.73 | | | |
| 4/10/99 | 1558 | Shutts & Bowen | 2,778.00 | | 2,778.00 | | |
| /10/99 | 1559 | Shutts & Bowen | 2,497.45 | | 2,497.45 | | |
| /10/99 | 1560 | Gallwey, Gillman, Curtis | 5,063.11 | 5,063.11 | | | |
| 4/17/99 | 1563 | Shutts & Bowen | 57,406.91 | 57,406.91 | | | |
| /22/99 | 1564 | Shutts & Bowen | 8,086.90 | 8,086.90 | | | |
| /28/99 | 1565 | Shutts & Bowen | 280.50 | 280.50 | | | |
| 4/29/99 | 1566 | Shutts & Bowen | 1,508.65 | 1,508.65 | | | |
| /29/99 | 1567 | Shutts & Bowen | 11,579.53 | 11,579.53 | | | |
| /10/99 | 1570 | Alan Mishael | 42,179.41 | 42,179.41 | | | |
| 5/12/99 | 1571 | Shutts & Bowen | 71,964.82 | 71,964.82 | | | |
| /12/99 | 1572 | Shutts & Bowen | 5,604.59 | 5,604.59 | | | |
| /12/99 | 1573 | Shutts & Bowen | 6,936.06 | 6,936.06 | | | |
| 5/12/99 | 1574 | Shutts & Bowen | 12,419.32 | 12,419.32 | | | |
| 5/12/99 | 1575 | Shutts & Bowen | 25,987.29 | 25,987.29 | | | |
| 12/99 | 1576 | Gallwey, Gillman, Curtis | 18,447.87 | 18,447.87 | | | |
| /20/99 | 1582 | Shutts & Bowen | 79,188.67 | 79,188.67 | | | |
| 5/24/99 | 1583 | Shutts & Bowen | 5,412.60 | 5,412.60 | | | |

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X
1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 6/9/99 | 1584 | Shutts & Bowen | 13,808.00 | 13,808.00 | | | |
| 6/10/99 | 1585 | Alan Mishael | 36,348.27 | 36,348.27 | | | |
| 6/14/99 | 1588 | Shutts & Bowen | 7,044.28 | | 7,044.28 | | |
| 6/14/99 | 1589 | Shutts & Bowen | 23.01 | 23.01 | | | |
| 6/14/99 | 1590 | Shutts & Bowen | 4,277.58 | 4,277.58 | | | |
| 6/14/99 | 1591 | Shutts & Bowen | 4,887.07 | | 4,887.07 | | |
| 6/14/99 | 1592 | Shutts & Bowen | 2,391.01 | 2,391.01 | | | |
| 6/16/99 | 1593 | Gallwey, Gillman, Curtis | 15,834.78 | 15,834.78 | | | |
| 6/24/99 | 1595 | Shutts & Bowen | 1,453.40 | 1,453.40 | | | |
| 6/25/99 | 1596 | Shutts & Bowen | 15,000.00 | 15,000.00 | | | |
| 6/26/99 | 1597 | Shutts & Bowen | 1,817.27 | 1,817.27 | | | |
| 7/6/99 | 1599 | Alan Mishael | 43,208.43 | 43,208.43 | | | |
| 7/17/99 | 1601 | Shutts & Bowen | 13,954.32 | 13,954.32 | | | |
| 7/17/99 | 1602 | Shutts & Bowen | 9,491.34 | | 9,491.34 | | |
| 7/17/99 | 1603 | Gallwey, Gillman, Curtis | 15,204.35 | 15,204.35 | | | |
| 7/19/99 | 1604 | Shutts & Bowen | 68,497.75 | 68,497.75 | | | |
| 7/19/99 | 1605 | Shutts & Bowen | 1,297.81 | 1,297.81 | | | |
| 7/19/99 | 1606 | Shutts & Bowen | 19,436.62 | 19,436.62 | | | |
| '/23/99 | 1607 | Shutts & Bowen | 6,427.00 | 6,427.00 | | | |
| '/28/99 | 1608 | Shutts & Bowen | 1,075.18 | 1,075.18 | | | |
| 7/30/99 | 1609 | Shutts & Bowen | 205.98 | 205.98 | | | |
| 8/2/99 | 1610 | Shutts & Bowen | 114,939.61 | 114,939.61 | | | |
| 8/2/99 | 1611 | Shutts & Bowen | 568.25 | 568.25 | | | |
| 8/6/99 | 1612 | Shutts & Bowen | 1,354.43 | 1,354.43 | | | |
| 8/9/99 | 1613 | Shutts & Bowen | 9,933.42 | 9,933.42 | | | |
| 8/9/99 | 1614 | Alan Mishael | 41,773.09 | 41,773.09 | | | |
| 8/11/99 | 1615 | Shutts & Bowen | 9,906.30 | 9,906.30 | | | |
| 8/12/99 | 1616 | Shutts & Bowen | 10,142.75 | 10,142.75 | | | |
| /12/99 | 1617 | Shutts & Bowen | 9,669.20 | 9,669.20 | | | |
| /16/99 | 1618 | Shutts & Bowen | 3,536.93 | 3,536.93 | | | |
| 8/23/99 | 1619 | Shutts & Bowen | 7,000.00 | 7,000.00 | | | |
| /28/99 | 1620 | Shutts & Bowen | 11,230.00 | 11,230.00 | | | |
| /28/99 | 1621 | Shutts & Bowen | 9,684.25 | 9,684.25 | | | |
| 8/28/99 | 1622 | Shutts & Bowen | 1,400.00 | 1,400.00 | | | |
| '28/99 | 1623 | Shutts & Bowen | 2,922.60 | 2,922.60 | | | |
| '28/99 | 1624 | Shutts & Bowen | 3,444.35 | 3,444.35 | | | |
| 8/28/99 | 1625 | Shutts & Bowen | 105,763.77 | 105,763.77 | | | |
| '/14/99 | 1628 | Shutts & Bowen | 7,056.69 | 7,056.69 | | | |
| 14/99 | 1629 | Shutts & Bowen | 5,598.48 | | 5,598.48 | | |
| 9/14/99 | 1630 | Alan Mishael | 38,090.57 | 38,090.57 | | | |
| 9/14/99 | 1631 | Gallwey, Gillman, Curtis | 14,698.34 | 14,698.34 | | | |
| 14/99 | 1633 | Shutts & Bowen | 6,240.00 | 6,240.00 | | | |
| 10/8/99 | 1751 | Shutts & Bowen | 12,655.21 | 12,655.21 | | | |
| 10/8/99 | 1752 | Shutts & Bowen | 4,594.00 | 4,594.00 | | | |
| /8/99 | 1753 | Shutts & Bowen | 417.59 | 417.59 | | | |
| .J/8/99 | 1754 | Shutts & Bowen | 1,511.95 | 1,511.95 | | | |
| 10/8/99 | 1755 | Shutts & Bowen | 1,444.32 | 1,444.32 | | | |
| /8/99 | 1756 | Shutts & Bowen | 1,930.03 | 1,930.03 | | | |
| /8/99 | 1757 | Shutts & Bowen | 15,462.30 | 15,462.30 | | | |
| 10/9/99 | 1758 | Shutts & Bowen | 850.50 | 850.50 | | | |

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X

1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 10/9/99 | 1759 | Shutts & Bowen | 4,539.34 | 4,539.34 | | | |
| 10/9/99 | 1760 | Shutts & Bowen | 43,707.00 | 43,707.00 | | | |
| 10/9/99 | 1761 | Shutts & Bowen | 110,161.73 | 110,161.73 | | | |
| 10/9/99 | 1762 | Alan Mishael | 30,782.87 | 30,782.87 | | | |
| 10/9/99 | Wire | Shutts & Bowen | 37,600.00 | 37,600.00 | | | |
| 10/13/99 | 1763 | Shutts & Bowen | 32.90 | 32.90 | | | |
| 10/18/99 | 1764 | Shutts & Bowen | 4,717.11 | | 4,717.11 | | |
| 10/18/99 | 1765 | Shutts & Bowen | 5,524.86 | | 5,524.86 | | |
| 10/18/99 | 1766 | Shutts & Bowen | 1,388.53 | 1,388.53 | | | |
| 10/18/99 | 1767 | Shutts & Bowen | 2,542.21 | 2,542.21 | | | |
| 10/18/99 | 1768 | Shutts & Bowen | 35,690.25 | 35,690.25 | | | |
| 10/25/99 | DEPOSIT | Shutts & Bowen | (568.25) | (568.25) | | | |
| 10/26/99 | 1772 | Shutts & Bowen | 407.36 | 407.36 | | | |
| 11/1/99 | 1773 | Shutts & Bowen | 56,691.18 | 56,691.18 | | | |
| 11/16/99 | 1775 | Shutts & Bowen | 19,590.92 | 19,590.92 | | | |
| 1/16/99 | 1776 | Alan Mishael | 36,187.52 | 36,187.52 | | | |
| 1/16/99 | 1777 | Shutts & Bowen | 2,444.46 | 2,444.46 | | | |
| 11/16/99 | 1778 | Shutts & Bowen | 3,859.66 | 3,859.66 | | | |
| 1/16/99 | 1779 | Shutts & Bowen | 3,481.75 | 3,481.75 | | | |
| 1/16/99 | 1780 | Shutts & Bowen | 304.37 | 304.37 | | | |
| 11/16/99 | 1781 | Shutts & Bowen | 13,167.02 | 13,167.02 | | | |
| 1/16/99 | 1782 | Shutts & Bowen | 1,520.34 | 1,520.34 | | | |
| 1/16/99 | 1783 | Shutts & Bowen | 6,940.16 | 6,940.16 | | | |
| 11/16/99 | 1784 | Shutts & Bowen | 5,180.22 | 5,180.22 | | | |
| 11/26/99 | 1785 | Shutts & Bowen | 107,304.27 | 107,304.27 | | | |
| 12/4/99 | 1788 | Mark R. Solomon | 780.20 | 780.20 | | | |
| 12/8/99 | 1795 | Alan Mishael | 29,064.61 | 29,064.61 | | | |
| 12/8/99 | 1796 | Alan Mishael | 91,112.76 | 91,112.76 | | | |
| 2/8/99 | 1798 | Shutts & Bowen | 63,250.25 | 63,250.25 | | | |
| 2/8/99 | 1799 | Shutts & Bowen | 6,437.99 | | 6,437.99 | | |
| 12/8/99 | 1800 | Shutts & Bowen | 3,984.00 | 3,984.00 | | | |
| 2/8/99 | 1801 | Shutts & Bowen | 7,066.54 | 7,066.54 | | | |
| 2/8/99 | 1802 | Shutts & Bowen | 151.78 | 151.78 | | | |
| 12/8/99 | 1803 | Shutts & Bowen | 3,592.57 | 3,592.57 | | | |
| /16/99 | DEPOSIT | Gallwey, Gillman, Curtis | (4,005.23) | (4,005.23) | | | |
| /30/99 | 1809 | Shutts & Bowen | 63,562.50 | 63,562.50 | | | |
| 12/30/99 | 1810 | Shutts & Bowen | 1,000.00 | | 1,000.00 | | |
| /30/99 | 1811 | Shutts & Bowen | 500.00 | 500.00 | | | |
| 30/99 | 1812 | Shutts & Bowen | 3,015.57 | 3,015.57 | | | |
| 12/30/99 | 1813 | Shutts & Bowen | 411.38 | 411.38 | | | |
| 12/30/99 | 1814 | Shutts & Bowen | 2,928.68 | 2,928.68 | | | |
| 11/99 | S&B Trust | Michael Gertner | 500.00 | 500.00 | | | |
| 2/17/99 | S&B Trust | Joe McSorley | 3,735.40 | 3,735.40 | | | |
| 3/2/99 | S&B Trust | Schindler Cohen | 187.99 | 187.99 | | | |
| 1 13/99 | S&B Trust | Ibis Golf & C.C. | 350.00 | | | | 350.00 |
| | | Total | $ 2,439,990.61 | $ 2,309,111.07 | $ 80,024.05 | $ 50,505.49 | $ 350.00 |

Form 8275 (Rev. March 1998)

Department of the Treasury Internal Revenue Service

# Disclosure Statement

Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement.

See separate instructions.

▶ Attach to your tax return.

OMB No. 1545-0889

Attachment Sequence No. 92

Name(s) shown on return: ABEN E. & JOAN G. JOHNSON

Identifying number shown on return: 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

**Part I** **General Information** (See instructions)

| (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|
| No specific code, reg., or ruling | Theft Deduction | See Statement Below | 1040X | 1 (B) | $60,671,138 Theft Loss for 1999 |
| | | | | | |
| | | | | | |

**Part II** **Detailed Explanation** (See instructions)

A claim for refund (Form 1040X) for 1997 and for 1998 have both been filed claiming the same theft loss shown on the 1999 claims (with slightly different amounts because of additional costs of recovery and different appraised values of the gems at each year-end.) The three returns have been filed [redacted] and the taxpayers do not claim that they are entitled to any duplicated deductions that appear on all the returns, but they do claim that they are entitled to the Theft loss amount deducted in ONE of the three years. Also, see either the 1997, 1998 or 1999 Form 1040X for an extension of the duplication of certain amounts for 1994 and 1995 (currently in litigation in the Court of Federal Claims as Aben E. and Joan Johnson vs. the United States of America).

**Part III** **Information About Pass-Through Entity.** To be completed by partners, shareholders, beneficiaries, or residual interest holders.

Complete this part only if you are making adequate disclosure for a pass-through item.

**Note:** A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company, real estate investment trust, or real estate mortgage investment conduit (REMIC).

1 Name, address, and ZIP code of pass-through entity

2 Identifying number of pass-through entity

3 Tax year of pass-through entity
to

4 Internal Revenue Service Center where the pass-through entity filed its return

For Paperwork Reduction Act Notice, see separate instructions.

Form 8275 (Rev. 3-98)

DAA

Department of the Treasury
Internal Revenue Service

ATLANTA, GA 39901

# EXHIBIT A

In reply refer to: 0782100000
Feb. 20, 2001 LTR 105C N
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 199712 30 1
Input Op: 0759405320 00405

ABEN E & JOAN G JOHNSON JR
% RICHARD A EDWARDS CPA
EDWARDS MELTON ELLIS KOSH
2855 COOLIDGE HWY STE 103
TROY MI 48084

CERTIFIED MAIL

| | |
|---|---|
| Taxpayer Identification Number: | 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 |
| Kind of Tax: | Personal Income |
| Amount of Claim(s): | $ 613,669.00 121,635.00 55,769.00 |
| Date Claim(s) Received: | Nov. 06, 2000 |
| Tax Period(s): | Dec. 31, 1994 Dec. 31, 1995 Dec. 31, 1997 |

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

It has been determined by our Examination Branch that you have a theft loss which should be claimed in 1997, the year of discovery. The resulting 1997 net operating loss can then be carryback 3 tax years and forward 15 years. The statute for amending your 1997 tax return and claiming the net operating loss carryback expires on October 15, 2001.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.
2. Your name, address, and a telephone number where you can be contacted during the day.
3. A statement of facts supporting your reasons for disputing the disallowance.
4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties

Department of the Treasury
Internal Revenue Service

0782100000
Feb. 20, 2001 LTR 105C N
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 199712 30 1
Input Op: 0759405320 00406

ABEN E & JOAN G JOHNSON JR
% RICHARD A EDWARDS CPA
EDWARDS MELTON ELLIS KOSH
2855 COOLIDGE HWY STE 103
TROY MI 48084

of perjury. You may do this by adding the following statement and signing it:

> "Under penalties of perjury, I declare that the facts presented in my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

An attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service may represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written authorization) to your written statement.

If your authorized representative prepares the written statement, he or she should include a declaration stating that he or she prepared the written statement and accompanying documents and whether he or she knows personally that the protest and accompanying documents are true and correct.

Please mail your request for an appeal to the address shown on this letter.

If you want to sue to recover tax, penalties, or other amounts, you may file a lawsuit with the United States District Court having jurisdiction or with the United States Court of Federal Claims. These courts are independent bodies and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the mailing date of this letter. If you decide to appeal our decision first, the 2-year period still begins from the mailing date of this letter. However, if you signed an agreement that waived your right to the notice of disallowance (Form 2297), the period for filing a lawsuit began on the date you filed the waiver.

If you have any questions, please call us toll free at 1-800-829-1040. If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Department of the Treasury
Internal Revenue Service

0782100000
Feb. 20, 2001 LTR 105C N
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 199712 30 1
Input Op: 0759405320 00407

ABEN E & JOAN G JOHNSON JR
% RICHARD A EDWARDS CPA
EDWARDS MELTON ELLIS KOSH
2855 COOLIDGE HWY STE 103
TROY MI 48084

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number (   )____________________ Hours________________

Sincerely yours,

Ellen C Bell

Ellen C. Bell
Field Dir., Accounts Management

Enclosure(s):
Publication 1

AO 245B (Rev. 3/96) Sheet 1 - Judgment in a Criminal Ca

# EXHIBIT B

FILED by [signature] D.C.

JUN - 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
JOHN ROBERT HASSON

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 9:99CR08063-001

AUSA Neil Karadbil/David Tucker,Jeanne Baker, Esq.
Defendant's Attorney

THE DEFENDANT:

☐ pleaded guilty to count(s) ______

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☒ was found guilty on count(s) One,two,three,four, eight and nine after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit crimes against the United States | 05/24/1999 | One |
| 18 U.S.C. § 1343 | Wire fraud | 03/06/1995 | Two |
| 18 U.S.C. § 1343 | Wire fraud | 05/14/1996 | Three |

See Additional Counts of Conviction - Page 2

The defendant is sentenced as provided in pages 2 through 9 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) six and seven

☐ Count(s) ______ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 05/05/1952

Defendant's USM No.: 53512-004

Defendant's Residence Address:

Federal Detention Center

Miami FL

Defendant's Mailing Address:

Federal Detention Center

Miami FL

06/08/2000
Date of Imposition of Judgment

[signature]
Signature of Judicial Officer

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

6/9/00
Date

/ENDANT: JOHN ROBERT HASSON

;ASE NUMBER: 9:99CR08063-001

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire fraud | 07/11/1996 | Four |
| 18 U.S.C. § 1956 (h) | Conspiracy to commit money laundering | 05/24/1999 | Eight |
| 18 U.S.C. § 371 | Conspiracy to commit obstruction of justice | 05/24/1999 | Nine |

.NDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 480 month(s).

**This sentence consists of 240 months as to Count eight and 48 months each on counts one, two, three, four and nine. The sentences imposed in counts one, two, three, four and nine are to be served consecutively with the sentence imposed in count eight.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ a.m./p.m. on ____________.
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________.
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________ to ____________

at ____________, with a certified copy of this judgment.

______________________
UNITED STATES MARSHAL

By ______________________
Deputy U.S. Marshal

DEFENDANT: JOHN ROBERT HASSON

CASE NUMBER: 9:99CR08063-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 year(s).

on each of counts one, two, three, four, eight and nine; to run concurrently with each other.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Page 5

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

ENDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer.

.NDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 550.00 | $ | $ 78,408,691.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement ............. $ ______________

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ ______________.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until __________. An Amended Judgment in a Criminal Case will be entered after such a determination.

☒ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Aben and Joan Johnson | | $77,722,811.00 | |
| Gregory John Norman | | $11,880.00 | |
| James Cunningham | | $600,000.00 | |
| Lawrence P. Dixon | | $74,000.00 | |
| Totals: | $ ______________ | $ 78,408,691.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

NDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☒ in full immediately; or

B ☐ $ ______________ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than __________ ; or

D ☐ in installments to commence ______ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in ______________ *(e.g. equal, weekly, monthly, quarterly)* installments of $ __________ over a period of _______ year(s) to commence _______ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

Restitution is payable to the U.S. Courts and is to be addressed to: U.S. Clerk's Office, Attn: Financial Center, 301 N. Miami Avenue, Room 150, Miami, FL 33128. Restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.

☐ The defendant shall pay the cost of prosecution.

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
See Additional Forfeited Property - Page 8

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

ENDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

## ADDITIONAL FORFEITED PROPERTY

The defendant shall forfeit all of defendant's right, title and interest in all of the properties set forth in the Order Of Forfeiture entered in these proceedings pursuant to Title 18, USC, Sction 982, on March 3, 2000.

ENDANT: JOHN ROBER[illegible]SSON

ASE NUMBER: 9:99CR08063-001

# STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

Guideline Range Determined by the Court:

Total Offense Level: 40

Criminal History Category: I

Imprisonment Range: 292-365 months

Supervised Release Range: 2-3 years

Fine Range: $ 25,000.00 to $ 100,000,000.00

☐ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ 78,408,691.00

☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the forseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered for the following reason(s):

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

☒ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

The court upwardly departed pursuant to Section 5K2.0 by two levels to level 42.

OR

☐ The sentence departs from the guideline range:

☐ upon motion of the government, as a result of defendant's substantial assistance.

☐ for the following specific reason(s):

EXHIBIT C

The Palm Beach Post

FRIDAY, JUNE 9, 2000 FINAL EDITION 3 • 129 PAGES 50 CENTS

# Jeweler gets 40 years, ordered to pay $78 million

## Sentence follows bizarre court scene

By Mary McLachlin
*Palm Beach Post Staff Writer*

MIAMI — On the third try, a federal judge finished the job of sentencing jewel dealer Jack Hasson to 40 years in prison Thursday, then ordered him to pay $78.4 million in restitution to his fraud victims.

More than $77.7 million would go to Hasson's main fraud victim, North Palm Beach retired businessman Aben Johnson — if the money can be found. Smaller amounts would go to golfer Greg Norman and two other former customers.

Before U.S. District Judge Judge James Lawrence King could pronounce sentence, his courtroom became the setting for a final bizarre scene in a case full of screwball twists.

Hasson brought in a new lawyer who wound up putting one of his trial lawyers on the stand, forcing her to become a witness against her own client with no attorney-client confidentiality.

The result: Testimony that would have been devastating to Hasson's case — if he hadn't already been convicted of record-setting fraud, money laundering and obstruction of justice.

Lawyers for fraud victim Johnson, who's pursuing Hasson and his assets in Palm Beach County Circuit Court, eagerly took notes as attorney Jeanne Baker reluctantly answered questions about millions of dollars Hasson stashed in foreign accounts.

Lawyers on both sides and those observing in the courtroom said they had never seen anything like it.

"This case probably ranks at the top in all categories," veteran prosecutor Neil Karadbil said afterwards, shaking his head.

Adding to the surrealism, King then ordered the trial lawyers — whom Hasson accuses of misrepresenting him and who accuse him of refusing to talk to them — to file an appeal for him within 10 days to protect his rights until he can get other attorneys.

Hasson's two sisters, two daughters and former girlfriend Cynthia Lehman again formed a tight support group for him, sitting as close behind the defense table as U.S. Marshals guarding him would allow.

Hasson, wearing a navy blue suit jacket over an open-necked white shirt, turned to them as the judge ordered him to rise for sentencing and mouthed, "Don't worry. Don't worry."

"It's not over," sister Barbara "Bobbie" Hasson said afterwards. "It's just the beginning."

Hasson, who turned 48 in May, would have to serve at least 34 years, or 85 percent, of his sentence before he would be eligible for parole under federal law.

Jurors convicted Hasson Feb. 25 of defrauding customers of more than $80 million by selling fake jewels and art objects, replacing real stones with phony ones, lying about their origins and falsifying sales

*Please see* HASSON, 10A



Hasson: Was convicted in February of defrauding customers of more than $80 million.

70

35

# Judge says fraud case biggest tried in S. Fla.

**HASSON**

*From 1A*

documents. The judge called it the biggest fraud case ever tried in South Florida, and jewelry industry spokesmen said it was the largest jewelry fraud claim against an individual.

Hasson's high-profile victims included golfers Jack Nicklaus, who sued Hasson over $500,000 of jewelry and settled out of court, and Norman, who demanded and got a refund of $358,375 for jewelry he said was misrepresented. King awarded Norman $11,000 in sales tax that wasn't refunded.

The jury also convicted Hasson of laundering $32 million through accounts under phony names in Europe, the Bahamas and South America, and of obstructing justice by lying to the FBI, providing false documents and coercing several associates to lie under oath.

**$20 million frozen in Paris**

The government has frozen $20 million in a Paris bank and the rest in accounts in the Bahamas and the United States. Lawyers for Hasson's major fraud victim said the restitution order will help them try to get the money back.

Johnson, 74, a retired broadcast executive from Detroit, and his wife, Joan, had spent more than $83 million on "estate" jewelry with Hasson over a decade and wound up with a collection worth about $6 million, according to trial testimony. They also had loaned Hasson more than $3 million because, they said, they thought of him as a son.

Hasson persuaded Johnson he knew the Sultan of Brunei through golfer Jack Nicklaus and told him the sultan would pay many times what Johnson was paying Hasson for rare "blue diamonds," which turned out to be fake. He had employees and friends dress in costumes — a sheet-draped sheik and bosomy "harem girls" — and pretend to be part of the sultan's family to fool Johnson.

After his conviction, Hasson complained that he wanted to fire Baker and co-counsel David Tucker.

He claimed they hadn't represented him effectively at trial, communicated with him afterwards or filed strong enough objections to the presentence investigation and the proposed sentencing.

He said they put their own financial interests above his interests and objected to them being paid out of a court fund set up with $2.3 million from the sale of his Harley-Davidson dealership in Stuart.

Baker testified Thursday that, during a year spent on Hasson's case, she had received $360,000 and Tucker $385,000 from money held for Hasson by West Palm Beach attorney David Roth and other sources.

Baker said she and Tucker had tried to talk to and meet with Hasson at the federal detention center where he's been held since his arrest in April 1999, but that he refused. Once, he turned and "darted out of the waiting room" when he saw her, she said.

"I am very angry with the defendant," she said. "I am a human being, and I have feelings."

**Judge rejects Hasson claim**

King had continued Hasson's sentencing twice to give him time to find other attorneys. But on Thursday he rejected Hasson's claim that Baker and Tucker didn't represent him adequately or communicate with him, calling it "spurious at best."

"The court finds that they did a very thorough job, given the handicap under which they were serving," King said; "that is, that he refused to talk to them."

One of Johnson's attorneys said the duration, size and audacity of Hasson's fraud justified the sentence given him.

"Jack Hasson's disreputable career preying on unsuspecting customers is over," said Joseph McSorley. "He was a one-man menace to consumers."

➤ mary_mclachlin@pbpost.com



36

JOHNSONAE2

Form **1040X** (Rev. November 2000)

Department of the Treasury-Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 2000 , or fiscal year ended ▶

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ABEN E. | JOHNSON | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| JOAN G. | JOHNSON | 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: NORTH PALM BEACH FL 33408-2511 | | For Paperwork Reduction Act Notice, see page 6. |

Please print or type

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

Use Part II on the Back to Explain any Changes

| | | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions (see pages 2-6)** | | | | | |
| 1 | Adjusted gross income (see page 3) | 1 | 2,753,473 | | 2,753,473 |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | 1,560,154 | 63,855,771 | 65,415,925 |
| 3 | Subtract line 2 from line 1 | 3 | 1,193,319 | -63,855,771 | -62,662,452 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | | |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 1,193,319 | -1,193,319 | |
| **Tax Liability** | | | | | |
| 6 | Tax (see pg. 4). Method used in col. C TABLES | 6 | 444,478 | -444,478 | |
| 7 | Credits (see page 4) | 7 | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 444,478 | -444,478 | 0 |
| 9 | Other taxes (see page 4) | 9 | | | |
| 10 | Total tax. Add lines 8 and 9 | 10 | 444,478 | -444,478 | |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 5 | 11 | | | |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 1,080,000 | | 1,080,000 |
| 13 | Earned income credit (EIC) | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits from Form 2439 or Form 4136 | 15 | | | |
| 16 | Amount paid with request for extension of time to file (see page 5) | 16 | | | 270,000 |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 | Total payments. Add lines 11 through 17 in column C | 18 | | | 1,350,000 |
| **Refund or Amount You Owe** | | | | | |
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 905,522 |
| 20 | Subtract line 19 from line 18 (see page 5) | 20 | | | 444,478 |
| 21 | Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 | If line 10, column C, is less than line 20, enter the difference | 22 | | | 444,478 |
| 23 | Amount of line 22 you want refunded to you | 23 | | | 444,478 |
| 24 | Amount of line 22 you want applied to your estimated tax | 24 | | | |

INTERNAL REVENUE SERVICE W & I - FIELD ASSISTANCE WEST PALM BEACH, FL JAN 30 2004 RECEIVED

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature] 1/30/04 ▶ [signature] 1/30/04

Your signature Date Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed | Preparer's SSN or PTIN |
|---|---|---|---|
| ▶ [signature] | 1/27/04 | ☐ | P00009633 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ EDWARDS, MELTON, ELLIS, KOSHIW, & CO. 2855 COOLIDGE HWY., STE. 103 TROY MI 48084-3202 | | EIN 38-2337970 | Phone no. 248-643-4545 |

Form 1040X (Rev. 11-2000) ABEN E. & JOAN G. JOHNSON 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25-31.
If claiming **fewer exemptions,** complete lines 25-30.

| | | Line | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | 2 | | 2 |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | 2 | | 2 |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | 0 | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2000 | $2,800 | $96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note.** For tax years after 1997, do not complete column (e) below. For tax year 1997, do not complete column (d) below.

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- **did not** live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

TAXPAYERS ARE AMENDING THEIR 2000 TAX RETURN TO CLAIM AN ADDITIONAL THEFT LOSS OF INCOME PRODUCING PROPERTY OF $63,855,771 IN THE EVENT A DETERMINATION IS MADE BY THE INTERNAL REVENUE SERVICE THAT 2000 IS THE PROPER YEAR TO DEDUCT THE THEFT LOSS.

SEE STATEMENT 1 FOR FURTHER EXPLANATION.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐



X 2

Form **1040** Department of the Treasury- Internal Revenue Service
# U.S. Individual Income Tax Return 2000
(99) IRS Use Only- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2000, or other tax year beginning , 2000, ending , 20 | OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a jt. rtn., sp. first name & initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (number and street). If you have a P.O. box, see page 19.: 12000 BANYAN ROAD | Apt. no. | **Important!** You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.: NORTH PALM BEACH FL 33408-2511 | | |

**Presidential Election Campaign** (See page 19.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? You: [X] Yes [ ] No Spouse: [X] Yes [ ] No

**Filing Status**
1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4 [ ] Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ). (See page 19.)
Check only one box.

**Exemptions**
6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b [X] **Spouse**
No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax credit (see pg. 20) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 20.

No. of your children on 6c who: • lived with you • did not live with you due to divorce or separation (see page 20) Dependents on 6c not entered above Add numbers entered on lines above: 2

d Total number of exemptions claimed

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 21. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 1,148,591 |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b 582,758 | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 1,580,180 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | 3,896 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | 13 | 3,796 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 642 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a 16,068 — b Taxable amount (see page 25) | 20b | 13,658 |
| 21 | Other income. List type & amt. (see page 25) SEE STATEMENT 1 | 21 | 2,710 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** | 22 | 2,753,473 |

**Adjusted Gross Income**

| Line | Description | | | | |
|---|---|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | | | |
| 24 | Student loan interest deduction (see page 27) | 24 | | | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed health insurance deduction (see page 29) | 28 | | | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** | | | 33 | 2,753,473 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.** Form **1040** (2000)

AS AMENDED [74] 3

Form 1040 (2000) ABEN E. & JOAN G. JOHNSON 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 Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | | 34 | 2,753,473 |
| | 35a | Check if: [X] You were 65 or older, [ ] Blind; [X] Spouse was 65 or older, [ ] Blind. Add the number of boxes checked above and enter the total here ▶ 35a 2 | | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b [ ] | | | |
| **Standard Deduction for Most People** Single: $4,400 Head of household: $6,450 Married filing jointly or Qualifying widow(er): $7,350 Married filing separately: $3,675 | 36 | Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. **But** see page 31 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | 36 | 65,415,925 |
| | 37 | Subtract line 36 from line 34 | | 37 | -62,662,452 |
| | 38 | If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | | 38 | 0 |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 39 | 0 |
| | 40 | Tax (see page 32). Check if any tax is from a [ ] Form(s) 8814 b [ ] Form 4972 | | 40 | 0 |
| | 41 | Alternative minimum tax. Attach Form 6251 | | 41 | |
| | 42 | Add lines 40 and 41 ▶ | | 42 | |
| | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | | |
| | 44 | Credit for child & dependent care expenses. Attach Form 2441 | 44 | | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | | |
| | 46 | Education credits. Attach Form 8863 | 46 | | |
| | 47 | Child tax credit (see page 36) | 47 | | |
| | 48 | Adoption credit. Attach Form 8839 | 48 | | |
| | 49 | Other. Check if from a [ ] Form 3800 b [ ] Form 8396 c [ ] Form 8801 d [ ] Form (specify) | 49 | | |
| | 50 | Add lines 43 through 49. These are your **total credits** | | 50 | |
| | 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | | 51 | 0 |
| **Other Taxes** | 52 | Self-employment tax. Attach Schedule SE | | 52 | |
| | 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 53 | |
| | 54 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | 54 | |
| | 55 | Advance earned income credit payments from Form(s) W-2 | | 55 | |
| | 56 | Household employment taxes. Attach Schedule H | | 56 | |
| | 57 | Add lines 51 - 56. This is your **total tax** ▶ | | 57 | 0 |
| **Payments** | 58 | Federal income tax withheld from Forms W-2 and 1099 | 58 | | |
| | 59 | 2000 estimated tax payments & amount applied from 1999 return | 59 1,080,000 | | |
| If you have a qualifying child, attach Schedule EIC. | 60a | **Earned income credit (EIC)** | 60a | | |
| | b | Nontaxable earned income: amount ▶ & type ▶ | | | |
| | 61 | Excess social security and RRTA tax withheld (see page 50) | 61 | | |
| | 62 | Additional child tax credit. Attach Form 8812 | 62 | | |
| | 63 | Amount paid with request for ext. to file (see pg. 50) | 63 270,000 | | |
| | 64 | Other payments. Check if from a [ ] Form 2439 b [ ] Form 4136 | 64 | | |
| | 65 | Add lines 58, 59, 60a, & 61 - 64. These are your **total payments** ▶ | | 65 | 1,350,000 |
| **Refund** | 66 | If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | | 66 | 1,350,000 |
| Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d. | 67a | Amount of line 66 you want **refunded to you** ▶ | | 67a | |
| | ▶ b | Routing number ▶ c Type: [ ] Checking [ ] Savings | | | |
| | ▶ d | Account number | | | |
| | 68 | Amount of line 66 you want **applied to your 2001 estimated tax** ▶ | 68 | | |
| **Amount You Owe** | 69 | If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe.** For details on how to pay, see page 51 ▶ | | 69 | 0 |
| | 70 | Estimated tax penalty. Also include on line 69 | 70 | | |

**Sign Here** Joint return? See page 19. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | RETIRED | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation RETIRED | May the IRS discuss this return with the preparer shown below (see page 52)? [X] Yes [ ] No |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed [ ] | Preparer's SSN or PTIN P00009633 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | EDWARDS, MELTON, ELLIS, KOSHIW, & CO. 2855 COOLIDGE HWY., STE. 103 TROY MI 48084-3202 | EIN 38-2337970 | Phone no. 248-643-4545 |

Form **1040** (2000)

AS AMENDED [75]

4

**SCHEDULES A&B (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**2000**
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Line no. | Amount | Line no. | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,092 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 [2] 2,753,473 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 206,510 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | 18,896 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 36,910 | | |
| | 7 | Personal property taxes | 7 | 116 | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 14,346 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 70,268 |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| Note: Personal interest is not deductible. | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 675 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 675 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 37,035 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 | 16 | 17,841 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 54,876 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 9,071 | | |
| | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 2 | 22 | 1,919 | | |
| | 23 | Add lines 20 through 22 | 23 | 10,990 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 [24] 2,753,473 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 55,069 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other-from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 65,368,842 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $128,950 (over $64,475 if married filing separately)? * ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 65,415,925 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI

Schedule A (Form 1040) 2000

DAA

AS AMENDED

[76]

5

Form 4684 (2000) Attachment Sequence No. 26 PAGE 1 OF 1 Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side.

ABEN E. & JOAN G. JOHNSON

Identifying number 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

SECTION B - Business and Income-Producing Property THEFT LOSS

**Part I Casualty or Theft Gain or Loss** (Use a separate Part I for each casualty or theft.)

19 Description of properties (show type, location, and date acquired for each):

Property A THEFT LOSS OF INVESTMENT PROPERTY

Property B (SEE ATTACHED STATEMENT)

Property C

Property D

| | | Properties (Use a separate column for each property lost or damaged from one casualty or theft.) A | B | C | D |
|---|---|---|---|---|---|
| 20 Cost or adjusted basis of each property | 20 | 90,336,808 | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | 20,000,000 | | | |
| Note: If line 20 is **more than** line 21, skip line 22. | | | | | |
| 22 Gain from casualty or theft. If line 21 is **more than** line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 Fair market value **before** casualty or theft | 23 | 90,336,808 | | | |
| 24 Fair market value **after** casualty or theft | 24 | 4,967,966 | | | |
| 25 Subtract line 24 from line 23 | 25 | 85,368,842 | | | |
| 26 Enter the **smaller** of line 20 or line 25 | 26 | 85,368,842 | | | |
| **Note:** If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | | |
| 27 Subtract line 21 from line 26. If zero or less, enter -0- | 27 | 65,368,842 | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 **or** line 34 (see instructions). 28 65,368,842

**Part II Summary of Gains and Losses** (from separate Parts I)

| (a) Identify casualty or theft | | (b) Losses from casualties or thefts (i) Trade, business, rental or royalty property | (b)(ii) Income-producing and employee property | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|
| **Casualty or Theft of Property Held One Year or Less** | | | | |
| 29 SEE STATEMENT 3 | | ( ) | ( ) | |
| | | ( ) | ( ) | |
| 30 Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | |
| 31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | 31 | | | 0 |
| 32 Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions | 32 | | | |
| **Casualty or Theft of Property Held More Than One Year** | | | | |
| 33 Casualty or theft gains from Form 4797, line 32 | 33 | | | |
| 34 THEFT LOSS | | ( ) | (65,368,842) | |
| | | ( ) | ( ) | |
| 35 Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | (65,368,842) | |
| 36 Total gains. Add lines 33 and 34, column (c) | 36 | | | |
| 37 Add amounts on line 35, columns (b)(i) and (b)(ii) | 37 | | | -65368842 |
| 38 If the loss on line 37 is **more than** the gain on line 36: a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instr. | 38a | | | 0 |
| b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | 38b | | | -65368842 |
| 39 If the loss on line 37 is **less than or equal to** the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3 | 39 | | | |

**Note:** Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

DAA Form **4684** (2000)



X 10

Form 1040X (Rev. November 2000)

Department of the Treasury-Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 2000 , or fiscal year ended ▶

| | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. NORTH PALM BEACH FL 33408-2511 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the Back to Explain any Changes | | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 2,753,473 | | 2,753,473 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 47,083 | 1,513,071 | 1,560,154 |
| 3 Subtract line 2 from line 1 | 3 | 2,706,390 | -1,513,071 | 1,193,319 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 2,706,390 | -1,513,071 | 1,193,319 |
| **Tax Liability** 6 Tax (see pg. 4). Method used in col. C SCH. D | 6 | 1,043,654 | -599,176 | 444,478 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,043,654 | -599,176 | 444,478 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 1,043,654 | -599,176 | 444,478 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 5 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 1,080,000 | | 1,080,000 |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439 or Form 4136 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 5) | 16 | | | 270,000 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,350,000 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 306,346 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 1,043,654 |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 599,176 |
| 23 Amount of line 22 you want refunded to you | 23 | | | 599,176 |
| 24 Amount of line 22 you want applied to your estimated tax | 24 | | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN P00009633 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | EDWARDS, MELTON, ELLIS, KOSHIW, & CO. 2855 COOLIDGE HWY., STE. 103 TROY MI 48084-3202 | | EIN 38-2337970 Phone no. 248-643-4545 |

AS PREVIOUSLY REPORTED

Form 1040X (Rev. 11-2000)

X

[78]

Form 1040X (Rev. 11-2000) ABEN E. & JOAN G JOHNSON 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not** changing your exemptions, do not complete this part.
If claiming **more** exemptions, complete lines 25-31.
If claiming **fewer** exemptions, complete lines 25-30.

| | | Line | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2000 | $2,800 | $96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note.** For tax years after 1997, do not complete column (e) below. For tax year 1997, do not complete column (d) below.

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

TAXPAYERS ARE AMENDING THEIR 2000 TAX RETURN TO INCLUDE ADDITIONAL EXPENSES INCURRED REGARDING A THEFT LOSS OF INCOME PRODUCING PROPERTY THEY INCLUDED ON A 1998 FORM 1040X. THE ADDITIONAL EXPENSES OF $1,513,071 INCURRED IN 2000 WERE NOT INCLUDED IN THE ORIGINAL CALCULATION AND ARE THEREFORE DEDUCTED ON FORM 4684 AS A THEFT LOSS IN 2000.

ADDITIONALLY, $96,350 WAS RECOVERED IN 2000 AGAINST THE ORIGINAL ESTIMATE OF $20,000,000 OF REIMBURSEMENTS. THIS AMOUNT HAS NOT BEEN INCLUDED AS INCOME IN 2000 SINCE TAXPAYERS HAVE NOT YET EXCEEDED THE EXPECTED AMOUNT OF RECOVERY OF $20,000,000.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

DAA

AS PREVIOUSLY REPORTED

Form 1040X (Rev. 11-2000)

[79]

X8

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
2000
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,092 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 [2] 2,753,473 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 206,510 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 18,896 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 36,910 | | |
| | 7 | Personal property taxes | 7 | 116 | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 14,346 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 70,268 |
| Interest You Paid (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 675 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 675 |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 37,035 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | 17,841 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 54,876 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 9,071 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 1 | 22 | 1,919 | | |
| | 23 | Add lines 20 through 22 | 23 | 10,990 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 [24] 2,753,473 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 55,069 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other-from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 1,513,071 |
| Total Itemized Deductions | 28 | Is Form 1040, line 34, over $128,950 (over $64,475 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 1,560,154 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 2000

DAA

AS PREVIOUSLY REPORTED



X 9

Form 4684 (2000) Attachment Sequence No. 26 PAGE 1 OF 1 Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side. | Identifying number

ABEN E. & JOAN G. JOHNSON | 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

SECTION B - Business and Income-Producing Property THEFT LOSS

Part I Casualty or Theft Gain or Loss (Use a separate Part I for each casualty or theft.)

19 Description of properties (show type, location, and date acquired for each):

Property A ADDITIONAL COSTS INCURRED ON THEFT LOSS OF
Property B INVESTMENT PROPERTY AS ORIGINALLY REPORTED ON
Property C 1998 FORM 1040X (SEE ATTACHED EXHIBIT 1).
Property D

| | Line | Properties (Use a separate column for each property lost or damaged from one casualty or theft.) A | B | C | D |
|---|---|---|---|---|---|
| 20 Cost or adjusted basis of each property | 20 | 1,513,071 | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | | | | |
| Note: If line 20 is more than line 21, skip line 22. | | | | | |
| 22 Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 Fair market value before casualty or theft | 23 | 1,513,071 | | | |
| 24 Fair market value after casualty or theft | 24 | 0 | | | |
| 25 Subtract line 24 from line 23 | 25 | 1,513,071 | | | |
| 26 Enter the smaller of line 20 or line 25 | 26 | 1,513,071 | | | |
| Note: If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | | |
| 27 Subtract line 21 from line 26. If zero or less, enter -0- | 27 | 1,513,071 | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions). | 28 | 1,513,071

Part II Summary of Gains and Losses (from separate Parts I)

| (a) Identify casualty or theft | | (b) Losses from casualties or thefts (i) Trade, business, rental or royalty property | (ii) Income-producing and employee property | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|
| **Casualty or Theft of Property Held One Year or Less** | | | | |
| 29 | | ( ) | ( ) | |
| | | ( ) | ( ) | |
| 30 Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | |
| 31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | 31 | | | 0 |
| 32 Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions | 32 | | | |
| **Casualty or Theft of Property Held More Than One Year** | | | | |
| 33 Casualty or theft gains from Form 4797, line 32 | 33 | | | |
| 34 THEFT LOSS | | ( ) | ( 1,513,071) | |
| | | ( ) | ( ) | |
| 35 Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | ( 1,513,071) | |
| 36 Total gains. Add lines 33 and 34, column (c) | 36 | | | |
| 37 Add amounts on line 35, columns (b)(i) and (b)(ii) | 37 | | | -1,513,071 |
| 38 If the loss on line 37 is more than the gain on line 36: a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instr. | 38a | | | 0 |
| b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | 38b | | | -1,513,071 |
| 39 If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3 | 39 | | | |

**Note:** Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

AA

AS PREVIOUSLY REPORTED

Form 4684 (2000)

[81]

X 10

ABEN E. & JOAN G. JOHN[illegible]N AS AMENDED 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

Schedule D (Form 1040) 2000 Page 2

## Part III Summary of Parts I and II

17 Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 ..... 17 3,796

Next: Complete Form 1040 through line 39. Then, go to Part IV to figure your tax if:
- Both lines 16 and 17 are gains and
- Form 1040, line 39, is more than zero.

Otherwise, **stop here.**

18 If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
- The loss on line 17 or
- ($3,000) or, if married filing separately, ($1,500) ..... 18 ( )

Next: Skip Part IV below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if:
- The loss on line 17 exceeds the loss on line 18 or
- Form 1040, line 37, is a loss.

## Part IV Tax Computation Using Maximum Capital Gains Rates

| Line | Description | | Inner amount | | Amount |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | | 19 | 1,193,319 |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D | 20 | 3,796 | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 3,796 | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | 0 | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | 0 | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet on page D-8 | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | 3,796 |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | 1,189,523 |
| 29 | Enter the **smaller** of: • The amount on line 19 or • $26,250 if single; $43,850 if married filing jointly or qualifying widow(er); $21,925 if married filing separately; or $35,150 if head of household | | | 29 | 43,850 |
| 30 | Enter the **smaller** of line 28 or line 29 | 30 | 43,850 | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 | 1,189,523 | | |
| 32 | Enter the **larger** of line 30 or line 31 ▶ | 32 | 1,189,523 | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 33 | 443,719 |
| | **Note.** If the amounts on lines 29 and 30 are the same, skip lines 34 through 37 and go to line 38. | | | | |
| 34 | Enter the amount from line 29 | 34 | | | |
| 35 | Enter the amount from line 30 | 35 | | | |
| 36 | Subtract line 35 from line 34 ▶ | 36 | | | |
| 37 | Multiply line 36 by 10% (.10) | | | 37 | |
| | **Note.** If the amounts on lines 19 and 29 are the same, skip lines 38 through 51 and go to line 52. | | | | |
| 38 | Enter the **smaller** of line 19 or line 27 | 38 | 3,796 | | |
| 39 | Enter the amount from line 36 | 39 | | | |
| 40 | Subtract line 39 from line 38 ▶ | 40 | 3,796 | | |
| 41 | Multiply line 40 by 20% (.20) | | | 41 | 759 |
| | **Note.** If line 26 is zero or blank, skip lines 42 through 51 and go to line 52. | | | | |
| 42 | Enter the **smaller** of line 22 or line 25 | 42 | | | |
| 43 | Add lines 22 and 32 — 43 | | | | |
| 44 | Enter the amount from line 19 — 44 | | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- ▶ | 46 | | | |
| 47 | Multiply line 46 by 25% (.25) | | | 47 | |
| | **Note.** If line 24 is zero or blank, skip lines 48 through 51 and go to line 52. | | | | |
| 48 | Enter the amount from line 19 | 48 | | | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | | | |
| 50 | Subtract line 49 from line 48 | 50 | | | |
| 51 | Multiply line 50 by 28% (.28) | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | 444,478 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | 445,222 |
| 54 | **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 | | | 54 | 444,478 |

DAA AS PREVIOUSLY REPORTED Schedule D (Form 1040) 2000



X 11

Aben E. & Joan G. Johnson
Social Security Number: 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
Attachment to Form 1040X
2000

**Statement 1 - Explanation of Changes to Income, Deductions and Credits**

Taxpayers are amending their 2000 income tax return to claim an additional theft loss of income producing property in the amount of $63,855,771 in the event a determination is made by the Internal Revenue Service that 2000 is the proper year to deduct the theft loss.

The taxpayers previously filed amended income tax return for 1997, 1998 and 1999 claiming the same theft loss (adjusted for costs incurred in and changes in the fair market value of the property) deducted in this return. The taxpayers have determined that their theft loss was deductible pursuant to Internal Revenue Code Section 165(e) in 1998 when the amount and likelihood of recovery became reasonably known. However, the Examination Branch of the Internal Revenue Service (hereinafter IRS) made a determination that the theft loss was deductible in 1997. This determination was made in connection with the IRS disallowing a claim for refund relating to a capital loss carryover originated in 1994 and carried forward to 1995 and 1997. This determination was communicated to the taxpayers in the attached letter - Exhibit A. Thus, in the event that it is ultimately determined that 1997, 1998 or 1999 is the proper year of deduction and not 2000, the 2000 claim for refund should be recomputed for the amount allowed with respect to 1998, 1999 and 2000 as the taxpayers do not claim that they are entitled to the amount claimed in this claim twice.

The taxpayers' 1997, 1998 and 1999 amended tax returns are currently being examined by the West Palm Beach, Florida office of the Internal Revenue Service and a determination as to the theft loss amount and proper year of its deductability has not been made as of the date of the filing of the amended 1040X.

During the year 1997, the taxpayers discovered they had been the victim of a series of fraudulent transactions in the purchase of various gems, jewelry, and other purchases. However, in the view of the taxpayers it was not until 1998 that the taxpayers were able to reasonably determine their prospect of recovery.

On Friday, February 25, 2000, a federal jury sitting in Miami returned verdicts of guilty against Jack Hasson, the leading perpetrator of the fraud, on six (6) felony counts. See Exhibits B and C. The case is styled U.S. v. John Robert Hasson, Case No. 99CR08063 King. Hasson was convicted of conspiracy to commit wire and mail fraud, conspiracy to launder money, conspiracy to obstruct justice and three (3) counts of wire fraud.

The taxpayers have determined that they incurred a loss attributable to theft under Section 1.165-8(d) of the Income Tax Regulations which provides that the term theft includes embezzlement. The presence of theft has been established by the fact that the taking of the taxpayers' property was illegal under Florida law and was done with criminal intent. The theft loss is calculated as follows:

| | |
|---|---|
| Amount paid for gems per appraisal prepared by Donald A. Palmieri, GG, ASA - Exhibit D, Page C-18 | $82,555,415 |
| Adjustment to amounts paid per appraisal: | |
| Check #828 dated 2/20/95 listed on appraisal as $624,000 but should be $642,000 | 18,000 |
| Check #1016 dated 5/23/97 listed on appraisal twice | (150,000) |
| Check #511 dated 5/12/89 not on appraisal | 125,000 |
| Check #6653 dated 12/12/95 not on appraisal | 100,000 |
| Check #1023 dated 6/2/97 not on appraisal | 100,000 |
| Check #184 dated 4/18/97 not on appraisal | 940,000 |
| Actual amount paid for gems | 83,688,415 |
| Cash returned to taxpayers | (1,695,500) |
| Costs incurred through 2000 in an attempt to recover loss-schedules attached - See page 16 | 5,744,393 |



* 12

Aben E. & Joan G. Johnson
Attachment to Form 1040X
Page 2

| | | |
|---|---|---|
| Anticipated recovery of loss: | | |
| Amounts recovered through 2000 | $ 132,350 | |
| Anticipated recoveries after 2000 | 19,867,650 | (20,000,000) |
| Fair market value of gems per appraisal-Exhibit D, Page C-18 | | (4,967,966) |
| Theft loss before adjustment for sales reported in 1994 that were not consummated - currently in litigation | | 62,769,342 |
| Adjustment for gain from sales originally reported in 1994 that were not consummated | | 2,599,500 |
| Total theft loss | | 65,368,842 |
| Less 2000 additional expenses incurred regarding theft loss already reported on 2000 1040X | | (1,513,071) |
| Additional theft loss for 2000 if a determination is made that 2000 is the proper year for deduction of the theft loss | | $63,855,771 |

The taxpayers had previously filed a claim for refund for 1994 when it was determined that Jack Hasson fraudulently informed Aben Johnson that he had "sold" six (6) gems to third parties on behalf of the taxpayers during 1994. In reliance thereon, the taxpayers reported the six (6) "sales" of gems on Schedule D, of their 1994 income tax return aggregating $3,580,500 in sales prices and aggregating $2,599,500 in gains. The taxpayers believed that Hasson, who was holding the six gems on consignment, was truthful when he said he sold the gems to third persons at a gain.

In subsequent years, it was determined by the taxpayers' advisors that these sales did not in fact occur. As part of the investigation, an examination of Hasson's bank accounts for the period of time during which the alleged sales occurred produced no deposits, individually or in the aggregate, that corresponded with any of the individual sales reported to the taxpayers and included on the taxpayers' 1994 return. Additionally, testimony given during the trial by James Speiser, an employee of Hasson's, confirmed the fraudulent nature of these transactions and that they were never consummated.

By amending the taxpayers' 1994 income tax return, and eliminating these sales, a capital loss was generated which was carried forward to 1995 and 1997. The taxpayers filed claims for refund for 1995 and 1997 simultaneously with their 1994 claim for refund in which they asked for a refund that was generated by deducting the capital loss carryforward. The IRS has issued a Statutory Notice disallowing the taxpayers' claims for refund for 1994, 1995, and 1997 - See Exhibit A. On July 26, 2001, the taxpayers filed suit in the United States Court of Federal Claims, styled Aben E. Johnson and Joan G. Johnson v. United States of America, for 1994, claiming a refund based on having reported the six sales at a gain, when the sales never occurred and for 1995, based on a carryforward to 1995. Since the government has denied these claims, they are included in the loss computation is this claim for refund; however, taxpayers do not claim that they are entitled to an adjustment for these disputed amounts twice.

The taxpayers are claiming a theft loss of $65,368,842 which will be their loss if they do not prevail in their litigation relating to their 1994 and 1995 claimed adjustment or with respect to any capital loss carryforward to 1997 originating in 1994. If the taxpayers prevail in their claim, their deductible theft loss of $65,368,842 must be reduced by $2,599,500.



X 13

Aben E. & Joan G. Johnson
Social Security Number: 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
Attachment to Form 1040X
2000

**Statement 2**

Form 4684 - Section B - Part 1 - Line 20 - Cost or adjusted basis of each property

| | |
|---|---|
| Actual amount paid for gems | $83,688,415 |
| Cash received by taxpayers | (1,695,500) |
| Costs incurred in an attempt to recover loss | 5,744,393 |
| Adjustment for gain from sales reported on 1994 return | 2,599,500 |
| Total cost or basis of all properties | $90,336,808 |

**Statement 3 – Form 4684 – Section B – Part II – Line 29**

Since all theft losses herein become part of the taxpayers' net operating loss, this return does not separate the lost properties by how long they were held. See section 4004(a) of the Tax and Trade Relief Extension act of 1998, amending IRC Section 174(d)(4)(C) and Section 165(c)(2) retroactively to 1984.

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 04/06/95 | 839 | Wexler Insurance | 23,512.21 | | | | 23,512.21 |
| 05/07/95 | 842 | Wexler Insurance | 23,512.81 | | | | 23,512.81 |
| 06/09/95 | 850 | Wexler Insurance | 23,511.62 | | | | 23,511.62 |
| | | | 70,536.64 | 0.00 | 0.00 | 0.00 | 70,536.64 |
| 1/9/97 | 7072 | J.C. Kempe Assoc. | 917.08 | | | | 917.08 |
| 5/20/97 | 7195 | Hasson & Sons | 2,929.32 | | | | 2,929.32 |
| 7/11/97 | 7253 | Doug Johnson | 1,000.00 | | 1,000.00 | | |
| 7/14/97 | 7259 | Cash | 800.00 | | 800.00 | | |
| 7/15/97 | 7260 | Reginald Clay | 2,591.66 | | 2,591.66 | | |
| 7/15/97 | 7261 | Palm Beach Police | 330.00 | | 330.00 | | |
| 7/15/97 | 7262 | Tenhagen Gemstones | 10,000.00 | | | 10,000.00 | |
| 7/16/97 | 1064 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 7/18/97 | 7273 | American Express | 892.00 | | 892.00 | | |
| 7/24/97 | 1070 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 8/1/97 | 1072 | Shutts & Bowen | 25,000.00 | 25,000.00 | | | |
| 8/1/97 | 1073 | Shutts & Bowen | 5,000.00 | 5,000.00 | | | |
| 8/11/97 | 7305 | Cash | 300.00 | | 300.00 | | |
| 8/18/97 | 1077 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 8/20/97 | 7314 | Doug Johnson | 1,000.00 | | | 1,000.00 | |
| 8/22/97 | 7318 | American Express | 1,194.99 | | 1,194.99 | | |
| 8/25/97 | 1078 | United Appraisal Group | 5,000.00 | | | 5,000.00 | |
| 8/30/97 | 1079 | Tenhagen Gemstones | 5,000.00 | | | 5,000.00 | |
| 9/8/97 | 7338 | Shutts & Bowen | 2,475.98 | | 2,475.98 | | |
| 9/12/97 | 7342 | Cash | 500.00 | | 500.00 | | |
| 9/12/97 | 1085 | Shutts & Bowen | 3,733.86 | 3,733.86 | | | |
| 9/12/97 | 1087 | Moritz & Associates | 5,000.00 | | 5,000.00 | | |
| 9/16/97 | 1088 | Moritz & Associates | 15,000.00 | | 15,000.00 | | |
| 9/16/97 | 1089 | Shutts & Bowen | 2,475.98 | 2,475.98 | | | |
| 9/18/97 | 7351 | American Express | 639.20 | | 639.20 | | |
| 9/21/97 | 1090 | The British Transport Co. | 1,200.00 | | | | 1,200.00 |
| 9/26/97 | 1094 | Shutts & Bowen | 3,900.00 | 3,900.00 | | | |
| 9/30/97 | 1096 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 9/30/97 | 1097 | Tenhagen Gemstones | 7,000.00 | | | 7,000.00 | |
| 9/30/97 | 1098 | Shutts & Bowen | 376.97 | 376.97 | | | |
| 10/2/97 | 1100 | Shutts & Bowen | 17,819.00 | 17,819.00 | | | |
| 10/6/97 | Adj | First Union | 11.00 | | 11.00 | | |
| 10/8/97 | 7379 | Comerica | 10.00 | | 10.00 | | |
| 10/8/97 | 7380 | NBD | 12.50 | | 12.50 | | |
| 10/10/97 | 7381 | UPS | 11.00 | | 11.00 | | |
| 0/17/97 | 1104 | Shutts & Bowen | 1,779.74 | 1,779.74 | | | |
| 0/17/97 | 1105 | Tiffany & Co. | 280.00 | | | | 280.00 |
| 10/21/97 | 1106 | Gem Advise Co. | 3,000.00 | | | 3,000.00 | |
| 0/22/97 | 1108 | Moritz & Associates | 16,106.59 | | 16,106.59 | | |
| 11/4/97 | 1111 | Shutts & Bowen | 2,000.00 | | 2,000.00 | | |
| 11/6/97 | 1119 | Shutts & Bowen | 34,715.27 | 34,715.27 | | | |
| 11/10/97 | 1121 | Moritz & Associates | 4,197.79 | | 4,197.79 | | |
| 1/12/97 | 1122 | United Appraisal Group | 2,437.50 | | | 2,437.50 | |
| 11/14/97 | 1123 | Brink's Inc. | 2,994.07 | | | | 2,994.07 |
| 11/17/97 | 1124 | Shutts & Bowen | 30,809.02 | 30,809.02 | | | |



X 15

ABEN E. AND JOAN G. JOHNSON

S.S.N. 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

FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 11/17/97 | 1125 | Moritz & Associates | 5,374.27 | | 5,374.27 | | |
| 11/17/97 | 1126 | Tenhagen Gemstones | 5,073.00 | | | 5,073.00 | |
| 11/17/97 | 1127 | United Appraisal Group | 3,000.00 | | | 3,000.00 | |
| 11/19/97 | 1130 | Moritz & Associates | 588.15 | | 588.15 | | |
| 11/19/97 | 1131 | Shutts & Bowen | 5,076.17 | 5,076.17 | | | |
| 12/6/97 | 1155 | Gem Advise Co. | 3,000.00 | | | 3,000.00 | |
| 12/10/97 | 1156 | Tenhagen Gemstones | 14,717.15 | | | 14,717.15 | |
| 12/10/97 | 1157 | United Appraisal Group | 3,422.44 | | | 3,422.44 | |
| 12/18/97 | 1160 | Shutts & Bowen | 1,782.17 | 1,782.17 | | | |
| 12/18/97 | 1161 | Moritz & Associates | 5,528.49 | | 5,528.49 | | |
| | | | 308,002.36 | 132,468.18 | 104,563.62 | 62,650.09 | 8,320.47 |
| | | Totals (A) | $ 378,539.00 | $ 132,468.18 | $ 104,563.62 | $ 62,650.09 | $ 78,857.11 |

(A) 378,539.00

FOR 1998 1,412,791.61 * SEE PAGE 18

1,791,330.61

FOR 1999 2,439,991 SEE PAGE 21

4,231,322

FOR 2000 1,513,071 SEE PAGE 24

5,744,393



*16

ALLEN E. AND JOAN G. JOHNSON
S.S.N. 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
FORM 1040X
COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/1/98 | 1165 | United Appraisal | 489.13 | | | 489.13 | |
| 1/1/98 | 1166 | Tenhagen Gemstones | 14,112.00 | | | 14,112.00 | |
| 1/1/98 | 1169 | Shutts & Bowen | 30,814.03 | 30,814.03 | | | |
| /13/98 | 1170 | Shutts & Bowen | 2,173.99 | 2,173.99 | | | |
| /15/98 | 1171 | Shutts & Bowen | 3,500.00 | 3,500.00 | | | |
| 1/19/98 | 1172 | Shutts & Bowen | 3,823.20 | 3,823.20 | | | |
| /21/98 | 7524 | Rob Sandt | 300.00 | | 300.00 | | |
| /28/98 | 1173 | Moritz & Associates | 7,545.16 | | 7,545.16 | | |
| 1/28/98 | 1174 | Tenhagen Gemstones | 16,234.46 | | | 16,234.46 | |
| 2/9/98 | 1176 | Shutts & Bowen | 30,517.50 | 30,517.50 | | | |
| 2/9/98 | 1177 | Moritz & Associates | 1,273.52 | | 1,273.52 | | |
| 2/10/98 | 7547 | VISA | 4,440.00 | | 4,440.00 | | |
| ?/12/98 | 1178 | United Appraisal | 1,000.00 | | | 1,000.00 | |
| /13/98 | 1180 | GIA Gem Trade Lab | 39,406.00 | | | 39,406.00 | |
| 2/20/98 | 1183 | Shutts & Bowen | 5,552.43 | 5,552.43 | | | |
| 3/3/98 | 1187 | Tenhagen Gemstones | 9,737.50 | | | 9,737.50 | |
| 3/7/98 | 1188 | Gem Trade Laboratory | 2,725.49 | | | | 2,725.49 |
| 3/12/98 | 1191 | Lamar Miller | 3,056.65 | | | | 3,056.65 |
| 3/12/98 | 1192 | Florida Forensic Photo | 639.00 | | | | 639.00 |
| /12/98 | 1193 | Shutts & Bowen | 43,959.15 | 43,959.15 | | | |
| 3/16/98 | 1195 | Moritz & Associates | 2,180.39 | | 2,180.39 | | |
| 3/18/98 | 1196 | Shutts & Bowen | 2,754.03 | | 2,754.03 | | |
| /27/98 | 1197 | United Appraisal | 2,125.00 | | | 2,125.00 | |
| 4/2/98 | 1199 | Tenhagen Gemstones | 15,475.00 | | | 15,475.00 | |
| 4/7/98 | 1201 | Shutts & Bowen | 38,125.54 | 38,125.54 | | | |
| /13/98 | 1202 | Moritz & Associates | 3,833.68 | | 3,833.68 | | |
| /21/98 | 1205 | Shutts & Bowen | 3,892.63 | | 3,892.63 | | |
| 4/28/98 | 7618 | VISA | 39.23 | | 39.23 | | |
| 4/29/98 | 1207 | Moritz & Associates | 3,858.14 | | 3,858.14 | | |
| 4/29/98 | 1208 | Shutts & Bowen | 49,248.57 | 49,248.57 | | | |
| 4/29/98 | 1209 | Shutts & Bowen | 1,800.00 | | | 1,800.00 | |
| 5/13/98 | 1212 | Tenhagen Gemstones | 9,125.00 | | | 9,125.00 | |
| 5/30/98 | 1218 | Shutts & Bowen | 6,083.95 | | 6,083.95 | | |
| 5/30/98 | 1219 | Moritz & Associates | 3,888.81 | | 3,888.81 | | |
| 5/30/98 | 1220 | Moritz & Associates | 7,713.15 | | 7,713.15 | | |
| 6/5/98 | 1221 | Tenhagen Gemstones | 4,187.50 | | | 4,187.50 | |
| 6/5/98 | 1222 | Shutts & Bowen | 66,575.98 | 66,575.98 | | | |
| 6/17/98 | 1227 | Gallwey, Gillman, Curtis | 5,000.00 | 5,000.00 | | | |
| 6/22/98 | 1228 | Shutts & Bowen | 8,208.47 | | 8,208.47 | | |
| 7/11/98 | 1230 | Shutts & Bowen | 46,207.56 | 46,207.56 | | | |
| 7/11/98 | 1231 | Shutts & Bowen | 9,477.73 | | 9,477.73 | | |
| 7/11/98 | 1232 | Gallwey, Gillman, Curtis | 2,575.00 | 2,575.00 | | | |
| 7/11/98 | 1234 | Tenhagen Gemstones | 3,537.50 | | | 3,537.50 | |
| 7/16/98 | 1235 | Shutts & Bowen | 3,978.00 | | | 3,978.00 | |
| 7/16/98 | 1237 | Moritz & Associates | 91.75 | | 91.75 | | |
| 7/17/98 | 7714 | American Express | 298.00 | | 298.00 | | |
| 7/31/98 | 1239 | Shutts & Bowen | 1,000.00 | 1,000.00 | | | |
| 8/3/98 | 1240 | Shutts & Bowen | 925.00 | 925.00 | | | |
| 8/10/98 | 1242 | Shutts & Bowen | 4,847.38 | | 4,847.38 | | |
| 8/10/98 | 1243 | Tenhagen Gemstones | 11,787.50 | | | 11,787.50 | |



x 17

ABEN E. AND JOAN G. JOHNSON

S.S.N. 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

FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 8/10/98 | 1244 | Shutts & Bowen | 63,461.67 | 63,461.67 | | | |
| 8/10/98 | 1245 | Atlantic Investigation | 6,783.55 | | 6,783.55 | | |
| 8/12/98 | 1247 | Gallwey, Gillman, Curtis | 36,210.22 | 36,210.22 | | | |
| 8/22/98 | 1250 | Shutts & Bowen | 10,829.68 | 10,829.68 | | | |
| 8/31/98 | 1252 | CTC International | 1,847.59 | | 1,847.59 | | |
| 8/31/98 | 1253 | Shutts & Bowen | 1,456.25 | 1,456.25 | | | |
| 9/1/98 | 1254 | Moritz & Associates | 4,015.86 | | 4,015.86 | | |
| 9/1/98 | 1258 | Shutts & Bowen | 9,100.93 | | 9,100.93 | | |
| 9/9/98 | 1257 | Shutts & Bowen | 66,569.16 | 66,569.16 | | | |
| 9/9/98 | 1259 | Shutts & Bowen | 6,781.99 | | 6,781.99 | | |
| 10/9/98 | 1265 | Shutts & Bowen | 4,525.81 | | 4,525.81 | | |
| 9/10/98 | 1260 | Tenhagen Gemstones | 8,287.50 | | | 8,287.50 | |
| 9/10/98 | 1261 | Gallwey, Gillman, Curtis | 38,297.67 | 38,297.67 | | | |
| 9/24/98 | 1264 | Meyer, Kirk | 559.33 | 559.33 | | | |
| 10/10/98 | 1267 | Shutts & Bowen | 15,000.00 | | | 15,000.00 | |
| 10/10/98 | 1268 | Shutts & Bowen | 5,197.49 | | 5,197.49 | | |
| 10/26/98 | 1272 | Shutts & Bowen | 67,714.45 | 67,714.45 | | | |
| 10/26/98 | 1273 | Gallway, Gillman, Curtis | 34,092.35 | 34,092.35 | | | |
| 11/2/98 | 1274 | Shutts & Bowen | 31,534.36 | | | 31,534.36 | |
| 11/2/98 | 1275 | Shutts & Bowen | 10,397.49 | | 10,397.49 | | |
| 11/9/98 | 1276 | Shutts & Bowen | 1,475.00 | 1,475.00 | | | |
| 11/11/98 | 1278 | Shutts & Bowen | 1,296.84 | | 1,296.84 | | |
| 11/11/98 | 1279 | Shutts & Bowen | 11,858.59 | | 11,858.59 | | |
| 11/13/98 | 1281 | Gallwey, Gillman, Curtis | 74,009.33 | 74,009.33 | | | |
| 11/13/98 | 1282 | Shutts & Bowen | 912.50 | 912.50 | | | |
| 11/16/98 | 1283 | Tenhagen Gemstones | 7,912.50 | | | 7,912.50 | |
| 11/17/98 | 1285 | Shutts & Bowen | 272.95 | | 272.95 | | |
| 11/19/98 | 1286 | Shutts & Bowen | 2,055.00 | 2,055.00 | | | |
| 12/2/98 | 1287 | Shutts & Bowen | 12,914.54 | | 12,914.54 | | |
| 12/2/98 | 1288 | Shutts & Bowen | 170,183.95 | 170,183.95 | | | |
| 12/7/98 | 1290 | Shutts & Bowen | 9,046.52 | | 9,046.52 | | |
| 12/7/98 | 1291 | Shutts & Bowen | 2,313.19 | | | 2,313.19 | |
| 12/7/98 | 1292 | Shutts & Bowen | 7,575.50 | | 7,575.50 | | |
| 12/7/98 | 1293 | Gallwey, Gillman, Curtis | 30,105.24 | 30,105.24 | | | |
| 12/16/98 | 1310 | Shutts & Bowen | 409.82 | 409.82 | | | |
| 12/16/98 | 1311 | Shutts & Bowen | 21,514.00 | 21,514.00 | | | |
| 12/21/98 | 1313 | Shutts & Bowen | 77,702.49 | 77,702.49 | | | |
| 12/29/98 | 1314 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 12/29/98 | 1315 | Shutts & Bowen | 55.00 | 55.00 | | | |
| 9/12/98 | S&B Trust | CTC International | 5,000.00 | 5,000.00 | | | |
| 9/14/98 | S&B Trust | David Donaldson | 750.00 | 750.00 | | | |
| 9/16/98 | S&B Trust | David Donaldson | 125.60 | 125.60 | | | |
| 10/27/98 | S&B Trust | Schindler Cohen | 2,000.00 | 2,000.00 | | | |
| 11/9/98 | S&B Trust | Bell South | 500.00 | | | | 500.00 |
| | | Total | $ 1,412,791.61 | $ 1,045,486.66 | $ 162,341.67 | $ 198,042.14 | $ 6,921.14 |



x 18

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X

1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/6/99 | 1316 | Alan Mishael | 37,711.66 | 37,711.66 | | | |
| 1/6/99 | 1317 | Alan Mishael | 633.35 | 633.35 | | | |
| 1/6/99 | 1318 | Gallwey, Gillman, Curtis | 10,555.32 | 10,555.32 | | | |
| 1/7/99 | 1321 | Shutts & Bowen | 4,440.50 | 4,440.50 | | | |
| 1/22/99 | 1323 | Shutts & Bowen | 13,265.58 | | 13,265.58 | | |
| 1/22/99 | 1324 | Shutts & Bowen | 1,309.00 | 1,309.00 | | | |
| 1/25/99 | 1325 | Shutts & Bowen | 22,503.14 | | | 22,503.14 | |
| 1/26/99 | 1326 | Shutts & Bowen | 10,170.20 | | 10,170.20 | | |
| 2/3/99 | 1329 | Alan Mishael | 40,390.66 | 40,390.66 | | | |
| 2/5/99 | 1331 | Shutts & Bowen | 712.63 | 712.63 | | | |
| 2/5/99 | 1332 | Shutts & Bowen | 119,595.61 | 119,595.61 | | | |
| 2/5/99 | 1333 | Shutts & Bowen | 7,059.87 | 7,059.87 | | | |
| ?/10/99 | 1334 | Gallwey, Gillman, Curtis | 9,438.65 | 9,438.65 | | | |
| 2/19/99 | 1336 | Shutts & Bowen | 10,318.00 | 10,318.00 | | | |
| ?/23/99 | 1337 | Shutts & Bowen | 21,691.17 | 21,691.17 | | | |
| /23/99 | 1338 | Shutts & Bowen | 8,708.73 | 8,708.73 | | | |
| 2/23/99 | 1339 | Shutts & Bowen | 1,977.19 | 1,977.19 | | | |
| 2/23/99 | 1340 | Shutts & Bowen | 2,466.71 | 2,466.71 | | | |
| 3/3/99 | 1342 | Alan Mishael | 22,260.17 | 22,260.17 | | | |
| 3/5/99 | 1343 | Shutts & Bowen | 7,175.03 | 7,175.03 | | | |
| 3/9/99 | 1344 | Shutts & Bowen | 6,232.02 | | 6,232.02 | | |
| 3/9/99 | 1345 | Shutts & Bowen | 2,060.00 | 2,060.00 | | | |
| /13/99 | 1346 | Shutts & Bowen | 379.67 | | 379.67 | | |
| 3/16/99 | 1347 | Shutts & Bowen | 97,600.46 | 97,600.46 | | | |
| /16/99 | 1348 | Gallwey, Gillman, Curtis | 1,106.90 | 1,106.90 | | | |
| /16/99 | 1349 | Shutts & Bowen | 5,306.73 | 5,306.73 | | | |
| 3/22/99 | 1350 | Shutts & Bowen | 747.50 | 747.50 | | | |
| /23/99 | 1551 | Shutts & Bowen | 6,249.98 | 6,249.98 | | | |
| /23/99 | 1552 | Kevorkian & Partners | 3,600.00 | 3,600.00 | | | |
| 3/26/99 | 1553 | Mark R. Solomon | 3,398.61 | 3,398.61 | | | |
| 4/1/99 | 1555 | Shutts & Bowen | 28,002.35 | | | 28,002.35 | |
| 4/5/99 | 1556 | Alan Mishael | 24,032.66 | 24,032.66 | | | |
| 4/10/99 | 1557 | Shutts & Bowen | 5,221.73 | 5,221.73 | | | |
| 4/10/99 | 1558 | Shutts & Bowen | 2,778.00 | | 2,778.00 | | |
| 10/99 | 1559 | Shutts & Bowen | 2,497.45 | | 2,497.45 | | |
| 10/99 | 1560 | Gallwey, Gillman, Curtis | 5,063.11 | 5,063.11 | | | |
| 4/17/99 | 1563 | Shutts & Bowen | 57,406.91 | 57,406.91 | | | |
| 22/99 | 1564 | Shutts & Bowen | 8,086.90 | 8,086.90 | | | |
| 28/99 | 1565 | Shutts & Bowen | 280.50 | 280.50 | | | |
| 4/29/99 | 1566 | Shutts & Bowen | 1,508.65 | 1,508.65 | | | |
| 29/99 | 1567 | Shutts & Bowen | 11,579.53 | 11,579.53 | | | |
| 10/99 | 1570 | Alan Mishael | 42,179.41 | 42,179.41 | | | |
| 5/12/99 | 1571 | Shutts & Bowen | 71,964.82 | 71,964.82 | | | |
| /12/99 | 1572 | Shutts & Bowen | 5,604.59 | 5,604.59 | | | |
| 12/99 | 1573 | Shutts & Bowen | 6,936.06 | 6,936.06 | | | |
| 5/12/99 | 1574 | Shutts & Bowen | 12,419.32 | 12,419.32 | | | |
| 5/12/99 | 1575 | Shutts & Bowen | 25,987.29 | 25,987.29 | | | |
| 12/99 | 1576 | Gallwey, Gillman, Curtis | 18,447.87 | 18,447.87 | | | |
| 5/20/99 | 1582 | Shutts & Bowen | 79,188.67 | 79,188.67 | | | |
| 5/24/99 | 1583 | Shutts & Bowen | 5,412.60 | 5,412.60 | | | |

x 19

ABEN E. AND JOAN G. JOHNSON

EXHIBIT 1

S.S.N. 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

1999 FORM 1040X

1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 6/9/99 | 1584 | Shutts & Bowen | 13,808.00 | 13,808.00 | | | |
| 6/10/99 | 1585 | Alan Mishael | 36,348.27 | 36,348.27 | | | |
| 6/14/99 | 1588 | Shutts & Bowen | 7,044.28 | | 7,044.28 | | |
| 6/14/99 | 1589 | Shutts & Bowen | 23.01 | 23.01 | | | |
| 6/14/99 | 1590 | Shutts & Bowen | 4,277.58 | 4,277.58 | | | |
| 6/14/99 | 1591 | Shutts & Bowen | 4,887.07 | | 4,887.07 | | |
| 6/14/99 | 1592 | Shutts & Bowen | 2,391.01 | 2,391.01 | | | |
| 6/16/99 | 1593 | Gallwey, Gillman, Curtis | 15,834.78 | 15,834.78 | | | |
| 6/24/99 | 1595 | Shutts & Bowen | 1,453.40 | 1,453.40 | | | |
| 5/25/99 | 1596 | Shutts & Bowen | 15,000.00 | 15,000.00 | | | |
| 6/26/99 | 1597 | Shutts & Bowen | 1,817.27 | 1,817.27 | | | |
| 7/6/99 | 1599 | Alan Mishael | 43,208.43 | 43,208.43 | | | |
| 7/17/99 | 1601 | Shutts & Bowen | 13,954.32 | 13,954.32 | | | |
| 7/17/99 | 1602 | Shutts & Bowen | 9,491.34 | | 9,491.34 | | |
| 7/17/99 | 1603 | Gallwey, Gillman, Curtis | 15,204.35 | 15,204.35 | | | |
| 7/19/99 | 1604 | Shutts & Bowen | 68,497.75 | 68,497.75 | | | |
| 7/19/99 | 1605 | Shutts & Bowen | 1,297.81 | 1,297.81 | | | |
| 7/19/99 | 1606 | Shutts & Bowen | 19,436.62 | 19,436.62 | | | |
| 7/23/99 | 1607 | Shutts & Bowen | 6,427.00 | 6,427.00 | | | |
| 7/28/99 | 1608 | Shutts & Bowen | 1,075.18 | 1,075.18 | | | |
| 7/30/99 | 1609 | Shutts & Bowen | 205.98 | 205.98 | | | |
| 8/2/99 | 1610 | Shutts & Bowen | 114,939.61 | 114,939.61 | | | |
| 8/2/99 | 1611 | Shutts & Bowen | 568.25 | 568.25 | | | |
| 8/6/99 | 1612 | Shutts & Bowen | 1,354.43 | 1,354.43 | | | |
| 8/9/99 | 1613 | Shutts & Bowen | 9,933.42 | 9,933.42 | | | |
| 8/9/99 | 1614 | Alan Mishael | 41,773.09 | 41,773.09 | | | |
| 8/11/99 | 1615 | Shutts & Bowen | 9,906.30 | 9,906.30 | | | |
| 8/12/99 | 1616 | Shutts & Bowen | 10,142.75 | 10,142.75 | | | |
| /12/99 | 1617 | Shutts & Bowen | 9,669.20 | 9,669.20 | | | |
| 8/16/99 | 1618 | Shutts & Bowen | 3,536.93 | 3,536.93 | | | |
| 8/23/99 | 1619 | Shutts & Bowen | 7,000.00 | 7,000.00 | | | |
| /28/99 | 1620 | Shutts & Bowen | 11,230.00 | 11,230.00 | | | |
| 8/28/99 | 1621 | Shutts & Bowen | 9,684.25 | 9,684.25 | | | |
| 8/28/99 | 1622 | Shutts & Bowen | 1,400.00 | 1,400.00 | | | |
| '28/99 | 1623 | Shutts & Bowen | 2,922.60 | 2,922.60 | | | |
| 28/99 | 1624 | Shutts & Bowen | 3,444.35 | 3,444.35 | | | |
| 8/28/99 | 1625 | Shutts & Bowen | 105,763.77 | 105,763.77 | | | |
| 14/99 | 1628 | Shutts & Bowen | 7,056.69 | 7,056.69 | | | |
| 14/99 | 1629 | Shutts & Bowen | 5,598.48 | | 5,598.48 | | |
| 9/14/99 | 1630 | Alan Mishael | 38,090.57 | 38,090.57 | | | |
| 14/99 | 1631 | Gallwey, Gillman, Curtis | 14,698.34 | 14,698.34 | | | |
| 14/99 | 1633 | Shutts & Bowen | 6,240.00 | 6,240.00 | | | |
| 10/8/99 | 1751 | Shutts & Bowen | 12,655.21 | 12,655.21 | | | |
| 10/8/99 | 1752 | Shutts & Bowen | 4,594.00 | 4,594.00 | | | |
| /8/99 | 1753 | Shutts & Bowen | 417.59 | 417.59 | | | |
| 10/8/99 | 1754 | Shutts & Bowen | 1,511.95 | 1,511.95 | | | |
| 10/8/99 | 1755 | Shutts & Bowen | 1,444.32 | 1,444.32 | | | |
| /8/99 | 1756 | Shutts & Bowen | 1,930.03 | 1,930.03 | | | |
| 10/8/99 | 1757 | Shutts & Bowen | 15,462.30 | 15,462.30 | | | |
| 10/9/99 | 1758 | Shutts & Bowen | 850.50 | 850.50 | | | |

x 20

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X

1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 10/9/99 | 1759 | Shutts & Bowen | 4,539.34 | 4,539.34 | | | |
| 10/9/99 | 1760 | Shutts & Bowen | 43,707.00 | 43,707.00 | | | |
| 10/9/99 | 1761 | Shutts & Bowen | 110,161.73 | 110,161.73 | | | |
| 10/9/99 | 1762 | Alan Mishael | 30,782.87 | 30,782.87 | | | |
| 10/9/99 | Wire | Shutts & Bowen | 37,600.00 | 37,600.00 | | | |
| 10/13/99 | 1763 | Shutts & Bowen | 32.90 | 32.90 | | | |
| :0/18/99 | 1764 | Shutts & Bowen | 4,717.11 | | 4,717.11 | | |
| 10/18/99 | 1765 | Shutts & Bowen | 5,524.86 | | 5,524.86 | | |
| '0/18/99 | 1766 | Shutts & Bowen | 1,388.53 | 1,388.53 | | | |
| 0/18/99 | 1767 | Shutts & Bowen | 2,542.21 | 2,542.21 | | | |
| 10/18/99 | 1768 | Shutts & Bowen | 35,690.25 | 35,690.25 | | | |
| '0/25/99 | DEPOSIT | Shutts & Bowen | (568.25) | (568.25) | | | |
| 0/26/99 | 1772 | Shutts & Bowen | 407.36 | 407.36 | | | |
| 11/1/99 | 1773 | Shutts & Bowen | 56,691.18 | 56,691.18 | | | |
| 11/16/99 | 1775 | Shutts & Bowen | 19,590.92 | 19,590.92 | | | |
| 1/16/99 | 1776 | Alan Mishael | 36,187.52 | 36,187.52 | | | |
| 1/16/99 | 1777 | Shutts & Bowen | 2,444.46 | 2,444.46 | | | |
| 11/16/99 | 1778 | Shutts & Bowen | 3,859.66 | 3,859.66 | | | |
| '/16/99 | 1779 | Shutts & Bowen | 3,481.75 | 3,481.75 | | | |
| /16/99 | 1780 | Shutts & Bowen | 304.37 | 304.37 | | | |
| 11/16/99 | 1781 | Shutts & Bowen | 13,167.02 | 13,167.02 | | | |
| /16/99 | 1782 | Shutts & Bowen | 1,520.34 | 1,520.34 | | | |
| /16/99 | 1783 | Shutts & Bowen | 6,940.16 | 6,940.16 | | | |
| 11/16/99 | 1784 | Shutts & Bowen | 5,180.22 | 5,180.22 | | | |
| /26/99 | 1785 | Shutts & Bowen | 107,304.27 | 107,304.27 | | | |
| 2/4/99 | 1788 | Mark R. Solomon | 780.20 | 780.20 | | | |
| 12/8/99 | 1795 | Alan Mishael | 29,064.61 | 29,064.61 | | | |
| 12/8/99 | 1796 | Alan Mishael | 91,112.76 | 91,112.76 | | | |
| 2/8/99 | 1798 | Shutts & Bowen | 63,250.25 | 63,250.25 | | | |
| 12/8/99 | 1799 | Shutts & Bowen | 6,437.99 | | 6,437.99 | | |
| 12/8/99 | 1800 | Shutts & Bowen | 3,984.00 | 3,984.00 | | | |
| 2/8/99 | 1801 | Shutts & Bowen | 7,066.54 | 7,066.54 | | | |
| 2/8/99 | 1802 | Shutts & Bowen | 151.78 | 151.78 | | | |
| 12/8/99 | 1803 | Shutts & Bowen | 3,592.57 | 3,592.57 | | | |
| 1 16/99 | DEPOSIT | Gallwey, Gillman, Curtis | (4,005.23) | (4,005.23) | | | |
| 1 30/99 | 1809 | Shutts & Bowen | 63,562.50 | 63,562.50 | | | |
| 12/30/99 | 1810 | Shutts & Bowen | 1,000.00 | | 1,000.00 | | |
| 1 30/99 | 1811 | Shutts & Bowen | 500.00 | 500.00 | | | |
| 1 30/99 | 1812 | Shutts & Bowen | 3,015.57 | 3,015.57 | | | |
| 12/30/99 | 1813 | Shutts & Bowen | 411.38 | 411.38 | | | |
| 1 30/99 | 1814 | Shutts & Bowen | 2,928.68 | 2,928.68 | | | |
| 11/99 | S&B Trust | Michael Gertner | 500.00 | 500.00 | | | |
| 2/17/99 | S&B Trust | Joe McSorley | 3,735.40 | 3,735.40 | | | |
| 3/2/99 | S&B Trust | Schindler Cohen | 187.99 | 187.99 | | | |
| 3/99 | S&B Trust | Ibis Golf & C.C. | 350.00 | | | | 350.00 |
| | | Total | $ 2,439,990.61 | $ 2,309,111.07 | $ 80,024.05 | $ 50,505.49 | $ 350.00 |



× 21

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/02/00 | 1815 | Shutts & Bowen | 61,463.90 | 61,463.90 | | | |
| 01/02/00 | S&B Trust | Jean Provet | 200.00 | 200.00 | | | |
| 01/04/00 | 1817 | Shutts & Bowen | 4,101.95 | 4,101.95 | | | |
| 1/13/00 | DEPOSIT | Shutts & Bowen | (90.00) | (90.00) | | | |
| 1/27/00 | 1820 | McKinney, Bancroft | 25,000.00 | 25,000.00 | | | |
| 02/01/00 | 1821 | Shutts & Bowen | 60,978.19 | 60,978.19 | | | |
| 02/01/00 | 1822 | Shutts & Bowen | 9,517.50 | 9,517.50 | | | |
| 2/01/00 | 1823 | Shutts & Bowen | 3,762.74 | 3,762.74 | | | |
| 02/01/00 | 1824 | Shutts & Bowen | 856.04 | 856.04 | | | |
| 02/01/00 | 1825 | Shutts & Bowen | 327.28 | 327.28 | | | |
| 2/01/00 | 1826 | Alan Mishael | 33,679.09 | 33,679.09 | | | |
| 2/01/00 | 1827 | Shutts & Bowen | 406.25 | 406.25 | | | |
| 02/01/00 | 1828 | Shutts & Bowen | 5,581.14 | 5,581.14 | | | |
| 02/01/00 | 1828 | Shutts & Bowen | 6,983.93 | 6,983.93 | | | |
| 2/01/00 | 1829 | Shutts & Bowen | 4,958.73 | 4,958.73 | | | |
| 02/01/00 | 1830 | Shutts & Bowen | 3,997.58 | 3,997.58 | | | |
| 02/01/00 | 1831 | Shutts & Bowen | 1,450.00 | 1,450.00 | | | |
| 2/08/00 | S&B Trust | Action Trans | 75.88 | 75.88 | | | |
| /08/00 | S&B Trust | Ibis Golf & C.C. | 76.40 | | | | 76.40 |
| 02/11/00 | 1834 | Shutts & Bowen | 3,600.00 | 3,600.00 | | | |
| 02/11/00 | 1835 | Shutts & Bowen | 2,298.75 | 2,298.75 | | | |
| /11/00 | 1836 | Shutts & Bowen | 11,450.00 | 11,450.00 | | | |
| 2/11/00 | 1837 | Shutts & Bowen | 6,396.00 | 6,396.00 | | | |
| 02/25/00 | 1841 | Alan Mishael | 30,888.29 | 30,888.29 | | | |
| /29/00 | 687 | Chase VISA | 3,647.43 | 3,647.43 | | | |
| /04/00 | 1844 | Shutts & Bowen | 3,580.36 | 3,580.36 | | | |
| 03/04/00 | 1845 | Shutts & Bowen | 1,345.00 | 1,345.00 | | | |
| 03/04/00 | 1846 | Shutts & Bowen | 6,305.60 | 6,305.60 | | | |
| /04/00 | 1847 | Shutts & Bowen | 375.00 | 375.00 | | | |
| /04/00 | 1848 | Shutts & Bowen | 5,624.33 | 5,624.33 | | | |
| 03/04/00 | 1848 | Shutts & Bowen | 20,000.00 | 20,000.00 | | | |
| /04/00 | 1849 | Shutts & Bowen | 52.85 | 52.85 | | | |
| /04/00 | 1850 | Shutts & Bowen | 925.00 | 925.00 | | | |
| 03/04/00 | 1851 | Shutts & Bowen | 119.44 | 119.44 | | | |
| 03/06/00 | 1853 | Zack Konnitzki PA | 28,000.00 | 28,000.00 | | | |
| /22/00 | 1854 | Anderson & Carr, Inc. | 1,500.00 | 1,500.00 | | | |
| /24/00 | 1855 | Shutts & Bowen | 75,136.86 | 75,136.86 | | | |
| 03/24/00 | 1856 | Shutts & Bowen | 1,803.55 | 1,803.55 | | | |
| /24/00 | 1857 | Shutts & Bowen | 10,235.01 | 10,235.01 | | | |
| /28/00 | 1858 | Alan Mishael | 27,826.42 | 27,826.42 | | | |
| 04/05/00 | 1860 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 04/10/00 | 1861 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| /14/00 | 1863 | Meyer, Kirk, Synder | 235.00 | 235.00 | | | |
| /17/00 | 1864 | Shutts & Bowen | 56,964.99 | 56,964.99 | | | |
| 04/17/00 | 1865 | Shutts & Bowen | 3,665.18 | 3,665.18 | | | |
| /17/00 | 1866 | Shutts & Bowen | 2,332.75 | 2,332.75 | | | |
| /17/00 | 1867 | Shutts & Bowen | 4,272.00 | 4,272.00 | | | |
| 04/17/00 | 1868 | Shutts & Bowen | 4,041.00 | 4,041.00 | | | |
| 04/17/00 | 1870 | Shutts & Bowen | 5,228.02 | 5,228.02 | | | |
| /17/00 | 1871 | Shutts & Bowen | 20,805.25 | 20,805.25 | | | |
| /17/00 | 1872 | Shutts & Bowen | 625.30 | 625.30 | | | |
| 04/17/00 | 1873 | Shutts & Bowen | 1,287.85 | 1,287.85 | | | |
| /21/00 | S&B Trust | Siegel, O'Con. | 195.00 | 195.00 | | | |
| /24/00 | DEPOSIT | Shutts & Bowen | (4,804.76) | (4,804.76) | | | |
| 04/24/00 | DEPOSIT | Shutts & Bowen | (5,000.00) | (5,000.00) | | | |
| 04/25/00 | 1874 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |



X 22

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 04/26/00 | 1875 | Shutts & Bowen | 5,500.00 | 5,500.00 | | | |
| 04/26/00 | DEPOSIT | Gallwey, Gillman, Curtis | (6,341.88) | (6,341.88) | | | |
| 04/28/00 | S&B Trust | Gallwey, Gillman, Curtis | 66.47 | 66.47 | | | |
| 04/29/00 | 1876 | Shutts & Bowen | 3,583.80 | 3,583.80 | | | |
| 05/04/00 | 1877 | Alan Mishael | 38,447.22 | 38,447.22 | | | |
| 05/15/00 | S&B Trust | VerPloeg & Lumpkin | 400.00 | 400.00 | | | |
| 05/17/00 | 1881 | Shutts & Bowen | 5,005.20 | 5,005.20 | | | |
| 05/17/00 | 1882 | Shutts & Bowen | 3,959.17 | 3,959.17 | | | |
| 05/17/00 | 1883 | Shutts & Bowen | 9,183.00 | 9,183.00 | | | |
| 05/17/00 | 1884 | Shutts & Bowen | 1,420.45 | 1,420.45 | | | |
| 05/20/00 | 1885 | Shutts & Bowen | 10,146.65 | 10,146.65 | | | |
| 06/02/00 | 1889 | Shutts & Bowen | 53,329.96 | 53,329.96 | | | |
| 06/02/00 | 1890 | Shutts & Bowen | 5,878.51 | 5,878.51 | | | |
| 06/02/00 | 1891 | Shutts & Bowen | 1,600.00 | 1,600.00 | | | |
| 06/02/00 | 1892 | Shutts & Bowen | 52.31 | 52.31 | | | |
| 06/02/00 | 1893 | Shutts & Bowen | 133.85 | 133.85 | | | |
| 06/03/00 | 1894 | Alan Mishael | 26,481.28 | 26,481.28 | | | |
| 06/10/00 | 1896 | Anderson & Carr, Inc. | 1,500.00 | 1,500.00 | | | |
| 06/16/00 | 1897 | Shutts & Bowen | 58,683.13 | 58,683.13 | | | |
| 06/16/00 | 1898 | Shutts & Bowen | 2,336.58 | 2,336.58 | | | |
| 06/16/00 | 1899 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 06/16/00 | 1899 | Shutts & Bowen | 3,448.71 | 3,448.71 | | | |
| 06/16/00 | 1900 | Shutts & Bowen | 9,262.00 | 9,262.00 | | | |
| 06/16/00 | S&B Trust | Robin Carbo | 780.00 | 780.00 | | | |
| 06/16/00 | S&B Trust | VerPloeg & Lumpkin | 3,481.09 | 3,481.09 | | | |
| 06/20/00 | S&B Trust | Gemological Appraisal | 4,275.00 | | | 4,275.00 | |
| 06/21/00 | S&B Trust | Edwards, Koshiw | 10,580.00 | | | | 10,580.00 |
| 06/22/00 | 1902 | Shutts & Bowen | 220.80 | 220.80 | | | |
| 06/22/00 | 1903 | Shutts & Bowen | 160.00 | 160.00 | | | |
| 06/22/00 | S&B Trust | McElroy, Deutsch | 1,695.00 | 1,695.00 | | | |
| 06/27/00 | S&B Trust | Kevorkian & Partners | 6,112.68 | 6,112.68 | | | |
| 06/29/00 | S&B Trust | Atlantic Investigations | 2,233.95 | | 2,233.95 | | |
| 06/30/00 | S&B Trust | Cook, Schulmann | 21.50 | 21.50 | | | |
| 06/30/00 | S&B Trust | Michaelson & Co. | 13,769.00 | | | | 13,769.00 |
| 07/03/00 | S&B Trust | Alan Mishael | 25,235.47 | 25,235.47 | | | |
| 07/10/00 | S&B Trust | Executive Investigative | 1,615.44 | | 1,615.44 | | |
| 07/10/00 | S&B Trust | Joe McSorley | 45,264.64 | 45,264.64 | | | |
| 07/21/00 | S&B Trust | Robert Shalhoub | 2,181.38 | 2,181.38 | | | |
| 07/23/00 | 767 | American Express | 1,435.71 | 1,435.71 | | | |
| 07/31/00 | S&B Trust | Cook, Schulmann | 152.00 | 152.00 | | | |
| 07/31/00 | S&B Trust | Jean Provet | 134.00 | 134.00 | | | |
| 08/01/00 | S&B Trust | Alan Mishael | 25,842.91 | 25,842.91 | | | |
| 08/01/00 | S&B Trust | Executive Investigative | 1,512.30 | | 1,512.30 | | |
| 08/14/00 | DEPOSIT | FBI | (64.00) | (64.00) | | | |
| 08/17/00 | S&B Trust | Sheriff, Broward County | 3,000.00 | | | | 3,000.00 |
| 08/17/00 | S&B Trust | Sheriff, Broward County | 3,000.00 | | | | 3,000.00 |
| 09/07/00 | 1921 | Shutts & Bowen | 18,537.00 | 18,537.00 | | | |
| 09/07/00 | 1922 | Shutts & Bowen | 6,500.00 | 6,500.00 | | | |
| 09/07/00 | 1923 | Shutts & Bowen | 690.00 | 690.00 | | | |
| 09/13/00 | 1924 | Alan Mishael | 25,945.20 | 25,945.20 | | | |
| 09/15/00 | 1925 | Shutts & Bowen | 5,556.90 | 5,556.90 | | | |
| 09/15/00 | 1926 | Shutts & Bowen | 4,485.28 | 4,485.28 | | | |
| 09/15/00 | 1927 | Shutts & Bowen | 31,150.50 | 31,150.50 | | | |
| 09/20/00 | 1929 | Shutts & Bowen | 1,878.62 | 1,878.62 | | | |
| 09/20/00 | 1930 | Shutts & Bowen | 540.00 | 540.00 | | | |
| 09/21/00 | DEPOSIT | Shutts & Bowen | (2,000.00) | (2,000.00) | | | |



X 23

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 09/27/00 | 1931 | Shutts & Bowen | 59,589.57 | 59,589.57 | | | |
| 09/29/00 | 1932 | Shutts & Bowen | 454.18 | 454.18 | | | |
| 09/29/00 | 1933 | Shutts & Bowen | 1,757.58 | 1,757.58 | | | |
| 09/29/00 | 1934 | Shutts & Bowen | 912.52 | 912.52 | | | |
| 10/05/00 | 1935 | Shutts & Bowen | 56,749.92 | 56,749.92 | | | |
| 10/05/00 | 1936 | Alan Mishael | 25,631.50 | 25,631.50 | | | |
| 10/05/00 | 1937 | Shutts & Bowen | 1,805.30 | 1,805.30 | | | |
| 10/05/00 | 1938 | Shutts & Bowen | 4,225.71 | 4,225.71 | | | |
| 10/05/00 | 1939 | Shutts & Bowen | 31,501.99 | 31,501.99 | | | |
| 10/17/00 | 1941 | Shutts & Bowen | 490.00 | 490.00 | | | |
| 10/17/00 | 1942 | Shutts & Bowen | 7,550.66 | 7,550.66 | | | |
| 10/17/00 | 1943 | Alan Mishael | 10,879.00 | 10,879.00 | | | |
| 10/24/00 | 1945 | Shutts & Bowen | 61,337.06 | 61,337.06 | | | |
| 10/30/00 | 1946 | Shutts & Bowen | 3,203.19 | 3,203.19 | | | |
| 10/30/00 | 1947 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 11/03/00 | 1949 | Shutts & Bowen | 20,181.36 | 20,181.36 | | | |
| 11/03/00 | 1950 | Mark Solomon | 4,056.00 | 4,056.00 | | | |
| 11/07/00 | 822 | UPS | 9.72 | | | | 9.72 |
| 11/16/00 | 1955 | Shutts & Bowen | 7,269.00 | 7,269.00 | | | |
| 11/16/00 | 1956 | Shutts & Bowen | 998.69 | 998.69 | | | |
| 11/21/00 | 1957 | Shutts & Bowen | 63,429.79 | 63,429.79 | | | |
| 11/21/00 | 1958 | Shutts & Bowen | 998.09 | 998.09 | | | |
| 11/21/00 | 1959 | Shutts & Bowen | 334.12 | 334.12 | | | |
| 11/21/00 | 1960 | Shutts & Bowen | 843.31 | 843.31 | | | |
| 12/13/00 | 1965 | Shutts & Bowen | 56,956.43 | 56,956.43 | | | |
| 12/13/00 | 1966 | Shutts & Bowen | 833.23 | 833.23 | | | |
| 12/13/00 | 1967 | Shutts & Bowen | 424.53 | 424.53 | | | |
| 12/20/00 | 1970 | Shutts & Bowen | 631.70 | 631.70 | | | |
| 12/22/00 | 1971 | Shutts & Bowen | 4,399.07 | 4,399.07 | | | |
| 12/22/00 | 1972 | Shutts & Bowen | 1,334.59 | 1,334.59 | | | |
| | | | $ 1,513,070.66 | $ 1,472,998.85 | $ 5,361.69 | $ 4,275.00 | $ 30,435.12 |



X 24

Form **8275** (Rev. May 2001)

Department of the Treasury
Internal Revenue Service

# Disclosure Statement

**Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement.**
**See separate instructions.**

**▶ Attach to your tax return.**

OMB No. 1545-0889

Attachment Sequence No. **92**

Name(s) shown on return: ABEN JOHNSON JOAN JOHNSON

Identifying number shown on return: 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

**Part I** **General Information** (see instructions)

| | (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|---|
| 1 | NONE | THEFT DEDUCTION | SEE STATEMENT BELOW | 1040X | 2B | 63,855,771 |
| 2 | | | | | | |
| 3 | | | | | | |

**Part II** **Detailed Explanation** (see instructions)

1 A CLAIM FOR REFUND (FORM 1040X) FOR 1997, 1998 AND FOR 1999 HAVE BEEN FILED CLAIMING THE SAME THEFT LOSS SHOWN ON THE 2000 CLAIM (WITH SLIGHTLY DIFFERENT AMOUNTS BECAUSE OF ADDITIONAL COSTS OF RECOVERY AND DIFFERENT APPRAISED VALUES OF THE GEMS AT EACH YEAR-END.) THE THREE RETURNS FOR

2 1997-1999 HAVE BEEN PREVIOUSLY FILED AND THE TAXPAYERS DO NOT CLAIM THAT THEY ARE ENTITLED TO ANY DUPLICATED DEDUCTIONS THAT APPEAR ON ALL THE RETURNS, BUT THEY DO CLAIM THAT THEY ARE ENTITLED TO A THEFT LOSS IN ONE OF THE FOUR YEARS. ALSO, SEE EITHER 1997, 1998, 1999 OR 2000 FORM

3 1040X FOR AN EXTENSION OF THE DUPLICATION OF CERTAIN AMOUNTS FOR 1994 AND 1995 (CURRENTLY IN LITIGATION IN THE COURT OF FEDERAL CLAIMS AS ABEN E. AND JOAN JOHNSON VS. THE UNITED STATES OF AMERICA.)

**Part III** **Information About Pass-Through Entity.** To be completed by partners, shareholders, beneficiaries, or residual interest holders.

**Complete this part only if you are making adequate disclosure for a pass-through item.**

**Note:** *A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company (RIC), real estate investment trust (REIT), or real estate mortgage investment conduit (REMIC).*

1 Name, address, and ZIP code of pass-through entity

2 Identifying number of pass-through entity

3 Tax year of pass-through entity
to

4 Internal Revenue Service Center where the pass-through entity filed its return

**For Paperwork Reduction Act Notice, see separate instructions.** Form **8275** (Rev. 5-2001)

ISA
STF FED6516F.1



X 25

Department of the Treasury
Internal Revenue Service

ATLANTA, GA 39901

# EXHIBIT A

In reply refer to: 0782100000
Feb. 20, 2001 LTR 105C N
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 199712 30 I
Input Op: 0759405320 00405

ABEN E & JOAN G JOHNSON JR
% RICHARD A EDWARDS CPA
EDWARDS MELTON ELLIS KOSH
2855 COOLIDGE HWY STE 103
TROY MI 48084

CERTIFIED MAIL

Taxpayer Identification Number: 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
Kind of Tax: Personal Income
Amount of Claim(s): $ 613,669.00 121,635.00
55,769.00
Date Claim(s) Received: Nov. 06, 2000
Tax Period(s): Dec. 31, 1994 Dec. 31, 1995
Dec. 31, 1997

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

It has been determined by our Examination Branch that you have a theft loss which should be claimed in 1997, the year of discovery. The resulting 1997 net operating loss can then be carryback 3 tax years and forward 15 years. The statute for amending your 1997 tax return and claiming the net operating loss carryback expires on October 15, 2001.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.
2. Your name, address, and a telephone number where you can be contacted during the day.
3. A statement of facts supporting your reasons for disputing the disallowance.
4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties x 26

Department of the Treasury
Internal Revenue Service

0782100000
Feb. 20, 2001 LTR 105C N
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 199712 30 1
Input Op: 0759405320 00406

ABEN E & JOAN G JOHNSON JR
% RICHARD A EDWARDS CPA
EDWARDS MELTON ELLIS KOSH
2855 COOLIDGE HWY STE 103
TROY MI 48084

of perjury. You may do this by adding the following statement and signing it:

> "Under penalties of perjury, I declare that the facts presented in my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

An attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service may represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written authorization) to your written statement.

If your authorized representative prepares the written statement, he or she should include a declaration stating that he or she prepared the written statement and accompanying documents and whether he or she knows personally that the protest and accompanying documents are true and correct.

Please mail your request for an appeal to the address shown on this letter.

If you want to sue to recover tax, penalties, or other amounts, you may file a lawsuit with the United States District Court having jurisdiction or with the United States Court of Federal Claims. These courts are independent bodies and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the mailing date of this letter. If you decide to appeal our decision first, the 2-year period still begins from the mailing date of this letter. However, if you signed an agreement that waived your right to the notice of disallowance (Form 2297), the period for filing a lawsuit began on the date you filed the waiver.

If you have any questions, please call us toll free at 1-800-829-1040. If you prefer, you may write to us at the address shown at the top of the first page of this letter.



x 27

Department of the Treasury
Internal Revenue Service

0782100000
Feb. 20, 2001 LTR 105C N
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 199712 30 1
Input Op: 0759405320 00407

ABEN E & JOAN G JOHNSON JR
% RICHARD A EDWARDS CPA
EDWARDS MELTON ELLIS KOSH
2855 COOLIDGE HWY STE 103
TROY MI 48084

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number ( )____________________ Hours________________

Sincerely yours,

Ellen C Bell

Ellen C. Bell
Field Dir., Accounts Management

Enclosure(s):
Publication 1

28

AO 245B (Rev. 8/98) Sheet 1 - Judgment in a Criminal Case

# EXHIBIT B

FILED by [signature] D.C.

JUN - 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
JOHN ROBERT HASSON

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 9:99CR08063-001

AUSA Neil Karadbil/David Tucker,Jeanne Baker, Esq.
Defendant's Attorney

THE DEFENDANT:

☐ pleaded guilty to count(s) ______

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☒ was found guilty on count(s) One,two,three,four, eight and nine after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit crimes against the United States | 05/24/1999 | One |
| 18 U.S.C. § 1343 | Wire fraud | 03/06/1995 | Two |
| 18 U.S.C. § 1343 | Wire fraud | 05/14/1996 | Three |

See Additional Counts of Conviction - Page 2

The defendant is sentenced as provided in pages 2 through 9 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) six and seven

☐ Count(s) ______ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 05/05/1952
Defendant's USM No.: 53512-004

Defendant's Residence Address:
Federal Detention Center
Miami FL

Defendant's Mailing Address:
Federal Detention Center
Miami FL

06/08/2000
Date of Imposition of Judgment

[signature]
Signature of Judicial Officer

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

6/9/00
Date

29

/FENDANT: JOHN ROBERT HASSON
;ASE NUMBER: 9:99CR08063-001

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire fraud | 07/11/1996 | Four |
| 18 U.S.C. § 1956 (h) | Conspiracy to commit money laundering | 05/24/1999 | Eight |
| 18 U.S.C. § 371 | Conspiracy to commit obstruction of justice | 05/24/1999 | Nine |

X 30

NDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 480 month(s).

This sentence consists of 240 months as to Count eight and 48 months each on counts one, two, three, four and nine. The sentences imposed in counts one, two, three, four and nine are to be served consecutively with the sentence imposed in count eight.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______ a.m./p.m. on ______.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ______.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______

______

______

Defendant delivered on ______ to ______

at ______, with a certified copy of this judgment.

______
UNITED STATES MARSHAL

By ______
Deputy U.S. Marshal

x 31

NDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 year(s)

on each of counts one, two, three, four, eight and nine; to run concurrently with each other.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).
See Special Conditions of Supervision - Page 5

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

X 32

ENDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer.

.NDANT: JOHN ROBERT HASSON

.SE NUMBER: 9:99CR08063-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set 'orth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 550.00 | $ | $ 78,408,691.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . $ ______________

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ ______________.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until __________ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☒ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Aben and Joan Johnson | | $77,722,811.00 | |
| Gregory John Norman | | $11,880.00 | |
| James Cunningham | | $600,000.00 | |
| Lawrence P. Dixon | | $74,000.00 | |
| Totals: | $ ______________ | $ 78,408,691.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

X 31

.NDANT: JOHN ROBERT HASSON
ЗE NUMBER: 9:99CR08063-001

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☒ in full immediately; or

B ☐ $ ____________ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than ___________ ; or

D ☐ in installments to commence _______ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in ______________ *(e.g. equal, weekly, monthly, quarterly)* installments of $ ____________ over a period of _______ year(s) to commence _______ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

Restitution is payable to the U.S. Courts and is to be addressed to: U.S. Clerk's Office, Attn: Financial Center, 301 N. Miami Avenue, Room 150, Miami, FL 33128. Restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.

☐ The defendant shall pay the cost of prosecution.

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
See Additional Forfeited Property - Page 8

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.



X 35

ENDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

## ADDITIONAL FORFEITED PROPERTY

The defendant shall forfeit all of defendant's right, title and interest in all of the properties set forth in the Order Of Forfeiture entered in these proceedings pursuant to Title 18, USC, Sction 982, on March 3, 2000.

DEFENDANT: JOHN ROBER[illegible] [illegible]SSON.
CASE NUMBER: 9:99CR08063-001

# STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

Guideline Range Determined by the Court:

Total Offense Level: 40

Criminal History Category: I

Imprisonment Range: 292-365 months

Supervised Release Range: 2-3 years

Fine Range: $ 25,000.00 to $ 100,000,000.00

☐ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ 78,408,691.00

☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the forseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered for the following reason(s):

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

☒ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

The court upwardly departed pursuant to Section 5K2.0 by two levels to level 42.

OR

☐ The sentence departs from the guideline range:

☐ upon motion of the government, as a result of defendant's substantial assistance.

☐ for the following specific reason(s):

EXHIBIT C

The Palm Beach Post

FRIDAY, JUNE 9, 2000 FINAL EDITION 3 • 129 PAGES 50 CENTS

# Jeweler gets 40 years, ordered to pay $78 million

## Sentence follows bizarre court scene

By Mary McLachlin
*Palm Beach Post Staff Writer*

MIAMI — On the third try, a federal judge finished the job of sentencing jewel dealer Jack Hasson to 40 years in prison Thursday, then ordered him to pay $78.4 million in restitution to his fraud victims.

More than $77.7 million would go to Hasson's main fraud victim, North Palm Beach retired businessman Aben Johnson — if the money can be found. Smaller amounts would go to golfer Greg Norman and two other former customers.

Before U.S. District Judge Judge James Lawrence King could pronounce sentence, his courtroom became the setting for a final bizarre scene in a case full of screwball twists.

Hasson brought in a new lawyer who wound up putting one of his trial lawyers on the stand, forcing her to become a witness against her own client with no attorney-client confidentiality.

The result: Testimony that would have been devastating to Hasson's case — if he hadn't already been convicted of record-setting fraud, money laundering and obstruction of justice.

Lawyers for fraud victim Johnson, who's pursuing Hasson and his assets in Palm Beach County Circuit Court, eagerly took notes as attorney Jeanne Baker reluctantly answered questions about millions of dollars Hasson stashed in foreign accounts.

Lawyers on both sides and those observing in the courtroom said they had never seen anything like it.

"This case probably ranks at the top in all categories," veteran prosecutor Neil Karadbil said afterwards, shaking his head.

Adding to the surrealism, King then ordered the trial lawyers — whom Hasson accuses of misrepresenting him and who accuse him of refusing to talk to them — to file an appeal for him within 10 days to protect his rights until he can get other attorneys.

Hasson's two sisters, two daughters and former girlfriend Cynthia Lehman again formed a tight support group for him, sitting as close behind the defense table as U.S. Marshals guarding him would allow.

Hasson, wearing a navy blue suit jacket over an open-necked white shirt, turned to them as the judge ordered him to rise for sentencing and mouthed, "Don't worry. Don't worry."

"It's not over," sister Barbara "Bobbie" Hasson said afterwards. "It's just the beginning."

Hasson, who turned 48 in May, would have to serve at least 34 years, or 85 percent, of his sentence before he would be eligible for parole under federal law.

Jurors convicted Hasson Feb. 25 of defrauding customers of more than $80 million by selling fake jewels and art objects, replacing real stones with phony ones, lying about their origins and falsifying sales

Please see HASSON, 10A



Hasson: Was convicted in February of defrauding customers of more than $80 million.

# Judge says fraud case biggest tried in S. Fla.

HASSON

From 1A

documents. The judge called it the biggest fraud case ever tried in South Florida, and jewelry industry spokesmen said it was the largest jewelry fraud claim against an individual....

Hasson's high-profile victims included golfers Jack Nicklaus, who sued Hasson over $500,000 of jewelry and settled out of court, and Norman, who demanded and got a refund of $358,375 for jewelry he said was misrepresented. King awarded Norman $11,000 in sales tax that wasn't refunded.

The jury also convicted Hasson of laundering $32 million through accounts under phony names in Europe, the Bahamas and South America, and of obstructing justice by lying to the FBI, providing false documents and coercing several associates to lie under oath.

## $20 million frozen in Paris

The government has frozen $20 million in a Paris bank and the rest in accounts in the Bahamas and the United States. Lawyers for Hasson's major fraud victim said the restitution order will help them try to get the money back.

Johnson, 74, a retired broadcast executive from Detroit, and his wife, Joan, had spent more than $83 million on "estate" jewelry with Hasson over a decade and wound up with a collection worth about $6 million, according to trial testimony. They also had loaned Hasson more than $3 million because, they said, they thought of him as a son.

Hasson persuaded Johnson he knew the Sultan of Brunei through golfer Jack Nicklaus and told him the sultan would pay many times what Johnson was paying Hasson for rare "blue diamonds," which turned out to be fake. He had employees and friends dress in costumes — a sheet-draped sheik and bosomy "harem girls" — and pretend to be part of the sultan's family to fool Johnson.

After his conviction, Hasson complained that he wanted to fire Baker and co-counsel David Tucker.

He claimed they hadn't represented him effectively at trial, communicated with him afterwards or filed strong enough objections to the presentence investigation and the proposed sentencing.

He said they put their own financial interests above his interests and objected to them being paid out of a court fund set up with $2.3 million from the sale of his Harley-Davidson dealership in Stuart.

Baker testified Thursday that, during a year spent on Hasson's case, she had received $360,000 and Tucker $385,000 from money held for Hasson by West Palm Beach attorney David Roth and other sources.

Baker said she and Tucker had tried to talk to and meet with Hasson at the federal detention center where he's been held since his arrest in April 1999, but that he refused. Once, he turned and "darted out of the waiting room" when he saw her, she said.

"I am very angry with the defendant," she said. "I am a human being, and I have feelings."

## Judge rejects Hasson claim

King had continued Hasson's sentencing twice to give him time to find other attorneys. But on Thursday he rejected Hasson's claim that Baker and Tucker didn't represent him adequately or communicate with him, calling it "spurious at best."

"The court finds that they did a very thorough job, given the handicap under which they were serving," King said; "that is, that he refused to talk to them."

One of Johnson's attorneys said the duration, size and audacity of Hasson's fraud justified the sentence given him.

"Jack Hasson's disreputable career preying on unsuspecting customers is over," said Joseph McSorley. "He was a one-man menace to consumers."

➤ mary_mclachlin@pbpo t.com



X 3

Form **1040X** (Rev. November 2001)

Department of the Treasury-Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 2001 , or fiscal year ended ▶

| | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. NORTH PALM BEACH FL 33408-2511 | | For Paperwork Reduction Act Notice, see page 6. |

Please print or type

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the Back to Explain any Changes — Income and Deductions (see pages 2-6) | | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 2,736,005 | | 2,736,005 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 770,023 | 69,368,842 | 70,138,865 |
| 3 Subtract line 2 from line 1 | 3 | 1,965,982 | -69,368,842 | -67,402,860 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 1,965,982 | -1,965,982 | |
| **Tax Liability** 6 Tax (see pg. 4). Method used in col. C TABLES | 6 | 740,742 | -740,742 | |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 740,742 | -740,742 | 0 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 740,742 | -740,742 | |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 660,000 | | 660,000 |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439 or Form 4136 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 380,000 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,040,000 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 299,258 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 740,742 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 740,742 |
| 23 Amount of line 22 you want **refunded to you** | 23 | | | 740,742 |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | | | |

INTERNAL REVENUE SERVICE
W&I FIELD ASSISTANCE
WEST PALM BEACH, FL
OCT 0 8 2004
RECEIVED

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature] 10/8/04 — Your signature / Date
▶ [signature] 10/8/ — Spouse's signature. If a joint return, both must sign. / Date

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ [signature] | Date 10/04/04 | Check if self-employed ☐ — Preparer's SSN or PTIN P00009633 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | EDWARDS, MELTON, ELLIS, KOSHIW, & CO. 2155 BUTTERFIELD DR. STE 305A TROY MI 48084-3450 | EIN 38-2337970 / Phone no. 248-643-4545 |

DAA

Form 1040X (Rev. 11-2001) ABEN E. & JOAN G. JOHNSON 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 Page 2

**Part I Exemptions.** See Form 1040 or 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 25-31.
If claiming fewer exemptions, complete lines 25-30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | 2 | | 2 |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | 2 | | 2 |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | 0 | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2001 | $2,900 | $99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

TAXPAYERS ARE AMENDING THEIR 2001 TAX RETURN TO CLAIM AN ADDITIONAL THEFT LOSS OF INCOME PRODUCING PROPERTY OF $69,368,842 IN THE EVENT A DETERMINATION IS MADE BY THE INTERNAL REVENUE SERVICE THAT 2001 IS THE PROPER YEAR TO DEDUCT THE THEFT LOSS.

SEE STATEMENT 1 FOR FURTHER EXPLANATION.

**Part III Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

DAA

Form **1040X** (Rev. 11-2001)



(2)

Form **1040** Department of the Treasury-Internal Revenue Service
**U.S. Individual Income Tax Return 2001** (99) IRS Use Only- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2001, or other tax year beginning , 2001, ending , 20 — OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a jt. rtn., sp. first name & initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (number and street). If you have a P.O. box, see page 19. 12000 BANYAN ROAD | Apt. no. | **Important!** You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19. NORTH PALM BEACH FL 33408-2511 | | |

**Presidential Election Campaign** (See page 19.)
**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? You: [X] Yes [ ] No — Spouse: [X] Yes [ ] No

**Filing Status** — Check only one box.
1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4 [ ] Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ). (See page 19.)

**Exemptions**
6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b [X] **Spouse**
No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax credit (see pg. 20) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 20.
No. of your children on 6c who: • lived with you • did not live with you due to divorce or separation (see page 20) Dependents on 6c not entered above
d Total number of exemptions claimed — Add numbers entered on lines above: 2

**Income** — Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 21. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Box | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 2,143,539 |
| b | Tax-exempt interest. Do not include on line 8a — 8b: 664,219 | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 557,333 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | 3,896 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | 13 | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a: — b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities — 16a: — b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 1,457 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a: 16,656 — b Taxable amount (see page 25) | 20b | 14,158 |
| 21 | Other income. List type & amt. (see page 27) WXON - TV, INC | 21 | 18,622 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** | 22 | 2,736,005 |

**Adjusted Gross Income**

| Line | Description | Box | Amount |
|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | |
| 24 | Student loan interest deduction (see page 28) | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 30) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** | 33 | 2,736,005 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.**
DAA Form **1040** (2001)



(3)

Form 1040 (2001) ABEN E. & JOAN C. JOHNSON 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 Page 2

**Tax and Credits**

| Line | Description | | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 2,736,005 |
| 35a | Check if: ☒ You were 65 or older, ☐ Blind; ☒ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a 2 | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | |
| 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 36 | 70,138,865 |
| 37 | Subtract line 36 from line 34 | 37 | -67,402,860 |
| 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 38 | 0 |
| 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 0 |
| 40 | Tax (see page 33). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 40 | 0 |
| 41 | Alternative minimum tax (see page 34). Att. Form 6251 | 41 | |
| 42 | Add lines 40 and 41 ▶ | 42 | |
| 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| 46 | Education credits. Attach Form 8863 | 46 | |
| 47 | Rate reduction credit. See the worksheet on page 36 | 47 | |
| 48 | Child tax credit (see page 37) | 48 | |
| 49 | Adoption credit. Attach Form 8839 | 49 | |
| 50 | Other credits from: a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 50 | |
| 51 | Add lines 43 through 50. These are your total credits | 51 | |
| 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | 0 |

Standard Deduction for- ● People who checked any box on line 35a or 35b or who can be claimed as a dependent, see page 31. ● All others: Single, $4,550; Head of household, $6,650; Married filing jointly or Qualifying widow(er), $7,600; Married filing separately, $3,800

**Other Taxes**

| Line | Description | | Amount |
|---|---|---|---|
| 53 | Self-employment tax. Attach Schedule SE | 53 | |
| 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 | |
| 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| 57 | Household employment taxes. Attach Schedule H | 57 | |
| 58 | Add lines 52 - 57. This is your total tax ▶ | 58 | 0 |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | | Amount |
|---|---|---|---|
| 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | |
| 60 | 2001 estimated tax payments & amount applied from 2000 return | 60 | 660,000 |
| 61a | Earned income credit (EIC) | 61a | |
| b | Nontaxable earned income 61b | | |
| 62 | Excess social security and RRTA tax withheld (see page 51) | 62 | |
| 63 | Additional child tax credit. Attach Form 8812 | 63 | |
| 64 | Amount paid with request for extension to file (see page 51) | 64 | 380,000 |
| 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 65 | |
| 66 | Add lines 59, 60, 61a, & 62 - 65. These are your total pymt. ▶ | 66 | 1,040,000 |

**Refund**

Direct deposit? See page 51 and fill in 68b, 68c, and 68d.

| Line | Description | | Amount |
|---|---|---|---|
| 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid | 67 | 1,040,000 |
| 68a | Amount of line 67 you want refunded to you ▶ | 68a | 1,040,000 |
| ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number | | |
| 69 | Amount of line 67 you want applied to your 2002 estimated tax ▶ 69 | | |

**Amount You Owe**

| Line | Description | | Amount |
|---|---|---|---|
| 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | 70 | |
| 71 | Estimated tax penalty. Also include on line 70 — 71 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 53)? ☒ Yes. Complete the following. ☐ No

Designee's name ▶ PREPARER Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 19. Keep a copy for your records.

Your signature | Date | Your occupation: RETIRED | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation: RETIRED

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN P00009633

Firm's name (or yours if self-employed), address, and ZIP code ▶ EDWARDS, MELTON, ELLIS, KOSHIW, & CO. 2155 BUTTERFIELD DR. STE 305A TROY MI 48084-3450 | EIN 38-2337970 | Phone no. 248-643-4545

DAA

Form 1040 (2001)

Amended

**SCHEDULES A&B (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deduction

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**2001**
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,200 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 — 2: 2,736,005 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 205,200 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | 3,896 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 38,541 | | |
| | 7 | Personal property taxes | 7 | 116 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 42,553 |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 34,475 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 | 16 | 300 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 34,775 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 3,108 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT | 22 | 1,945 | | |
| | 23 | Add lines 20 through 22 | 23 | 5,053 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 — 24: 2,736,005 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 54,720 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other-from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 70,123,399 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $132,950 (over $66,475 if married filing separately)? * <br>☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. <br>☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 70,138,865 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI **Schedule A (Form 1040) 2001**

DAA



6

Amended

Form 4684 (2001) Attachment Sequence No. 26 PAGE OF 1 Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side.

ABEN E. & JOAN G. JOHNSON

Identifying number 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

## SECTION B-Business and Income-Producing Property THEFT LOSS

### Part I Casualty or Theft Gain or Loss (Use a separate Part I for each casualty or theft.)

19 Description of properties (show type, location, and date acquired for each):

Property A THEFT LOSS OF INVESTMENT PROPERTY
Property B (SEE ATTACHED STATEMENT)
Property C
Property D

| | Line | A | B | C | D |
|---|---|---|---|---|---|
| | | **Properties** (Use a separate column for each property lost or damaged from the same casualty or theft.) | | | |
| 20 Cost or adjusted basis of each property | 20 | 91,091,365 | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3<br>**Note:** If line 20 is more than line 21, skip line 22. | 21 | 16,000,000 | | | |
| 22 Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 Fair market value **before** casualty or theft | 23 | 91,091,365 | | | |
| 24 Fair market value **after** casualty or theft | 24 | 4,967,966 | | | |
| 25 Subtract line 24 from line 23 | 25 | 86,123,399 | | | |
| 26 Enter the **smaller** of line 20 or line 25<br>**Note:** If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | 26 | 86,123,399 | | | |
| 27 Subtract line 21 from line 26. If zero or less, enter -0- | 27 | 70,123,399 | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 **or** line 34 (see instructions). 28 70,123,399

### Part II Summary of Gains and Losses (from separate Parts I)

| | (a) Identify casualty or theft | Line | (b) Losses from casualties or thefts: (i) Trade, business, rental or royalty property | (b) (ii) Income-producing and employee property | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|---|
| | **Casualty or Theft of Property Held One Year or Less** | | | | |
| 29 | | | ( ) | ( ) | |
| | | | ( ) | ( ) | |
| 30 | Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | |
| 31 | Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | 31 | | | 0 |
| 32 | Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions | 32 | | | |
| | **Casualty or Theft of Property Held More Than One Year** | | | | |
| 33 | Casualty or theft gains from Form 4797, line 32 | 33 | | | |
| 34 | THEFT LOSS | | ( ) | (70,123,399) | |
| | | | ( ) | ( ) | |
| 35 | Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | (70,123,399) | |
| 36 | Total gains. Add lines 33 and 34, column (c) | 36 | | | |
| 37 | Add amounts on line 35, columns (b)(i) and (b)(ii) | 37 | | | -70123399 |
| 38 | If the loss on line 37 is **more** than the gain on line 36: | | | | |
| a | Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instr. | 38a | | | 0 |
| b | Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | 38b | | | -70123399 |
| 39 | If the loss on line 37 is **less** than or **equal** to the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3 | 39 | | | |

**Note:** Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

DAA





10

Form 1040 — Department of the Treasury- Internal Revenue Service

# U.S. Individual Income Tax Return 2001

(99) IRS Use Only- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2001, or other tax year beginning , 2001, ending , 20 — OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

| LABEL HERE | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a jt. rtn., sp. first name & initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (number and street). If you have a P.O. box, see page 19.: 12000 BANYAN ROAD | Apt. no. | **Important!** You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.: NORTH PALM BEACH FL 33408-2511 | | |

**Presidential Election Campaign** (See page 19.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? You: [X] Yes [ ] No — Spouse: [X] Yes [ ] No

**Filing Status** (Check only one box.)

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here.
4 [ ] Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here.
5 [ ] Qualifying widow(er) with dependent child (year spouse died ). (See page 19.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [X] Spouse

No. of boxes checked on 6a and 6b: 2

c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax credit (see pg. 20) |
|---|---|---|---|---|
| | | | | |

If more than six dependents, see page 20.

No. of your children on 6c who: • lived with you • did not live with you due to divorce or separation (see page 20) Dependents on 6c not entered above

d Total number of exemptions claimed — Add numbers entered on lines above: 2

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld. If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 2,143,539 |
| b | Tax-exempt interest. Do not include on line 8a — 8b: 664,219 | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 557,333 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | 3,896 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | 13 | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a — b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities — 16a — b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 1,457 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a: 16,656 — b Taxable amount (see page 25) | 20b | 14,158 |
| 21 | Other income. List type & amt. (see page 27) WXON - TV, INC | 21 | 18,622 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income | 22 | 2,736,005 |

**Adjusted Gross Income**

| Line | Description | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | |
| 24 | Student loan interest deduction (see page 28) | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 30) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income | 33 | 2,736,005 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.

Form 1040 (2001)



(7)

Form 1040 (2001) ABEN E. & JOAN G. JOHNSON 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 Page 2

**Tax and Credits**

| Line | Description | | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 2,736,005 |
| 35a | Check if: [X] You were 65 or older, [ ] Blind; [X] Spouse was 65 or older, [ ] Blind. Add the number of boxes checked above and enter the total here ▶ 35a 2 | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b [ ] | | |
| 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 36 | 770,023 |
| 37 | Subtract line 36 from line 34 | 37 | 1,965,982 |
| 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 38 | 0 |
| 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 1,965,982 |
| 40 | Tax (see page 33). Check if any tax is from a [ ] Form(s) 8814 b [ ] Form 4972 | 40 | 740,742 |
| 41 | Alternative minimum tax (see page 34). Att. Form 6251 | 41 | |
| 42 | Add lines 40 and 41 ▶ | 42 | 740,742 |
| 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| 46 | Education credits. Attach Form 8863 | 46 | |
| 47 | Rate reduction credit. See the worksheet on page 36 | 47 | |
| 48 | Child tax credit (see page 37) | 48 | |
| 49 | Adoption credit. Attach Form 8839 | 49 | |
| 50 | Other credits from: a [ ] Form 3800 b [ ] Form 8396 c [ ] Form 8801 d [ ] Form (specify) | 50 | |
| 51 | Add lines 43 through 50. These are your total credits | 51 | |
| 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | 740,742 |

Standard Deduction for- • People who checked any box on line 35a or 35b or who can be claimed as a dependent, see page 31. • All others: Single, $4,550; Head of household, $6,650; Married filing jointly or Qualifying widow(er), $7,600; Married filing separately, $3,800

**Other Taxes**

| Line | Description | | Amount |
|---|---|---|---|
| 53 | Self-employment tax. Attach Schedule SE | 53 | |
| 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 | |
| 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| 57 | Household employment taxes. Attach Schedule H | 57 | |
| 58 | Add lines 52 - 57. This is your total tax ▶ | 58 | 740,742 |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | | Amount |
|---|---|---|---|
| 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | |
| 60 | 2001 estimated tax payments & amount applied from 2000 return | 60 | 660,000 |
| 61a | Earned income credit (EIC) | 61a | |
| b | Nontaxable earned income 61b | | |
| 62 | Excess social security and RRTA tax withheld (see page 51) | 62 | |
| 63 | Additional child tax credit. Attach Form 8812 | 63 | |
| 64 | Amount paid with request for extension to file (see page 51) | 64 | 380,000 |
| 65 | Other payments. Check if from a [ ] Form 2439 b [ ] Form 4136 | 65 | |
| 66 | Add lines 59, 60, 61a, & 62 - 65. These are your total pymt. ▶ | 66 | 1,040,000 |

**Refund**

Direct deposit? See page 51 and fill in 68b, 68c, and 68d.

| Line | Description | | Amount |
|---|---|---|---|
| 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid | 67 | 299,258 |
| 68a | Amount of line 67 you want refunded to you ▶ | 68a | 299,258 |
| b | Routing number ▶ c Type: [ ] Checking [ ] Savings | | |
| d | Account number | | |
| 69 | Amount of line 67 you want applied to your 2002 estimated tax ▶ 69 | | |

**Amount You Owe**

| Line | Description | | Amount |
|---|---|---|---|
| 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | 70 | |
| 71 | Estimated tax penalty. Also include on line 70 ▶ 71 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 53)? [X] Yes. Complete the following. [ ] No

Designee's name ▶ PREPARER Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here**

Joint return? See page 19. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation RETIRED | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation RETIRED

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed [ ] | Preparer's SSN or PTIN P00009633

Firm's name (or yours if self-employed), address, and ZIP code ▶ EDWARDS, MELTON, ELLIS, KOSHIW, & CO. 2155 BUTTERFIELD DR. STE 305A TROY MI 48084-3450 | EIN 38-2337970 | Phone no. 248-643-4545

DAA

Form 1040 (2001)

[118]

A5 Originally Filed

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
2001
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

| Section | Line | Description | Box | Amount | Line | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,200 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 [2] 2,736,005 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 205,200 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 3,896 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 38,541 | | |
| | 7 | Personal property taxes | 7 | 116 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 42,553 |
| Interest You Paid (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 34,475 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | 300 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 34,775 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 3,108 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 1 | 22 | 1,945 | | |
| | 23 | Add lines 20 through 22 | 23 | 5,053 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 [24] 2,736,005 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 54,720 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other-from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 754,557 |
| Total Itemized Deductions | 28 | Is Form 1040, line 34, over $132,950 (over $66,475 if married filing separately)? ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. | | | 28 | 770,023 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI



[119]

(9)

Form 4684 (2001) Attachment Sequence No. 26 PAGE 1 OF 1 Page 2

Name(s) shown on tax return. Do not enter name and identifying number if shown on other side.

ABEN E. & JOAN G. JOHNSON

Identifying number 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

SECTION B-Business and Income-Producing Property THEFT LOSS

**Part I** Casualty or Theft Gain or Loss (Use a separate Part I for each casualty or theft.)

19 Description of properties (show type, location, and date acquired for each):

Property A ADDITIONAL COSTS INCURRED ON THEFT LOSS OF
Property B INVESTMENT PROPERTY AS ORIGINALLY REPORTED ON
Property C 1998 FORM 1040X (SEE ATTACHED EXHIBIT 1).
Property D

| | Line | Properties (Use a separate column for each property lost or damaged from the same casualty or theft.) A | B | C | D |
|---|---|---|---|---|---|
| 20 Cost or adjusted basis of each property | 20 | 754,557 | | | |
| 21 Insurance or other reimbursement (whether or not you filed a claim). See the instructions for line 3 | 21 | | | | |
| Note: If line 20 is more than line 21, skip line 22. | | | | | |
| 22 Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 - 27 for that col. See the instr. for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 22 | | | | |
| 23 Fair market value before casualty or theft | 23 | 754,557 | | | |
| 24 Fair market value after casualty or theft | 24 | 0 | | | |
| 25 Subtract line 24 from line 23 | 25 | 754,557 | | | |
| 26 Enter the smaller of line 20 or line 25 | 26 | 754,557 | | | |
| Note: If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | | |
| 27 Subtract line 21 from line 26. If zero or less, enter -0- | 27 | 754,557 | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions). **28** 754,557

**Part II** Summary of Gains and Losses (from separate Parts I)

| (a) Identify casualty or theft | | (b) Losses from casualties or thefts (i) Trade, business, rental or royalty property | (ii) Income-producing and employee property | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|---|
| **Casualty or Theft of Property Held One Year or Less** | | | | |
| 29 | | ( ) | ( ) | |
| | | ( ) | ( ) | |
| 30 Totals. Add the amounts on line 29 | 30 | ( ) | ( ) | |
| 31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | 31 | | | 0 |
| 32 Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, partnerships, and S corporations, see instructions | 32 | | | |
| **Casualty or Theft of Property Held More Than One Year** | | | | |
| 33 Casualty or theft gains from Form 4797, line 32 | 33 | | | |
| 34 THEFT LOSS | | ( ) | ( 754,557 ) | |
| | | ( ) | ( ) | |
| 35 Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | 35 | ( ) | ( 754,557 ) | |
| 36 Total gains. Add lines 33 and 34, column (c) | 36 | | | |
| 37 Add amounts on line 35, columns (b)(i) and (b)(ii) | 37 | | | -754,557 |
| 38 If the loss on line 37 is more than the gain on line 36: a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions | 38a | | | 0 |
| b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 27, and enter the amount from property used as an employee on Schedule A (Form 1040), line 22. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11 | 38b | | | -754,557 |
| 39 If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3 | 39 | | | |

**Note:** Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 7. S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 6.

Form 4684 (2001)



KD

Aben E. & Joan G. Johnson
Social Security Number: 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
Attachment to Form 1040X
2001

**Statement 1 - Explanation of Changes to Income, Deductions and Credits**

Taxpayers are amending their 2001 income tax return to claim an additional theft loss of income producing property in the amount of $69,368,842 in the event a determination is made by the Internal Revenue Service that 2001 is the proper year to deduct the theft loss.

The taxpayers previously filed amended income tax returns for 1997, 1998, 1999 and 2000 claiming the same theft loss (adjusted for costs incurred in and changes in the fair market value of the property) deducted in this return. The taxpayers have determined that their theft loss was deductible pursuant to Internal Revenue Code Section 165(e) in 1998 when the amount and likelihood of recovery became reasonably known. However, the Examination Branch of the Internal Revenue Service (hereinafter IRS) made a determination that the theft loss was deductible in 1997. This determination was made in connection with the IRS disallowing a claim for refund relating to a capital loss carryover originated in 1994 and carried forward to 1995 and 1997. This determination was communicated to the taxpayers in the attached letter - Exhibit A. Thus, in the event that it is ultimately determined that 1997, 1998, 1999 or 2000 is the proper year of deduction and not 2001, the 2001 claim for refund should be recomputed for the amount allowed with respect to 1998, 1999 and 2000 as the taxpayers do not claim that they are entitled to the amount claimed in this claim twice.

The taxpayers' 1997, 1998, 1999 and 2000 amended tax returns are currently being examined by the West Palm Beach, Florida office of the Internal Revenue Service and a determination as to the theft loss amount and proper year of its deductibility has not been made as of the date of the filing of the amended 1040X.

During the year 1997, the taxpayers discovered they had been the victim of a series of fraudulent transactions in the purchase of various gems, jewelry, and other purchases. However, in the view of the taxpayers it was not until 1998 that the taxpayers were able to reasonably determine their prospect of recovery.

On Friday, February 25, 2000, a federal jury sitting in Miami returned verdicts of guilty against Jack Hasson, the leading perpetrator of the fraud, on six (6) felony counts. See Exhibits B and C. The case is styled U.S. v. John Robert Hasson, Case No. 99CR08063 King. Hasson was convicted of conspiracy to commit wire and mail fraud, conspiracy to launder money, conspiracy to obstruct justice and three (3) counts of wire fraud.

The taxpayers have determined that they incurred a loss attributable to theft under Section 1.165-8(d) of the Income Tax Regulations which provides that the term theft includes embezzlement. The presence of theft has been established by the fact that the taking of the taxpayers' property was illegal under Florida law and was done with criminal intent. The theft loss is calculated as follows:

| | |
|---|---|
| Amount paid for gems per appraisal prepared by Donald A. Palmieri, GG, ASA - Exhibit D, Page C-18 | $82,555,415 |
| Adjustment to amounts paid per appraisal: | |
| Check #828 dated 2/20/95 listed on appraisal as $624,000 but should be $642,000 | 18,000 |
| Check #1016 dated 5/23/97 listed on appraisal twice | (150,000) |
| Check #511 dated 5/12/89 not on appraisal | 125,000 |
| Check #6653 dated 12/12/95 not on appraisal | 100,000 |
| Check #1023 dated 6/2/97 not on appraisal | 100,000 |
| Check #184 dated 4/18/97 not on appraisal | 940,000 |
| Actual amount paid for gems | 83,688,415 |
| Cash returned to taxpayers | (1,695,500) |
| Costs incurred through 2001 in an attempt to recover loss-schedules attached - See page 15 | 6,498,950 |



11

Aben E. & Joan G. Johnson
Attachment to Form 1040X
Page 2

| | | |
|---|---|---|
| Anticipated recovery of loss: | | |
| Amounts recovered through 2001 | $1,307,636 | |
| Anticipated recoveries after 2001 | 14,692,364 | (16,000,000) |
| Fair market value of gems per appraisal- Exhibit D, Page C-18 | | (4,967,966) |
| Theft loss before adjustment for sales reported in 1994 that were not consummated - currently in litigation | | 67,523,899 |
| Adjustment for gain from sales originally reported in 1994 that were not consummated | | 2,599,500 |
| Total theft loss | | 70,123,399 |
| Less 2001 additional expenses incurred regarding theft loss already reported on 2001 1040 | | (754,557) |
| Additional theft loss for 2001 if a determination is made that 2001 is the proper year for deduction of the theft loss | | $69,368,842 |

The taxpayers had previously filed a claim for refund for 1994 when it was determined that Jack Hasson fraudulently informed Aben Johnson that he had "sold" six (6) gems to third parties on behalf of the taxpayers during 1994. In reliance thereon, the taxpayers reported the six (6) "sales" of gems on Schedule D, of their 1994 income tax return aggregating $3,580,500 in sales prices and aggregating $2,599,500 in gains. The taxpayers believed that Hasson, who was holding the six gems on consignment, was truthful when he said he sold the gems to third persons at a gain.

In subsequent years, it was determined by the taxpayers' advisors that these sales did not in fact occur. As part of the investigation, an examination of Hasson's bank accounts for the period of time during which the alleged sales occurred produced no deposits, individually or in the aggregate, that corresponded with any of the individual sales reported to the taxpayers and included on the taxpayers' 1994 return. Additionally, testimony given during the trial by James Speiser, an employee of Hasson's, confirmed the fraudulent nature of these transactions and that they were never consummated.

By amending the taxpayers' 1994 income tax return, and eliminating these sales, a capital loss was generated which was carried forward to 1995 and 1997. The taxpayers filed claims for refund for 1995 and 1997 simultaneously with their 1994 claim for refund in which they asked for a refund that was generated by deducting the capital loss carryforward. The IRS has issued a Statutory Notice disallowing the taxpayers' claims for refund for 1994, 1995, and 1997 - See Exhibit A. On July 26, 2001, the taxpayers filed suit in the United States Court of Federal Claims, styled Aben E. Johnson and Joan G. Johnson v. United States of America, for 1994, claiming a refund based on having reported the six sales at a gain, when the sales never occurred and for 1995, based on a carryforward to 1995. Since the government has denied these claims, they are included in the loss computation in this claim for refund; however, taxpayers do not claim that they are entitled to an adjustment for these disputed amounts twice.

The taxpayers are claiming a theft loss of $70,123,399 which will be their loss if they do not prevail in their litigation relating to their 1994 and 1995 claimed adjustment or with respect to any capital loss carryforward to 1997 originating in 1994. If the taxpayers prevail in their claim, their deductible theft loss of $70,123,399 must be reduced by $2,599,500.

Aben E. & Joan G. Johnson
Social Security Number: 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
Attachment to Form 1040X
2001

**Statement 2**

Form 4684 - Section B - Part 1 - Line 20 - Cost or adjusted basis of each property

| | |
|---|---|
| Actual amount paid for gems | $83,688,415 |
| Cash received by taxpayers | (1,695,500) |
| Costs incurred in an attempt to recover loss | 6,498,950 |
| Adjustment for gain from sales reported on 1994 return | 2,599,500 |
| Total cost or basis of all properties | $91,091,365 |

**Statement 3 – Form 4684 – Section B – Part II – Line 29**

Since all theft losses herein become part of the taxpayers' net operating loss, this return does not separate the lost properties by how long they were held. See section 4004(a) of the Tax and Trade Relief Extension act of 1998, amending IRC Section 174(d)(4)(C) and Section 165(c)(2) retroactively to 1984.

ABEN E. AND JOAN G. JOHNSON

S.S.N. 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

FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 04/06/95 | 839 | Wexler Insurance | 23,512.21 | | | | 23,512.21 |
| 05/07/95 | 842 | Wexler Insurance | 23,512.81 | | | | 23,512.81 |
| 06/09/95 | 850 | Wexler Insurance | 23,511.62 | | | | 23,511.62 |
| | | | 70,536.64 | 0.00 | 0.00 | 0.00 | 70,536.64 |
| 1/9/97 | 7072 | J.C. Kempe Assoc. | 917.08 | | | | 917.08 |
| 5/20/97 | 7195 | Hasson & Sons | 2,929.32 | | | | 2,929.32 |
| 7/11/97 | 7253 | Doug Johnson | 1,000.00 | | 1,000.00 | | |
| 7/14/97 | 7259 | Cash | 800.00 | | 800.00 | | |
| 7/15/97 | 7260 | Reginald Clay | 2,591.66 | | 2,591.66 | | |
| 7/15/97 | 7261 | Palm Beach Police | 330.00 | | 330.00 | | |
| 7/15/97 | 7262 | Tenhagen Gemstones | 10,000.00 | | | 10,000.00 | |
| 7/16/97 | 1064 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 7/18/97 | 7273 | American Express | 892.00 | | 892.00 | | |
| 7/24/97 | 1070 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 8/1/97 | 1072 | Shutts & Bowen | 25,000.00 | 25,000.00 | | | |
| 8/1/97 | 1073 | Shutts & Bowen | 5,000.00 | 5,000.00 | | | |
| 8/11/97 | 7305 | Cash | 300.00 | | 300.00 | | |
| 8/18/97 | 1077 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 8/20/97 | 7314 | Doug Johnson | 1,000.00 | | | 1,000.00 | |
| 8/22/97 | 7318 | American Express | 1,194.99 | | 1,194.99 | | |
| 8/25/97 | 1078 | United Appraisal Group | 5,000.00 | | | 5,000.00 | |
| 8/30/97 | 1079 | Tenhagen Gemstones | 5,000.00 | | | 5,000.00 | |
| 9/8/97 | 7338 | Shutts & Bowen | 2,475.98 | | 2,475.98 | | |
| 9/12/97 | 7342 | Cash | 500.00 | | 500.00 | | |
| 9/12/97 | 1085 | Shutts & Bowen | 3,733.86 | 3,733.86 | | | |
| 9/12/97 | 1087 | Moritz & Associates | 5,000.00 | | 5,000.00 | | |
| 9/16/97 | 1088 | Moritz & Associates | 15,000.00 | | 15,000.00 | | |
| 9/16/97 | 1089 | Shutts & Bowen | 2,475.98 | 2,475.98 | | | |
| 9/18/97 | 7351 | American Express | 639.20 | | 639.20 | | |
| 9/21/97 | 1090 | The British Transport Co. | 1,200.00 | | | | 1,200.00 |
| 9/26/97 | 1094 | Shutts & Bowen | 3,900.00 | 3,900.00 | | | |
| 9/30/97 | 1096 | Moritz & Associates | 10,000.00 | | 10,000.00 | | |
| 9/30/97 | 1097 | Tenhagen Gemstones | 7,000.00 | | | 7,000.00 | |
| 9/30/97 | 1098 | Shutts & Bowen | 376.97 | 376.97 | | | |
| 10/2/97 | 1100 | Shutts & Bowen | 17,819.00 | 17,819.00 | | | |
| 10/6/97 | Adj | First Union | 11.00 | | 11.00 | | |
| 10/8/97 | 7379 | Comerica | 10.00 | | 10.00 | | |
| 10/8/97 | 7380 | NBD | 12.50 | | 12.50 | | |
| 10/10/97 | 7381 | UPS | 11.00 | | 11.00 | | |
| 10/17/97 | 1104 | Shutts & Bowen | 1,779.74 | 1,779.74 | | | |
| 10/17/97 | 1105 | Tiffany & Co. | 280.00 | | | | 280.00 |
| 10/21/97 | 1106 | Gem Advise Co. | 3,000.00 | | | 3,000.00 | |
| 10/22/97 | 1108 | Moritz & Associates | 16,106.59 | | 16,106.59 | | |
| 11/4/97 | 1111 | Shutts & Bowen | 2,000.00 | | 2,000.00 | | |
| 11/6/97 | 1119 | Shutts & Bowen | 34,715.27 | 34,715.27 | | | |
| 11/10/97 | 1121 | Moritz & Associates | 4,197.79 | | 4,197.79 | | |
| 11/12/97 | 1122 | United Appraisal Group | 2,437.50 | | | 2,437.50 | |
| 11/14/97 | 1123 | Brink's Inc. | 2,994.07 | | | | 2,994.07 |
| 11/17/97 | 1124 | Shutts & Bowen | 30,809.02 | 30,809.02 | | | |

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
FORM 1040X
COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 11/17/97 | 1125 | Moritz & Associates | 5,374.27 | | 5,374.27 | | |
| 11/17/97 | 1126 | Tenhagen Gemstones | 5,073.00 | | | 5,073.00 | |
| 11/17/97 | 1127 | United Appraisal Group | 3,000.00 | | | 3,000.00 | |
| 11/19/97 | 1130 | Moritz & Associates | 588.15 | | 588.15 | | |
| 11/19/97 | 1131 | Shutts & Bowen | 5,076.17 | 5,076.17 | | | |
| 12/6/97 | 1155 | Gem Advise Co. | 3,000.00 | | | 3,000.00 | |
| 12/10/97 | 1156 | Tenhagen Gemstones | 14,717.15 | | | 14,717.15 | |
| 12/10/97 | 1157 | United Appraisal Group | 3,422.44 | | | 3,422.44 | |
| 12/18/97 | 1160 | Shutts & Bowen | 1,782.17 | 1,782.17 | | | |
| 12/18/97 | 1161 | Moritz & Associates | 5,528.49 | | 5,528.49 | | |
| | | | 308,002.36 | 132,468.18 | 104,563.62 | 62,650.09 | 8,320.47 |
| | | Totals Ⓐ | $ 378,539.00 | $ 132,468.18 | $ 104,563.62 | $ 62,650.09 | $ 78,857.11 |

Ⓐ 378,539.00
FOR 1998 1,412,791.61 * SEE PAGE 17
1,791,330.61

FOR 1999 2,439,991 * SEE PAGE 20
4,231,322

FOR 2000 1,513,071 * SEE PAGE 23
5,744,393

FOR 2001 754,557 * SEE PAGE 25
6,498,950

S.S.N. 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

FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/1/98 | 1165 | United Appraisal | 489.13 | | | 489.13 | |
| 1/1/98 | 1166 | Tenhagen Gemstones | 14,112.00 | | | 14,112.00 | |
| 1/1/98 | 1169 | Shutts & Bowen | 30,814.03 | 30,814.03 | | | |
| /13/98 | 1170 | Shutts & Bowen | 2,173.99 | 2,173.99 | | | |
| /15/98 | 1171 | Shutts & Bowen | 3,500.00 | 3,500.00 | | | |
| 1/19/98 | 1172 | Shutts & Bowen | 3,823.20 | 3,823.20 | | | |
| /21/98 | 7524 | Rob Sandt | 300.00 | | 300.00 | | |
| /28/98 | 1173 | Moritz & Associates | 7,545.16 | | 7,545.16 | | |
| 1/28/98 | 1174 | Tenhagen Gemstones | 16,234.46 | | | 16,234.46 | |
| 2/9/98 | 1176 | Shutts & Bowen | 30,517.50 | 30,517.50 | | | |
| 2/9/98 | 1177 | Moritz & Associates | 1,273.52 | | 1,273.52 | | |
| 2/10/98 | 7547 | VISA | 4,440.00 | | 4,440.00 | | |
| 2/12/98 | 1178 | United Appraisal | 1,000.00 | | | 1,000.00 | |
| /13/98 | 1180 | GIA Gem Trade Lab | 39,406.00 | | | 39,406.00 | |
| 2/20/98 | 1183 | Shutts & Bowen | 5,552.43 | 5,552.43 | | | |
| 3/3/98 | 1187 | Tenhagen Gemstones | 9,737.50 | | | 9,737.50 | |
| 3/7/98 | 1188 | Gem Trade Laboratory | 2,725.49 | | | | 2,725.49 |
| /12/98 | 1191 | Lamar Miller | 3,056.65 | | | | 3,056.65 |
| 3/12/98 | 1192 | Florida Forensic Photo | 639.00 | | | | 639.00 |
| /12/98 | 1193 | Shutts & Bowen | 43,959.15 | 43,959.15 | | | |
| /16/98 | 1195 | Moritz & Associates | 2,180.39 | | 2,180.39 | | |
| 3/18/98 | 1196 | Shutts & Bowen | 2,754.03 | | 2,754.03 | | |
| /27/98 | 1197 | United Appraisal | 2,125.00 | | | 2,125.00 | |
| 4/2/98 | 1199 | Tenhagen Gemstones | 15,475.00 | | | 15,475.00 | |
| 4/7/98 | 1201 | Shutts & Bowen | 38,125.54 | 38,125.54 | | | |
| /13/98 | 1202 | Moritz & Associates | 3,833.68 | | 3,833.68 | | |
| /21/98 | 1205 | Shutts & Bowen | 3,892.63 | | 3,892.63 | | |
| 4/28/98 | 7618 | VISA | 39.23 | | 39.23 | | |
| 4/29/98 | 1207 | Moritz & Associates | 3,858.14 | | 3,858.14 | | |
| /29/98 | 1208 | Shutts & Bowen | 49,248.57 | 49,248.57 | | | |
| 4/29/98 | 1209 | Shutts & Bowen | 1,800.00 | | | 1,800.00 | |
| 5/13/98 | 1212 | Tenhagen Gemstones | 9,125.00 | | | 9,125.00 | |
| /30/98 | 1218 | Shutts & Bowen | 6,083.95 | | 6,083.95 | | |
| 5/30/98 | 1219 | Moritz & Associates | 3,888.81 | | 3,888.81 | | |
| 5/30/98 | 1220 | Moritz & Associates | 7,713.15 | | 7,713.15 | | |
| 6/5/98 | 1221 | Tenhagen Gemstones | 4,187.50 | | | 4,187.50 | |
| 6/5/98 | 1222 | Shutts & Bowen | 66,575.98 | 66,575.98 | | | |
| 6/17/98 | 1227 | Gallwey, Gillman, Curtis | 5,000.00 | 5,000.00 | | | |
| /22/98 | 1228 | Shutts & Bowen | 8,208.47 | | 8,208.47 | | |
| /11/98 | 1230 | Shutts & Bowen | 46,207.56 | 46,207.56 | | | |
| 7/11/98 | 1231 | Shutts & Bowen | 9,477.73 | | 9,477.73 | | |
| /11/98 | 1232 | Gallwey, Gillman, Curtis | 2,575.00 | 2,575.00 | | | |
| /11/98 | 1234 | Tenhagen Gemstones | 3,537.50 | | | 3,537.50 | |
| 7/16/98 | 1235 | Shutts & Bowen | 3,978.00 | | | 3,978.00 | |
| 7/16/98 | 1237 | Moritz & Associates | 91.75 | | 91.75 | | |
| /17/98 | 7714 | American Express | 298.00 | | 298.00 | | |
| 7/31/98 | 1239 | Shutts & Bowen | 1,000.00 | 1,000.00 | | | |
| 8/3/98 | 1240 | Shutts & Bowen | 925.00 | 925.00 | | | |
| 3/10/98 | 1242 | Shutts & Bowen | 4,847.38 | | 4,847.38 | | |
| 8/10/98 | 1243 | Tenhagen Gemstones | 11,787.50 | | | 11,787.50 | |

ABEN E. AND JOAN G. JOHNSON

S.S.N. 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

FORM 1040X

COSTS INCURRED IN ATTEMPT TO RECOVER LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 8/10/98 | 1244 | Shutts & Bowen | 63,461.67 | 63,461.67 | | | |
| 8/10/98 | 1245 | Atlantic Investigation | 6,783.55 | | 6,783.55 | | |
| 8/12/98 | 1247 | Gallwey, Gillman, Curtis | 36,210.22 | 36,210.22 | | | |
| 8/22/98 | 1250 | Shutts & Bowen | 10,829.68 | 10,829.68 | | | |
| 8/31/98 | 1252 | CTC International | 1,847.59 | | 1,847.59 | | |
| 8/31/98 | 1253 | Shutts & Bowen | 1,456.25 | 1,456.25 | | | |
| 9/1/98 | 1254 | Moritz & Associates | 4,015.86 | | 4,015.86 | | |
| 9/1/98 | 1258 | Shutts & Bowen | 9,100.93 | | 9,100.93 | | |
| 9/9/98 | 1257 | Shutts & Bowen | 66,569.16 | 66,569.16 | | | |
| 9/9/98 | 1259 | Shutts & Bowen | 6,781.99 | | 6,781.99 | | |
| 10/9/98 | 1265 | Shutts & Bowen | 4,525.81 | | 4,525.81 | | |
| 9/10/98 | 1260 | Tenhagen Gemstones | 8,287.50 | | | 8,287.50 | |
| 9/10/98 | 1261 | Gallwey, Gillman, Curtis | 38,297.67 | 38,297.67 | | | |
| 9/24/98 | 1264 | Meyer, Kirk | 559.33 | 559.33 | | | |
| 10/10/98 | 1267 | Shutts & Bowen | 15,000.00 | | | 15,000.00 | |
| 10/10/98 | 1268 | Shutts & Bowen | 5,197.49 | | 5,197.49 | | |
| 10/26/98 | 1272 | Shutts & Bowen | 67,714.45 | 67,714.45 | | | |
| 10/26/98 | 1273 | Gallway, Gillman, Curtis | 34,092.35 | 34,092.35 | | | |
| 11/2/98 | 1274 | Shutts & Bowen | 31,534.36 | | | 31,534.36 | |
| 11/2/98 | 1275 | Shutts & Bowen | 10,397.49 | | 10,397.49 | | |
| 11/9/98 | 1276 | Shutts & Bowen | 1,475.00 | 1,475.00 | | | |
| 11/11/98 | 1278 | Shutts & Bowen | 1,296.84 | | 1,296.84 | | |
| 11/11/98 | 1279 | Shutts & Bowen | 11,858.59 | | 11,858.59 | | |
| 11/13/98 | 1281 | Gallwey, Gillman, Curtis | 74,009.33 | 74,009.33 | | | |
| 11/13/98 | 1282 | Shutts & Bowen | 912.50 | 912.50 | | | |
| 11/16/98 | 1283 | Tenhagen Gemstones | 7,912.50 | | | 7,912.50 | |
| 11/17/98 | 1285 | Shutts & Bowen | 272.95 | | 272.95 | | |
| 11/19/98 | 1286 | Shutts & Bowen | 2,055.00 | 2,055.00 | | | |
| 12/2/98 | 1287 | Shutts & Bowen | 12,914.54 | | 12,914.54 | | |
| 12/2/98 | 1288 | Shutts & Bowen | 170,183.95 | 170,183.95 | | | |
| 12/7/98 | 1290 | Shutts & Bowen | 9,046.52 | | 9,046.52 | | |
| 12/7/98 | 1291 | Shutts & Bowen | 2,313.19 | | | 2,313.19 | |
| 12/7/98 | 1292 | Shutts & Bowen | 7,575.50 | | 7,575.50 | | |
| 12/7/98 | 1293 | Gallwey, Gillman, Curtis | 30,105.24 | 30,105.24 | | | |
| 12/16/98 | 1310 | Shutts & Bowen | 409.82 | 409.82 | | | |
| 12/16/98 | 1311 | Shutts & Bowen | 21,514.00 | 21,514.00 | | | |
| 12/21/98 | 1313 | Shutts & Bowen | 77,702.49 | 77,702.49 | | | |
| 12/29/98 | 1314 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 12/29/98 | 1315 | Shutts & Bowen | 55.00 | 55.00 | | | |
| 9/12/98 | S&B Trust | CTC International | 5,000.00 | 5,000.00 | | | |
| 9/14/98 | S&B Trust | David Donaldson | 750.00 | 750.00 | | | |
| 9/16/98 | S&B Trust | David Donaldson | 125.60 | 125.60 | | | |
| 10/27/98 | S&B Trust | Schindler Cohen | 2,000.00 | 2,000.00 | | | |
| 11/9/98 | S&B Trust | Bell South | 500.00 | | | | 500.00 |
| | | Total | $ 1,412,791.61 | $ 1,045,486.66 | $ 162,341.67 | $ 198,042.14 | $ 6,921.14 |

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X

1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/6/99 | 1316 | Alan Mishael | 37,711.66 | 37,711.66 | | | |
| 1/6/99 | 1317 | Alan Mishael | 633.35 | 633.35 | | | |
| 1/6/99 | 1318 | Gallwey, Gillman, Curtis | 10,555.32 | 10,555.32 | | | |
| 1/7/99 | 1321 | Shutts & Bowen | 4,440.50 | 4,440.50 | | | |
| 1/22/99 | 1323 | Shutts & Bowen | 13,265.58 | | 13,265.58 | | |
| /22/99 | 1324 | Shutts & Bowen | 1,309.00 | 1,309.00 | | | |
| /25/99 | 1325 | Shutts & Bowen | 22,503.14 | | | 22,503.14 | |
| 1/26/99 | 1326 | Shutts & Bowen | 10,170.20 | | 10,170.20 | | |
| 2/3/99 | 1329 | Alan Mishael | 40,390.66 | 40,390.66 | | | |
| 2/5/99 | 1331 | Shutts & Bowen | 712.63 | 712.63 | | | |
| 2/5/99 | 1332 | Shutts & Bowen | 119,595.61 | 119,595.61 | | | |
| 2/5/99 | 1333 | Shutts & Bowen | 7,059.87 | 7,059.87 | | | |
| '10/99 | 1334 | Gallwey, Gillman, Curtis | 9,438.65 | 9,438.65 | | | |
| 2/19/99 | 1336 | Shutts & Bowen | 10,318.00 | 10,318.00 | | | |
| 2/23/99 | 1337 | Shutts & Bowen | 21,691.17 | 21,691.17 | | | |
| 23/99 | 1338 | Shutts & Bowen | 8,708.73 | 8,708.73 | | | |
| .23/99 | 1339 | Shutts & Bowen | 1,977.19 | 1,977.19 | | | |
| 2/23/99 | 1340 | Shutts & Bowen | 2,466.71 | 2,466.71 | | | |
| 3/3/99 | 1342 | Alan Mishael | 22,260.17 | 22,260.17 | | | |
| 3/5/99 | 1343 | Shutts & Bowen | 7,175.03 | 7,175.03 | | | |
| 3/9/99 | 1344 | Shutts & Bowen | 6,232.02 | | 6,232.02 | | |
| /9/99 | 1345 | Shutts & Bowen | 2,060.00 | 2,060.00 | | | |
| 13/99 | 1346 | Shutts & Bowen | 379.67 | | 379.67 | | |
| 3/16/99 | 1347 | Shutts & Bowen | 97,600.46 | 97,600.46 | | | |
| '16/99 | 1348 | Gallwey, Gillman, Curtis | 1,106.90 | 1,106.90 | | | |
| 16/99 | 1349 | Shutts & Bowen | 5,306.73 | 5,306.73 | | | |
| 3/22/99 | 1350 | Shutts & Bowen | 747.50 | 747.50 | | | |
| 3/23/99 | 1551 | Shutts & Bowen | 6,249.98 | 6,249.98 | | | |
| 23/99 | 1552 | Kevorkian & Partners | 3,600.00 | 3,600.00 | | | |
| 3/26/99 | 1553 | Mark R. Solomon | 3,398.61 | 3,398.61 | | | |
| 4/1/99 | 1555 | Shutts & Bowen | 28,002.35 | | | 28,002.35 | |
| /5/99 | 1556 | Alan Mishael | 24,032.66 | 24,032.66 | | | |
| 10/99 | 1557 | Shutts & Bowen | 5,221.73 | 5,221.73 | | | |
| 4/10/99 | 1558 | Shutts & Bowen | 2,778.00 | | 2,778.00 | | |
| 10/99 | 1559 | Shutts & Bowen | 2,497.45 | | 2,497.45 | | |
| 10/99 | 1560 | Gallwey, Gillman, Curtis | 5,063.11 | 5,063.11 | | | |
| 4/17/99 | 1563 | Shutts & Bowen | 57,406.91 | 57,406.91 | | | |
| 22/99 | 1564 | Shutts & Bowen | 8,086.90 | 8,086.90 | | | |
| 28/99 | 1565 | Shutts & Bowen | 280.50 | 280.50 | | | |
| 4/29/99 | 1566 | Shutts & Bowen | 1,508.65 | 1,508.65 | | | |
| 4/29/99 | 1567 | Shutts & Bowen | 11,579.53 | 11,579.53 | | | |
| 0/99 | 1570 | Alan Mishael | 42,179.41 | 42,179.41 | | | |
| 5/12/99 | 1571 | Shutts & Bowen | 71,964.82 | 71,964.82 | | | |
| 5/12/99 | 1572 | Shutts & Bowen | 5,604.59 | 5,604.59 | | | |
| 2/99 | 1573 | Shutts & Bowen | 6,936.06 | 6,936.06 | | | |
| 2/99 | 1574 | Shutts & Bowen | 12,419.32 | 12,419.32 | | | |
| 5/12/99 | 1575 | Shutts & Bowen | 25,987.29 | 25,987.29 | | | |
| 2/99 | 1576 | Gallwey, Gillman, Curtis | 18,447.87 | 18,447.87 | | | |
| 0/99 | 1582 | Shutts & Bowen | 79,188.67 | 79,188.67 | | | |
| 5/24/99 | 1583 | Shutts & Bowen | 5,412.60 | 5,412.60 | | | |

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X
1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 6/9/99 | 1584 | Shutts & Bowen | 13,808.00 | 13,808.00 | | | |
| 6/10/99 | 1585 | Alan Mishael | 36,348.27 | 36,348.27 | | | |
| 6/14/99 | 1588 | Shutts & Bowen | 7,044.28 | | 7,044.28 | | |
| 6/14/99 | 1589 | Shutts & Bowen | 23.01 | 23.01 | | | |
| 6/14/99 | 1590 | Shutts & Bowen | 4,277.58 | 4,277.58 | | | |
| 6/14/99 | 1591 | Shutts & Bowen | 4,887.07 | | 4,887.07 | | |
| 6/14/99 | 1592 | Shutts & Bowen | 2,391.01 | 2,391.01 | | | |
| 6/16/99 | 1593 | Gallwey, Gillman, Curtis | 15,834.78 | 15,834.78 | | | |
| 5/24/99 | 1595 | Shutts & Bowen | 1,453.40 | 1,453.40 | | | |
| 6/25/99 | 1596 | Shutts & Bowen | 15,000.00 | 15,000.00 | | | |
| 6/26/99 | 1597 | Shutts & Bowen | 1,817.27 | 1,817.27 | | | |
| 7/6/99 | 1599 | Alan Mishael | 43,208.43 | 43,208.43 | | | |
| 7/17/99 | 1601 | Shutts & Bowen | 13,954.32 | 13,954.32 | | | |
| 7/17/99 | 1602 | Shutts & Bowen | 9,491.34 | | 9,491.34 | | |
| 7/17/99 | 1603 | Gallwey, Gillman, Curtis | 15,204.35 | 15,204.35 | | | |
| 7/19/99 | 1604 | Shutts & Bowen | 68,497.75 | 68,497.75 | | | |
| 7/19/99 | 1605 | Shutts & Bowen | 1,297.81 | 1,297.81 | | | |
| 7/19/99 | 1606 | Shutts & Bowen | 19,436.62 | 19,436.62 | | | |
| 7/23/99 | 1607 | Shutts & Bowen | 6,427.00 | 6,427.00 | | | |
| 7/28/99 | 1608 | Shutts & Bowen | 1,075.18 | 1,075.18 | | | |
| 7/30/99 | 1609 | Shutts & Bowen | 205.98 | 205.98 | | | |
| 8/2/99 | 1610 | Shutts & Bowen | 114,939.61 | 114,939.61 | | | |
| 8/2/99 | 1611 | Shutts & Bowen | 568.25 | 568.25 | | | |
| 8/6/99 | 1612 | Shutts & Bowen | 1,354.43 | 1,354.43 | | | |
| 8/9/99 | 1613 | Shutts & Bowen | 9,933.42 | 9,933.42 | | | |
| 8/9/99 | 1614 | Alan Mishael | 41,773.09 | 41,773.09 | | | |
| 8/11/99 | 1615 | Shutts & Bowen | 9,906.30 | 9,906.30 | | | |
| 8/12/99 | 1616 | Shutts & Bowen | 10,142.75 | 10,142.75 | | | |
| /12/99 | 1617 | Shutts & Bowen | 9,669.20 | 9,669.20 | | | |
| 8/16/99 | 1618 | Shutts & Bowen | 3,536.93 | 3,536.93 | | | |
| 8/23/99 | 1619 | Shutts & Bowen | 7,000.00 | 7,000.00 | | | |
| /28/99 | 1620 | Shutts & Bowen | 11,230.00 | 11,230.00 | | | |
| /28/99 | 1621 | Shutts & Bowen | 9,684.25 | 9,684.25 | | | |
| 8/28/99 | 1622 | Shutts & Bowen | 1,400.00 | 1,400.00 | | | |
| /28/99 | 1623 | Shutts & Bowen | 2,922.60 | 2,922.60 | | | |
| /28/99 | 1624 | Shutts & Bowen | 3,444.35 | 3,444.35 | | | |
| 8/28/99 | 1625 | Shutts & Bowen | 105,763.77 | 105,763.77 | | | |
| 14/99 | 1628 | Shutts & Bowen | 7,056.69 | 7,056.69 | | | |
| 14/99 | 1629 | Shutts & Bowen | 5,598.48 | | 5,598.48 | | |
| 9/14/99 | 1630 | Alan Mishael | 38,090.57 | 38,090.57 | | | |
| /14/99 | 1631 | Gallwey, Gillman, Curtis | 14,698.34 | 14,698.34 | | | |
| 14/99 | 1633 | Shutts & Bowen | 6,240.00 | 6,240.00 | | | |
| 10/8/99 | 1751 | Shutts & Bowen | 12,655.21 | 12,655.21 | | | |
| 10/8/99 | 1752 | Shutts & Bowen | 4,594.00 | 4,594.00 | | | |
| /8/99 | 1753 | Shutts & Bowen | 417.59 | 417.59 | | | |
| 10/8/99 | 1754 | Shutts & Bowen | 1,511.95 | 1,511.95 | | | |
| 10/8/99 | 1755 | Shutts & Bowen | 1,444.32 | 1,444.32 | | | |
| /8/99 | 1756 | Shutts & Bowen | 1,930.03 | 1,930.03 | | | |
| /8/99 | 1757 | Shutts & Bowen | 15,462.30 | 15,462.30 | | | |
| 10/9/99 | 1758 | Shutts & Bowen | 850.50 | 850.50 | | | |

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
1999 FORM 1040X

1999 ADDITIONAL EXPENSES INCURRED RE: THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 10/9/99 | 1759 | Shutts & Bowen | 4,539.34 | 4,539.34 | | | |
| 10/9/99 | 1760 | Shutts & Bowen | 43,707.00 | 43,707.00 | | | |
| 10/9/99 | 1761 | Shutts & Bowen | 110,161.73 | 110,161.73 | | | |
| 10/9/99 | 1762 | Alan Mishael | 30,782.87 | 30,782.87 | | | |
| 10/9/99 | Wire | Shutts & Bowen | 37,600.00 | 37,600.00 | | | |
| 10/13/99 | 1763 | Shutts & Bowen | 32.90 | 32.90 | | | |
| 10/18/99 | 1764 | Shutts & Bowen | 4,717.11 | | 4,717.11 | | |
| 10/18/99 | 1765 | Shutts & Bowen | 5,524.86 | | 5,524.86 | | |
| 10/18/99 | 1766 | Shutts & Bowen | 1,388.53 | 1,388.53 | | | |
| 10/18/99 | 1767 | Shutts & Bowen | 2,542.21 | 2,542.21 | | | |
| 10/18/99 | 1768 | Shutts & Bowen | 35,690.25 | 35,690.25 | | | |
| 10/25/99 | DEPOSIT | Shutts & Bowen | (568.25) | (568.25) | | | |
| 10/26/99 | 1772 | Shutts & Bowen | 407.36 | 407.36 | | | |
| 11/1/99 | 1773 | Shutts & Bowen | 56,691.18 | 56,691.18 | | | |
| 11/16/99 | 1775 | Shutts & Bowen | 19,590.92 | 19,590.92 | | | |
| 11/16/99 | 1776 | Alan Mishael | 36,187.52 | 36,187.52 | | | |
| 11/16/99 | 1777 | Shutts & Bowen | 2,444.46 | 2,444.46 | | | |
| 11/16/99 | 1778 | Shutts & Bowen | 3,859.66 | 3,859.66 | | | |
| 1/16/99 | 1779 | Shutts & Bowen | 3,481.75 | 3,481.75 | | | |
| 1/16/99 | 1780 | Shutts & Bowen | 304.37 | 304.37 | | | |
| 11/16/99 | 1781 | Shutts & Bowen | 13,167.02 | 13,167.02 | | | |
| 1/16/99 | 1782 | Shutts & Bowen | 1,520.34 | 1,520.34 | | | |
| 1/16/99 | 1783 | Shutts & Bowen | 6,940.16 | 6,940.16 | | | |
| 11/16/99 | 1784 | Shutts & Bowen | 5,180.22 | 5,180.22 | | | |
| 11/26/99 | 1785 | Shutts & Bowen | 107,304.27 | 107,304.27 | | | |
| 12/4/99 | 1788 | Mark R. Solomon | 780.20 | 780.20 | | | |
| 12/8/99 | 1795 | Alan Mishael | 29,064.61 | 29,064.61 | | | |
| 12/8/99 | 1796 | Alan Mishael | 91,112.76 | 91,112.76 | | | |
| 12/8/99 | 1798 | Shutts & Bowen | 63,250.25 | 63,250.25 | | | |
| 12/8/99 | 1799 | Shutts & Bowen | 6,437.99 | | 6,437.99 | | |
| 12/8/99 | 1800 | Shutts & Bowen | 3,984.00 | 3,984.00 | | | |
| 12/8/99 | 1801 | Shutts & Bowen | 7,066.54 | 7,066.54 | | | |
| 12/8/99 | 1802 | Shutts & Bowen | 151.78 | 151.78 | | | |
| 12/8/99 | 1803 | Shutts & Bowen | 3,592.57 | 3,592.57 | | | |
| /16/99 | DEPOSIT | Gallwey, Gillman, Curtis | (4,005.23) | (4,005.23) | | | |
| /30/99 | 1809 | Shutts & Bowen | 63,562.50 | 63,562.50 | | | |
| 12/30/99 | 1810 | Shutts & Bowen | 1,000.00 | | 1,000.00 | | |
| /30/99 | 1811 | Shutts & Bowen | 500.00 | 500.00 | | | |
| /30/99 | 1812 | Shutts & Bowen | 3,015.57 | 3,015.57 | | | |
| 12/30/99 | 1813 | Shutts & Bowen | 411.38 | 411.38 | | | |
| 12/30/99 | 1814 | Shutts & Bowen | 2,928.68 | 2,928.68 | | | |
| /11/99 | S&B Trust | Michael Gertner | 500.00 | 500.00 | | | |
| 2/17/99 | S&B Trust | Joe McSorley | 3,735.40 | 3,735.40 | | | |
| 3/2/99 | S&B Trust | Schindler Cohen | 187.99 | 187.99 | | | |
| 13/99 | S&B Trust | Ibis Golf & C.C. | 350.00 | | | | 350.00 |
| | | Total | $ 2,439,990.61 | $ 2,309,111.07 | $ 80,024.05 | $ 50,505.49 | $ 350.00 |



20

EXHIBIT 1

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 1/02/00 | 1815 | Shutts & Bowen | 61,463.90 | 61,463.90 | | | |
| 1/02/00 | S&B Trust | Jean Provet | 200.00 | 200.00 | | | |
| 01/04/00 | 1817 | Shutts & Bowen | 4,101.95 | 4,101.95 | | | |
| 1/13/00 | DEPOSIT | Shutts & Bowen | (90.00) | (90.00) | | | |
| 1/27/00 | 1820 | McKinney, Bancroft | 25,000.00 | 25,000.00 | | | |
| 02/01/00 | 1821 | Shutts & Bowen | 60,978.19 | 60,978.19 | | | |
| 02/01/00 | 1822 | Shutts & Bowen | 9,517.50 | 9,517.50 | | | |
| 2/01/00 | 1823 | Shutts & Bowen | 3,762.74 | 3,762.74 | | | |
| 2/01/00 | 1824 | Shutts & Bowen | 856.04 | 856.04 | | | |
| 02/01/00 | 1825 | Shutts & Bowen | 327.28 | 327.28 | | | |
| 2/01/00 | 1826 | Alan Mishael | 33,679.09 | 33,679.09 | | | |
| 2/01/00 | 1827 | Shutts & Bowen | 406.25 | 406.25 | | | |
| 02/01/00 | 1828 | Shutts & Bowen | 5,581.14 | 5,581.14 | | | |
| 02/01/00 | 1828 | Shutts & Bowen | 6,983.93 | 6,983.93 | | | |
| 2/01/00 | 1829 | Shutts & Bowen | 4,958.73 | 4,958.73 | | | |
| 2/01/00 | 1830 | Shutts & Bowen | 3,997.58 | 3,997.58 | | | |
| 02/01/00 | 1831 | Shutts & Bowen | 1,450.00 | 1,450.00 | | | |
| 2/08/00 | S&B Trust | Action Trans | 75.88 | 75.88 | | | |
| 2/08/00 | S&B Trust | Ibis Golf & C.C. | 76.40 | | | | 76.40 |
| 02/11/00 | 1834 | Shutts & Bowen | 3,600.00 | 3,600.00 | | | |
| 02/11/00 | 1835 | Shutts & Bowen | 2,298.75 | 2,298.75 | | | |
| 2/11/00 | 1836 | Shutts & Bowen | 11,450.00 | 11,450.00 | | | |
| 2/11/00 | 1837 | Shutts & Bowen | 6,396.00 | 6,396.00 | | | |
| 02/25/00 | 1841 | Alan Mishael | 30,888.29 | 30,888.29 | | | |
| 2/29/00 | 687 | Chase VISA | 3,647.43 | 3,647.43 | | | |
| /04/00 | 1844 | Shutts & Bowen | 3,580.36 | 3,580.36 | | | |
| 03/04/00 | 1845 | Shutts & Bowen | 1,345.00 | 1,345.00 | | | |
| 03/04/00 | 1846 | Shutts & Bowen | 6,305.60 | 6,305.60 | | | |
| /04/00 | 1847 | Shutts & Bowen | 375.00 | 375.00 | | | |
| /04/00 | 1848 | Shutts & Bowen | 5,624.33 | 5,624.33 | | | |
| 03/04/00 | 1848 | Shutts & Bowen | 20,000.00 | 20,000.00 | | | |
| 3/04/00 | 1849 | Shutts & Bowen | 52.85 | 52.85 | | | |
| /04/00 | 1850 | Shutts & Bowen | 925.00 | 925.00 | | | |
| 03/04/00 | 1851 | Shutts & Bowen | 119.44 | 119.44 | | | |
| 03/06/00 | 1853 | Zack Konnitzki PA | 28,000.00 | 28,000.00 | | | |
| /22/00 | 1854 | Anderson & Carr, Inc. | 1,500.00 | 1,500.00 | | | |
| /24/00 | 1855 | Shutts & Bowen | 75,136.86 | 75,136.86 | | | |
| 03/24/00 | 1856 | Shutts & Bowen | 1,803.55 | 1,803.55 | | | |
| 03/24/00 | 1857 | Shutts & Bowen | 10,235.01 | 10,235.01 | | | |
| /28/00 | 1858 | Alan Mishael | 27,826.42 | 27,826.42 | | | |
| 04/05/00 | 1860 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 04/10/00 | 1861 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| /14/00 | 1863 | Meyer, Kirk, Synder | 235.00 | 235.00 | | | |
| /17/00 | 1864 | Shutts & Bowen | 56,964.99 | 56,964.99 | | | |
| 04/17/00 | 1865 | Shutts & Bowen | 3,665.18 | 3,665.18 | | | |
| 04/17/00 | 1866 | Shutts & Bowen | 2,332.75 | 2,332.75 | | | |
| /17/00 | 1867 | Shutts & Bowen | 4,272.00 | 4,272.00 | | | |
| 04/17/00 | 1868 | Shutts & Bowen | 4,041.00 | 4,041.00 | | | |
| 04/17/00 | 1870 | Shutts & Bowen | 5,228.02 | 5,228.02 | | | |
| /17/00 | 1871 | Shutts & Bowen | 20,805.25 | 20,805.25 | | | |
| /17/00 | 1872 | Shutts & Bowen | 625.30 | 625.30 | | | |
| 04/17/00 | 1873 | Shutts & Bowen | 1,287.85 | 1,287.85 | | | |
| 04/21/00 | S&B Trust | Siegel, O'Con. | 195.00 | 195.00 | | | |
| /24/00 | DEPOSIT | Shutts & Bowen | (4,804.76) | (4,804.76) | | | |
| 04/24/00 | DEPOSIT | Shutts & Bowen | (5,000.00) | (5,000.00) | | | |
| 04/25/00 | 1874 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |

ABEN E. AND JOAN G. JOHNSON

S.S.N. 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

2000 FORM 1040X

ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 04/26/00 | 1875 | Shutts & Bowen | 5,500.00 | 5,500.00 | | | |
| 04/26/00 | DEPOSIT | Gallwey, Gillman, Curtis | (6,341.88) | (6,341.88) | | | |
| 04/28/00 | S&B Trust | Gallwey, Gillman, Curtis | 66.47 | 66.47 | | | |
| 04/29/00 | 1876 | Shutts & Bowen | 3,583.80 | 3,583.80 | | | |
| 05/04/00 | 1877 | Alan Mishael | 38,447.22 | 38,447.22 | | | |
| 05/15/00 | S&B Trust | VerPloeg & Lumpkin | 400.00 | 400.00 | | | |
| 05/17/00 | 1881 | Shutts & Bowen | 5,005.20 | 5,005.20 | | | |
| 05/17/00 | 1882 | Shutts & Bowen | 3,959.17 | 3,959.17 | | | |
| 05/17/00 | 1883 | Shutts & Bowen | 9,183.00 | 9,183.00 | | | |
| 05/17/00 | 1884 | Shutts & Bowen | 1,420.45 | 1,420.45 | | | |
| 05/20/00 | 1885 | Shutts & Bowen | 10,146.65 | 10,146.65 | | | |
| 06/02/00 | 1889 | Shutts & Bowen | 53,329.96 | 53,329.96 | | | |
| 06/02/00 | 1890 | Shutts & Bowen | 5,878.51 | 5,878.51 | | | |
| 06/02/00 | 1891 | Shutts & Bowen | 1,600.00 | 1,600.00 | | | |
| 06/02/00 | 1892 | Shutts & Bowen | 52.31 | 52.31 | | | |
| 06/02/00 | 1893 | Shutts & Bowen | 133.85 | 133.85 | | | |
| 06/03/00 | 1894 | Alan Mishael | 26,481.28 | 26,481.28 | | | |
| 06/10/00 | 1896 | Anderson & Carr, Inc. | 1,500.00 | 1,500.00 | | | |
| 06/16/00 | 1897 | Shutts & Bowen | 58,683.13 | 58,683.13 | | | |
| 06/16/00 | 1898 | Shutts & Bowen | 2,336.58 | 2,336.58 | | | |
| 06/16/00 | 1899 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 06/16/00 | 1899 | Shutts & Bowen | 3,448.71 | 3,448.71 | | | |
| 06/16/00 | 1900 | Shutts & Bowen | 9,262.00 | 9,262.00 | | | |
| 06/16/00 | S&B Trust | Robin Carbo | 780.00 | 780.00 | | | |
| 06/16/00 | S&B Trust | VerPloeg & Lumpkin | 3,481.09 | 3,481.09 | | | |
| 06/20/00 | S&B Trust | Gemological Appraisal | 4,275.00 | | | 4,275.00 | |
| 06/21/00 | S&B Trust | Edwards, Koshiw | 10,580.00 | | | | 10,580.00 |
| 06/22/00 | 1902 | Shutts & Bowen | 220.80 | 220.80 | | | |
| 6/22/00 | 1903 | Shutts & Bowen | 160.00 | 160.00 | | | |
| 6/22/00 | S&B Trust | McElroy, Deutsch | 1,695.00 | 1,695.00 | | | |
| 06/27/00 | S&B Trust | Kevorkian & Partners | 6,112.68 | 6,112.68 | | | |
| 06/29/00 | S&B Trust | Atlantic Investigations | 2,233.95 | | 2,233.95 | | |
| 6/30/00 | S&B Trust | Cook, Schulmann | 21.50 | 21.50 | | | |
| 06/30/00 | S&B Trust | Michaelson & Co. | 13,769.00 | | | | 13,769.00 |
| 07/03/00 | S&B Trust | Alan Mishael | 25,235.47 | 25,235.47 | | | |
| 7/10/00 | S&B Trust | Executive Investigative | 1,615.44 | | 1,615.44 | | |
| 7/10/00 | S&B Trust | Joe McSorley | 45,264.64 | 45,264.64 | | | |
| 07/21/00 | S&B Trust | Robert Shalhoub | 2,181.38 | 2,181.38 | | | |
| 07/23/00 | 767 | American Express | 1,435.71 | 1,435.71 | | | |
| 7/31/00 | S&B Trust | Cook, Schulmann | 152.00 | 152.00 | | | |
| 07/31/00 | S&B Trust | Jean Provet | 134.00 | 134.00 | | | |
| 08/01/00 | S&B Trust | Alan Mishael | 25,842.91 | 25,842.91 | | | |
| 8/01/00 | S&B Trust | Executive Investigative | 1,512.30 | | 1,512.30 | | |
| 8/14/00 | DEPOSIT | FBI | (64.00) | (64.00) | | | |
| 08/17/00 | S&B Trust | Sheriff, Broward County | 3,000.00 | | | | 3,000.00 |
| 08/17/00 | S&B Trust | Sheriff, Broward County | 3,000.00 | | | | 3,000.00 |
| 9/07/00 | 1921 | Shutts & Bowen | 18,537.00 | 18,537.00 | | | |
| 09/07/00 | 1922 | Shutts & Bowen | 6,500.00 | 6,500.00 | | | |
| 09/07/00 | 1923 | Shutts & Bowen | 690.00 | 690.00 | | | |
| 9/13/00 | 1924 | Alan Mishael | 25,945.20 | 25,945.20 | | | |
| 9/15/00 | 1925 | Shutts & Bowen | 5,556.90 | 5,556.90 | | | |
| 09/15/00 | 1926 | Shutts & Bowen | 4,485.28 | 4,485.28 | | | |
| 09/15/00 | 1927 | Shutts & Bowen | 31,150.50 | 31,150.50 | | | |
| 9/20/00 | 1929 | Shutts & Bowen | 1,878.62 | 1,878.62 | | | |
| 09/20/00 | 1930 | Shutts & Bowen | 540.00 | 540.00 | | | |
| 09/21/00 | DEPOSIT | Shutts & Bowen | (2,000.00) | (2,000.00) | | | |

ABEN E. AND JOAN G. JOHNSON
S.S.N. 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
2000 FORM 1040X
ADDITIONAL COSTS INCURRED TO RECOVER THEFT LOSS

| Date | Check Number | Payee | Amount | Legal Costs | Investigation Costs | Appraisal Costs | Other Costs |
|---|---|---|---|---|---|---|---|
| 09/27/00 | 1931 | Shutts & Bowen | 59,589.57 | 59,589.57 | | | |
| 09/29/00 | 1932 | Shutts & Bowen | 454.18 | 454.18 | | | |
| 09/29/00 | 1933 | Shutts & Bowen | 1,757.58 | 1,757.58 | | | |
| 09/29/00 | 1934 | Shutts & Bowen | 912.52 | 912.52 | | | |
| 10/05/00 | 1935 | Shutts & Bowen | 56,749.92 | 56,749.92 | | | |
| 10/05/00 | 1936 | Alan Mishael | 25,631.50 | 25,631.50 | | | |
| 10/05/00 | 1937 | Shutts & Bowen | 1,805.30 | 1,805.30 | | | |
| 10/05/00 | 1938 | Shutts & Bowen | 4,225.71 | 4,225.71 | | | |
| 10/05/00 | 1939 | Shutts & Bowen | 31,501.99 | 31,501.99 | | | |
| 10/17/00 | 1941 | Shutts & Bowen | 490.00 | 490.00 | | | |
| 10/17/00 | 1942 | Shutts & Bowen | 7,550.66 | 7,550.66 | | | |
| 10/17/00 | 1943 | Alan Mishael | 10,879.00 | 10,879.00 | | | |
| 10/24/00 | 1945 | Shutts & Bowen | 61,337.06 | 61,337.06 | | | |
| 10/30/00 | 1946 | Shutts & Bowen | 3,203.19 | 3,203.19 | | | |
| 10/30/00 | 1947 | Shutts & Bowen | 10,000.00 | 10,000.00 | | | |
| 11/03/00 | 1949 | Shutts & Bowen | 20,181.36 | 20,181.36 | | | |
| 11/03/00 | 1950 | Mark Solomon | 4,056.00 | 4,056.00 | | | |
| 11/07/00 | 822 | UPS | 9.72 | | | | 9.72 |
| 11/16/00 | 1955 | Shutts & Bowen | 7,269.00 | 7,269.00 | | | |
| 11/16/00 | 1956 | Shutts & Bowen | 998.69 | 998.69 | | | |
| 11/21/00 | 1957 | Shutts & Bowen | 63,429.79 | 63,429.79 | | | |
| 11/21/00 | 1958 | Shutts & Bowen | 998.09 | 998.09 | | | |
| 11/21/00 | 1959 | Shutts & Bowen | 334.12 | 334.12 | | | |
| 11/21/00 | 1960 | Shutts & Bowen | 843.31 | 843.31 | | | |
| 12/13/00 | 1965 | Shutts & Bowen | 56,956.43 | 56,956.43 | | | |
| 12/13/00 | 1966 | Shutts & Bowen | 833.23 | 833.23 | | | |
| 12/13/00 | 1967 | Shutts & Bowen | 424.53 | 424.53 | | | |
| 12/20/00 | 1970 | Shutts & Bowen | 631.70 | 631.70 | | | |
| 12/22/00 | 1971 | Shutts & Bowen | 4,399.07 | 4,399.07 | | | |
| 12/22/00 | 1972 | Shutts & Bowen | 1,334.59 | 1,334.59 | | | |
| | | | $ 1,513,070.66 | $ 1,472,998.85 | $ 5,361.69 | $ 4,275.00 | $ 30,435.12 |

ABEN E. & JOAN G. JOHNSON
S.S.N. 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
2001 FORM 1040

EXHIBIT 1

2001 ADDITIONAL EXPENSES INCURRED RE:THEFT LOSS

| DATE | CHECK NUMBER | PAYEE | AMOUNT |
|---|---|---|---|
| 01/11/2001 | 1975 | S&B / EXEC INV SERVICE | 389.44 |
| 01/11/2001 | 1976 | S&B / GUYER & REGULES | 847.00 |
| 01/29/2001 | 1978 | S&B / CABINET DE TRADUC | 2932.54 |
| 01/29/2001 | 1979 | S&B / VERPLOEGO & LUM | 203.65 |
| 01/29/2001 | 1980 | S&B / ROBERT M.W. SHALH | 9,565.50 |
| 01/30/2001 | 1981 | S&B / EDWARDS, MELTON, ELLIS, KOSHIW | 16,800.00 |
| 02/05/2001 | 1982 | S&B / MCSORLEY | 86,324.82 |
| 02/09/2001 | DEP | S&B / OVERPAID COO | -833.09 |
| 02/10/2001 | 1985 | S&B / ATLANTIC INV & CONS | 829.06 |
| 02/22/2001 | 1988 | S&B / KEVORKIAN & PARTN | 12,921.33 |
| 02/24/2001 | 1992 | S&B / MICHAELSON & CO. | 9,447.75 |
| 03/01/2001 | 1993 | S&B / ATLANTIC INV & CONS | 937.80 |
| 03/01/2001 | 1995 | S&B / MCSORLEY | 68,803.60 |
| 03/06/2001 | 1999 | S&B / EXEC INV SERVICE | 2,016.86 |
| 03/10/2001 | 2000 | MARK R. SOLOMON | 11,750.00 |
| 03/10/2001 | 2001 | S&B / VERPLOEGO & LUM | 1,591.78 |
| 03/15/2001 | 2003 | S&B / MCSORLEY | 46,550.14 |
| 03/22/2001 | 2004 | S&B / KEVORKIAN & PARTN | 6,825.31 |
| 04/02/2001 | 2006 | S&B / VERPLOEGO & LUM | 1,135.28 |
| 04/02/2001 | 2008 | S&B / CORPORATE EDITIONS | 975.74 |
| 04/12/2001 | 2011 | DONALD A. PALMIERI/APPRAISAL NOTEBOOK | 39,093.00 |
| 04/13/2001 | 2012 | S&B / EXEC INV SERVICE | 275.81 |
| 04/13/2001 | 2013 | S&B / MEDIATION, INC. | 741.50 |
| 04/21/2001 | 2014 | S&B / MCSORLEY | 40,751.64 |
| 04/24/2001 | 2016 | S&B / VERPLOEGO & LUM | 1,790.03 |
| 05/04/2001 | 2017 | S&B / KEVORKIAN & PARTN | 4,588.20 |
| 05/08/2001 | 2018 | S&B / EXEC INV SERVICE | 348.74 |
| 05/08/2001 | 2019 | S&B / MEDIATION, INC. | 304.00 |
| 05/23/2001 | 2024 | S&B / MCSORLEY | 38,502.38 |
| 05/29/2001 | 2026 | S&B / VERPLOEGO & LUM | 2,277.30 |
| 05/29/2001 | 2027 | S&B / KEVORKIAN & PARTN | 2,129.13 |
| 06/11/2001 | 2030 | EDWARDS, MELTON, ELLIS, KOSHIW & CO, PC | 23,059.00 |
| 06/15/2001 | 2033 | S&B / MCSORLEY | 8.60 |
| 06/25/2001 | 2035 | S&B / KEVORKIAN & PARTN | 4,930.00 |
| 07/10/2001 | DEP | S&B / COOK SCHULMAN (RETAINER REFUND) | -269.25 |
| 07/12/2001 | 2038 | S&B / MCSORLEY | 41,608.69 |
| 07/12/2001 | 2039 | S&B / KEVORKIAN & PARTN | 4,623.82 |
| 07/25/2001 | 2041 | S&B / SPECIER/CORTEZ | 114.50 |
| 07/25/2001 | 2042 | S&B / MCSORLEY | 32,536.27 |
| 08/20/2001 | 2045 | MEYER, KIRK, SNYDER & | 7,307.26 |

| | | |
|---|---|---|
| 08/22/2001 | 2048 S&B / MCSORLEY | 36,085.38 |
| 08/24/2001 | 2049 S&B / VERPLOEGO & LUM | 4,584.50 |
| 08/30/2001 | 2050 S&B / EXEC INV SERVICE | 415.01 |
| 09/07/2001 | 2051 S&B / SPECIER/CORTEZ | 87.00 |
| 09/22/2001 | 2055 S&B / MCSORLEY | 23,207.10 |
| 10/20/2001 | 2059 S&B / MCSORLEY | 24,558.76 |
| 10/20/2001 | 2060 S&B / MICHAELSON & CO. | 11,727.43 |
| 11/14/2001 | 2063 MEYER, KIRK, SNYDER & | 697.40 |
| 11/17/2001 | 2064 S&B / MICHAELSON & CO. | 4,509.15 |
| 11/19/2001 | 2067 S&B / MCSORLEY | 35,684.86 |
| 11/20/2001 | 2068 S&B / VERPLOEGO & LUM | 746.06 |
| 12/10/2001 | 2073 S&B / SCHINDLER COHEN | 1,811.00 |
| 12/17/2001 | 2074 S&B / MCSORLEY | 33,828.60 |
| 12/19/2001 | 2075 S&B / MICHAELSON & CO. | 2,242.50 |
| 12/26/2001 | 2078 S&B / VERPLOEGO & LUM | 3,475.92 |
| 12/26/2001 | 2079 EDWARDS, MELTON, ELLIS, KOSHIW & CO, PC | 44,416.00 |
| 12/13/2001 | 1188 MEYER, KIRK, SNYDER & | 1,744.84 |
| | TOTAL | $754,556.64 |

Form **8275** (Rev. May 2001)
Department of the Treasury
Internal Revenue Service

# Disclosure Statement

Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement.
See separate instructions.
▶ Attach to your tax return.

OMB No. 1545-0889
Attachment Sequence No. 92

Name(s) shown on return: ABEN E. & JOAN G. JOHNSON
Identifying no. shown on return: 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

**Part I** General Information (See instructions)

| | (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|---|
| 1 | NONE | | SEE STATEMENT BELOW<br>THEFT DEDUCTION | 1040X | 2B | 69,368,842 |
| 2 | | | | | | |
| 3 | | | | | | |

**Part II** Detailed Explanation (See instructions)

1 A CLAIM FOR REFUND (FORM 1040X) FOR 1997, 1998, 1999 AND FOR 2000 HAVE BEEN FILED CLAIMING THE SAME THEFT LOSS SHOWN ON THE 2001 CLAIM WITH SLIGHTLY DIFFERENT AMOUNTS BECAUSE OF ADDITIONAL COSTS OF RECOVERY AND DIFFERENT
2 APPRAISED VALUES OF THE GEMS AT EACH YEAR-END. THE FOUR RETURNS FOR 1997-2000 HAVE BEEN PREVIOUSLY FILED AND THE TAXPAYERS DO NOT CLAIM THAT THEY ARE ENTITLED TO ANY DUPLICATED DEDUCTIONS THAT APPEAR ON ALL THE
3 RETURNS, BUT THEY DO CLAIM THAT THEY ARE ENTITLED TO A THEFT LOSS IN ONE OF THE FIVE YEARS. ALSO, SEE EITHER 1997, 1998, 1999, 2000 OR 2001 FORM 1040X FOR AN EXTENSION OF THE DUPLICATION OF CERTAIN AMOUNTS FOR (CONTINUED)

**Part III** Information About Pass-Through Entity. To be completed by partners, shareholders, beneficiaries, or residual interest holders.

Complete this part only if you are making adequate disclosure for a pass-through item.

Note: A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company (RIC), real estate investment trust (REIT), or real estate mortgage investment conduit (REMIC).

1 Name, address, and ZIP code of pass-through entity

2 Identifying number of pass-through entity

3 Tax year of pass-through entity
to

4 Internal Revenue Service Center where the pass-through entity filed its return

For Paperwork Reduction Act Notice, see separate instructions.

Form **8275** (Rev. 5-2001)

DAA



26

ABEN E. & JOAN G. JOHNS... ...3-24-4331

Form 8275 (Rev. 5-2001) Page 2

**Part IV Explanations** (continued from Parts I and/or II)

1994 AND 1995 (CURRENTLY IN LITIGATION IN THE COURT OF FEDERAL CLAIMS AS ABEN E. AND JOAN JOHNSON VS. THE UNITED STATES OF AMERICA.)

Department of the Treasury
Internal Revenue Service

ATLANTA, GA 39901

# EXHIBIT A

In reply refer to: 0782100000
Feb. 20, 2001 LTR 105C N
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 199712 30 1
Input Op: 0759405320 00405

ABEN E & JOAN G JOHNSON JR
% RICHARD A EDWARDS CPA
EDWARDS MELTON ELLIS KOSH
2855 COOLIDGE HWY STE 103
TROY MI 48084

CERTIFIED MAIL

| | | |
|---|---|---|
| Taxpayer Identification Number: | 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 | |
| Kind of Tax: | Personal Income | |
| Amount of Claim(s): | $ 613,669.00 | 121,635.00 |
| | 55,769.00 | |
| Date Claim(s) Received: | Nov. 06, 2000 | |
| Tax Period(s): | Dec. 31, 1994 | Dec. 31, 1995 |
| | Dec. 31, 1997 | |

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s). We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

It has been determined by our Examination Branch that you have a theft loss which should be claimed in 1997, the year of discovery. The resulting 1997 net operating loss can then be carryback 3 tax years and forward 15 years. The statute for amending your 1997 tax return and claiming the net operating loss carryback expires on October 15, 2001.

If you want to appeal our decision to disallow your claim, you must provide a brief written statement of the issues you don't agree with. The facts contained in the written statement should be detailed and complete, including names, amounts, locations, etc.

You should include the following:

1. A statement that you want to appeal the disallowance.

2. Your name, address, and a telephone number where you can be contacted during the day.

3. A statement of facts supporting your reasons for disputing the disallowance.

4. A statement outlining the law or other authority that supports your claim.

You must declare that the statement of facts is true under penalties

Department of the Treasury
Internal Revenue Service

0782100000
Feb. 20, 2001 LTR 105C N
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 199712 30 1
Input Op: 0759405320 00406

ABEN E & JOAN G JOHNSON JR
% RICHARD A EDWARDS CPA
EDWARDS MELTON ELLIS KOSH
2855 COOLIDGE HWY STE 103
TROY MI 48084

of perjury. You may do this by adding the following statement and signing it:

"Under penalties of perjury, I declare that the facts presented in my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

An attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service may represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written authorization) to your written statement.

If your authorized representative prepares the written statement, he or she should include a declaration stating that he or she prepared the written statement and accompanying documents and whether he or she knows personally that the protest and accompanying documents are true and correct.

Please mail your request for an appeal to the address shown on this letter.

If you want to sue to recover tax, penalties, or other amounts, you may file a lawsuit with the United States District Court having jurisdiction or with the United States Court of Federal Claims. These courts are independent bodies and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the mailing date of this letter. If you decide to appeal our decision first, the 2-year period still begins from the mailing date of this letter. However, if you signed an agreement that waived your right to the notice of disallowance (Form 2297), the period for filing a lawsuit began on the date you filed the waiver.

If you have any questions, please call us toll free at 1-800-829-1040. If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Department of the Treasury
Internal Revenue Service

0782100000
Feb. 20, 2001 LTR 105C N
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 199712 30 1
Input Op: 0759405320 00407

ABEN E & JOAN G JOHNSON JR
% RICHARD A EDWARDS CPA
EDWARDS MELTON ELLIS KOSH
2855 COOLIDGE HWY STE 103
TROY MI 48084

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number ( )____________________ Hours________________

Sincerely yours,

Ellen C Bell

Ellen C. Bell
Field Dir., Accounts Management

Enclosure(s):
Publication 1

30

AO 245B (Rev. 3/96) Sheet 1 - Judgment in a Criminal Case

# EXHIBIT B

FILED by [illegible] D.C.
JUN - 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
JOHN ROBERT HASSON

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 9:99CR08063-001

AUSA Neil Karadbil/David Tucker, Jeanne Baker, Esq.
Defendant's Attorney

THE DEFENDANT:

☐ pleaded guilty to count(s) ______

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☒ was found guilty on count(s) One, two, three, four, eight and nine after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit crimes against the United States | 05/24/1999 | One |
| 18 U.S.C. § 1343 | Wire fraud | 03/06/1995 | Two |
| 18 U.S.C. § 1343 | Wire fraud | 05/14/1996 | Three |

See Additional Counts of Conviction - Page 2

The defendant is sentenced as provided in pages 2 through 9 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) six and seven

☐ Count(s) ______ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 05/05/1952
Defendant's USM No.: 53512-004
Defendant's Residence Address:
Federal Detention Center
Miami FL

Defendant's Mailing Address:
Federal Detention Center
Miami FL

06/08/2000
Date of Imposition of Judgment

[signature]
Signature of Judicial Officer

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

6/9/00
Date

141

(31)

/FENDANT: JOHN ROBERT HASSON

:ASE NUMBER: 9:99CR08063-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire fraud | 07/11/1996 | Four |
| 18 U.S.C. § 1956 (h) | Conspiracy to commit money laundering | 05/24/1999 | Eight |
| 18 U.S.C. § 371 | Conspiracy to commit obstruction of justice | 05/24/1999 | Nine |

NDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 480 month(s).

This sentence consists of 240 months as to Count eight and 48 months each on counts one, two, three, four and nine. The sentences imposed in counts one, two, three, four and nine are to be served consecutively with the sentence imposed in count eight.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ a.m./p.m. on ______________.
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______________.
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________________ to ______________________

at ______________________, with a certified copy of this judgment.

______________________
UNITED STATES MARSHAL

By ______________________
Deputy U.S. Marshal

NDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 year(s).

on each of counts one, two, three, four, eight and nine; to run concurrently with each other.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Page 5

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

:ENDANT: JOHN ROBERT HASSON

\SE NUMBER: 9:99CR08063-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer.

.NDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

## CRIMINAL MONETARY PENALTIES

• The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set 'orth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 550.00 | $ | $ 78,408,691.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement .............. $ __________

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ __________.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until __________. An Amended Judgment in a Criminal Case will be entered after such a determination.

☒ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Aben and Joan Johnson | | $77,722,811.00 | |
| Gregory John Norman | | $11,880.00 | |
| James Cunningham | | $600,000.00 | |
| Lawrence P. Dixon | | $74,000.00 | |
| Totals: | $ | $ 78,408,691.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

36

[146]

.NDANT: JOHN ROBERT HASSON

SE NUMBER: 9:99CR08063-001

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☒ in full immediately; or

B ☐ $ ______________ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than __________ ; or

D ☐ in installments to commence ______ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in ______________ *(e.g. equal, weekly, monthly, quarterly)* installments of $ ____________ over a period of ______ year(s) to commence ______ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

Restitution is payable to the U.S. Courts and is to be addressed to: U.S. Clerk's Office, Attn: Financial Center, 301 N. Miami Avenue, Room 150, Miami, FL 33128. Restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.

☐ The defendant shall pay the cost of prosecution.

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:

See Additional Forfeited Property - Page 8

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

ENDANT: JOHN ROBERT HASSON

ASE NUMBER: 9:99CR08063-001

# ADDITIONAL FORFEITED PROPERTY

The defendant shall forfeit all of defendant's right, title and interest in all of the properties set forth in the Order Of Forfeiture entered in these proceedings pursuant to Title 18, USC, Sction 982, on March 3, 2000.

ENDANT: JOHN ROBER( SSON.

ASE NUMBER: 9:99CR08063-001

# STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

Guideline Range Determined by the Court:

Total Offense Level: 40

Criminal History Category: I

Imprisonment Range: 292-365 months

Supervised Release Range: 2-3 years

Fine Range: $ 25,000.00 to $ 100,000,000.00

☐ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ 78,408,691.00

☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the forseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered for the following reason(s):

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

☒ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

The court upwardly departed pursuant to Section 5K2.0 by two levels to level 42.

OR

☐ The sentence departs from the guideline range:

☐ upon motion of the government, as a result of defendant's substantial assistance.

☐ for the following specific reason(s):

Form **1040X** (Rev. November 2000)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ **See separate instructions.**

OMB No. 1545-0091

**This return is for calendar year ▶** 1996 **, or fiscal year ended ▶**

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ABEN E. | JOHNSON | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| JOAN G. | JOHNSON | 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Phone number |
| 12000 BANYAN ROAD | | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. | | For Paperwork Reduction Act Notice, see page 6. |
| NORTH PALM BEACH FL 33408-2511 | | |

A If the name or address shown above is different from that shown on the original return, check here . . . . . . ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? . . . . ☐ Yes ☒ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

RECEIVED 15 DEC 19 2001 DISTRICT DIRECTOR SOUTH FLORIDA DISTRICT INTERNAL REVENUE SERVICE WEST PALM BEACH

| Use Part II on the Back to Explain any Changes | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 9,440,513 | (8,251,880) | 1,188,633 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 1,188,723 | (90) | 1,188,633 |
| 3 Subtract line 2 from line 1 | 3 | 8,251,790 | (8,251,790) | 0 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 8,251,790 | (8,251,790) | 0 |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C ____ | 6 | 3,242,709 | (3,242,709) | |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 3,242,709 | (3,242,709) | |
| 9 Other taxes (see page 4) | 9 | | 238,307 | 238,307 |
| 10 Total tax. Add lines 8 and 9 | 10 | 3,242,709 | (3,004,402) | 238,307 |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 5 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 4,100,000 | 0 | 4,100,000 |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439 or Form 4136 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 5) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 4,100,000 |

## Refund or Amount You Owe

| | | |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 857,291 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 3,242,709 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 3,004,402 |
| 23 Amount of line 22 you want **refunded to you** | 23 | 3,004,402 |
| 24 Amount of line 22 you want **applied to your estimated tax** 24 | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature] 12/18/01 — Your signature — Date

▶ [signature] 12/18/01 — Spouse's signature. If a joint return, both must sign. — Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ [signature] | Date 12/17/2001 | Check if self-employed ☐ | Preparer's SSN or PTIN P00009633 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ EDWARDS, MELTON, ELLIS, KOSHIW & CO., P.C. 2855 COOLIDGE HWY, SUITE #103, TROY MI 48084 | | EIN 38-2337970 | Phone no. 248-643-4545 |

Form **1040X** (Rev. 11-2000)

ISA STF FED3171F.1

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 - 31.
If claiming **fewer exemptions,** complete lines 25 - 30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse . . . . . **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 Your dependent children who lived with you . . . . . | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation . . . . . | 27 | | | |
| 28 Other dependents . . . . . | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 . . . . . | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2000 | $2,800 | $96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note.** For tax years after 1997, do not complete column (e) below. For tax year 1997, do not complete column (d) below.

| (a) First name Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
- lived with you . . . . . . . ▶ ☐
- **did not live** with you due to divorce or separation (see page 5) . . . . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . ▶ ☒

SEE ATTACHED EXPLANATION.

Line 1 col. B:

Net operating loss carryback to 1996 $ 8,254,880

Capital loss deducted on original return,
no benefit available after carryback to
be carried foward to 1997 ⟨3,000⟩

Net decrease to income $ 8251,880

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . ▶ ☐



STF FED3171F.2



②

rm 1045 (1998) ABEN E. & JOAN G. JOHNSON 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 Page 2

## Schedule A-Net Operating Loss (NOL). See page 4 of the instructions.

| Line | Description | No. | Amount | No. | Amount | No. | Amount |
|---|---|---|---|---|---|---|---|
| | Adjusted gross income from your 1998 Form 1040, line 34. Estates and trusts, skip lines 1 and 2 | | | | | 1 | 3,767,977 |
| | Deductions (individuals only): | | | | | | |
| a | Enter the amount from your 1998 Form 1040, line 36 | | | 2a | 61,110,117 | | |
| b | Enter your deduction for exemptions from your 1998 Form 1040, line 38 | | | 2b | | | |
| c | Add lines 2a and 2b | | | | | 2c | ( 61,110,117) |
| 3 | Combine lines 1 and 2c. Estates and trusts, enter taxable income | | | | | 3 | -57,342,140 |
| | **Note:** If line 3 is zero or more, do not complete rest of schedule. You **do not** have a net operating loss. | | | | | | |
| | **Adjustments:** | | | | | | |
| 4 | Deduction for exemptions from line 2b above. Estates and trusts, enter the exemption amount from tax return | | | 4 | | | |
| | Total nonbusiness capital losses before limitation. Enter as a positive number | 5 | 28,725 | | | | |
| 6 | Total nonbusiness capital gains (without regard to any section 1202 exclusion) | 6 | 43,023 | | | | |
| | If line 5 is more than line 6, enter the difference; otherwise, enter -0- | 7 | | | | | |
| | If line 6 is more than line 5, enter the difference; otherwise, enter -0- | 8 | 14,298 | | | | |
| | Nonbusiness deductions. See page 4 of the instructions | 9 | 153,496 | | | | |
| | Nonbusiness income other than capital gains. See page 4 of the instructions | 10 | 3,751,603 | | | | |
| 11 | Add lines 8 and 10 | 11 | 3,765,901 | | | | |
| | If line 9 is more than line 11, enter the difference; otherwise, enter -0- | | | 12 | | | |
| | If line 11 is more than line 9, enter the difference; otherwise, enter -0-. Do not enter more than line 8 | 13 | 14,298 | | | | |
| | Total business capital losses before limitation. Enter as a positive number | 14 | | | | | |
| 15 | Total business capital gains (without regard to any section 1202 exclusion) | 15 | 2,076 | | | | |
| | Add lines 13 and 15 | 16 | 16,374 | | | | |
| | If line 14 is more than line 16, enter the difference; otherwise, enter -0- | 17 | 0 | | | | |
| | Add lines 7 and 17 | 18 | | | | | |
| 1 | Enter the loss, if any, from line 17 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 16, column (3), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 19 through 24 and enter on line 25 the amount from line 18 | 19 | | | | | |
| | Section 1202 exclusion. Enter as a positive number | | | 20 | | | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | 21 | | | | | |
| 2 | Enter the loss, if any, from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 17 of Schedule D (Form 1041).) Enter as a positive number | 22 | | | | | |
| 2 | If line 21 is more than line 22, enter the difference; otherwise enter -0- | 23 | | | | | |
| 24 | If line 22 is more than line 21, enter the difference; otherwise, enter -0- | | | 24 | | | |
| 2 | Subtract line 23 from line 18. If zero or less, enter -0- | | | 25 | 0 | | |
| 2 | Net operating loss deduction for losses from other years. Enter as a positive number | | | 26 | | | |
| 2 | Add lines 4, 12, 20, 24, 25, and 26 | | | | | 27 | |
| 2 | **Net operating loss.** Combine lines 3 and 27. If the result is less than zero, enter it here and on page 1, line 1a. If the result is zero or more, you **do not** have a net operating loss | | | | | 28 | -57,342,140 |

**Schedule B-Net Operating Loss Carryover.** See the instructions beginning on page 4.

| Complete one column before going to the next column. | (a) 3rd preceding tax year ended ▶ 12/31/95 | | (b) 2nd preceding tax year ended ▶ 12/31/96 | | (c) 1st preceding tax year ended ▶ 12/31/97 | |
|---|---|---|---|---|---|---|
| **1 Net operating loss deduction** from Form 1045, line 11, on page 1 | | 57342140 | | 47356531 | | 39101651 |
| 2 Taxable income from tax return (or as previously adjusted) before 1998 NOL carryback. See page 5 of the instructions | 9,985,609 | | 8,251,790 | | 146366544 | |
| 3 Net capital loss deduction. See page 5 of the instructions | | | 3,000 | | | |
| 4 Adjustments to adjusted gross income. See page 5 of the instructions | | | | | Capital loss carryforward from 1996 -3,000 | |
| 5 Adjustment to itemized deductions. See page 5 of the instructions | | | 90 | | -90 | |
| 6 Deduction for exemptions from tax return (or as previously adjusted). Estates and trusts, enter exemption amount | | | | | | |
| 7 Modified taxable income. Combine lines 2 through 6. If zero or less, enter -0- | | 9,985,609 | | 8,254,880 | | 146363454 |
| **8 Net operating loss carryover.** Subtract line 7 from line 1. If zero or less, enter -0-. See page 5 of the instructions | | 47356531 | | 39101651 | | 0 |
| **Adjustment to Itemized Deductions (Individuals Only)** Complete lines 9 through 33 **ONLY** for the carryback year(s) for which you itemized deductions | | | | | | |
| 9 Adjusted gross income per return (or as previously adj.) before 1998 NOL carryback | 10413968 | | 9,440,513 | | 148441551 | |
| 10 Add lines 3 and 4 above | | | 3,000 | | -3,000 | |
| 11 Modified adjusted gross income. Add lines 9 and 10 | 10413968 | | 9,443,513 | | 148438551 | |
| 12 Medical expenses from Sch. A (Form 1040), line 1 (line 2 for 1988-89) (or as previously adjusted) | | | | | | |
| 13 Multiply line 11 by 7.5% (.075) | | | | | | |
| 14 Subtract line 13 from line 12. If zero or less, enter -0- | 0 | | 0 | | 0 | |
| 15 Medical expenses from Sch. A (Form 1040), line 4 (or as previously adjusted) | | | | | | |
| 16 Subtract line 14 from line 15 | | | | | | |

orm 1045 (1998) ABEN E. & JOAN G. JOHNSON 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 Page 4

## Schedule B-Net Operating Loss Carryover (Continued)

| Complete one column before going to the next column. | (a) 3rd preceding tax year ended ▶ 12/31/95 | | (b) 2nd preceding tax year ended ▶ 12/31/96 | | (c) 1st preceding tax year ended ▶ 12/31/97 | |
|---|---|---|---|---|---|---|
| 17 Modified adjusted gross income from line 11 on page 3 | 10413968 | | 9,443,513 | | 148438551 | |
| 18 Enter as a positive number any NOL carryback from a year before 1998 that was deducted in figuring line 9 on page 3 | | | | | | |
| 19 Add lines 17 and 18 | 10413968 | | 9,443,513 | | 148438551 | |
| 20 Refigure your charitable contributions using line 19 as your adjusted gross income. See page 5 of the instructions | 5,426 | | 4,025 | | 27,631 | |
| 21 Charitable contributions from Sch. A (Form 1040), line 18 (line 17 for 1988-90, ln. 16 for 1991-93) (or as previously adjusted) | 5,426 | | 4,025 | | 27,631 | |
| 22 Subtract line 20 from line 21 | | | | | | |
| 23 Casualty and theft losses from Form 4684, line 16 (or as previously adjusted) | | | | | | |
| 24 Multiply line 17 by 10% (.10) | | | | | | |
| 25 Subtract line 24 from line 23. If zero or less, enter -0- | 0 | | 0 | | 0 | |
| 26 Casualty and theft losses from Form 4684, line 18 (or as previously adjusted) | | | | | | |
| 27 Subtract line 25 from line 26 | | | | | | |
| 28 Miscellaneous itemized deductions from Sch. A (Form 1040), line 23 (line 22 for 1988-90, line 21 for 1991-93) (or as previously adjusted) | 9,388 | | 10,415 | | 9,947 | |
| 29 Multiply line 17 by 2% (.02) | 208,279 | | 188,870 | | 2,968,771 | |
| 30 Subtract line 29 from line 28. If zero or less, enter -0- | 0 | | 0 | | 0 | |
| 31 Miscellaneous itemized deductions from Sch. A (Form 1040), line 26 (line 24 for 1988-89 and 1991-93, line 25 for 1990) (or as previously adjusted) | | | | | | |
| 32 Subtract line 30 from line 31 | | | | | | |
| 33 Complete the worksheet on page 6 of the instructions if line 17 is more than: • $100,000 for 1991 ($50,000 if married filing separately); • $105,250 for 1992 ($52,625 if married filing separately); • $108,450 for 1993 ($54,225 if married filing separately); • $111,800 for 1994 ($55,900 if married filing separately); • $114,700 for 1995 ($57,350 if married filing separately); • $117,950 for 1996 ($58,975 if married filing separately); or • $121,200 for 1997 ($60,600 if married filing separately). Otherwise, combine lines 16, 22, 27, and 32; enter the result here and on line 5 (page 3) | | | | | | |

AA



(5)

Form **1045**

# Itemized Deductions Limitation Worksheet

**1998**

Name: ABEN E. & JOAN G. JOHNSON

Taxpayer Identification Number: 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

| Enter applicable carryback year ▶ | 1995 | | 1996 | | 1997 | |
|---|---|---|---|---|---|---|
| 1. Add the amounts from Form 1045, Schedule B, lines 14, 20, 25, and 30, and the amounts from Schedule A (Form 1040), lines 9, 14, and 27* (lines 9, 14, 27, and 28 for 1994; lines 8, 12, 18, and 25 for 1991-93) (or as previously adjusted) | | 724,669 | | 1,468,400 | | 6,524,618 |
| 2. Add the amounts from Form 1045, Schedule B, lines 14 and 25; Schedule A (Form 1040), line 13* (line 11 for 1991-93), and any gambling losses included on Schedule A (Form 1040), line 27* (line 28 for 1994; line 25 for 1991-93) (or as previously adjusted) | | 354,282 | | 769,748 | | 150,891 |
| 3. Subtract line 2 from line 1. If the result is zero or less, STOP HERE; combine lines 16, 22, 27 and 32 of Form 1045, Schedule B, and enter the result on line 33 and line 6 of Form 1045, Schedule B | | 370,387 | | 698,652 | | 6,373,727 |
| 4. Multiply line 3 by 80% (.80) | 296,310 | | 558,922 | | 5,098,982 | |
| 5. Enter the amount from Form 1045, Schedule B, line 11 | 10413968 | | 9,443,513 | | 148438551 | |
| 6. Enter: •$100,000 for 1991 ($50,000 if married filing separately); •$105,250 for 1992 ($52,625 if married filing separately); •$108,450 for 1993 ($54,225 if married filing separately); •$111,800 for 1994 ($55,900 if married filing separately); •$114,700 for 1995 ($57,350 if married filing separately); •$117,950 for 1996 ($58,975 if married filing separately); •$121,200 for 1997 ($60,600 if married filing separately). ▶ | 114,700 | | 117,950 | | 121,200 | |
| 7. Subtract line 6 from line 5 | 10299268 | | 9,325,563 | | 148317351 | |
| 8. Multiply line 7 by 3% (.03) | 308,978 | | 279,767 | | 4,449,521 | |
| 9. Enter the smaller of line 4 or line 8 | 296,310 | | 279,767 | | 4,449,521 | |
| 10. Subtract line 9 from line 1 | | 428,359 | | 1,188,633 | | 2,075,097 |
| 11. Total itemized deductions from Schedule A (Form 1040), line 28* (line 29 for 1994; line 26 for 1991-93) (or as previously adjusted) | | 428,359 | | 1,188,723 | | 2,075,007 |
| 12. Subtract line 10 from line 11. Enter the difference here and on line 5 of Form 1045, Sch. B | | | | 90 | | -90 |

*If you filed Form 1040-T in 1995, use the amounts from the appropriate lines.

A

Form **1040** Department of the Treasury-Internal Revenue Service
# U.S. Individual Income Tax Return 1998
(99) IRS Use Only-Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1998, or other tax year beginning , 1998, ending , 19 OMB No. 1545-0074

**abel** (See instructions on page 18.) Use the IRS label. Otherwise, please print or type.

LABEL HERE

| | |
|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON |
| Home address (number and street). If you have a P.O. box, see page 18.: 12000 BANYAN ROAD | Apt. no. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.: NORTH PALM BEACH FL 33408-2511 | |

**Your social security number** 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

**Spouse's social security number** 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

**IMPORTANT!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b [X] **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qual. child for child tax credit (see pg. 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 19.

No. of your children on 6c who: ● lived with you ___ ● did not live with you due to divorce or separation (see page 19) ___

Dependents on 6c not entered above ___

d Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | |
| 8a | **Taxable** interest. Attach Schedule B if required | | 423,829 |
| b | **Tax-exempt** interest. DO NOT include on line 8a | 8b 78,278 | |
| 9 | Ordinary dividends. Attach Schedule B if required | | 3,304,907 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | | 1,400 |
| 11 | Alimony received | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | |
| 13 | Capital gain or (loss). Attach Schedule D | | 16,374 |
| 14 | Other gains or (losses). Attach Form 4797 | | |
| 15a | Total IRA distributions | 15a | 15b Taxable amount (see page 22) |
| 16a | Total pensions and annuities | 16a | 16b Taxable amount (see page 22) |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 899 |
| 18 | Farm income or (loss). Attach Schedule F | | |
| 19 | Unemployment compensation | | |
| 20a | Social security benefits | 20a 15,488 | 20b Taxable amount (see page 24): 13,165 |
| 21 | Other income. List type & amount-see pg. 24 SEE STATEMENT 1 | | 7,403 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | 3,767,977 |

**Adjusted Gross Income**

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC instr. on page 30.

| Line | Description | | Amount |
|---|---|---|---|
| 23 | IRA deduction (see page 25) | 23 | |
| 24 | Student loan interest deduction (see page 27) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | 3,767,977 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 51.** Form 1040 (1998)

A

ATTACHMENT ONLY - DO NOT PROCESS [156] (1)

orm 1040 (1998) ABEN E. & JOAN G. JOHNSON 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 Page 2

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| Tax and Credits | 34 | Amount from line 33 (adjusted gross income) | 34 | 3,767,977 |
| | 35a | Check if: ☒ You were 65 or older, ☐ Blind; ☒ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a 2 | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 29 and check here ▶ 35b ☐ | | |
| Standard Deduction for Most People: Single: $4,250; Head of household: $6,250; Married filing jointly or Qualifying widow(er): $7,100; Married filing separately: $3,550 | 36 | Enter the **larger** of your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 61,110,117 |
| | 37 | Subtract line 36 from line 34 | 37 | -57,342,140 |
| | 38 | If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet on page 30 for the amount to enter | 38 | 0 |
| | 39 | **Taxable income.** Subt. line 38 from line 37. If ln. 38 is more than ln. 37, enter -0- | 39 | 0 |
| | 40 | **Tax.** See page 30. Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 0 |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| | 43 | Child tax credit (see page 31) | 43 | |
| | 44 | Education credits. Attach Form 8863 | 44 | |
| | 45 | Adoption credit. Attach Form 8839 | 45 | |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| | 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 47 | |
| | 48 | Add lines 41 through 47. These are your **total credits** | 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 0 |
| Other Taxes | 50 | Self-employment tax. Attach Schedule SE | 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 | Tax on IRAs , other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | 55 | |
| | 56 | Add lines 49 - 55. This is your **total tax** ▶ | 56 | 0 |
| Payments | 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | |
| Attach Forms W-2 and W-2G on the front. Also attach Form 1099-R if tax was withheld. | 58 | 1998 estimated tax payments & amount applied from 1997 return | 58 | 1,248,768 |
| | 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child b Nontaxable earned inc.: amt.▶ & type ▶ | 59a | |
| | 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| | 61 | Amount paid with Form 4868 (request for extension) | 61 | 560,000 |
| | 62 | Excess social security and RRTA tax withheld (see page 43) | 62 | |
| | 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | |
| | 64 | Add lines 57, 58, 59a, & 60 - 63. These are your **total payments** ▶ | 64 | 1,808,768 |
| Refund | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | 1,808,768 |
| Have it directly deposited! See page 44 and fill in 66b, 66c, and 66d. | 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a | 279,814 |
| | b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 67 | Amount of line 65 you want **APPLIED TO YOUR 1999 EST. TAX** ▶ | 67 | 1,528,954 |
| Amount You Owe | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 44 ▶ | 68 | |
| | 69 | Estimated tax penalty. Also include on line 68 | 69 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 18. Keep a copy for your records.

| | | | |
|---|---|---|---|
| Your signature | Date | Your occupation RETIRED | Daytime telephone number (optional) |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation RETIRED | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. 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 |
| Firm's name (or yours if self-employed) and address | EDWARDS, KOSHIW, MELTON & CO., P.C. | EIN | 38-2337970 |
| | 2855 COOLIDGE HWY., STE. 103 TROY MI | ZIP code | 48084-3202 |

DAA

ATTACHMENT ONLY — DO NOT PROCESS [157] (8)

**SCHEDULES A&B (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
1998
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

| Section | Line | Description | Line No. | Amount | Line No. | Amount |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 1,052 | | |
| | 2 | Enter amount from Form 1040, line 34 [2] 3,767,977 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 282,598 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 11,400 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 74,095 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 826 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 86,321 |
| Interest You Paid (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 176,479 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You MUST attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 176,479 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 16,311 | | |
| (See page A-6 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ INV EXP 1122 SAFE DEPOSIT 626 | 22 | 1,748 | | |
| | 23 | Add lines 20 through 22 | 23 | 18,059 | | |
| | 24 | Enter amount from Form 1040, line 34 [24] 3,767,977 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 75,360 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other-from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 60,956,621 |
| Total Itemized Deductions | 28 | Is Form 1040, line 34, over $124,500 (over $62,250 if married filing separately)? * NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36, the larger of this amount or your standard deduction. YES. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 61,110,117 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 1998

ATTACHMENT ONLY- DO NOT PROCESS [158] (9)

CHEDULE D (Form 1040)

:partment of the Treasury
:ernal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074
1998
Attachment Sequence No. 12

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Short-Term Capital Gains and Losses-Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 US TREASURY NOTE 5.75% SEPT 30 1999 | | | | | |
| | 9/17/98 | VARIOUS | 266,895 | 267,888 | -993 |
| US TREASURY NOTE 6.75% MAY 31 1999 | | | | | |
| | 5/18/98 | 11/09/98 | 935,975 | 940,307 | -4,332 |
| US TSY 4.75% AUG 31 1998 | | | | | |
| | 9/05/97 | 8/31/98 | 260,000 | 258,266 | 1,734 |
| US TREASURY BILL | | | | | |
| | 8/18/98 | 11/10/98 | 1,277,805 | 1,259,828 | 17,977 |
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | | 2 | | | |
| 3 Total short-term sales price amounts. Add column (d) of lines 1 and 2 | | 3 | 2,740,675 | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1997 Capital Loss Carryover Worksheet | | | | 6 | ( ) |
| 7 **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ▶ | | | | 7 | 14,386 |

## Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|---|
| 8 US TREASURY NOTE 6.125% JUL 31 2000 | | | | | | |
| | 7/31/95 | 11/09/98 | 1,008,277 | 987,014 | 21,263 | |
| US TREASURY NOTE 6.375% JUL 15 1999 | | | | | | |
| | 7/31/95 | 11/09/98 | 984,592 | 987,016 | -2,424 | |
| US TSY 6.125% MAY 15 1998 | | | | | | |
| | 7/31/95 | 5/15/98 | 970,000 | 974,855 | -4,855 | |
| US TSY 9.25% AUG 15 1998 | | | | | | |
| | 8/05/97 | 8/17/98 | 230,000 | 238,523 | -8,523 | |
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | | 9 | 1,039,633 | | -7,598 | |
| 10 **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 | | 10 | 4,232,502 | | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 11 | 2,076 | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 12 | | |
| 13 Capital gain distributions. See page D-2 | | | | 13 | 2,049 | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1997 Capital Loss Carryover Worksheet | | | | 14 | ( ) | ( ) |
| 15 Combine lines 8 through 14 in column (g) | | | | 15 | | |
| 16 **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ▶ | | | | 16 | 1,988 | |

**Next:** Go to Part III on the back.

* 28% Rate Gain or Loss includes all "collectibles gains and losses" (as defined on page D-6) and up to 50% of the eligible gain on qualified small business stock (see page D-5).

**For Paperwork Reduction Act Notice, see Form 1040 instructions.** Schedule D (Form 1040) 1998

ATTACHMENT ONLY - DO NOT PROCESS [159] (10)

ABEN E. & JOAN G. JOHNSON 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

Schedule D (Form 1040) 1998 Page 2

## Part III Summary of Parts I and II

| Line | Description | Box | Amount |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | 17 | 16,374 |
| | **Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:<br>● Both lines 16 and 17 are gains, **and**<br>● Form 1040, line 39, is more than zero. | | |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:<br>● The loss on line 17; **or**<br>● ($3,000) or, if married filing separately, ($1,500) | 18 | ( ) |
| | **Next:** Complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if:<br>● The loss on line 17 exceeds the loss on line 18, **or**<br>● Form 1040, line 37, is a loss. | | |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | | 19 | |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D | 20 | | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | | | |
| 25 | Enter your unrecaptured section 1250 gain, if any (see page D-7) | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | |
| 29 | Enter the **smaller** of:<br>● The amount on line 19, **or**<br>● $25,350 if single; $42,350 if married filing jointly or qualifying widow(er); $21,175 if married filing separately; or $33,950 if head of household | | | 29 | |
| 30 | Enter the **smaller** of line 28 or line 29 | | | 30 | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | | | 31 | |
| 32 | Enter the **larger** of line 30 or line 31 | | | 32 | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies ▶ | | | 33 | |
| 34 | Enter the amount from line 29 | | | 34 | |
| 35 | Enter the amount from line 28 | | | 35 | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- | | | 36 | |
| 37 | Multiply line 36 by 10% (.10) ▶ | | | 37 | |
| 38 | Enter the **smaller** of line 19 or line 27 | | | 38 | |
| 39 | Enter the amount from line 36 | | | 39 | |
| 40 | Subtract line 39 from line 38 | | | 40 | |
| 41 | Multiply line 40 by 20% (.20) ▶ | | | 41 | |
| 42 | Enter the **smaller** of line 22 or line 25 | | | 42 | |
| 43 | Add lines 22 and 32 | 43 | | | |
| 44 | Enter the amount from line 19 | 44 | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | | | 45 | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- | | | 46 | |
| 47 | Multiply line 46 by 25% (.25) ▶ | | | 47 | |
| 48 | Enter the amount from line 19 | | | 48 | |
| 49 | Add lines 32, 36, 40, and 46 | | | 49 | |
| 50 | Subtract line 49 from line 48 | | | 50 | |
| 51 | Multiply line 50 by 28% (.28) ▶ | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | |
| 54 | **Tax on taxable income including capital gains.** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 ▶ | | | 54 | |



ATTACHMENT ONLY DO NOT PROCESS [160]

chedule D-1 (Form 1040) 1998 Attachment Sequence No. 12A Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.
ABEN E. & JOAN G. JOHNSON

Your social security number
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

**Part II** **Long-Term Capital Gains and Losses-Assets Held More Than One Year**

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) GAIN or (LOSS). Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) *(see instr. below) |
|---|---|---|---|---|---|---|
| US TSY STRIPS AUG 15 1998 | | | | | | |
| | 8/15/97 | 8/17/98 | 1,032,000 | 1,037,231 | -5,231 | |
| TV REP, INC. | | | | | | |
| | 5/17/89 | 9/30/98 | 7,633 | 10,000 | -2,367 | |
| 9 **Totals.** Combine columns (d), (f), and (g). Enter here and on Schedule D, line 9 ▶ 9 | | | 1,039,633 | | -7,598 | 0 |

* 28% Rate Gain or Loss includes all "collectibles gains and losses" (as defined on page D-6) and up to 50% of the eligible gain on qualified small business stock (see page D-5).

[161] ATTACHMENT ONLY- DO NOT PROCESS

Form 6251

# Alternative Minimum Tax-Individuals

▶ See separate instructions.

▶ Attach to Form 1040 or Form 1040NR.

Department of the Treasury Internal Revenue Service

OMB No. 1545-0227

1996

Attachment Sequence No. 32

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Adjustments and Preferences

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 34, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2 1/2% of Form 1040, line 32 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 694,627 |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | -33,902 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | -295 |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | 295 |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 8 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | 22 |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |

| | Item | Amount | | Item | Amount |
|---|---|---|---|---|---|
| a | Charitable contributions | | h | Loss limitations | |
| b | Circulation expenditures | | i | Mining costs | |
| c | Depletion | | j | Patron's adjustment | |
| d | Depreciation (pre-1987) | | k | Pollution control facilities | |
| e | Installment sales | | l | Research and experimental | |
| f | Intangible drilling costs | | m | Tax shelter farm activities | |
| g | Long-term contracts | | n | Related adjustments | |

| Line | Description | No. | Amount |
|---|---|---|---|
| | | 14 | |
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 ▶ | 15 | 660,747 |

## Part II Alternative Minimum Taxable Income

| Line | Description | No. | Amount |
|---|---|---|---|
| 16 | Enter the amount from **Form 1040, line 35.** If less than zero, enter as a (loss) ▶ | 16 | 8,251,790 |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | |
| 18 | If Form 1040, line 32, is over $117,950 (over $58,975 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | (279,677) |
| 19 | Combine lines 15 through 18 ▶ | 19 | 8,632,860 |
| 20 | Alternative tax net operating loss deduction. See page 5 of the instructions | 20 | |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 5 of the instructions.) ▶ | 21 | 8,632,860 |

## Part III Exemption Amount and Alternative Minimum Tax

22 **Exemption Amount.** (If this form is for a child under age 14, see page 6 of the instructions.)

| If your filing status is: | And line 21 is not over: | Enter on line 22: |
|---|---|---|
| Single or head of household | $ 112,500 | $ 33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is **over** the amount shown above for your filing status, see page 6 of the instructions.

| Line | Description | No. | Amount |
|---|---|---|---|
| 22 | Exemption amount | 22 | 0 |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 8,632,860 |
| 24 | If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 2,413,701 |
| 25 | Alternative minimum tax foreign tax credit. See page 6 of the instructions | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | 26 | 2,413,701 |
| 27 | Enter your tax from Form 1040, line 38 (excluding any amount from Form 4972), minus any foreign tax credit from Form 1040, line 41 | 27 | 3,242,709 |
| 28 | **Alternative Minimum Tax.** (If this form is for a child under age 14, see page 7 of the instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 46 ▶ | 28 | 0 |

**For Paperwork Reduction Act Notice, see separate instructions.**



DAA

AS PREVIOUSLY FILED

[162]

(13)

Form 6251 — Alternative Minimum Tax–Individuals

▶ See separate instructions.

▶ Attach to Form 1040 or Form 1040NR.

Department of the Treasury Internal Revenue Service

OMB No. 1545-0227 1996 Attachment Sequence No. 32

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Adjustments and Preferences

| | | Line | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 34, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2 1/2% of Form 1040, line 32 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 694,627 |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | -33,902 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | -295 |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | 295 |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 8 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | 22 |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |

| | | | |
|---|---|---|---|
| a Charitable contributions | | h Loss limitations | |
| b Circulation expenditures | | i Mining costs | |
| c Depletion | | j Patron's adjustment | |
| d Depreciation (pre-1987) | | k Pollution control facilities | |
| e Installment sales | | l Research and experimental | |
| f Intangible drilling costs | | m Tax shelter farm activities | |
| g Long-term contracts | | n Related adjustments | |

| | | Line | Amount |
|---|---|---|---|
| 14 | | 14 | |
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 ▶ | 15 | 660,747 |

## Part II Alternative Minimum Taxable Income

| | | Line | Amount |
|---|---|---|---|
| 16 | Enter the amount from **Form 1040, line 35.** If less than zero, enter as a (loss) ▶ | 16 | 0 |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | 8,254,880 |
| 18 | If Form 1040, line 32, is over $117,950 (over $58,975 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | (279,677) |
| 19 | Combine lines 15 through 18 ▶ | 19 | 8,635,950 |
| 20 | Alternative tax net operating loss deduction. See page 5 of the instructions | 20 | 7,772,355 |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 5 of the instructions.) ▶ | 21 | 863,595 |

## Part III Exemption Amount and Alternative Minimum Tax

22 **Exemption Amount.** (If this form is for a child under age 14, see page 6 of the instructions.)

| If your filing status is: | And line 21 is not over: | Enter on line 22: |
|---|---|---|
| Single or head of household | $ 112,500 | $ 33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is **over** the amount shown above for your filing status, see page 6 of the instructions.

| | | Line | Amount |
|---|---|---|---|
| 22 | | 22 | |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 863,595 |
| 24 | If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 238,307 |
| 25 | Alternative minimum tax foreign tax credit. See page 6 of the instructions | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | 26 | 238,307 |
| 27 | Enter your tax from Form 1040, line 38 (excluding any amount from Form 4972), minus any foreign tax credit from Form 1040, line 41 | 27 | 0 |
| 28 | **Alternative Minimum Tax.** (If this form is for a child under age 14, see page 7 of the instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 46 ▶ | 28 | 238,307 |

**For Paperwork Reduction Act Notice, see separate instructions.**



DAA

AS AMENDED [163] (14)

Aben E. and Joan G. Johnson
Social Security No.: 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
Attachment to Form 1040X

Statement 1 - Explanation of changes to income, deductions and credits

Taxpayers are filing, simultaneously amended 1995, 1996 and 1997 tax returns carrying back a net operating loss of $57,342,140 from 1998. The allowable net operating loss for each year is as follows:

| | |
|---|---|
| Net operating loss generated in 1998 | $57,342,140 |
| Less: Amount utilized in 1995 | 9,985,609 |
| Net operating loss available for 1996 | 47,356,531 |
| Less: Amount utilized in 1996 | 8,254,880 |
| Net operating loss available for 1997 | 39,101,651 |
| Lees: Amount utilized in 1997 | 39,101,651 |
| Net operating loss available for years after 1998 | $ - 0 - |

The net operating loss from 1998 resulted from theft loss, thus allowing a three year carryback pursuant to Internal Revenue Code Section 172(b)(2)(F)(i).

On August 14, 2001 the taxpayers simultaneously filed amended individual income tax returns for 1998 and 1997 claiming the same theft loss (adjusted for costs incurred and changes in fair market value of the property, unique to each year) in both tax returns. The taxpayers had determined that their theft loss was deductible pursuant to Internal Revenue Code Section 165(e) in 1998 when the amount and likelihood of recovery became reasonably known. However, the Examination Branch of the Internal Revenue Service made a determination in conjunction with their disposition of another matter that the theft loss was deductible in 1997 and communicated such determination to the taxpayers in a letter relating to the other matter.

The theft loss was fully utilized in 1997 to off-set income reported on that tax return. The theft loss in 1998 resulted in the taxpayers generating a net operating loss of $57,342,140 available for carryback.

In the event that it is ultimately determined that 1997 is the proper year of deduction for the theft loss and not 1998, this claim for refund should be discarded as the taxpayers do not claim that they are entitled to the amounts claimed in this claim twice. The 1997 amended return now being filed assumes the prior amended return for 1997 claiming the theft loss will not be allowed.

Form **8275** (Rev. March 1998)

Department of the Treasury Internal Revenue Service

# Disclosure Statement

**Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement. See separate instructions.**

▶ **Attach to your tax return.**

OMB No. 1545-0889

Attachment Sequence No. 92

Name(s) shown on return: Aben E & Joan G. Johnson

Identifying number shown on return: 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

**Part I** General Information (see instructions)

| (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|
| 1 No specific code, reg., or ruling | Net Operating Loss | See Statement Below | 1040X | 1(B) | 8,254,880 |
| 2 | | | | | |
| 3 | | | | | |

**Part II** Detailed Explanation (see instructions)

1 This claim for refund is being filed for a net operating loss deduction which was generated on a recently filed amended tax return for 1998 which generated the net operating loss. The
2 net operating loss resulted from a theft deduction that was claimed on the 1998 amended tax return. The 1998 amended tax return was filed simultaneously (in August 2001) with an amended
3 tax return for 1997 claiming the same theft loss. The taxpayers do not claim that they are entitled to any duplicated deductions that appeared on both the 1997 and 1998

**Part III** **Information About Pass-Through Entity.** To be completed by partners, shareholders, beneficiaries, or residual interest holders.

**Complete this part only if you are making adequate disclosure for a pass-through item.**

**Note:** *A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company, real estate investment trust, or real estate mortgage investment conduit (REMIC).*

1 Name, address, and ZIP code of pass-through entity

2 Identifying number of pass-through entity

3 Tax year of pass-through entity

to

4 Internal Revenue Service Center where the pass-through entity filed its return

**For Paperwork Reduction Act Notice, see separate instructions.**

ISA

STF FED6516F.1

Form **8275** (Rev. 3-98)

Form 8275 (Rev. 3-98) Page 2

**Part IV** **Explanations** *(continued from Parts I and/or II)*

amend tax returns, but they did claim that they were entitled to the theft loss deduction in either 1997 or 1998.

This amended return is filed under the presumption that 1998 was the proper year to deduct the taxpayers' theft loss resulting in a net operating loss carryback available for this return.

In the event that it is ultimately determined that 1997 was the proper year to deduct the taxpayers' theft loss this return should be disregarded

Form **1040X** (Rev. November 2002)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1996 , or fiscal year ended ▶

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ABEN E | JOHNSON | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| JOAN G | JOHNSON | 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. NORTH PALM BEACH FL 33408-2511 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the back to explain any changes | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2 - 6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 9,440,513 | (8,251,880) | 1,188,633 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 1,188,723 | 247,557 | 1,436,280 |
| 3 Subtract line 2 from line 1 | 3 | 8,251,790 | (8,499,437) | (247,647) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 8,251,790 | (8,499,437) | (247,647) |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C | 6 | 3,242,709 | (3,242,709) | |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 3,242,709 | (3,242,709) | |
| 9 Other taxes (see page 4) | 9 | | 238,304 | 238,304 |
| 10 Total tax. Add lines 8 and 9 | 10 | 3,242,709 | (3,004,405) | 238,304 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 4,100,000 | 0 | 4,100,000 |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 4,100,000 |

SEP 30 2003

**Refund or Amount You Owe**

| | | |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 857,291 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 3,242,709 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 3,004,405 |
| 23 Amount of line 22 you want **refunded to you** | 23 | 3,004,405 |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature] Your signature 9/30/03 Date ▶ [signature] Spouse's signature. If a joint return, both must sign. 9/30/03 Date

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] Date 9/29/2003 Check if self-employed ☐ Preparer's SSN or PTIN P000009633

Firm's name (or yours if self-employed), address, and ZIP code ▶ EDWARDS, MELTON, ELLIS, KOSHIW & CO., P.C. 2155 BUTTERFIELD DR., SUITE 305A TROY MI 48084 EIN 38-2337970 Phone no. 248-643-4545

ISA STF FED3171F.1

[167]

Form **1040X** (Rev. 11-2002)

Form 1040X (Rev. 11-2002) Page 2

| **Part I** **Exemptions.** See Form 1040 or 1040A instructions. If you are **not changing your exemptions,** do not complete this part. If claiming **more exemptions,** complete lines 25 - 31. If claiming **fewer exemptions,** complete lines 25 - 30. | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | | | |
| **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 26 Your dependent children who lived with you . . . . . . . . . . . . . . . . . . . . . | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 Other dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 . . . . . . . . . . . . . . . . | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of your children on line 31 who:
- lived with you . . . . . . . . ▶ ☐
- did not live with you due to divorce or separation (see page 5) . . . . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . . . . . . . . . . . . . . . . ▶ [X]

SEE ATTACHED EXPLANATION — PAGE 15

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . . . . . . . . . ▶ ☐

Form **1040X** (Rev. 11-2002)

STF FED3171F.2

## Schedule A-Net Operating Loss (NOL). See page 4 of the instructions.

| Line | Description | Sub-line | Amount | Line | Amount | Line | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Adjusted gross income from your 1999 Form 1040, line 34. Estates and trusts, skip lines 1 and 2 | | | | | 1 | 2,758,667 |
| 2 | Deductions (individuals only): | | | | | | |
| a | Enter the amount from your 1999 Form 1040, line 36 | | | 2a | 63,153,684 | | |
| b | Enter your deduction for exemptions from your 1999 Form 1040, line 38 | | | 2b | | | |
| c | Add lines 2a and 2b | | | | | 2c | (63,153,684) |
| 3 | Combine lines 1 and 2c. Estates and trusts, enter taxable income increased by the sum of the charitable deduction and income distribution deduction | | | | | 3 | -60,395,017 |
| | **Note:** If line 3 is zero or more, do not complete the rest of the schedule. You do not have an NOL. | | | | | | |
| 4 | Deduction for exemptions from line 2b above. Estates and trusts, enter the exemption amount from tax return | | | | | 4 | |
| 5 | Total nonbusiness capital losses before limitation. Enter as a positive number | | | 5 | 84,123 | | |
| 6 | Total nonbusiness capital gains (without regard to any section 1202 exclusion) | | | 6 | 388,632 | | |
| 7 | If line 5 is more than line 6, enter the difference; otherwise, enter -0- | | | 7 | | | |
| 8 | If line 6 is more than line 5, enter the difference; otherwise, enter -0- | 8 | 304,509 | | | | |
| 9 | Nonbusiness deductions. See page 4 of the instructions | | | 9 | 42,559 | | |
| 10 | Nonbusiness income other than capital gains. See page 4 of the instructions | 10 | 2,451,969 | | | | |
| 11 | Add lines 8 and 10 | | | 11 | 2,756,478 | | |
| 12 | If line 9 is more than line 11, enter the difference; otherwise, enter -0- | | | | | 12 | |
| 13 | If line 11 is more than line 9, enter the difference; otherwise, enter -0-. **But do not enter more than line 8** | 13 | 304,509 | | | | |
| 14 | Total business capital losses before limitation. Enter as a positive number | | | 14 | | | |
| 15 | Total business capital gains (without regard to any section 1202 exclusion) | 15 | 2,189 | | | | |
| 16 | Add lines 13 and 15 | | | 16 | 306,698 | | |
| 17 | If line 14 is more than line 16, enter the difference; otherwise, enter -0- | | | 17 | 0 | | |
| 18 | Add lines 7 and 17 | | | 18 | | | |
| 19 | Enter the loss, if any, from line 17 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 16, column (3), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 19 through 24 and enter on line 25 the amount from line 18 | | | 19 | | | |
| 20 | Section 1202 exclusion. Enter as a positive number | | | | | 20 | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | | | 21 | | | |
| 22 | Enter the loss, if any, from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 17 of Schedule D (Form 1041).) Enter as a positive number | | | 22 | | | |
| 23 | If line 21 is more than line 22, enter the difference; otherwise, enter -0- | | | 23 | | | |
| 24 | If line 22 is more than line 21, enter the difference; otherwise, enter -0- | | | | | 24 | |
| 25 | Subtract line 23 from line 18. If zero or less, enter -0- | | | | | 25 | 0 |
| 26 | Net operating loss deduction for losses from other years. Enter as a positive number | | | | | 26 | |
| 27 | **Net operating loss.** Combine lines 3, 4, 12, 20, 24, 25, and 26. If the result is less than zero, enter it here and on page 1, line 1a. If the result is zero or more, you do not have a net operating loss | | | | | 27 | -60,395,017 |

Form **1045** (1999)



③

m 1045 (1999) ABEN E. & JOAN G. JOHNSON 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 Page 3

**Schedule B-Net Operating Loss Carryover.** See the instructions beginning on page 4.

| mplete one column before ng to the next column. Start with the earliest carryback year. | 3RD preceding tax year ended ▶ 12/31/96 | | 2ND preceding tax year ended ▶ 12/31/97 | | 1ST preceding tax year ended ▶ 12/31/98 | |
|---|---|---|---|---|---|---|
| **Net operating loss deduction.** See page 4 of the instructions | | 60395017 | | 52140137 | | |
| 2 Taxable income before 1999 NOL carryback. Estates and trusts, increase this amount by the sum of the charitable deduction and income distribution deduction. See page 4 of the instructions | 8,251,790 | | 146366544 | | 3,614,481 | |
| 3 Net capital loss deduction. See page 4 of the instructions | 3,000 | | | | | |
| Section 1202 exclusion. Enter as a positive number | | | | | | |
| 5 Adjustments to adjusted gross income. See page 4 of the instructions | | | Additional capital loss carryforward from 1996 -3,000 | | | |
| 6 Adjustment to itemized deductions. See page 4 of the instructions | 90 | | -90 | | | |
| 7 Deduction for exemptions. Estates and trusts, enter exemption amount | | | | | | |
| Modified taxable income. Combine lines 2 through 7. If zero or less, enter -0- | | 8,254,880 | | 146363454 | | 3,614,481 |
| **Net operating loss carryover.** Subtract line 8 from line 1. If zero or less, enter -0-. See page 5 of the instr. | | 52140137 | | 0 | | 0 |
| **Adjustment to Itemized Deductions (Individuals Only)** Complete lines 10 through 34 for the carryback year(s) for which you itemized deductions **ONLY** if line 3 or line 4 above is more than zero. | | | | | | |
| 0 Adjusted gross income before 1999 NOL carryback | 9,440,513 | | 148441551 | | | |
| 11 Add lines 3 through 5 above | 3,000 | | -3,000 | | | |
| 2 Modified adjusted gross income. Add lines 10 and 11 | 9,443,513 | | 148438551 | | | |
| 13 Medical expenses from Sch. A (Form 1040), line 4 (or as previously adjusted) | | | | | | |
| 4 Medical expenses from Sch. A (Form 1040), line 1 (ln. 2 for 1989) (or as previously adj.) | | | | | | |
| 5 Multiply line 12 by 7.5% (.075) | | | | | | |
| 16 Subtract line 15 from line 14. If zero or less, enter -0- | 0 | | 0 | | | |
| 7 Subtract line 16 from line 13 | | | | | | |

Form 1045 (1999)

Form 1045 (1999) ABEN E. & JOAN G. JOHNSON 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 Page 4

## Schedule B-Net Operating Loss Carryover (Continued)

| Complete one column before going to the next column. Start with the earliest carryback year. | 3RD preceding tax year ended ▶ 12/31/96 | | 2ND preceding tax year ended ▶ 12/31/97 | | 1ST preceding tax year ended ▶ 12/31/98 | |
|---|---|---|---|---|---|---|
| 18 Modified adjusted gross income from line 12 on page 3 | 9,443,513 | | 148438551 | | | |
| 19 Enter as a positive no. any NOL carryback from a year before 1999 that was deducted in figuring line 10 on page 3 | | | | | | |
| 20 Add lines 18 and 19 | 9,443,513 | | 148438551 | | | |
| 21 Charitable contributions from Sch. A (Form 1040), line 18 (line 17 for 1989-90, ln. 16 for 1991-93) (or as previously adjusted) | 4,025 | | 27,631 | | | |
| 22 Refigured charitable contributions. See page 5 of the instructions | 4,025 | | 27,631 | | | |
| 23 Subtract line 22 from line 21 | | | | | | |
| 24 Casualty and theft losses from Form 4684, line 18 (or as previously adjusted) | | | | | | |
| 25 Casualty and theft losses from Form 4684, line 16 (or as previously adjusted) | | | | | | |
| 26 Multiply line 18 by 10% (.10) | | | | | | |
| 27 Subtract line 26 from line 25. If zero or less, enter -0- | 0 | | 0 | | | |
| 28 Subtract line 27 from line 24 | | | | | | |
| 29 Miscellaneous itemized deductions from Sch. A (Form 1040), line 26 (line 24 for 1989 and 1991-93, line 25 for 1990) (or as previously adjusted) | | | | | | |
| 30 Miscellaneous itemized deductions from Sch. A (Form 1040), line 23 (line 22 for 1989-90, line 21 for 1991-93) (or as previously adjusted) | 10,415 | | 9,947 | | | |
| 31 Multiply line 18 by 2% (.02) | 188,870 | | 2,968,771 | | | |
| 32 Subtract line 31 from line 30. If zero or less, enter -0- | 0 | | 0 | | | |
| 33 Subtract line 32 from line 29 | | | | | | |
| 34 Complete the worksheet on page 6 of the instructions if line 18 is **more than** the applicable amount shown below (more than one-half that amount if married filing separately for that year). ●$100,000 for 1991. ●$105,250 for 1992. ●$108,450 for 1993. ●$111,800 for 1994. ●$114,700 for 1995. ●$117,950 for 1996. ●$121,200 for 1997. ●$124,500 for 1998. Otherwise, combine lines 17, 23, 28, and 33; enter the result here and on line 6 (page 3) | | | | | | |

DAA

Form 1045 (1999)



(5)

| Form 1045 | Itemized Deductions Limitation Worksheet | 1999 |
|---|---|---|

Name: ABEN E. & JOAN G. JOHNSON

Taxpayer Identification Number: 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

| Enter applicable carryback year ▶ | 1996 | | 1997 | | | |
|---|---|---|---|---|---|---|
| 1. Add the amounts from Form 1045, Schedule B, lines 16, 22, 27, and 32, and the amounts from Schedule A (Form 1040), lines 9, 14, and 27* (lines 9, 14, 27, and 28 for 1994; lines 8, 12, 18, and 25 for 1991-93) (or as previously adjusted) | | 1,468,400 | | 6,524,618 | | |
| 2. Add the amounts from Form 1045, Schedule B, lines 16 and 27; Schedule A (Form 1040), line 13* (line 11 for 1991-93), and any gambling losses included on Schedule A (Form 1040), line 27* (line 28 for 1994; line 25 for 1991-93) (or as previously adjusted) | | 769,748 | | 150,891 | | |
| 3. Subtract line 2 from line 1. If the result is zero or less, STOP HERE; combine the amounts from Form 1045, Sch. B, lines 17, 23, 28, and 33, and enter the result on line 34 and line 6 of Form 1045, Schedule B | | 698,652 | | 6,373,727 | | |
| 4. Multiply line 3 by 80% (.80) | 558,922 | | 5,098,982 | | | |
| 5. Enter the amount from Form 1045, Schedule B, line 18 | 9,443,513 | | 148438551 | | | |
| 6. Enter: ●$100,000 for 1991 ($50,000 if married filing separately); ●$105,250 for 1992 ($52,625 if married filing separately); ●$108,450 for 1993 ($54,225 if married filing separately); ●$111,800 for 1994 ($55,900 if married filing separately); ●$114,700 for 1995 ($57,350 if married filing separately); ●$117,950 for 1996 ($58,975 if married filing separately); ●$121,200 for 1997 ($60,600 if married filing separately). ●$124,500 for 1998 ($62,250 if married filing separately). | 117,950 | | 121,200 | | | |
| 7. Subtract line 6 from line 5 | 9,325,563 | | 148317351 | | | |
| 8. Multiply line 7 by 3% (.03) | 279,767 | | 4,449,521 | | | |
| 9. Enter the **smaller** of ln. 4 or ln. 8 | 279,767 | | 4,449,521 | | | |
| 10. Subtract line 9 from line 1 | | 1,188,633 | | 2,075,097 | | |
| 11. Total itemized deductions from Schedule A (Form 1040), line 28* (line 29 for 1994; line 26 for 1991-93) (or as previously adjusted) | | 1,188,723 | | 2,075,007 | | |
| 12. Subtract line 10 from line 11. Enter the difference here and on line 6 of Form 1045, Sch. B | | 90 | | -90 | | |

* If you filed Form 1040-T in 1995, use the amounts from the appropriate lines.

[172]

6

Form **1040X** (Rev. November 1999)

Department of the Treasury-Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1999 , OR fiscal year ended ▶

| | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | Apt. no. | Telephone number (optional) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. NORTH PALM BEACH FL 33408-2511 | | For Paperwork Reduction Act Notice, see page 6. |

Please print or type

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| USE PART II ON THE BACK TO EXPLAIN ANY CHANGES | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-5)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 2,758,667 | | 2,758,667 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 2,482,546 | 60,671,138 | 63,153,684 |
| 3 Subtract line 2 from line 1 | 3 | 276,121 | -60,671,138 | -60,395,017 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 276,121 | -276,121 | |
| **Tax Liability** | | | | |
| 6 Tax (see pg. 4). Method used in col. C TABLES | 6 | 50,919 | -50,919 | |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 50,919 | -50,919 | 0 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 50,919 | -50,919 | |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 1,528,954 | | 1,528,954 |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,528,954 |

## Refund or Amount You Owe

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 1,478,035 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 50,919 |
| 21 AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 50,919 |
| 23 Amount of line 22 you want REFUNDED TO YOU | 23 | 50,919 |
| 24 Amount of line 22 you want APPLIED TO YOUR ESTIMATED TAX | 24 | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN P00009633 |
| Firm's name (or yours if self-employed) and address ▶ | EDWARDS, MELTON, ELLIS, KOSHIW, & CO., 2855 COOLIDGE HWY., STE. 103 TROY MI | | EIN 38-2337970 ZIP code 48084-3202 |

ATTACHMENT ONLY - DO NOT PROCESS [1787]

F 1 1040X (11-99) ABEN E. & JOAN G. JOHNSON 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 Page 2

## Part I Exemptions. See Form 1040 or 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 25-31.
If claiming fewer exemptions, complete lines 25-30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse. Caution. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | 2 | | 2 |
| 26 Your dependent children who lived with you | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 Other dependents | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 | 29 | 2 | | 2 |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | 0 | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
Note. For tax years after 1997, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

## Part II Explanation of Changes to Income, Deductions, and Credits

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here ▶ ☐

TAXPAYERS ARE AMENDING THEIR 1999 TAX RETURN TO CLAIM AN ADDITIONAL THEFT LOSS OF INCOME PRODUCING PROPERTY OF $60,671,138 IN THE EVENT A DETERMINATION IS MADE BY THE INTERNAL REVENUE SERVICE THAT 1999 IS THE PROPER YEAR TO DEDUCT THE THEFT LOSS.

SEE STATEMENT 1 FOR FURTHER EXPLANATION.

## Part III Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

ATTACHMENT ONLY - DO NOT PROCESS

[174]



(8)

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
1999
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 1,092 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 [2] 2,758,667 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 206,900 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 8,600 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 62,090 | | |
| | 7 | Personal property taxes | 7 | 113 | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 15,080 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 85,883 |
| Interest You Paid (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | 5 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 5 |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 30,446 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You MUST attach Form 8283 if over $500 | 16 | 5,183 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 35,629 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses- job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 14,873 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses- investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 2 | 22 | 4,520 | | |
| | 23 | Add lines 20 through 22 | 23 | 19,393 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 [24] 2,758,667 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 55,173 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other- from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 63,111,129 |
| Total Itemized Deductions | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? * ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. ▶ | | | 28 | 63,153,684 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 1999

ATTACHMENT ONLY - DO NOT PROCESS

DAA

SCHEDULE D (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074 1999 Attachment Sequence No. 12

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Short-Term Capital Gains and Losses-Assets Held One Year or Less

| | (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 | DEVON ENERGY CORP | VARIOUS | 8/19/99 | 20 | | 20 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2 | | | | | |
| 3 | Total short-term sales price amounts. Add column (d) of lines 1 & 2 | | | 20 | | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1998 Capital Loss Carryover Worksheet | | | | | ( |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ▶ | | | | | 20 |

## Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| | (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|---|---|
| 8 | MUNIHLDGS FLA INS FD III | 9/28/98 | 11/17/99 | 121,595 | 165,000 | -43,405 | |
| | MUNIHLDGS FLA INS FD III | 9/28/98 | 11/18/99 | 109,282 | 150,000 | -40,718 | |
| | SALE OF 3175 INTERLAKEN | 12/21/93 | 7/27/99 | 1,700,000 | 1,311,521 | 388,479 | |
| | | | | | | | |
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9 | | | | | | |
| 10 | Total long-term sales price amounts. Add column (d) of lines 8 & 9 | | | 1,930,877 | | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | | 2,189 | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | | | |
| 13 | Capital gain distributions. See page D-1 | | | | | 133 | |
| 14 | Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1998 Capital Loss Carryover Worksheet | | | | | ( | ( ) |
| 15 | Combine lines 8 through 14 in column (g) | | | | | | |
| 16 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ▶ | | | | | 306,678 | |

**Next:** Go to Part III on the back.

* **28% Rate Gain or Loss** includes all "collectibles gains and losses" (as defined on page D-5) and up to 50% of the eligible gain on qualified small business stock (see page D-4).

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule D (Form 1040) 1999

DAA

ATTACHMENT ONLY – DO NOT PROCESS

[176]

(10)

ABEN E. & JOAN G. JOHNSON 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

Schedule D (Form 1040) 1999 Page 2

## Part III Summary of Parts I and II

| | | | |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13<br>**Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:<br>● Both lines 16 and 17 are gains, and<br>● Form 1040, line 39, is more than zero. | 17 | 306,698 |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:<br>● The loss on line 17; or<br>● ($3,000) or, if married filing separately, ($1,500)<br>**Next:** Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if:<br>● The loss on line 17 exceeds the loss on line 18, or<br>● Form 1040, line 37, is a loss. | 18 | ( ) |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| | | | | | |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | | 19 | |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D | 20 | | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet on page D-7 | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | |
| 29 | Enter the **smaller** of:<br>● The amount on line 19, or<br>● $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household | | | 29 | |
| 30 | Enter the **smaller** of line 28 or line 29 | 30 | | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 | | | |
| 32 | Enter the **larger** of line 30 or line 31 ▶ | 32 | | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies<br>**Note.** If line 29 is less than line 28, go to line 38. | | | 33 | |
| 34 | Enter the amount from line 29 | 34 | | | |
| 35 | Enter the amount from line 28 | 35 | | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- ▶ | 36 | | | |
| 37 | Multiply line 36 by 10% (.10)<br>**Note.** If line 27 is more than zero **and** equal to line 36, go to line 52. | | | 37 | |
| 38 | Enter the **smaller** of line 19 or line 27 | 38 | | | |
| 39 | Enter the amount from line 36 | 39 | | | |
| 40 | Subtract line 39 from line 38 ▶ | 40 | | | |
| 41 | Multiply line 40 by 20% (.20)<br>**Note.** If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48. | | | 41 | |
| 42 | Enter the **smaller** of line 22 or line 25 | 42 | | | |
| 43 | Add lines 22 and 32 | 43 | | | |
| 44 | Enter the amount from line 19 | 44 | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- ▶ | 46 | | | |
| 47 | Multiply line 46 by 25% (.25)<br>**Note.** If line 24 is zero or blank, go to line 52. | | | 47 | |
| 48 | Enter the amount from line 19 | 48 | | | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | | | |
| 50 | Subtract line 49 from line 48 | 50 | | | |
| 51 | Multiply line 50 by 28% (.28) | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | |
| 54 | **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 | | | 54 | |

ATTACHMENT ONLY - DO NOT PROCESS

JOHNSONAE2 JOHNSON, ABEN E. & JOAN G.
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

# Federal Statements

## Statement 1 - Form 1040, Line 21 - Other Income

| Description | Amount |
|---|---|
| WXON - TV, INC LIQUIDATING TR | $ 95 |
| WXON - TV, INC LIQUIDATING TR | 2 |
| TOTAL | $ 97 |

## Statement 2 - Schedule A, Line 22 - Other Expenses

| Description | Amount |
|---|---|
| WXON-TV, INC. LIQUIDATING TR | $ 3,721 |
| WXON-TV, INC. LIQUIDATING TR | 90 |
| SAFE DEPOSIT BOX | 709 |
| TOTAL | $ 4,520 |



ATTACHMENT ONLY - DO NOT PROCESS
[178]

(2)

Form 6251 — Department of the Treasury, Internal Revenue Service

# Alternative Minimum Tax–Individuals

▶ See separate instructions.

▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227 | 1996 | Attachment Sequence No. 32

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Adjustments and Preferences

| Line | Description | Box | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 34, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2 1/2% of Form 1040, line 32 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 694,627 |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | -33,902 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | -295 |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | 295 |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 8 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | 22 |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |

| | | | |
|---|---|---|---|
| a Charitable contributions | | h Loss limitations | |
| b Circulation expenditures | | i Mining costs | |
| c Depletion | | j Patron's adjustment | |
| d Depreciation (pre-1987) | | k Pollution control facilities | |
| e Installment sales | | l Research and experimental | |
| f Intangible drilling costs | | m Tax shelter farm activities | |
| g Long-term contracts | | n Related adjustments | |

| Line | Description | Box | Amount |
|---|---|---|---|
| 14 | | 14 | |
| 15 | Total Adjustments and Preferences. Combine lines 1 through 14 ▶ | 15 | 660,747 |

## Part II Alternative Minimum Taxable Income

| Line | Description | Box | Amount |
|---|---|---|---|
| 16 | Enter the amount from Form 1040, line 35. If less than zero, enter as a (loss) ▶ | 16 | 8,251,790 |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | |
| 18 | If Form 1040, line 32, is over $117,950 (over $58,975 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | (279,677) |
| 19 | Combine lines 15 through 18 ▶ | 19 | 8,632,860 |
| 20 | Alternative tax net operating loss deduction. See page 5 of the instructions | 20 | |
| 21 | Alternative Minimum Taxable Income. Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 5 of the instructions.) ▶ | 21 | 8,632,860 |

## Part III Exemption Amount and Alternative Minimum Tax

22 **Exemption Amount.** (If this form is for a child under age 14, see page 6 of the instructions.)

| If your filing status is: | And line 21 is not over: | Enter on line 22: |
|---|---|---|
| Single or head of household | $ 112,500 | $ 33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is over the amount shown above for your filing status, see page 6 of the instructions.

| Line | Description | Box | Amount |
|---|---|---|---|
| 22 | | 22 | 0 |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 8,632,860 |
| 24 | If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 2,413,701 |
| 25 | Alternative minimum tax foreign tax credit. See page 6 of the instructions | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | 26 | 2,413,701 |
| 27 | Enter your tax from Form 1040, line 38 (excluding any amount from Form 4972), minus any foreign tax credit from Form 1040, line 41 | 27 | 3,242,709 |
| 28 | Alternative Minimum Tax. (If this form is for a child under age 14, see page 7 of the instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 46 ▶ | 28 | 0 |



AS PREVIOUSLY FILED [179] (13)

Form 6251 — Alternative Minimum Tax–Individuals

▸ See separate instructions.

▸ Attach to Form 1040 or Form 1040NR.

Department of the Treasury Internal Revenue Service

OMB No. 1545-0227 — 1996 — Attachment Sequence No. 32

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Adjustments and Preferences

| | | | |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 34, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2 1/2% of Form 1040, line 32 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 694,627 |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | -33,902 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | -295 |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | 295 |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 8 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | 22 |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | 14 | |

| | | | |
|---|---|---|---|
| a Charitable contributions | | h Loss limitations | |
| b Circulation expenditures | | i Mining costs | |
| c Depletion | | j Patron's adjustment | |
| d Depreciation (pre-1987) | | k Pollution control facilities | |
| e Installment sales | | l Research and experimental | |
| f Intangible drilling costs | | m Tax shelter farm activities | |
| g Long-term contracts | | n Related adjustments | |

| | | | |
|---|---|---|---|
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 ▸ | 15 | 660,747 |

## Part II Alternative Minimum Taxable Income

| | | | |
|---|---|---|---|
| 16 | Enter the amount from Form 1040, line 35. If less than zero, enter as a (loss) ▸ | 16 | (247,647) |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | 8,254,880 |
| 18 | If Form 1040, line 32, is over $117,950 (over $58,975 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | (32,120) |
| 19 | Combine lines 15 through 18 ▸ | 19 | 8,635,860 |
| 20 | Alternative tax net operating loss deduction. See page 5 of the instructions | 20 | 7,772,274 |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 5 of the instructions.) ▸ | 21 | 863,586 |

## Part III Exemption Amount and Alternative Minimum Tax

22 **Exemption Amount.** (If this form is for a child under age 14, see page 6 of the instructions.)

| If your filing status is: | And line 21 is not over: | Enter on line 22: |
|---|---|---|
| Single or head of household | $ 112,500 | $ 33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is over the amount shown above for your filing status, see page 6 of the instructions.

| | | | |
|---|---|---|---|
| 22 | | 22 | |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▸ | 23 | 863,586 |
| 24 | If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 238,304 |
| 25 | Alternative minimum tax foreign tax credit. See page 6 of the instructions | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▸ | 26 | 238,304 |
| 27 | Enter your tax from Form 1040, line 38 (excluding any amount from Form 4972), minus any foreign tax credit from Form 1040, line 41 | 27 | 0 |
| 28 | **Alternative Minimum Tax.** (If this form is for a child under age 14, see page 7 of the instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 46 ▸ | 28 | 238,304 |

For Paperwork Reduction Act Notice, see separate instructions. Form 6251 (1996)

AS [180] AMENDED

(14)

**Aben E. and Joan G. Johnson**
**Social Security No.: 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**
**Attachment to Form 1040X**

**Statement 1** - Explanation of changes to income, deductions and credits

Line 1 Col. B:

| | |
|---|---|
| Net operating loss carryback to 1996 | $8,254,880 |
| Capital loss deducted on original return | - |
| No benefit available after carryback to be carriedforward to 1997 | (3,000) |
| Net decrease in income | $8,251,880 |

Itemized deductions have increased because of the reduced 3% phase out as AGI was decreased by the amount of the carryback.

Taxpayers are filing, simultaneously amended 1996 and 1997 tax returns carrying back a net operating loss of $60,395,017 from 1999. The allowable net operating loss for each year is as follows:

| | |
|---|---|
| Net operating loss generated in 1999 | $60,395,017 |
| Less: Amount utilized in 1996 | 8,254,880 |
| Net operating loss available for 1997 | 52,140,137 |
| Less: Amount utilized in 1997 | 52,140,137 |
| Net operating loss available for years after 1998 | $ - 0 - |

The net operating loss from 1999 resulted from theft loss, thus allowing a three year carryback pursuant to Internal Revenue Code Section 172(b)(2)(F)(i).

On August 14, 2001 the taxpayers simultaneously filed amended individual income tax returns for 1998 and 1997 claiming the same theft loss (adjusted for costs incurred and changes in fair market value of the property, unique to each year) in both tax returns. The Internal Revenue Service is currently auditing both the 1997 and 1998 amended tax returns filed on August 14, 2001. In the event that the Internal Revenue Service determines that the loss is not deductible in either 1997 or 1998, the taxpayer's have concluded that the loss is deductible in 1999.

The theft loss in 1999 resulted in the taxpayers generating a net operating loss of $60,395,017 available for carryback.

In the event that it is ultimately determined that 1997 or 1998 is the proper year of deduction for the theft loss and not 1999, this claim for refund should be discarded as the taxpayers do not claim that they are entitled to the amounts claimed in this claim in more than one year.

Form **8275** (Rev. May 2001)

Department of the Treasury
Internal Revenue Service

# Disclosure Statement

**Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement.**
**See separate instructions.**
**▶ Attach to your tax return.**

OMB No. 1545-0889

Attachment Sequence No. **92**

Name(s) shown on return: ABEN JOHNSON JOAN JOHNSON

Identifying number shown on return: 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

**Part I** **General Information** (see instructions)

| | (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|---|
| 1 | NONE | NOL | SEE STATEMENT BELOW | 1040X | 1B | 8,254,880 |
| 2 | | | | | | |
| 3 | | | | | | |

**Part II** **Detailed Explanation** (see instructions)

1 THIS CLAIM FOR REFUND IS BEING FILED FOR A NET OPERATING LOOS DEDUCTION WHICH WAS GENERATED ON A RECENTLY FILED AMENDED TAX RETURN FOR 1999, WHICH GENERATED THE NET OPERATING LOSS. THE NET OPERATING LOSS RESULTED FROM A

2 THEFT DEDUCTION THAT WAS CLAIMED ON THE 1999 AMENDED TAX RETURN. THE TAXPAYER IS CURRENTLY IN EXAMINATION TO DETERMINE WHICH IS THE PROPER YEAR OF THE LOSS. THE TAXPAYER HAS PREVIOUSLY FILED AMENDED TAX RETURNS

3 CLAIMING THE SAME LOSS IN 1997 AND 1998. THE TAXPAYERS DO NOT CLAIM THAT THEY ARE ENTITLED TO ANY DUPLICATED DEDUCTIONS THAT APPEAR ON THE 1997, 1998 AND 1999 AMENDED TAX RETURNS, BUT THEY DO CLAIM THAT THEY WERE

**Part III** **Information About Pass-Through Entity.** To be completed by partners, shareholders, beneficiaries, or residual interest holders.

**Complete this part only if you are making adequate disclosure for a pass-through item.**

**Note:** *A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company (RIC), real estate investment trust (REIT), or real estate mortgage investment conduit (REMIC).*

1 Name, address, and ZIP code of pass-through entity

2 Identifying number of pass-through entity

3 Tax year of pass-through entity
to

4 Internal Revenue Service Center where the pass-through entity filed its return

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **8275** (Rev. 5-2001)

ISA
STF FED6516F.1

[182]

10

Form 8275 (Rev. 5-2001) Page 2

**Part IV** **Explanations** *(continued from Parts I and/or II)*

ENTITLED TO THE THEFT LOSS DEDUCTION IN ONE OF THE YEARS.

THIS AMENDED TAX RETURN IS FILED UNDER THE PRESUMPTION THAT 1999 WAS THE PROPER YEAR TO DEDUCT THE TAXPAYERS' THEFT LOSS RESULTING IN A NET OPERATING LOSS CARRYBACK AVAILABLE FOR THIS RETURN.

IN THE EVENT THAT IT IS ULTIMATELY DETERMINED THAT ANOTHER YEAR WAS THE PROPER YEAR TO DEDUCT THE TAXPAYERS' THEFT LOSS THIS RETURN SHOULD BE DISCARDED.

# Schedule A–Itemized Deductions

SCHEDULES A&B (Form 1040)
Department of the Treasury
Internal Revenue Service

(Schedule B is on back)

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
1996
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

| Section | Line | Description | Box | Amount | Line | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 32 [2] | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-1.) | 5 | State and local income taxes | 5 | 615,478 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 61,458 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ FLORIDA INTANGIBLES | 8 | 17,691 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 694,627 |
| Interest You Paid (See page A-2.) Note: Personal interest is not deductible. | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-2 and show that person's name, identifying no., and address ▶ | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A-3.) | 13 | ✓ 769,748 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 769,748 |
| Gifts to Charity (If you made a gift and got a benefit for it, see page A-3.) | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 | 15 | 4,025 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you MUST attach Form 8283 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 4,025 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions (See page A-4 for expenses to deduct here.) | 20 | Unreimbursed employee expenses–job travel, union dues, job education, etc. If required, you MUST attach Form 2106 or 2106-EZ. (See page A-4.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 9,357 | | |
| | 22 | Other expenses–investment, safe deposit box, etc. List type and amount ▶ SEE SCHEDULE | 22 | ✓ 1,058 | | |
| | 23 | Add lines 20 through 22 | 23 | 10,415 | | |
| | 24 | Enter amount from Form 1040, line 32 [24] 9,440,513 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 188,810 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other–from list on page A-4. List type and amount ▶ | | | 27 | |
| Total Itemized Deductions | 28 | Is Form 1040, line 32, over $117,950 (over $58,975 if married filing separately)? * NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 34, the larger of this amount or your standard deduction. ▶ YES. Your deduction may be limited. See page A-5 for the amount to enter. | | | 28 | 1,188,723 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions. * LIMITED BY AGI



BEFORE CARRYBACK

[184]

(18)

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service

# Schedule A–Itemized Deductions

(Schedule B is on back)

▸ Attach to Form 1040. ▸ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074 | 1996 | Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON
Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A–1) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 32 [2] | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A–1.) | 5 | State and local income taxes | 5 | 615,478 | | |
| | 6 | Real estate taxes (see page A–2) | 6 | 61,458 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▸ FLORIDA INTANGIBLES | 8 | 17,691 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 694,627 |
| Interest You Paid (See page A–2.) Note: Personal interest is not deductible. | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A–2 and show that person's name, identifying no., and address ▸ | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See page A–3 for special rules | 12 | | | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A–3.) | 13 | ✓ 769,748 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 769,748 |
| Gifts to Charity (If you made a gift and got a benefit for it, see page A–3.) | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A–3 | 15 | 4,025 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A–3. If over $500, you MUST attach Form 8283 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 4,025 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A–4.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions (See page A–4 for expenses to deduct here.) | 20 | Unreimbursed employee expenses–job travel, union dues, job education, etc. If required, you MUST attach Form 2106 or 2106–EZ. (See page A–4.) ▸ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 9,357 | | |
| | 22 | Other expenses–investment, safe deposit box, etc. List type and amount ▸ SEE SCHEDULE | 22 | ✓ 1,058 | | |
| | 23 | Add lines 20 through 22 | 23 | 10,415 | | |
| | 24 | Enter amount from Form 1040, line 32 [24] 9,440,513 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 188,810 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other–from list on page A–4. List type and amount ▸ | | | 27 | |
| Total Itemized Deductions | 28 | Is Form 1040, line 32, over $117,950 (over $58,975 if married filing separately)? * NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 34, the larger of this amount or your standard deduction. YES. Your deduction may be limited. See page A–5 for the amount to enter. | | | 28 | 1,436,280 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 1996

AA

AFTER CARRYBACK

[185]

(19)

Form **1040X** (Rev. November 2003)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1996 , or fiscal year ended ▶

Please print or type

| | | |
|---|---|---|
| Your first name and initial: ABEN E | Last name: JOHNSON | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. NORTH PALM BEACH FL 33408-2511 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

Use Part II on the back to explain any changes

| Income and Deductions (see pages 2 – 6) | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 9,440,513 | (8,251,880) | 1,188,633 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 1,188,723 | 247,557 | 1,436,280 |
| 3 Subtract line 2 from line 1 | 3 | 8,251,790 | (8,499,437) | (247,647) |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 8,251,790 | (8,499,437) | (247,647) |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C TAX TABLE | 6 | 3,242,709 | (3,242,709) | 0 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 3,242,709 | (3,242,709) | 0 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 3,242,709 | (3,242,709) | 0 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 4,100,000 | 0 | 4,100,000 |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 4,100,000 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 857,291 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 3,242,709 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 3,242,709 |
| 23 Amount of line 22 you want **refunded to you** | 23 | | | 3,242,709 |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | | | |

INTERNAL REVENUE SERVICE
W&I FIELD ASSISTANCE
WEST PALM BEACH, FL
OCT. 0 5 2004
RECEIVED

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature] 10/8/04
Your signature Date

▶ [signature] 10/8/04
Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] Date 10/08/04 Check if self-employed ☐ Preparer's SSN or PTIN P00009633

Firm's name (or yours if self-employed), address, and ZIP code ▶ EDWARDS MELTON ELLIS KOSHIW & CO PC, 2155 BUTTERFIELD #305A TROY MI 48084 EIN 38-2337970 Phone no. 248-643-4545

Form **1040X** (Rev. 11-2003)

ISA
STF FED3171F.1

Form 1040X (Rev. 11-2003) Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 – 31.
If claiming **fewer exemptions,** complete lines 25 – 30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 Your dependent children who lived with you . . . . . . . . . . . . . . | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 Other dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 . . . . . . . . . | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2003 | $3,050 | $104,625 |
| 2002 | 3,000 | 103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on line 31 who:
- lived with you . . . . . ▶ ☐
- did not live with you due to divorce or separation (see page 5) . . . ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . . . . . . . ▶ ☒

SEE ATTACHED EXPLANATION ON PAGE 15

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . . ▶ ☐

Form **1040X** (Rev. 11-2003)

STF FED3171F.2

**Schedule A-NOL.** See page 4 of the instructions.

| Line | Description | Inner line | Inner amount | Middle line | Middle amount | Right line | Right amount |
|---|---|---|---|---|---|---|---|
| 1 | Adjusted gross income from your 2001 Form 1040, line 34. Estates and trusts, skip lines 1 and 2 | | | 1 | 2,736,005 | | |
| 2 | Deductions: | | | | | | |
| a | Enter the amount from your 2001 Form 1040, line 36 | 2a | 70,138,865 | | | | |
| b | Enter your deduction for exemptions from your 2001 Form 1040, line 38 | 2b | | | | | |
| c | Add lines 2a and 2b | | | 2c | 70,138,865 | | |
| 3 | Subtract line 2c from line 1. Estates and trusts, enter taxable income increased by the sum of the charitable deduction and income distribution deduction **Note:** If line 3 is zero or more, do not complete the rest of the schedule. You **do not** have an NOL. | | | | | 3 | -67,402,860 |
| 4 | Deduction for exemptions from line 2b above. Estates and trusts, enter the exemption amount from tax return | | | | | 4 | |
| 5 | Total nonbusiness capital losses before limitation. Enter as a positive number | | | 5 | 299,746 | | |
| 6 | Total nonbusiness capital gains (without regard to any section 1202 exclusion) | | | 6 | 4,688 | | |
| 7 | If line 5 is more than line 6, enter the difference; otherwise, enter -0- | | | 7 | 295,058 | | |
| 8 | If line 6 is more than line 5, enter the difference; otherwise, enter -0- | 8 | | | | | |
| 9 | Nonbusiness deductions. See page 4 of the instructions | | | 9 | 15,466 | | |
| 10 | Nonbusiness income other than capital gains. See page 4 of the instructions | 10 | 2,720,383 | | | | |
| 11 | Add lines 8 and 10 | | | 11 | 2,720,383 | | |
| 12 | If line 9 is more than line 11, enter the difference; otherwise, enter -0- | | | | | 12 | |
| 13 | If line 11 is more than line 9, enter the difference; otherwise, enter -0-. **But do not enter more than line 8** | 13 | | | | | |
| 14 | Total business capital losses before limitation. Enter as a positive number | | | 14 | | | |
| 15 | Total business capital gains (without regard to any section 1202 exclusion) | 15 | | | | | |
| 16 | Add lines 13 and 15 | | | 16 | | | |
| 17 | Subtract line 16 from line 14. If zero or less, enter -0- | | | 17 | 0 | | |
| 18 | Add lines 7 and 17 | | | 18 | 295,058 | | |
| 19 | Enter the loss, if any, from line 17 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 16, column (3), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 19 through 24 and enter on line 25 the amount from line 18 | | | 19 | 295,058 | | |
| 20 | Section 1202 exclusion. Enter as a positive number | | | | | 20 | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | | | 21 | 295,058 | | |
| 22 | Enter the loss, if any, from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 17 of Schedule D (Form 1041).) Enter as a positive number | | | 22 | 3,000 | | |
| 23 | If line 21 is more than line 22, enter the difference; otherwise, enter -0- | | | 23 | 292,058 | | |
| 24 | If line 22 is more than line 21, enter the difference; otherwise, enter -0- | | | | | 24 | |
| 25 | Subtract line 23 from line 18. If zero or less, enter -0- | | | | | 25 | 3,000 |
| 26 | NOL deduction for losses from other years. Enter as a positive number | | | | | 26 | |
| 27 | **NOL.** Combine lines 3, 4, 12, 20, 24, 25, and 26. If the result is less than zero, enter it here and on page 1, line 1a. If the result is zero or more, you **do not** have an NOL | | | | | 27 | -67,399,860 |

Form 1045 (2001) (Rev. 5-2002) Page 3

**Schedule B-NOL Carryover.** See page 4 of the instructions.

| Complete one column before going to the next column. Start with the earliest carryback year. | ____ preceding tax year ended ▶ | | 5TH preceding tax year ended ▶ | 12/31/96 | 4TH preceding tax year ended ▶ | 12/31/97 |
|---|---|---|---|---|---|---|
| 1 **NOL ded.** Enter as a positive no. See page 4 of the instr. | | | | 67399860 | | 59144980 |
| 2 Taxable income before 2001 NOL carryback. Estates and trusts, increase this amount by the sum of the charitable deduction and income distribution deduction. See page 4 of the instructions | | | 8,251,790 | | 146366544 | |
| 3 Net capital loss deduction. See page 4 of the instructions | | | 3,000 | | | |
| 4 Section 1202 exclusion. Enter as a positive number | | | | | | |
| 5 Adjustments to adjusted gross income. See page 4 of the instructions | | | | | -3,000 | |
| 6 Adjustment to itemized deductions. See page 5 of the instructions | | | 90 | | -90 | |
| 7 Deduction for exemptions. Estates and trusts, enter exemption amount | | | | | | |
| 8 Modified taxable income. Combine lines 2 through 7. If zero or less, enter -0- | | | | 8,254,880 | | 146363454 |
| 9 **NOL carryover.** Subtract line 8 from line 1. If zero or less enter -0-. See page 5 of the instructions | | | | 59144980 | | 0 |
| **Adjustment to Itemized Deductions (Individuals Only)** Complete lines 10 through 34 for the carryback year(s) for which you itemized deductions **only** if line 3 or line 4 above is more than zero. | | | | | | |
| 10 Adjusted gross income before 2001 NOL carryback | | | 9,440,513 | | 148441551 | |
| 11 Add lines 3 through 5 above | | | 3,000 | | -3,000 | |
| 12 Modified adjusted gross income. Add lines 10 and 11 | | | 9,443,513 | | 148438551 | |
| 13 Medical expenses from Sch. A (Form 1040), line 4 (or as previously adjusted) | | | | | | |
| 14 Medical expenses from Sch. A (Form 1040), line 1 (or as previously adjusted) | | | | | | |
| 15 Multiply line 12 by 7.5% (.075) | | | | | | |
| 16 Subtract line 15 from line 14. If zero or less, enter -0- | | | 0 | | 0 | |
| 17 Subtract line 16 from line 13 | | | | | | |

DAA

## Schedule B-NOL Carryover (Continued)

| Complete one column before going to the next column. Start with the earliest carryback year. | ____ preceding tax year ended ▶ | | 5TH preceding tax year ended ▶ 12/31/96 | | 4TH preceding tax year ended ▶ 12/31/97 | |
|---|---|---|---|---|---|---|
| 18 Modified adjusted gross income from line 12 on page 3 | | | 9,443,513 | | 148438551 | |
| 19 Enter as a positive no. any NOL carryback from a year before 2001 that was deducted to figure line 10 on page 3 | | | | | | |
| 20 Add lines 18 and 19 | | | 9,443,513 | | 148438551 | |
| 21 Charitable contributions from Sch. A (Form 1040), line 18 (line 16 for 1991-93) (or as previously adjusted) | | | 4,025 | | 27,631 | |
| 22 Refigured charitable contributions. See page 5 of the instructions | | | 4,025 | | 27,631 | |
| 23 Subtract line 22 from line 21 | | | | | | |
| 24 Casualty and theft losses from Form 4684, line 18 (or as previously adjusted) | | | | | | |
| 25 Casualty and theft losses from Form 4684, line 16 (or as previously adjusted) | | | | | | |
| 26 Multiply line 18 by 10% (.10) | | | | | | |
| 27 Subtract line 26 from line 25. If zero or less, enter -0- | | | 0 | | 0 | |
| 28 Subtract line 27 from line 24 | | | | | | |
| 29 Miscellaneous itemized deductions from Sch. A (Form 1040), line 26 (line 24 for 1991-93) (or as previously adjusted) | | | | | | |
| 30 Miscellaneous itemized deductions from Sch. A (Form 1040), line 23 (line 21 for 1991-93) (or as previously adjusted) | | | 10,415 | | 9,947 | |
| 31 Multiply line 18 by 2% (.02) | | | 188,870 | | 2,968,771 | |
| 32 Subtract line 31 from line 30. If zero or less, enter -0- | | | 0 | | 0 | |
| 33 Subtract line 32 from line 29 | | | | | | |
| 34 Complete the worksheet on page 6 of the instructions if line 18 is more than the applicable amount shown below (more than one-half that amount if married filing separately for that year).<br>• $100,000 for 1991.<br>• $105,250 for 1992.<br>• $108,450 for 1993.<br>• $111,800 for 1994.<br>• $114,700 for 1995.<br>• $117,950 for 1996.<br>• $121,200 for 1997.<br>• $124,500 for 1998.<br>• $126,600 for 1999.<br>• $128,950 for 2000.<br>Otherwise, combine lines 17, 23, 28, and 33; enter the result here and on line 6 (page 3) | | | | | | |

Form 1045

# Itemized Deductions Limitation Worksheet

2001

Name: ABEN E. & JOAN G. JOHNSON

Taxpayer Identification Number: 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

| Enter applicable carryback year ▶ | | | 1996 | | 1997 | |
|---|---|---|---|---|---|---|
| 1. Add the amounts from Form 1045, Schedule B, lines 16, 22, 27, and 32, and the amounts from Schedule A (Form 1040), lines 9, 14, and 27* (lines 9, 14, 27, and 28 for 1994; lines 8, 12, 18, and 25 for 1991-93) (or as previously adjusted) | | | | 1,468,400 | | 6,524,618 |
| 2. Add the amounts from Form 1045, Schedule B, lines 16 and 27; Schedule A (Form 1040), line 13* (line 11 for 1991-93), and any gambling losses included on Schedule A (Form 1040), line 27* (line 28 for 1994; line 25 for 1991-93) (or as previously adjusted) | | | | 769,748 | | 150,891 |
| 3. Subtract line 2 from line 1. If the result is zero or less, **stop here**; combine the amounts from Form 1045, Sch. B, lines 17, 23, 28, and 33, and enter the result on line 34 and line 6 of Form 1045, Schedule B | | | | 698,652 | | 6,373,727 |
| 4. Multiply line 3 by 80% (.80) | | | 558,922 | | 5,098,982 | |
| 5. Enter the amount from Form 1045, Schedule B, line 18 | | | 9,443,513 | | 148438551 | |
| 6. Enter: ●$100,000 for 1991 ($50,000 if married filing separately); ●$105,250 for 1992 ($52,625 if married filing separately); ●$108,450 for 1993 ($54,225 if married filing separately); ●$111,800 for 1994 ($55,900 if married filing separately); ●$114,700 for 1995 ($57,350 if married filing separately); ●$117,950 for 1996 ($58,975 if married filing separately); ●$121,200 for 1997 ($60,600 if married filing separately); ●$124,500 for 1998 ($62,250 if married filing separately); ●$126,600 for 1999 ($63,300 if married filing separately); ●$128,950 for 2000 ($64,475 if married filing separately); | | | 117,950 | | 121,200 | |
| 7. Subtract line 6 from line 5 | | | 9,325,563 | | 148317351 | |
| 8. Multiply line 7 by 3% (.03) | | | 279,767 | | 4,449,521 | |
| 9. Enter the **smaller** of ln. 4 or ln. 8 | | | 279,767 | | 4,449,521 | |
| 10. Subtract line 9 from line 1 | | | | 1,188,633 | | 2,075,097 |
| 11. Total itemized deductions from Schedule A (Form 1040), line 28* (line 29 for 1994; line 26 for 1991-93) (or as previously adjusted) | | | | 1,188,723 | | 2,075,007 |
| 12. Subtract line 10 from line 11. Enter the difference here and on line 6 of Form 1045, Sch. B | | | | 90 | | -90 |

* If you filed Form 1040-T in 1995, use the amounts from the appropriate lines.

DAA



(6)

Form **1040X** Department of the Treasury-Internal Revenue Service

(Rev. November 2001)

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 2001 , or fiscal year ended ▶

Please print or type

| | | |
|---|---|---|
| Your first name and initial: ABEN E. | Last name: JOHNSON | Your social security number: 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 |
| If a joint return, spouse's first name and initial: JOAN G. | Last name: JOHNSON | Spouse's social security number: 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 12000 BANYAN ROAD | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions: NORTH PALM BEACH FL 33408-2511 | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on the Back to Explain any Changes | Line | A. Original amount or as previously adjusted (see page 2) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 2,736,005 | | 2,736,005 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 770,023 | 69,368,842 | 70,138,865 |
| 3 Subtract line 2 from line 1 | 3 | 1,965,982 | -69,368,842 | -67,402,860 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | | |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 1,965,982 | -1,965,982 | |
| **Tax Liability** | | | | |
| 6 Tax (see pg. 4). Method used in col. C TABLES | 6 | 740,742 | -740,742 | |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 740,742 | -740,742 | 0 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 740,742 | -740,742 | |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 660,000 | | 660,000 |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439 or Form 4136 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | 380,000 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,040,000 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 299,258 |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 740,742 |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 740,742 |
| 23 Amount of line 22 you want refunded to you | 23 | | | 740,742 |
| 24 Amount of line 22 you want applied to your estimated tax | 24 | | | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN P00009633 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | EDWARDS, MELTON, ELLIS, KOSHIW, & CO. 2155 BUTTERFIELD DR. STE 305A TROY MI 48084-3450 | | EIN 38-2337970 |
| | | | Phone no. 248-643-4545 |

DAA

ATTACHMENT ONLY - DO NOT PROCESS

Form **1040X** (Rev. 11-2001)

**Part I Exemptions.** See Form 1040 or 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 25-31.
If claiming fewer exemptions, complete lines 25-30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | 2 | | 2 |
| 26 Your dependent children who lived with you | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 Other dependents | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 | 29 | 2 | | 2 |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | 0 | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2001 | $2,900 | $99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II Explanation of Changes to Income, Deductions, and Credits**

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

TAXPAYERS ARE AMENDING THEIR 2001 TAX RETURN TO CLAIM AN ADDITIONAL THEFT LOSS OF INCOME PRODUCING PROPERTY OF $69,368,842 IN THE EVENT A DETERMINATION IS MADE BY THE INTERNAL REVENUE SERVICE THAT 2001 IS THE PROPER YEAR TO DEDUCT THE THEFT LOSS.

SEE STATEMENT 1 FOR FURTHER EXPLANATION.

**Part III Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

ATTACHMENT ONLY - DO NOT PROCESS

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Schedule A-Itemized Deductions

(Schedule B is on back)

▶Attach to Form 1040. ▶See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
2001
Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 1,200 | | |
| | 2 | Enter amt. from Form 1040, ln. 34 [2] 2,736,005 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 205,200 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-2.) | 5 | State and local income taxes | 5 | 3,896 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 38,541 | | |
| | 7 | Personal property taxes | 7 | 116 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 42,553 |
| Interest You Paid (See page A-3.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | 34,475 | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | 300 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 34,775 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses-job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 3,108 | | |
| (See page A-5 for expenses to deduct here.) | 22 | Other expenses-investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT | 22 | 1,945 | | |
| | 23 | Add lines 20 through 22 | 23 | 5,053 | | |
| | 24 | Enter amt. from Form 1040, ln. 34 [24] 2,736,005 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 54,720 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other-from list on page A-6. List type and amount ▶ FORM 4684, LINE 38B | | | 27 | 70,123,399 |
| Total Itemized Deductions | 28 | Is Form 1040, line 34, over $132,950 (over $66,475 if married filing separately)? ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter. | | | 28 | * 70,138,865 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 2001

DAA

ATTACHMENT ONLY - DO NOT PROCESS



, (a)

SCHEDULE D (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

2001

Attachment Sequence No. 12

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Short-Term Capital Gains and Losses-Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5 of the instructions) | (e) Cost or other basis (see page D-5 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 SILICON GRAPHICS INC DEL | 1/11/01 | 11/09/01 | 87,252 | 273,005 | -185,753 |
| JOHNSON & JOHNSON | VARIOUS | 4/26/01 | 47 | | 47 |
| 241 CORTEZ RD | | 3/22/01 | 108,000 | 108,000 | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | | |
| 3 Total short-term sales price amounts. Add lines 1 and 2 in column (d) | 3 | 195,299 | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2000 Capital Loss Carryover Worksheet | | | 6 | ( |
| 7 Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) | | | 7 | -185,706 |

## Part II Long-Term Capital Gains and Losses-Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5 of the instructions) | (e) Cost or other basis (see page D-5 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instr. below) |
|---|---|---|---|---|---|---|
| 8 NM BANKERS TRUST CO | 10/13/97 | 11/15/01 | 500,000 | 500,000 | | |
| FONIC INC | VARIOUS | 11/19/01 | 1 | 113,994 | -113,993 | |
| NASDAQ MARKET-MAKERS ANTITRUST | VARIOUS | 1/25/01 | 1,027 | | 1,027 | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | | | |
| 10 Total long-term sales price amounts. Add lines 8 and 9 in column (d) | 10 | 501,028 | | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | 11 | 2,435 | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | 12 | 1,179 | |
| 13 Capital gain distributions. See page D-1 of the instructions | | | 13 | | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 2000 Capital Loss Carryover Worksheet | | | 14 | ( | ( ) |
| 15 Combine lines 8 through 14 in column (g) | | | 15 | | |
| 16 Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f) | | | 16 | -109,352 | |

Next: Go to Part III on the back.

* 28% rate gain or loss includes all "collectibles gains and losses" (as defined on page D-6 of the instructions) and up to 50% of the eligible gain on qualified small business stock (see page D-4 of the instructions).

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule D (Form 1040) 2001 (10)

ATTACHMENT ONLY - DO NOT PROCESS

[195]

ABEN E. & JOAN G. JOHNSC. 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

Schedule D (Form 1040) 2001 Page 2

## Part III Taxable Gain or Deductible Loss

17 Combine lines 7 and 16 and enter the result. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13, and complete Form 1040 through line 39 .... 17 -295,058

Next: • If both lines 16 and 17 are gains and Form 1040, line 39, is more than zero, complete Part IV below.
• Otherwise, skip the rest of Schedule D and complete Form 1040.

18 If line 17 is a loss, enter here and on Form 1040, line 13, the **smaller** of (a) that loss or (b) ($3,000) (or, if married filing separately, ($1,500)). Then complete Form 1040 through line 37 .... 18 (3,000)

Next: • If the loss on line 17 is more than the loss on line 18 or if Form 1040, line 37, is less than zero, skip **Part IV** below and complete the **Capital Loss Carryover Worksheet** on page D-6 of the instructions before completing the rest of Form 1040.
• Otherwise, skip **Part IV** below and complete the rest of Form 1040.

## Part IV Tax Computation Using Maximum Capital Gains Rates

19 Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet on page D-7 of the instructions .... 19

**If line 15 or line 19 is more than zero, complete the worksheet on page D-9 of the instructions to figure the amount to enter on lines 22, 29, and 40 below, and skip all other lines below. Otherwise, go to line 20.**

20 Enter your taxable income from Form 1040, line 39 .... 20

21 Enter the **smaller** of line 16 or line 17 of Schedule D .... 21

22 If you are deducting investment interest expense on Form 4952, enter the amount from Form 4952, line 4e. Otherwise, enter -0- .... 22

23 Subtract line 22 from line 21. If zero or less, enter -0- .... 23

24 Subtract line 23 from line 20. If zero or less, enter -0- .... 24

25 Figure the tax on the amount on line 24. Use the Tax Table or Tax Rate Schedules, whichever applies .... 25

26 Enter the **smaller** of:
• The amount on line 20 or
• $45,200 if married filing jointly or qualifying widow(er); $27,050 if single; $36,250 if head of household; or $22,600 if married filing separately .... 26

**If line 26 is greater than line 24, go to line 27. Otherwise, skip lines 27 through 33 and go to line 34.**

27 Enter the amount from line 24 .... 27

28 Subtract line 27 from line 26. If zero or less, enter -0- and go to line 34 .... 28

29 Enter your qualified 5-year gain, if any, from line 7 of the worksheet on page D-8 .... 29

30 Enter the **smaller** of line 28 or line 29 .... 30

31 Multiply line 30 by 8% (.08) .... 31

32 Subtract line 30 from line 28 .... 32

33 Multiply line 32 by 10% (.10) .... 33

**If the amounts on lines 23 and 28 are the same, skip lines 34 through 37 and go to line 38.**

34 Enter the **smaller** of line 20 or line 23 .... 34

35 Enter the amount from line 28 (if line 28 is blank, enter -0-) .... 35

36 Subtract line 35 from line 34 .... 36

37 Multiply line 36 by 20% (.20) .... 37

38 Add lines 25, 31, 33, and 37 .... 38

39 Figure the tax on the amount on line 20. Use the Tax Table or Tax Rate Schedules, whichever applies .... 39

40 **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 38 or line 39 here and on Form 1040, line 40 .... 40

DAA

ATTACHMENT ONLY - DO NOT PROCESS

**Schedule D (Form 1040) 2001**

# Federal Statements

## Statement 1 - Schedule A, Line 22 - Other Expenses

| Description | Amount |
|---|---|
| INVESTMENT EXPENSES | $ 1,535 |
| SAFE DEPOSIT BOX | 410 |
| TOTAL | $ 1,945 |



ATTACHMENT ONLY - DO NOT PROCESS



(12)

NAEFE 0325 9:25

Form 6251

# Alternative Minimum Tax–Individuals

▶ See separate instructions.

▶ Attach to Form 1040 or Form 1040NR.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0227
1996
Attachment Sequence No. 32

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Adjustments and Preferences

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 34, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2 1/2% of Form 1040, line 32 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 694,627 |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | -33,902 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | -295 |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | 295 |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 8 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | 22 |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |

| | | | |
|---|---|---|---|
| a Charitable contributions | | h Loss limitations | |
| b Circulation expenditures | | i Mining costs | |
| c Depletion | | j Patron's adjustment | |
| d Depreciation (pre-1987) | | k Pollution control facilities | |
| e Installment sales | | l Research and experimental | |
| f Intangible drilling costs | | m Tax shelter farm activities | |
| g Long-term contracts | | n Related adjustments | |

| Line | Description | No. | Amount |
|---|---|---|---|
| | | 14 | |
| 15 | Total Adjustments and Preferences. Combine lines 1 through 14 ▶ | 15 | 660,747 |

## Part II Alternative Minimum Taxable Income

| Line | Description | No. | Amount |
|---|---|---|---|
| 16 | Enter the amount from Form 1040, line 35. If less than zero, enter as a (loss) ▶ | 16 | 8,251,790 |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | |
| 18 | If Form 1040, line 32, is over $117,950 (over $58,975 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | (279,677) |
| 19 | Combine lines 15 through 18 ▶ | 19 | 8,632,860 |
| 20 | Alternative tax net operating loss deduction. See page 5 of the instructions | 20 | |
| 21 | Alternative Minimum Taxable Income. Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 5 of the instructions.) ▶ | 21 | 8,632,860 |

## Part III Exemption Amount and Alternative Minimum Tax

22 Exemption Amount. (If this form is for a child under age 14, see page 6 of the instructions.)

| If your filing status is: | And line 21 is not over: | Enter on line 22: |
|---|---|---|
| Single or head of household | $ 112,500 | $ 33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is over the amount shown above for your filing status, see page 6 of the instructions.

| Line | Description | No. | Amount |
|---|---|---|---|
| 22 | Exemption Amount | 22 | 0 |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 8,632,860 |
| 24 | If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 2,413,701 |
| 25 | Alternative minimum tax foreign tax credit. See page 6 of the instructions | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | 26 | 2,413,701 |
| 27 | Enter your tax from Form 1040, line 38 (excluding any amount from Form 4972), minus any foreign tax credit from Form 1040, line 41 | 27 | 3,242,709 |
| 28 | Alternative Minimum Tax. (If this form is for a child under age 14, see page 7 of the instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 46 ▶ | 28 | 0 |



AS PREVIOUSLY FILED [198]

Form 6251

# Alternative Minimum Tax–Individuals

▸ See separate instructions.

▸ Attach to Form 1040 or Form 1040NR.

Department of the Treasury Internal Revenue Service

OMB No. 1545-0227

1996

Attachment Sequence No. 32

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

## Part I Adjustments and Preferences

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 34, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2 1/2% of Form 1040, line 32 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 694,627 |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | -33,902 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | -295 |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | 295 |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 8 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | 22 |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |

| | | | | |
|---|---|---|---|---|
| a | Charitable contributions | | h | Loss limitations | |
| b | Circulation expenditures | | i | Mining costs | |
| c | Depletion | | j | Patron's adjustment | |
| d | Depreciation (pre-1987) | | k | Pollution control facilities | |
| e | Installment sales | | l | Research and experimental | |
| f | Intangible drilling costs | | m | Tax shelter farm activities | |
| g | Long-term contracts | | n | Related adjustments | |

| Line | Description | No. | Amount |
|---|---|---|---|
| | | 14 | |
| 15 | Total Adjustments and Preferences. Combine lines 1 through 14 ▸ | 15 | 660,747 |

## Part II Alternative Minimum Taxable Income

| Line | Description | No. | Amount |
|---|---|---|---|
| 16 | Enter the amount from Form 1040, line 35. If less than zero, enter as a (loss) ▸ | 16 | (247,647) |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | 8,254,880 |
| 18 | If Form 1040, line 32, is over $117,950 (over $58,975 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | (32,120) |
| 19 | Combine lines 15 through 18 ▸ | 19 | 8,635,860 |
| 20 | Alternative tax net operating loss deduction. See page 5 of the instructions | 20 | (8,635,860) |
| 21 | Alternative Minimum Taxable Income. Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 5 of the instructions.) ▸ | 21 | 0 |

## Part III Exemption Amount and Alternative Minimum Tax

22 Exemption Amount. (If this form is for a child under age 14, see page 6 of the instructions.)

| If your filing status is: | And line 21 is not over: | Enter on line 22: |
|---|---|---|
| Single or head of household | $ 112,500 | $ 33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is over the amount shown above for your filing status, see page 6 of the instructions.

| Line | Description | No. | Amount |
|---|---|---|---|
| 22 | Exemption amount | 22 | 45000 |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▸ | 23 | 0 |
| 24 | If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 0 |
| 25 | Alternative minimum tax foreign tax credit. See page 6 of the instructions | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▸ | 26 | 0 |
| 27 | Enter your tax from Form 1040, line 38 (excluding any amount from Form 4972), minus any foreign tax credit from Form 1040, line 41 | 27 | 0 |
| 28 | Alternative Minimum Tax. (If this form is for a child under age 14, see page 7 of the instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 46 ▸ | 28 | 0 |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form 6251 (1996)

AS AMENDED [199]

(14)

**Aben E. and Joan G. Johnson**
**Social Security No.: 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**
**Attachment to Form 1040X**

Statement 1 – Explanation of changes to income, deductions and credits

Line 1 Col. B:

| | |
|---|---|
| Net operating loss carryback to 1996 | $8,254,880 |
| Capital loss deducted on original return No benefit available after carryback to be carried forward to 1997 | (3,000) |
| Net decrease in income | $8,251,880 |

Itemized deductions have increased because of the reduced 3% phase out as AGI was decreased by the amount of the carryback.

Taxpayers are filing, simultaneously amended 1996 and 1997 tax returns carrying back a net operating loss of $67,399,860 from 2001. The allowable net operating loss for each year is as follows:

| | |
|---|---|
| Net operating loss generated in 2001 | $67,399,860 |
| Less: Amount utilized in 1996 | 8,254,880 |
| Net operating loss available for 1997 | 59,144,980 |
| Less: Amount utilized in 1997 | 59,144,980 |
| Net operating loss available for years after 1998 | $ - 0 - |

The taxpayers have previously filed amended individual income tax returns for 1997, 1998, 1999 and 2000 claiming the same theft loss (adjusted for costs incurred and changes in fair market value of the property, unique to each year). The Internal Revenue Service is currently auditing 1997, 1998, 1999 and 2000 amended tax returns previously filed. In the event that the Internal Revenue Service determines that the loss is not deductible in either 1997, 1998, 1999 or 2000, the taxpayers have concluded that the loss is deductible in 2001.

The theft loss in 2001 resulted in the taxpayers generating a net operating loss of $67,399,860 available for carryback.

In the event that it is ultimately determined that 1997, 1998, 1999 or 2000 is the proper year of deduction for the theft loss and not 2001, this claim for refund should be discarded as the taxpayers do not claim that they are entitled to the amounts claimed in this claim in more than one year.

Form **8275** (Rev. May 2001)

Department of the Treasury Internal Revenue Service

# Disclosure Statement

**Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement.**
**See separate instructions.**
▶ **Attach to your tax return.**

OMB No. 1545-0889

Attachment Sequence No. 92

Name(s) shown on return: ABEN JOHNSON JOAN JOHNSON

Identifying number shown on return: 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

**Part I** General Information (see instructions)

| | (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|---|
| 1 | NONE | NOL | SEE STATEMENT BELOW | 1040X | 1B | 8,254,880 |
| 2 | | | | | | |
| 3 | | | | | | |

**Part II** Detailed Explanation (see instructions)

1 THIS CLAIM FOR REFUND IS BEING FILED FOR A NET OPERATING LOOS DEDUCTION WHICH WAS GENERATED ON A RECENTLY FILED AMENDED TAX RETURN FOR 2001, WHICH GENERATED THE NET OPERATING LOSS. THE NET OPERATING LOSS RESULTED FROM A
2 THEFT DEDUCTION THAT WAS CLAIMED ON THE 2001 AMENDED TAX RETURN. THE TAXPAYER IS CURRENTLY IN EXAMINATION TO DETERMINE WHICH IS THE PROPER YEAR OF THE LOSS. THE TAXPAYER HAS PREVIOUSLY FILED AMENDED TAX RETURNS
3 CLAIMING THE SAME LOSS IN 1997, 1998, 1999 AND 2000. THE TAXPAYERS DO NOT CLAIM THAT THEY ARE ENTITLED TO ANY DUPLICATED DEDUCTIONS THAT APPEAR ON THE 1997, 1998, 1999 AND 2000 AMENDED TAX RETURNS, BUT THEY DO CLAIM THAT THEY WERE

**Part III** **Information About Pass-Through Entity.** To be completed by partners, shareholders, beneficiaries, or residual interest holders.

**Complete this part only if you are making adequate disclosure for a pass-through item.**

**Note:** *A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company (RIC), real estate investment trust (REIT), or real estate mortgage investment conduit (REMIC).*

1 Name, address, and ZIP code of pass-through entity

2 Identifying number of pass-through entity

3 Tax year of pass-through entity
to

4 Internal Revenue Service Center where the pass-through entity filed its return

**For Paperwork Reduction Act Notice, see separate instructions.**
ISA
STF FED6516F.1

Form **8275** (Rev. 5-2001)

[2-1]

10

Form 8275 (Rev. 5-2001) Page 2

**Part IV** **Explanations** *(continued from Parts I and/or II)*

ENTITLED TO THE THEFT LOSS DEDUCTION IN ONE OF THE YEARS.

THIS AMENDED TAX RETURN IS FILED UNDER THE PRESUMPTION THAT 2001 WAS THE PROPER YEAR TO DEDUCT THE TAXPAYERS' THEFT LOSS RESULTING IN A NET OPERATING LOSS CARRYBACK AVAILABLE FOR THIS RETURN.

IN THE EVENT THAT IT IS ULTIMATELY DETERMINED THAT ANOTHER YEAR WAS THE PROPER YEAR TO DEDUCT THE TAXPAYERS' THEFT LOSS THIS RETURN SHOULD BE DISCARDED.

(Schedule B is on back)

Department of the Treasury
Internal Revenue Service
Attach to Form 1040. ➤ See Instructions for Schedules A and B (Form 1040).

1996

Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Line no. | Amount | Line no. | Total |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 32 [2] | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-1.) | 5 | State and local income taxes | 5 | 615,478 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 61,458 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ➤ FLORIDA INTANGIBLES | 8 | 17,691 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 694,627 |
| Interest You Paid (See page A-2.) | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-2 and show that person's name, identifying no., and address ➤ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A-3.) | 13 | ✓ 769,748 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 769,748 |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 | 15 | 4,025 | | |
| If you made a gift and got a benefit for it, see page A-3. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you MUST attach Form 8283 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 4,025 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. If required, you MUST attach Form 2106 or 2106-EZ. (See page A-4.) ➤ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 9,357 | | |
| (See page A-4 for expenses to deduct here.) | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ➤ SEE SCHEDULE | 22 | ✓ 1,058 | | |
| | 23 | Add lines 20 through 22 | 23 | 10,415 | | |
| | 24 | Enter amount from Form 1040, line 32 [24] 9,440,513 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 188,810 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other—from list on page A-4. List type and amount ➤ | | | 27 | |
| Total Itemized Deductions | 28 | Is Form 1040, line 32, over $117,950 (over $58,975 if married filing separately)? * NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 34, the larger of this amount or your standard deduction. YES. Your deduction may be limited. See page A-5 for the amount to enter. | | | 28 | 1,188,723 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 1996

BEFORE CARRYBACK

(18)

SCHEDULES A&B (Form 1040) (Schedule B is on back) 1996

Department of the Treasury Internal Revenue Service ▸ Attach to Form 1040. ▸ See Instructions for Schedules A and B (Form 1040). Attachment Sequence No. 07

Name(s) shown on Form 1040: ABEN E. & JOAN G. JOHNSON

Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 32 [2] | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| Taxes You Paid (See page A-1.) | 5 | State and local income taxes | 5 | 615,478 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 61,458 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▸ FLORIDA INTANGIBLES | 8 | 17,691 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 694,627 |
| Interest You Paid (See page A-2.) Note: Personal interest is not deductible. | 10 | Home mortgage interest & points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-2 and show that person's name, identifying no., and address ▸ | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A-3.) | 13 | ✓ 769,748 | | |
| | 14 | Add lines 10 through 13 | | | 14 | 769,748 |
| Gifts to Charity. If you made a gift and got a benefit for it, see page A-3. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-3 | 15 | 4,025 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you MUST attach Form 8283 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 4,025 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions (See page A-4 for expenses to deduct here.) | 20 | Unreimbursed employee expenses–job travel, union dues, job education, etc. If required, you MUST attach Form 2106 or 2106-EZ. (See page A-4.) ▸ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 9,357 | | |
| | 22 | Other expenses–investment, safe deposit box, etc. List type and amount ▸ SEE SCHEDULE | 22 | ✓ 1,058 | | |
| | 23 | Add lines 20 through 22 | 23 | 10,415 | | |
| | 24 | Enter amount from Form 1040, line 32 [24] 9,440,513 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 188,810 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other–from list on page A-4. List type and amount ▸ | | | 27 | |
| Total Itemized Deductions | 28 | Is Form 1040, line 32, over $117,950 (over $58,975 if married filing separately)? * NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 34, the larger of this amount or your standard deduction. YES. Your deduction may be limited. See page A-5 for the amount to enter. | | | 28 | 1,436,280 |

For Paperwork Reduction Act Notice, see Form 1040 instructions. * LIMITED BY AGI Schedule A (Form 1040) 1996

DAA

AFTER CARRYBACK

(19)