# In The United States Court of Federal Claims

## Cover Sheet

05-1265

Plaintiff(s) or Petitioner(s)

Aben E. Johnson & Joan G. Johnson

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Patrick K. Rode

Firm Name: Meyer, Kirk, Snyder & Lynch, PLLC

Post Office Box:

Street Address: 100 W. Long Lake Road, Suite 100

City-State-Zip: Bloomfield Hills, Michigan 48304

Telephone & Facsimile Numbers: (248) 647-5111 fax: (248) 647-6079

E-mail address: prode@meyerkirk.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 1 2

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ 4,541,292.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005