ORIGINAL

FILED
DEC - 7 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ABEN E. JOHNSON and
JOAN G. JOHNSON,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 05-1265 T

Judge__________

## NOTICE OF DIRECTLY-RELATED CASE

Pursuant to Rule 40.2(a), R.Ct.Fed.Cl., Plaintiffs Aben E. Johnson and Joan G. Johnson give notice that there are two directly-related claims pending in the United States Court of Federal Claims entitled *Aben E. Johnson and Joan G. Johnson v. U.S.*, Case No. 01-428 T, and *Aben E. Johnson and Joan G. Johnson v. U.S.*, Case No. 01-428 T, pending before Judge Nancy B. Firestone. Those cases have been consolidated. They are actions between the same parties as this action and are based on a similar claim. In the first directly-related action, Plaintiffs are seeking a refund of income taxes paid on capital gains reported in 1994, which capital gains transactions Plaintiffs subsequently learned did not take place. In the second directly-related action, Plaintiffs are seeking a refund of income taxes paid in 1998 or, in the alternative, in 1997 due to a theft loss. The fraudulent conduct by Jack Hasson which gave rise to those claims is the same conduct which gives rise to the theft loss claims for refund asserted here. This claim is being asserted, in part, in the alternative. The Plaintiffs do not claim they are entitled to an adjustment for the same amounts twice. If the Plaintiffs prevail in the prior directly-related actions, their theft loss deduction claim in this

action will be reduced.

The Plaintiffs believe that the assignment of this action to the same judge as the earlier-filed case may conserve judicial resources and promote an efficient determination of the actions.

Consolidation is likely to effect a significant savings. Additional discovery in this, the later-filed action, is not likely to be significant. This action is being brought merely to get all possible years at issue before the Court. The factual issues presented in this action are virtually identical to those presented in the second directly-related action.

Attorney of Record:

Date: December 5, 2005

Patrick K. Rode
Meyer, Kirk, Snyder & Lynch, PLLC
100 W. Long Lake Road, Suite 100
Bloomfield Hills, Michigan 48304
Telephone: (248) 647-5111
Fax: (248) 647-6079
Email: prode@meyerkirk.com

Of Counsel in this Matter:

Mark R. Solomon
Meyer, Kirk, Snyder & Lynch, PLLC
100 W. Long Lake Road, Suite 100
Bloomfield Hills, Michigan 48304
Telephone: (248) 647-5111
Fax: (248) 647-6079